E-FILED
Thursday, 20 April, 2006  02:58:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

OHIO CASUALTY INSURANCE COMPANY,       )
                                       )
                    Plaintiff,         )
                                       )
            vs.                        )        LAW NO.
                                       )
CARL O. HOFFEE, as Trustee Agent of the )
FRED WANLESS ESTATE, JOE WILLIE        )
EDWARDS, and ALGERINE NORRIS,          )
                                       )
                    Defendants.        )

# COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES the plaintiff, OHIO CASUALTY INSURANCE COMPANY ("Ohio"), a corporation, by Gary D. Nelson of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and for its cause of action against the defendants, CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE ("Wanless"), JOE WILLIE EDWARDS, and ALGERINE NORRIS, states as follows:

## I. JURISDICTION

Jurisdiction is based on diversity.  28 U.S.C. § 1332.  Plaintiff Ohio is incorporated and domiciled in the State of Ohio.  Defendants Carl Hoffee, as Trustee Agent of the Fred Wanless Estate, Joe Willie Edwards, and Algerine Norris are citizens of the State of Illinois.  The amount in controversy exceeds, exclusively with interest and costs, the sum of $75,000.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

## II.  VENUE

The United States District Court for the Central District of Illinois - Springfield is a proper venue in this cause of action pursuant to 28 U.S.C. § 1391(a) as defendants reside in Illinois and are within the judicial district of the Central District of Illinois.

## III.  COMPLAINT – COMMON ALLEGATIONS

1.      This is an action for declaratory relief pursuant to 28 U.S.C. § 2201.

2.      Ohio issued and renewed Commercial Liability Insurance Policy Number BK052 98 7382 to Wanless for policy periods 8/7/02 to 5/20/03; 5/20/03 to 5/20/04; 5/20/04 to 5/20/05; and 5/20/05 to 5/20/06.  Copies of each of the policies are attached as Exhibits "A", "B", "C" and "D", respectively.

3.      Ohio also issued and renewed Commercial Umbrella Policy Number BXO52 98 73 82 to Wanless for policy periods 8/7/02 to 5/20/03; 5/20/03 to 5/20/04; 5/20/04 to 5/20/05; and 5/20/05 to 5/20/06.  Copies of each of the policies are attached as Exhibits "E", "F", "G", and "H", respectively.

4.      A controversy exists regarding coverage under the aforementioned policies in that a claim has been presented to Ohio by Wanless for a complaint seeking damages for Joe Willie Edwards and Algerine Norris against the Wanless Trust as owners of certain rental property to which Norris and Edwards were tenants, alleging damages as a result of mold on the premises, giving rise to causes of action for a breach of rental agreement, breach of the implied warranty of habitability, negligence, breach of a voluntary undertaking, and nuisance.  A copy of the complaint is attached hereto as Exhibit "I".

HEYLROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## COUNT I
## GENERAL LIABILITY POLICIES

5.      Each of the policies identified in Paragraph 4 provide as follows:

**"COVERAGE A.    BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.      Insuring Agreement.**

        a.      We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. . ."

6.      The policies define the term "occurrence" as "an accident, including continuous or repeated exposure to substantially the same general or harmful conditions."

7.      The Complaint does not allege an occurrence as that term is defined in the policy.

8.      The policies provide under exclusions for **Coverage A** as follows:

This insurance does not apply to:

        **a.      Expected or Intended Injury.**

        "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. . ."

9.      The Complaint alleges bodily injury expected and intended from the standpoint of the insured.

10.     The policies provide that damages are excluded under **Coverage A** for:

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants ... .

11.     The policies describe "pollutants" as:

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

**Suite 600**
**124 S.W. Adams Street**
**Peoria, IL 61602-1352**
**Fax (309) 676-3374**
**(309) 676-0400**

3

Any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

12.    The Complaint alleges damages arising out of the actual discharge, dispersal, migration, release, or escape of pollutants.

13.    Each of the policies identified in Paragraph 4 also provide as follows:

**COVERAGE B.  PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.    Insuring Agreement**.

a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. . .

14.    The policies define "personal and advertising injury" to include, *inter alia*, an injury arising out of: ". . . the wrongful eviction from, wrongful entry into, or invasion of a right of private occupancy of a room, dwelling or premises that a person occupies, committed by on or behalf of its owner, landlord or lessor."

15.    The Complaint does not allege any personal or advertising injury as that term was defined in the policy.

16.    The policies provide under **Coverage B - Exclusions** that the insurance does not apply to "personal or advertising injury":

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another or would inflict "personal or advertising injury.

17.    The Complaint alleges damages caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and inflict personal or advertising injury.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

4

18.    The policies provide under **Coverage B - Exclusions** that personal or advertising injury does not apply to damages "... arising out of a breach of contract, . . ."

19.    The Complaint alleges damages arising out of a breach of contract.

20.    The policies further exclude coverage for personal or advertising injury for claims:

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

21.    The term "pollutants" is defined in the policy as:

Any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

22.    The Complaint alleges damages arising out of the actual discharge, dispersal, migration, release, or escape of pollutants.

23.    Each of the policies provides an exclusion for damages resulting from exposure to fungi or bacteria (Endorsement CO 62 28 11 01 -- "**Fungi or Bacteria Exclusion**").

24.    Fungi is defined as "any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi."

25.    The complaint alleges damages caused by exposure to mold.

WHEREFORE, the plaintiff, OHIO CASUALTY INSURANCE COMPANY, prays that this Court declare and adjudicate the rights of the parties as follows:

1.    Declare that OHIO CASUALTY INSURANCE COMPANY has no duty to defend or any other person or entity for injuries or damages being claimed and alleged by JOE WILLIE EDWARDS and ALGERINE NORRIS as set forth in the lawsuit filed in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, bearing case No. 2005 L 331.

2.    Declare that OHIO CASUALTY INSURANCE COMPANY has no duty to indemnify CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE or any other person or entity for injuries or damages which may be assessed in the lawsuit filed in the Circuit

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

5

Court of the Seventh Judicial Circuit, Sangamon County, bearing case No. 2005 L 331.

3.     For such other relief that this Court deems appropriate.

## COUNT II
## COMMERCIAL UMBRELLA POLICIES

26.     Each of the policies described in Paragraph 5 state as follows:

**Coverage**.  We will pay on behalf of the "insured" those sums in excess of the "retained limit" that the "insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "insured" under an "insured contract" because of "bodily injury", "property damage", "personal injury" or "advertising injury" that takes place during the policy period and is caused by an occurrence happening anywhere.

27.     The policy defines the term "occurrence" as:

1.     As respects "bodily injury" or "property damage" an accident including continuous or repeated exposure to substantially the same general harmful conditions;

2.     As respects "personal injury" an offense arising out of the business of any "insured" that results in "personal injury."

28.     The policy defines the term "personal injury" to mean "injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period; . . . (3) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of the room, dwelling or premises that the person occupies by or on behalf of its owner, landlord or lessor."

29.     The Complaint does not allege an "occurrence" as that term is defined in the policies.

30.     The Complaint does not allege "personal injury" as that term is defined under the policies.

31.     The policies exclude from coverage under commercial umbrella liability as follows:

The insurance does not apply to:

HEYLROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

6

A.    "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

32.    The Complaint alleges bodily injury and property damage expected or intended from the standpoint of the insured.

33.    The policies further exclude coverage under the umbrella liability policies described in Paragraph 5 for:

L.    Any liability including but not limited to settlements, judgments, costs, charges, expenses, costs of investigation or the fees of attorneys, experts or consultants arising out of or in any way related to:

1.    The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release or escape of "pollutants" however caused. . .

As used in this exclusion, "pollutants" means "any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste materials.  Waste materials include materials which are intended to be or have been recycled, reconditioned or reclaimed."

34.    The Complaint alleges damages arising out of the actual discharge, dispersal, migration, release or escape of pollutants as that term is defined in the policy.

35.    Each of the policies provides an exclusion for damages resulting from exposure to fungi or bacteria (Endorsement CO 62 28 11 01 -- "**Fungi or Bacteria Exclusion**").

36.    Fungi is defined as "any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi."

37.    The complaint alleges damages caused by exposure to mold.

WHEREFORE, the plaintiff, OHIO CASUALTY INSURANCE COMPANY, prays that this Court declare and adjudicate the rights of the parties as follows:

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

7

1.      Declare that OHIO CASUALTY INSURANCE COMPANY has no duty to defend or any other person or entity for injuries or damages being claimed and alleged by JOE WILLIE EDWARDS and ALGERINE NORRIS as set forth in the lawsuit filed in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, bearing case No. 2005 L 331.

2.      Declare that OHIO CASUALTY INSURANCE COMPANY has no duty to indemnify CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE or any other person or entity for injuries or damages which may be assessed in the lawsuit filed in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, bearing case No. 2005 L 331.

3.      For such other relief that this Court deems appropriate.

OHIO CASUALTY INSURANCE COMPANY

By: _____/s Gary D. Nelson_____

HEYL, ROYSTER, VOELKER & ALLEN
Gary D. Nelson
#2030446

GDN/dmm
G:\95\P7795\P7795PCO 001 - Complaint for Declaratory Judgment.wpd

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

E-FILED
Thursday, 27 July, 2006, 02:58:49 PM
Clerk, U.S. District Court, ILCD

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

**THE OHIO CASUALTY INSURANCE COMPANY**



**OHIO CASUALTY GROUP** 9450 Seward Road, Fairfield, Ohio 45014

1-800-843-6446

| POLICY NUMBER |
| --- |
| BKO 50 252 98 73 02 |
| COMMERCIAL PACKAGE POLICY |
| OCCURRENCE |

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS | AGENT'S NAME & ADDRESS    0940 12 04 0280 |
| --- | --- |
| FRED WANLESS TRUST<br>250 S DURKIN DR APT 11<br>SPRINGFIELD, SANGAMON CO.,<br>IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD        IL 62703-2228 |
| SEE SCHEDULE OF NAMED INSURED(S) | PREVIOUS POLICY NO.    BKO 50 17 66 37 |
| INSURED IS PARTNERSHIP | INSURED'S BUSINESS  PROPERTY OWNER |

POLICY PERIOD: THIS POLICY IS IN FORCE FROM 08/07/02 TO 05/20/03 AT
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE
COMMERCIAL PROPERTY AND COMMERCIAL LIABILITY COVERAGE PARTS (WHICH
CONSIST OF COVERAGE FORMS AND OTHER APPLICABLE FORMS AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART OF THEM) COMPLETE THIS POLICY.  THIS
POLICY MAY ALSO CONTAIN OTHER COVERAGE PARTS.

POLICY DECLARATIONS SCHEDULES - TABLE OF CONTENTS

| PAGE | TITLE |
| --- | --- |
| 2 | NAMED INSURED(S) |
| 2 | COMMERCIAL LIABILITY LIMITS OF INSURANCE |
| 2 | EXPLANATION OF CHARGES |
| 2 | FORMS AND ENDORSEMENTS |
| 3 | COMMERCIAL PROPERTY DECLARATIONS |
| 8 | COMMERCIAL LIABILITY DECLARATIONS |

SEE THE COMMERCIAL PROPERTY DECLARATIONS SCHEDULE FOR
MORTGAGE HOLDER INFORMATION

THIS POLICY WILL BE AUDITED AT EXPIRATION

TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . . . . . .    $4,406.00

CLASS E

OC70030801

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____
_____
SIGNATURE _Amanda Ward_____
TITLE _Support Tech____ DATE _3-2-__

N05                    CONTINUED ON PAGE 2

RE- Issue Date _07/31/02_ At _LOMBARD, ILLINOIS_____ By _____
Authoriz...

LOM TME1      0940 07/31/02 49877      HOME OFFICE COPY        PA...



EXHIBIT
A
ALL-STATE LEGAL®

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | |
|---|---|

SCHEDULE OF NAMED INSURED(S)

NI:1

FIRST NAMED INSURED:
FRED WANLESS TRUST
(A PARTNERSHIP)

SEE GENERAL ENDORSEMENT
INSURED IS:  PARTNERSHIP

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMMERCIAL LIABILITY LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $1,000,000 |
| (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| FIRE DAMAGE LIMIT (ANY ONE FIRE) | $100,000 |
| MEDICAL EXPENSE LIMIT (ANY ONE PERSON) | $5,000 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S

| | |
|---|---|
| PROPERTY SCHEDULE TOTALS - TERM | $2,369.00 |
| LIABILITY SCHEDULE TOTALS - TERM | $2,037.00 |
| TOTAL PROVISIONAL PREMIUM | $4,406.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CG00010798 | CG00570999 | CG02000487 | CG21440798 |
| CG21470798 | CG21530196 | CG24110798 | CG83300799 |
| CG84821101 | CM00010900 | CM00660900 | CM01280399 |
| CM02040900 | CM75300186 | CM75401000 | CM76400186 |
| CP00100695 | CP00300695 | CP00900788 | CP04050695 |
| CP10300695 | CP15450695 | CP71780500 | CP72361000 |
| CP72691001 | CR00011090 | CR00041090 | CR02020497 |
| CR10000497 | IL00030498 | IL00171198 | IL00210498 |
| IL01180399 | IL02840590 | IL09120498 | IL09350898 |
| IL70040401 | LC87000299 | LC87010399 | LC87080799 |
| OC70350693 | | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANS:0001

CONTINUED ON PAGE   3

LOM TME1       0940 07/31/02 49877       HOME OFFICE COPY       PAGE:   2

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST        **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES
AND FOR WHICH A LIMIT OF INSURANCE IS SHOWN. OPTIONAL COVERAGES
APPLY ONLY WHEN ENTRIES ARE MADE IN THIS SCHEDULE.

L:1

PREMISES/LOCATION: NUMBER 1
   2021 CLEARLAKE
   SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:1
CC:2

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: JOISTED MASONRY
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
   NONE

CSP:932
I/C:14530

OCCUPANCY:
GASOLINE STATIONS - FULL AND/OR SELF-SERVICE - MINOR REPAIRS

I:641 1

LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
COVERAGE.............. BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                            INCLUDING THEFT
TERM PREMIUM...........................        $93.00

I:680 1

LIMIT OF INSURANCE..... $29,257
COVERAGE.............. MINE SUBSIDENCE
TERM PREMIUM...........................        $28.00

L:2

PREMISES/LOCATION: NUMBER 2
   REAR 2021 CLEARLAKE
   SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:2
CC:2

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: JOISTED MASONRY
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

TRANS:0001

CONTINUED ON PAGE   4

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST     **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

MORTGAGE HOLDER(S):
  NONE

CSP:844          OCCUPANCY:
I/C:20966        MOBILE HOME PARKS OR COURTS - COMMUNITY CENTERS,
                 RECREATIONAL BUILDINGS, SHELTER HOUSES, LOCKER HOUSES
                 AND OTHER AUXILIARY OR SUBSIDIARY BUILDINGS

I:641 2             LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
                   COVERAGE.............. BUILDING
                   COVERED CAUSES OF LOSS. SPECIAL FORM
                                              INCLUDING THEFT
                   TERM PREMIUM...........................        $106.00

I:680 2            LIMIT OF INSURANCE..... $29,257
                   COVERAGE.............. MINE SUBSIDENCE
                   TERM PREMIUM...........................         $28.00

   L:3           PREMISES/LOCATION: NUMBER 3
                 2105-2109 CLEARLAKE
                 SPRINGFIELD, IL  62702

                 LIMITS AND COVERAGES PROVIDED THIS PREMISES:

  BLD:3          DESCRIPTION:  BUILDING NUMBER 1
  CC:1             CONSTRUCTION: FRAME
                   PROTECTION CLASS: 01
                   DEDUCTIBLE: $500

                 MORTGAGE HOLDER(S):
                   NONE

CSP:745          OCCUPANCY:
I/C:16642        HOTELS OR MOTELS - WITHOUT RESTAURANTS - UP TO 10 UNITS

I:641 3            LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
                   COVERAGE.............. BUILDING
                   COVERED CAUSES OF LOSS. SPECIAL FORM
                                              INCLUDING THEFT
                   TERM PREMIUM...........................        $146.00

I:680 3            LIMIT OF INSURANCE..... $29,257
                   COVERAGE.............. MINE SUBSIDENCE
                   TERM PREMIUM...........................         $22.00

TRANS:0001              CONTINUED ON PAGE   5

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

L:4
PREMISES/LOCATION: NUMBER 4
2105 CLEARLAKE
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:4
CC:1

DESCRIPTION:  BUILDING NUMBER 1
CONSTRUCTION: FRAME
PROTECTION CLASS: 01
DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
NONE

CSP:921
I/C:3079

OCCUPANCY:
BEAUTY PARLORS AND HAIR STYLING SALONS

I:641 4

LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
INCLUDING THEFT
TERM PREMIUM...........................        $114.00

I:680 4

LIMIT OF INSURANCE..... $29,257
COVERAGE............... MINE SUBSIDENCE
TERM PREMIUM...........................         $22.00

L:5
PREMISES/LOCATION: NUMBER 5
916 WEST LAUREL
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:5
CC:1

DESCRIPTION:  BUILDING NUMBER 1
CONSTRUCTION: FRAME
PROTECTION CLASS: 01
DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
NONE

CLASS E

OC70040901

TRANS:0001
CONTINUED ON PAGE    6

LOM TME1      0940 07/31/02 49877      HOME OFFICE COPY      PAGE:    5

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST     **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

CSP: 567     OCCUPANCY:
           HEALTH FOOD STORE
           RATED AS:
I/C: 43281     VARIETY STORES - PROFIT

I: 641 5      LIMIT OF INSURANCE..... $56,175 AT 80% COINSURANCE
             COVERAGE.............. BUILDING
             COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
             TERM PREMIUM...........................      $246.00

I: 680 5      LIMIT OF INSURANCE..... $56,175
             COVERAGE.............. MINE SUBSIDENCE
             TERM PREMIUM...........................       $31.00

L: 6      PREMISES/LOCATION: NUMBER 6
           1701 SOUTH STATE
           SPRINGFIELD, IL 62702

       LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD: 6      DESCRIPTION: BUILDING NUMBER 1
CC: 1          CONSTRUCTION: FRAME
            PROTECTION CLASS: 01
            DEDUCTIBLE: $500

       MORTGAGE HOLDER(S):
           NONE

CSP: 532     OCCUPANCY:
I/C: 5504     CANDY OR CONFECTIONERY STORES

I: 641 6      LIMIT OF INSURANCE..... $98,014 AT 80% COINSURANCE
             COVERAGE.............. BUILDING
             COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
             TERM PREMIUM...........................      $616.00

I: 680 6      LIMIT OF INSURANCE..... $98,014
             COVERAGE.............. MINE SUBSIDENCE
             TERM PREMIUM...........................       $43.00

CLASS E

OC7004098J

TRANS: 0001           CONTINUED ON PAGE 7

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (03) 52 98 73 82 |

INTERNAL USE

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

L:40

PREMISES/LOCATION: NUMBER 7
  3100 MACARTHUR
  SPRINGFIELD, IL  62704

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:10
CC:1

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: FRAME
   PROTECTION CLASS: 01
   DEDUCTIBLE: $1,000

MORTGAGE HOLDER(S):
   NONE

CSP:532
I/C:41541

OCCUPANCY:
RESTAURANTS - WITH NO SALE OF ALCOHOLIC BEVERAGES - WITHOUT
DANCE FLOOR - WITHOUT COOKING

I:641 9

   LIMIT OF INSURANCE..... $112,486 AT 80% COINSURANCE
   COVERAGE............... BUILDING
   COVERED CAUSES OF LOSS. SPECIAL FORM
                           INCLUDING THEFT
   TERM PREMIUM...........................        $667.00

I:680 10

   LIMIT OF INSURANCE..... $112,486
   COVERAGE............... MINE SUBSIDENCE
   TERM PREMIUM...........................         $48.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

MASTER PAK CHARGE - TERM  ....................... $    159.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROPERTY SCHEDULE TOTALS - TERM

     PREMIUM...............................  $  2,369.00

TRANS:0001

CONTINUED ON PAGE    8

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                    **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE |
|---|---|

LOCATIONS

COVERED LOCATION(S):

| | |
|---|---|
| L:1 | 1. 2021 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:2 | 2. REAR 2021 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:3 | 3. 2105-2109 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:4 | 4. 2105 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:5 | 5. 916 WEST LAUREL<br>SPRINGFIELD, IL  62702 |
| L:6 | 6. 1701 SOUTH STATE<br>SPRINGFIELD, IL  62702 |
| L:9 | 7. 2109 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:11 | 8. R2109 CLEARLAKE<br>SPRINGFIELD, IL  62702 |
| L:12 | 9. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:13 | 10. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:14 | 11. MORAN FARM (SEE GENERAL ENDT #2)<br>SPRINGFIELD, IL  62702 |
| L:15 | 12. STARNE FARM (SEE GENERAL ENDT #2)<br>SPRINGFIELD, IL  62702 |
| L:16 | 13. LOTS 1-11 OF FRED WANLESS' LYNN M<br>SPRINGFIELD, IL  62702 |
| L:17 | 14. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:18 | 15. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |

CLASS E    OC70048801

TRANS:0001                    CONTINUED ON PAGE    9

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

LOCATIONS - (CONTINUED)

L:19          16. LOTS 22 TO 28,OF WANLESS PLACE3RD
                  SPRINGFIELD, IL  62702

L:20          17. LOTS 59 TO 62&63EXCEPT N66'3RD PL
                  SPRINGFIELD, IL  62702

L:21          18. 3522 EAST COOK STREET
                  SPRINGFIELD, IL  62702

L:22          19. LOT 1&2EXCEPT E118.75OFWANLESS PL
                  SPRINGFIELD, IL  62702

L:23          20. SEE GENERAL ENDORSEMENT #2
                  SPRINGFIELD, IL  62702

L:25          21. LOTS 7-10 BLOCK 4 OF LINTON'S SUB
                  SPRINGFIELD, IL  62702

L:26          22. SEE GENERAL ENDORSEMENT #2
                  SPRINGFIELD, IL  62702

L:27          23. SEE GENERAL ENDORSEMENT #2
                  WOODSHIP TOWNSHIP, IL  62702

L:28          24. 2600 E. COOK STREET
                  SPRINGFIELD, IL  62702

L:29          25. 2520 E. COOK STREET
                  SPRINGFIELD, IL  62702

L:30          26. LOT 90 OF WANLESS N EDN IMP ASSOC
                  SPRINGFIELD, IL  62702

L:31          27. LOTS 1&2 OF FRED WANLESS'NORTH WO
                  SPRINGFIELD, IL  62702

L:32          28. LOT 48 WANLESS BERGEN PARK ADDN,2
                  SPRINGFIELD, IL  62702

L:33          29. PART OF LOTS 181&183 WANLESS N.GR
                  SPRINGFIELD, IL  62702

L:34          30. LOTS 24,25,28,29,30,47,N1/2OF48WA
                  SPRINGFIELD, IL  62702

TRANS:0001              CONTINUED ON PAGE  10

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

LOCATIONS - (CONTINUED)

L:35    31. LOTS 111,112,113,114&115WANLESS H
        SPRINGFIELD, IL  62702

L:36    32. S880.66'OF N1080.66'LOT214 WANLES
        SPRINGFIELD, IL  62702

L:37    33. LOT 16&W15'OF LOT17 E.A.WILSON2CA
        SPRINGFIELD, IL  62702

L:40    34. 3100 MACARTHUR
        SPRINGFIELD, IL  62704

L:41    35. SEE GENERAL ENDORSEMENT #2
        SPRINGFIELD, IL  62702

- - - - - - - - - - - - - - - - - - - - -

         HAZARDS       TERM PREMIUM
ST:12  STATE  : ILLINOIS

NI:1   INSURED: FRED WANLESS TRUST
        (A PARTNERSHIP)
        SEE GENERAL ENDORSEMENT

I/C:20909  CLASSIFICATION CODE: 46202
      MOBILE HOME PARKS OR COURTS
      PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
      THE GENERAL AGGREGATE LIMIT

EU:12    PREMIUM BASIS:
L:12     22,270 DOLLARS OF GROSS SALES
       RATES PER 1,000

        PREMISE/OPERATIONS
         RATE:        17.114
         TERM SURCHARGE:   1.100
         TERM PREMIUM:   419.00   $419.00

I/C:70946  CLASSIFICATION CODE: 46607
      PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED
      BY THE INSURED (LESSOR'S RISK ONLY)
      PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
      THE GENERAL AGGREGATE LIMIT

EU:41    PREMIUM BASIS:
L:40     500 SQUARE FEET OF AREA
       RATES PER 1,000

TRANS:0001      CONTINUED ON PAGE  11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

```
                  PREMISE/OPERATIONS
                    RATE:                    31.251
                    TERM SURCHARGE:           1.100
                    TERM FACTOR:               .784
                    TERM PREMIUM:            14.00          $14.00
```

I/C: 42515

```
              CLASSIFICATION CODE: 49451
              VACANT LAND - FOR PROFIT
              PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
              THE GENERAL AGGREGATE LIMIT
```

EU: 13
L: 13

```
                  PREMIUM BASIS:
                  16 ACRE(S)
                  RATES PER 1

                  PREMISE/OPERATIONS
                    RATE:                     .967
                    TERM SURCHARGE:          1.100
                    TERM FACTOR:              .784
                    TERM PREMIUM:           13.00          $13.00
```

EU: 14
L: 14

```
                  PREMIUM BASIS:
                  27 ACRE(S)
                  RATES PER 1

                  PREMISE/OPERATIONS
                    RATE:                     .967
                    TERM SURCHARGE:          1.100
                    TERM FACTOR:              .784
                    TERM PREMIUM:           22.00          $22.00
```

EU: 15
L: 15

```
                  PREMIUM BASIS:
                  13 ACRE(S)
                  RATES PER 1

                  PREMISE/OPERATIONS
                    RATE:                     .967
                    TERM SURCHARGE:          1.100
                    TERM FACTOR:              .784
                    TERM PREMIUM:           11.00          $11.00
```

EU: 16
L: 16

```
                  PREMIUM BASIS:
                  86 ACRE(S)
                  RATES PER 1
```

TRANS: 0001

CONTINUED ON PAGE  12

LOM TME1       0940 07/31/02 49877       HOME OFFICE COPY       PAGE:   11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST    **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)    TERM PREMIUM

PREMISE/OPERATIONS
RATE:                                    .967
TERM SURCHARGE:              1.100
TERM FACTOR:                     .784
TERM PREMIUM:                 72.00                     $72.00

EU:17
L:17        PREMIUM BASIS:
20 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                                    .967
TERM SURCHARGE:              1.100
TERM FACTOR:                     .784
TERM PREMIUM:                 16.00                     $16.00

EU:18
L:18        PREMIUM BASIS:
205 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                                    .967
TERM SURCHARGE:              1.100
TERM FACTOR:                     .784
TERM PREMIUM:                171.00                    $171.00

EU:19
L:19        PREMIUM BASIS:
7 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                                    .967
TERM SURCHARGE:              1.100
TERM FACTOR:                     .784
TERM PREMIUM:                  6.00                      $6.00

EU:20
L:20        PREMIUM BASIS:
52 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                                    .967
TERM SURCHARGE:              1.100
TERM FACTOR:                     .784
TERM PREMIUM:                 43.00                     $43.00

CLASS E

0G7003G0091

TRANS:0001

CONTINUED ON PAGE   13

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                **POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)        TERM PREMIUM

EU:21
L:21

PREMIUM BASIS:
12 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                        .967
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              10.00                $10.00

EU:22
L:22

PREMIUM BASIS:
8 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                        .967
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:               7.00                 $7.00

EU:23
L:23

PREMIUM BASIS:
83 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                        .967
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              69.00                $69.00

EU:25
L:25

PREMIUM BASIS:
324 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                        .967
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:             270.00               $270.00

EU:26
L:26

PREMIUM BASIS:
52 ACRE(S)
RATES PER 1

CLASS E

OC70040801

TRANS:0001            CONTINUED ON PAGE  14

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)    TERM PREMIUM

PREMISE/OPERATIONS
```
          RATE:                    .967
          TERM SURCHARGE:         1.100
          TERM FACTOR:             .784
          TERM PREMIUM:          43.00            $43.00
```

EU:27
L:27       PREMIUM BASIS:
           269 ACRE(S)
           RATES PER 1

PREMISE/OPERATIONS
```
          RATE:                    .967
          TERM SURCHARGE:         1.100
          TERM FACTOR:             .784
          TERM PREMIUM:         224.00           $224.00
```

EU:28
L:28       PREMIUM BASIS:
           1 ACRE(S)
           RATES PER 1

PREMISE/OPERATIONS
```
          RATE:                    .967
          TERM SURCHARGE:         1.100
          TERM FACTOR:             .784
          TERM PREMIUM:           1.00             $1.00
```

EU:29
L:29       PREMIUM BASIS:
           1 ACRE(S)
           RATES PER 1

PREMISE/OPERATIONS
```
          RATE:                    .967
          TERM SURCHARGE:         1.100
          TERM FACTOR:             .784
          TERM PREMIUM:           1.00             $1.00
```

EU:30
L:30       PREMIUM BASIS:
           1 ACRE(S)
           RATES PER 1

PREMISE/OPERATIONS
```
          RATE:                    .967
          TERM SURCHARGE:         1.100
          TERM FACTOR:             .784
          TERM PREMIUM:           1.00             $1.00
```

TRANS:0001

CONTINUED ON PAGE  15

LOM TME1       0940 07/31/02 49877       HOME OFFICE COPY       PAGE:  14

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

EU:31
L:31

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                .967
TERM SURCHARGE:       1.100
TERM FACTOR:           .784
TERM PREMIUM:         1.00          $1.00

EU:32
L:32

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                .967
TERM SURCHARGE:       1.100
TERM FACTOR:           .784
TERM PREMIUM:         1.00          $1.00

EU:33
L:33

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                .967
TERM SURCHARGE:       1.100
TERM FACTOR:           .784
TERM PREMIUM:         1.00          $1.00

EU:34
L:34

PREMIUM BASIS:
2 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                .967
TERM SURCHARGE:       1.100
TERM FACTOR:           .784
TERM PREMIUM:         2.00          $2.00

EU:35
L:35

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

CLASS E

OC7004080G91

TRANS:0001

CONTINUED ON PAGE  16

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)    TERM PREMIUM

PREMISE/OPERATIONS
RATE:                           .967
TERM SURCHARGE:      1.100
TERM FACTOR:              .784
TERM PREMIUM:           1.00                    $1.00

EU:36
L:36

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                           .967
TERM SURCHARGE:      1.100
TERM FACTOR:              .784
TERM PREMIUM:           1.00                    $1.00

EU:37
L:37

PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                           .967
TERM SURCHARGE:      1.100
TERM FACTOR:              .784
TERM PREMIUM:           1.00                    $1.00

EU:42
L:41

PREMIUM BASIS:
80 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                           .967
TERM SURCHARGE:      1.100
TERM FACTOR:              .784
TERM PREMIUM:           66.00                  $66.00

I/C:42598

CLASSIFICATION CODE: 61217
BUILDINGS OR PREMISES - BANK OR OFFICE -
MERCANTILE OR MANUFACTURING - MAINTAINED BY THE
INSURED (LESSOR'S RISK ONLY) - FOR PROFIT
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU:1
L:1

PREMIUM BASIS:
500 SQUARE FEET OF AREA
RATES PER 1,000

CLASS E    0570040891

TRANS:0001

CONTINUED ON PAGE  17

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)     TERM PREMIUM

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 28.00 | $28.00 |

EU:2
L:2
PREMIUM BASIS:
400 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 22.00 | $22.00 |

EU:3
L:3
PREMIUM BASIS:
1,200 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 71.032 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 73.00 | $73.00 |

EU:4
L:4
PREMIUM BASIS:
1,200 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 66.00 | $66.00 |

EU:5
L:5
PREMIUM BASIS:
600 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 33.00 | $33.00 |

TRANS:0001

CONTINUED ON PAGE  18

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)     TERM PREMIUM

EU:6
L:6

PREMIUM BASIS:
600 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 33.00 | $33.00 |

EU:40
L:40

PREMIUM BASIS:
1,500 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 63.929 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 83.00 | $83.00 |

I/C:10330

CLASSIFICATION CODE: 63010
DWELLINGS - ONE-FAMILY - (LESSOR'S RISK ONLY)
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU:9
L:9

PREMIUM BASIS:
1 DWELLING(S)
RATES PER 1

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 123.482 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 106.00 | $106.00 |

EU:11
L:11

PREMIUM BASIS:
1 DWELLING(S)
RATES PER 1

PREMISE/OPERATIONS
| | | |
|---|---|---|
| RATE: | 123.482 | |
| TERM SURCHARGE: | 1.100 | |
| TERM FACTOR: | .784 | |
| TERM PREMIUM: | 106.00 | $106.00 |

CLASS E   0570040801

TRANS:0001

CONTINUED ON PAGE  19

POLICY DECLARATIONS

| NAME OF COMPANY | THE OHIO CASUALTY INSURANCE COMPANY |
| NAMED INSURED | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |

HAZARDS - (CONTINUED)     TERM PREMIUM

- - - - - - - - - - - - - - - - - - - - - - - -
LIABILITY SCHEDULE TOTALS - TERM               ===========
  TOTAL PROVISIONAL PREMIUM:. . . . . . . . . .   $2,037.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0001                END OF DECLARATIONS

NAME OF COMPANY  THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED  FRED WANLESS TRUST

POLICY NO. BKO (03) 52 98 73 82

INTERNAL USE

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED
FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

GENERAL ENDORSEMENT IDENTIFICATION: 2

LOCATION #36

LEGAL DESCRIPTION:

ALL THAT PART OF THE SOUTHEAST QUARTER OF SECTION 14,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN THAT HAS NOT BEED PLATTED, AND 1.5 ACRES IN
THE SOUTHEAST CORNER OF THE WEST ONE-HALF OF THE NORTHEAST
ONE QUARTER OF SECTION 14, KNOWN AS INDEX #14-14-251-006,
EXCEPTING RAILWAY RIGHT-OF-WAY, PUBLIC ROADS, AND PARCELS
HERTOFORE CONVEYED OF RECORD, CONTAINING 80 ACRES
MORE OR LESS, SANGAMON COUNTY, ILLINOIS

LOCATION #10

LEGAL DESCRIPTION:

SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 25,

TRANS:0001

CONTINUED ON PAGE    2

CLASS E    OC72004D891

21

NAME OF COMPANY THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED FRED WANLESS TRUST

POLICY NO. BKO (03) 52 98 73 82

INTERNAL USE

GENERAL ENDORSEMENT (CONTINUED)

TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #11

LEGAL DESCRIPTION:

EAST ONE-HALF OF THE SOUTHEAST QUARTER OF SECTION 24,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #12

LEGAL DESCRIPTION:

MORAN FARM
WEST ONE-HALF OF THE SOUTHEAST ONE-HALF OF SECTION 26,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #13

LEGAL DESCRIPTION:

STARNE FARM
SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 24,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #15

LEGAL DESCRIPTION:

SECTION 26, TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD
PRINCIPAL MERIDIAN

LOCATION #16

LEGAL DESCRIPTION:

SOUTHEAST QUARTER OF SECTION 15, AND EAST ONE-HALF OF THE
SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 16 NORTH, RANGE
5 WEST OF THE THIRD PRINCIPAL MERIDIAN

LOCATION #21

LEGAL DESCRIPTION:

CLASS E

0X7200409G1

TRANS:0001

CONTINUED ON PAGE    3

LOM TME1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:    2

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

GENERAL ENDORSEMENT (CONTINUED)

SOUTH ONE-HALF OF SECTION 36, TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL MERIDIAN

LOCATION #23

LEGAL DESCRIPTION:

WEST ONE-HALF OF THE SOUTHWEST QUARTER OF SECTION 15, TOWNSHIP 15 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL MERIDIAN

LOCATION #24

LEGAL DESCRIPTION:

PART OF SECTION 9 AND SECTION 16, TOWNSHIP 15 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL MERIDIAN

* * * * * * * * * * * * * * * * * * * *

CLASS E

042700409801

TRANS:0001                    END OF GENERAL ENDORSEMENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I - COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;" and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a. **Expected or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) that the insured would have in the absence of the contract or agreement; or

      (2) assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    (b) such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily Injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

        **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

    **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

     Copyright, Insurance Services Office, Inc., 1997      CG 00 01 07 98

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3)  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4)  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5)  "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

h.  **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1)  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2)  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i.  **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j.  **Damage to Property**

"Property damage" to:

(1)  Property you own, rent, or occupy;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)  Property loaned to you;

(4)  Personal property in the care, custody or control of the insured;

(5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products– completed operations hazard."

k.  **Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l.  **Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products–completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.  **Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

(2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1.  Insuring Agreement.**

**a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** And **B**.

**b.**  This insurance applies to:

"personal and advertising injury" caused by an offense arising out of your business

but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions.**

This insurance does not apply to:

**a.**  "Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

    Copyright, Insurance Services Office, Inc., 1997

**(9)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement.**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions.**

We will not pay expenses for "bodily injury:"

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard."

**g.** Excluded under Coverage A.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit."

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) agrees in writing to:

(a) cooperate with us in the investigation, settlement or defense of the "suit";

(b) immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) notify any other insurer whose coverage is available to the indemnitee; and

(d) cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) provides us with written authorization to:

(a) obtain records and other information related to the "suit"; and

(b) conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** –– Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers", (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury";

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co–"employee" while that co–"employee" is either in the course of his or her employment, or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co–"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co–"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

 Copyright, Insurance Services Office, Inc., 1997

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits."

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products–completed operations hazard;" and

**c.** Damages under Coverage **B**.

**3.** The Products–Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products–completed operations hazard."

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy.**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit;" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.  Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.  Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damage arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

Copyright, Insurance Services Office, Inc., 1997

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in **a.** above; or

**(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker."

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes un-
controllable or breaks out from where it was
intended to be.

8. "Impaired property" means tangible property,
other than "your product" or "your work,"
that cannot be used or is less useful because:

   a. It incorporates "your product" or "your
   work" that is known or thought to be de-
   fective, deficient, inadequate or danger-
   ous; or

   b. You have failed to fulfill the terms of a
   contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or
   removal of "your product" or "your
   work;" or

   b. Your fulfilling the terms of the contract
   or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises.
   However, that portion of the contract
   for a lease of premises that indemnifies
   any person or organization for damage
   by fire to premises while rented to you
   or temporarily occupied by you with
   permission of the owner is not an "in-
   sured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, ex-
   cept in connection with construction or
   demolition operations on or within 50
   feet of a railroad;

   d. An obligation, as required by ordinance,
   to indemnify a municipality, except in
   connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agree-
   ment pertaining to your business (includ-
   ing an indemnification of a municipality in
   connection with work performed for a
   municipality) under which you assume the
   tort liability of another party to pay for
   "bodily injury" or "property damage" to a
   third person or organization. Tort liability
   means a liability that would be imposed
   by law in the absence of any contract or
   agreement.

   Paragraph f. does not include that part of any
   contract or agreement:

   (1) That indemnifies a railroad for "bodily in-
   jury" or "property damage" arising out of
   construction or demolition operations,
   within 50 feet of any railroad property
   and affecting any railroad bridge or tres-
   tle, tracks, road-beds, tunnel, underpass
   or crossing;

   (2) That indemnifies an architect, engineer or
   surveyor for injury or damage arising out
   of:

      (a) Preparing, approving, or failing to
      prepare or approve, maps, shop
      drawings, opinions, reports, sur-
      veys, field orders, change orders or
      drawings and specifications; or

      (b) Giving directions or instructions, or
      failing to give them, if that is the pri-
      mary cause of the injury or damage;
      or

   (3) Under which the insured, if an architect,
   engineer or surveyor, assumes liability
   for an injury or damage arising out of the
   insured's rendering or failure to render
   professional services, including those
   listed in (2) above and supervisory, in-
   spection, architectural or engineering
   activities.

10. "Leased worker" means a person leased to
you by a labor leasing firm under an agree-
ment between you and the labor leasing firm,
to perform duties related to the conduct of
your business. "Leased worker" does not in-
clude a "temporary worker".

11. "Loading or unloading" means the handling of
property:

   a. After it is moved from the place where it
   is accepted for movement into or onto
   an aircraft, watercraft or "auto;"

   b. While it is in or on an aircraft, watercraft
   or "auto;" or

   c. While it is being moved from an aircraft,
   watercraft or "auto" to the place where it
   is finally delivered;

   but "loading or unloading" does not include
   the movement of property by means of a
   mechanical device, other than a hand truck,
   that is not attached to the aircraft, watercraft
   or "auto."

12. "Mobile equipment" means any of the follow-
ing types of land vehicles, including any at-
tached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and
   other vehicles designed for use princi-
   pally off public roads;

b.  Vehicles maintained for use solely on or next to premises you own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self–propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1)  Power cranes, shovels, loaders, diggers or drills; or

   (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self–propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2)  Cherry pickers and similar devices used to raise or lower workers;

f.  Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self–propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

   (1)  Equipment designed primarily for:

      (a)  Snow removal;

      (b)  Road maintenance, but not construction or resurfacing; or

      (c)  Street cleaning;

   (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a.  False arrest, detention or imprisonment;

b.  Malicious prosecution;

c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d.  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e.  Oral or written publication of material that violates a person's right of privacy;

f.  The use of another's advertising idea in your "advertisement"; or

g.  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products–completed operations hazard":

a.  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1)  Products that are still in your physical possession; or

   (2)  Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a)  When all of the work called for in your contract has been completed.

      (b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, mainten-ance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, un-less the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "load-ing or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Dec-larations or in a policy schedule, states that products-completed op-erations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, in-cluding all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which dam-ages because of "bodily injury," "property damage," or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the in-sured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a perma-nent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have ac-quired; and

**b.** Containers (other than vehicles), materi-als, parts or equipment furnished in con-nection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending ma-chines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or oper-ations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

**b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

  **(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment−related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment−related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

  **(1)** Whether the insured may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

  **(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment−related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment−related practices described in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

  **(1)** Whether the insured may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 07 98          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 84 82 11 01

E-FILED
Thursday, 20 April, 2006 02:59:06 PM
Clerk, U.S. District Court, ILCD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**c.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**d.** Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following is added to the **Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 84 82 11 01                 ISO Properties, Inc., 2001                 **Page 1 of 1**

COMMERCIAL INLAND MARINE
CM 02 04 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

**C. Mailing of Notices**

We will mail all cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

     Copyright, Insurance Services Office, Inc., 1999

**D.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

    **C. Legal Action Against Us**

    No one may bring a legal action against us:

       **1.** Until there has been full compliance with all terms of this Coverage Part; and

       **2.** More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, Insurance Services Office, Inc., 1999

CM 02 04 09 00

COMMERCIAL PROPERTY
CP 00 10 06 95

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H – DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. **Building,** meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c.** **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(3) Rowboats or canoes out of water at the described premises;

**p.** The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.** **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

 Copyright, ISO Commercial Risk Services, Inc., 1994 CP 00 10 06 95

**4. Additional Coverages**

**a. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b. Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers and Records – Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

**d. Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property; or
2. Debris Removal; but if:
   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

> Deductible: $250
> Limit of Insurance – Bldg. 1: $60,000
> Limit of Insurance – Bldg. 2: $80,000
>
> Loss to Bldg. 1: $60,100
> Loss to Bldg. 2: $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

> $60,100
> <u>– 250</u>
> $59,850        Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1: $70,000 (exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2: $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable – Bldg. 1: $ 60,000 (Limit of Insurance)

Loss Payable – Bldg. 2: $ 80,000 (Limit of Insurance)

Total amount of loss payable: $140,000

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**

   There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

    Copyright, ISO Commercial Risk Services, Inc., 1994

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

  **a. Description of Terms**

    **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

      **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      **(b)** When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

        **(i)** Is not rented; or

        **(ii)** Is not used to conduct customary operations.

    **(2)** Buildings under construction or renovation are not considered vacant.

  **b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      **(a)** Vandalism;

      **(b)** Sprinkler leakage, unless you have protected the system against freezing;

      **(c)** Building glass breakage;

      **(d)** Water damage;

      **(e)** Theft; or

      **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at

the actual cash value even when attached to the building:

   (1)  Awnings or floor coverings;

   (2)  Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

   (3)  Outdoor equipment or furniture.

c.  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d.  Glass at the cost of replacement with safety glazing material if required by law.

e.  Tenant's Improvements and Betterments at:

   (1)  Actual cash value of the lost or damaged property if you make repairs promptly.

   (2)  A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (a)  Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (b)  Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (3)  Nothing if others pay for repairs or replacement.

f.  Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

   (1)  Blank materials for reproducing the records; and

   (2)  Labor to transcribe or copy the records when there is a duplicate.

F.  **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Coinsurance**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies.

   a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

   Instead, we will determine the most we will pay using the following steps:

      (1)  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

      (2)  Divide the Limit of Insurance of the property by the figure determined in step (1);

      (3)  Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

      (4)  Subtract the deductible from the figure determined in step (3).

   We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Copyright, ISO Commercial Risk Services, Inc., 1994     CP 00 10 06 95

**Example No. 2** (Adequate Insurance):

When:

| | |
|---|---:|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:

| | |
|---|---:|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | |
| Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2 | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 − $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

   (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Agreed Value**

  a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

  b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

  c. The terms of this Optional Coverage apply only to loss or damage that occurs:

   (1) On or after the effective date of this Optional Coverage; and

   (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. **Inflation Guard**

  a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

   (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

   (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

   (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If:

The applicable Limit of Insurance is    $100,000

The annual percentage increase is    8%

The number of days since the beginning of the policy year (or last policy change) is    146

The amount of increase is

$100,000 x .08 x 146÷365=$3,200

3. **Replacement Cost**

  a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

  b. This Optional Coverage does not apply to:

   (1) Personal property of others;

   (2) Contents of a residence;

   (3) Manuscripts;

   (4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

   (5) "Stock", unless the Including "Stock" option is shown in the Declarations.

 Copyright, ISO Commercial Risk Services, Inc., 1994 CP 00 10 06 95

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject of f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

## H. DEFINITIONS

1. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 10 30 06 95

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** – Definitions.

**A. COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section **B.,** Exclusions; or

2. Limited in Section **C.,** Limitations;

that follow.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power or other utility service supplied to the described

premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire

 Copyright, ISO Commercial Risk Services, Inc., 1994

or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    (1) You do your best to maintain heat in the building or structure; or

    (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    (1) Acting alone or in collusion with others; or

    (2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

    (1) Planning, zoning, development, surveying, siting;

    (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    (3) Materials used in repair, construction, renovation or remodeling; or

    (4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

    (1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to re-produce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

(6) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.** Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license;

or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.,** Ordinance or Law;

(b) Paragraph **B.1.c.,** Governmental Action;

(c) Paragraph **B.1.d.,** Nuclear Hazard;

(d) Paragraph **B.1.e.,** Utility Services; and

(e) Paragraph **B.1.f.,** War and Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, h o w e v e r caused.

 Copyright, ISO Commercial Risk Services, Inc., 1994

## C.  LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1.  We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a.  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b.  Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    c.  The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        (1)  The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        (2)  The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    d.  Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

        However, this limitation does not apply to:

        (1)  Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

        (2)  Business Income coverage or Extra Expense coverage.

    e.  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    f.  Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

    g.  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2.  We will not pay more than $500 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass. Subject to this $500 aggregate, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

    However, this limitation does not apply to:

    a.  Loss or damage by the "specified causes of loss", except vandalism; or

    b.  Business Income coverage or Extra Expense coverage.

3.  We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    a.  Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

    b.  Animals, and then only if they are killed or their destruction is made necessary.

    c.  Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        (1)  Glass that is part of a building or structure;

        (2)  Containers of property held for sale; or

        (3)  Photographic or scientific instrument lenses.

    d.  Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    (1)  If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

    (2)  To Business Income coverage or to Extra Expense coverage.

4. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

    **a.**  $2,500 for furs, fur garments and garments trimmed with fur.

    **b.**  $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    **c.**  $2,500 for patterns, dies, molds and forms.

    **d.**  $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.4.,** does not apply to Business Income coverage or to Extra Expense coverage.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    **a.**  Results in discharge of any substance from an automatic fire protection system; or

    **b.**  Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D.  ADDITIONAL COVERAGE - COLLAPSE**

The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.5.** below.

1. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

    **a.**  The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

    **b.**  Hidden decay;

    **c.**  Hidden insect or vermin damage;

    **d.**  Weight of people or personal property;

    **e.**  Weight of rain that collects on a roof;

    **f.**  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.1.a.** through **D.1.e.,** we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2. If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

    **a.**  The personal property which collapses is inside a building; and

    **b.**  The collapse was caused by a cause of loss listed in **D.1.a.** through **D.1.f.** above.

3. With respect to the following property:

    **a.**  Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    **b.**  Awnings, gutters and downspouts;

    **c.**  Yard fixtures;

    **d.**  Outdoor swimming pools;

    **e.**  Fences;

    **f.**  Piers, wharves and docks;

    **g.**  Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **D.1.b.** through **D.1.f.**, we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. Collapse does not include settling, cracking, shrinkage, bulging or expansion.

5. This Additional Coverage – Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. **ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $1000.

This Coverage Extension is additional insurance. The Additional Condition, Co-insurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

F. **DEFINITIONS**

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man–made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

COMMERCIAL PROPERTY
CP 72 69 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss - Special Form is deleted and replaced by the following:

**(2)** Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** The following is added to **B.1.** of the Exclusions section:

**h.** "Fungus" or Bacteria

Growth, proliferation or spread of "fungus" or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus" or bacteria. However, if the growth, proliferation or spread of "fungus" or bacteria is caused by a Covered Cause of Loss we will pay up to $25,000 to remove or treat the "fungus" or bacteria. Of this amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus" or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within and not in addition to the limit provided for the removal and treatment of the "fungus" or bacteria.

**C.** The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the growth, proliferation or spread of "fungus" or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus" or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus" or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days. If there is (in addition to the "fungus" or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus" or bacteria.

**D.** The following Additional Exclusion is added to the Ordinance or Law Coverage Endorsement if attached to this policy:

We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus" or bacteria.

**E.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CP 72 69 10 01
Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1995, 2001

COMMERCIAL CRIME
CR 10 00 04 97
FILED
Thursday, 20 April, 2006  02:59:22 PM
Clerk, U.S. District Court, ILCD

# CRIME GENERAL PROVISIONS
## (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A.  GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1.  **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2.  **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3.  **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    a.  Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    b.  Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

    c.  Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4.  **Legal Expenses:** Expenses related to any legal action.

5.  **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6.  **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B.  GENERAL CONDITIONS

1.  **Concealment, Misrepresentation or Fraud:** This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

    a.  This insurance;

    b.  The Covered Property;

    c.  Your interest in the Covered Property; or

    d.  A claim under this insurance.

2.  **Consolidation – Merger:** If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

    a.  Any additional persons become "employees"; or

    b.  You acquire the use and control of any additional "premises";

    any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises," for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

    You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

    If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

3.  **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

4. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

   **a.** Notify us as soon as possible.

   **b.** Submit to examination under oath at our request and give us a signed statement of your answers.

   **c.** Give us a detailed, sworn proof of loss within 120 days.

   **d.** Cooperate with us in the investigation and settlement of any claim.

5. **Extended Period to Discover Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

6. **Joint Insured**

   **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

   **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

   **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

   **d.** If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

   **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

7. **Legal Action Against Us:** You may not bring any legal action against us involving loss:

   **a.** Unless you have complied with all the terms of this insurance; and

   **b.** Until 90 days after you have filed proof of loss with us; and

   **c.** Unless brought within 2 years from the date you discover the loss.

8. **Liberalization:** If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

9. **Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   **a.** The actual amount of loss; or

   **b.** The sum of the limits of insurance applicable to those coverages.

10. **Loss Sustained During Prior Insurance**

   **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

     **(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

     **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

     **(1)** This insurance as of its effective date; or

     **(2)** The prior insurance had it remained in effect.

11. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

   **a.** Partly by this insurance; and

   **b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

12. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Declarations.

13. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

   a. That you own or hold; or

   b. For which you are legally liable.

   However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

14. **Policy Period**

   a. The Policy Period is shown in the Declarations.

   b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

15. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

16. **Recoveries**

   a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

   (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

   (2) Then to us, until we are reimbursed for the settlement made;

   (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

   b. Recoveries do not include any recovery:

   (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

   (2) Of original "securities" after duplicates of them have been issued.

17. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

18. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

19. **Valuation - Settlement**

   a. Subject to the applicable Limit of Insurance provision we will pay for:

   (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

   (a) At face value in the "money" issued by that country; or

   (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

   (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

   (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities;" or

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    i.  Value of the "securities" at the close of business on the day the loss was discovered; or

    ii.  Limit of Insurance.

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

    (a)  Actual cash value of the property on the day the loss was discovered;

    (b)  Cost of repairing the property or "premises"; or

    (c)  Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

## C. GENERAL DEFINITIONS

1. **"Employee"** means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service); and

(2) Whom you compensate directly by salary, wages or commissions; and

(3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person who is furnished to you to:

(1) substitute for a permanent "employee" on leave; or

(2) meet seasonal or short-term work-load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

(1) Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. **"Money"** means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

3. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

4. **"Securities"** means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **LEGAL ACTION AGAINST US** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

     **(1)** You demanded the appraisal; and

     **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

   **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

     **(1)** Was made with actual intent to deceive; or

     **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

   **b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

     **(1)** This Coverage Part or Coverage Form;

     **(2)** The Covered Property;

     **(3)** Your interest in the Covered Property; or

     **(4)** A claim under this Coverage Part or Coverage Form.

   **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   **a.** The loss arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act committed:

   **a.** By or at the direction of any "insured"; and

   **b.** With the intent to cause a loss ("loss").

2. This exclusion, however, will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

   **a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

     Copyright, Insurance Services Office, Inc., 1998     IL 01 18 03 99

IL 70 04 04 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMIUM AUDIT CONDITION

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK
> EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

The following is added to the premium audit condition of the policy:

> The due date for audit and retrospective premiums is the date of the billing.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1992

OC 70 35 06 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph 1. **Insuring Agreement** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is replaced by the following:

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance; and**

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of **Section II - Who Is An Insured** and no "employee" authorized by you to give or

receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description and Location of Operation(s):**

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

CG 21 53 01 96                    Copyright, Insurance Services Office, Inc., 1994                    Page 1 of 1

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

Copyright, Insurance Services Office, Inc., 1999

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. Pair, Sets Or Parts

1. **Pair or Set.**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

     Copyright, Insurance Services Office, Inc., 1999     CM 00 01 09 00

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

**E. Policy Period**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

E-FILED
Tuesday, 26 June, 2012 02:47 PM
COMMERCIAL INLAND MARINE
Clerk, U.S. District Court, ILCD

**This Inland Marine coverage is subject to the terms shown below.**
**The Commercial Inland Marine Conditions also apply.**

# COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

### 1. COVERED PROPERTY

We'll cover your property scheduled in the Declarations.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Property on exhibition at fair grounds or premises of national or international expositions unless the premises is scheduled in the Declarations.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

### 1.

We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

### 2.

We won't pay for "loss" caused by or resulting from any of the following:

a. **Dishonest acts by:**

(1) You;

(2) Anyone else with an interest in the property;

(3) Your or their employees or authorized representatives; or

(4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

c. Damage caused by any repairing, restoration or retouching process.

d. Breakage of art glass windows, glass-

ware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by fire, lightning, aircraft, windstorm, malicious damage, theft, explosion, earthquake, flood or collision, derailment or overturn of conveyance.

**e.** Poor packing or rough handling.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance scheduled in the Declarations, no matter how many protected persons, property owners or financial interests are involved.

**D. DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. VALUE OF PROPERTY**

**a.** We will pay the amount shown for each scheduled article which is agreed to be the value of the article.

**b.** In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

**2. PACKING**

You agree that the covered property will be packed and unpacked by competent packers.

**3. NEWLY ACQUIRED PROPERTY**

We cover other objects of art acquired during the policy period for their actual cash value but no more than 25% of the amount of insurance for fine arts scheduled, provided you report these objects to us within 90 days of acquisition and pay the additional premium from the date acquired.

**4. COVERAGE TERRITORY**

We cover property wherever located within:

**a.** The continental United States;

**b.** The State of Hawaii; and

**c.** Canada.

**G. DEFINITIONS**

"Loss" means accidental loss or damage.

COMMERCIAL PROPERTY
CP 00 30 06 95

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G – DEFINITIONS.

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i) Business Income including "Rental Value."

(ii) Business Income other than "Rental Value."

(iii) "Rental Value."

If option (i) above is selected, the term Business Income will include "Rental Value." If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 100 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

1. All routes within the building to gain access to the described premises; and

2. Your personal property in the open (or in a vehicle) within 100 feet.

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

### 2. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

### 3. Additional Coverages

a. **Extra Expense.**

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

(1) We will pay any Extra Expense to avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Costs to equip and operate the replacement or temporary locations.

(2) We will pay any Extra Expense to minimize the suspension of business if you cannot continue "operations."

(3) We will pay any Extra Expense to:

(a) Repair or replace any property; or

(b) Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**b.** **Civil Authority.** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) 3 consecutive weeks after the time of that action; or

(2) When your Business Income coverage ends;

whichever is later.

**c.** **Alterations and New Buildings.** We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d.** **Extended Business Income.**

(1) Business Income Other Than "Rental Value"

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date deter-

Copyright, ISO Commercial Risk Services, Inc., 1994

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**4. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay for loss under this Extension is $100,000 at each location.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B. EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

**D. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

**4. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

     Copyright, ISO Commercial Risk Services Inc., 1994

**b.** The amount of Extra Expense will be determined based on:

  **(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

  **(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

  **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

  **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**5. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**E. ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

  **a.** The Coinsurance percentage shown for Business Income in the Declarations; times

  **b.** The sum of:

    **(1)** The Net Income (Net Profit or Loss before income taxes), and

    **(2)** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**1.** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**2.** Divide the Limit of Insurance for the described premises by the figure determined in Step **1.**; and

**3.** Multiply the total amount of loss by the figure determined in Step **2.**

We will pay the amount determined in Step **3.** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**1.** Prepaid freight – outgoing;

**2.** Returns and allowances;

**3.** Discounts;

**4.** Bad debts;

**5.** Collection expenses;

**6.** Cost of raw stock and factory supplies consumed (including transportation charges);

**7.** Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $80,000 |

Step 1: $400,000 x 50% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 ÷ $200,000 = .75

Step 3: $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $200,000 |
| | The amount of loss is | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to the Extra Expense Additional Coverage.

**F.  OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

| When: | The limit of Insurance is | $120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $ 30,000

If, in this example, the actual amount of loss is:

| Days  1–30 | $40,000 |
|---|---|
| Days 31–60 | 20,000 |
| Days 61–90 | 30,000 |
| | $90,000 |

Days  1−30  $30,000

Days 31−60   20,000

Days 61−90   30,000

$80,000

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A Business Income Report/ Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

**Example:**

When: The Limit of Insurance is    $100,000

The Agreed Value is    $200,000

The amount of loss is   $ 80,000

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. **Extended Period Of Indemnity**

Under paragraph **A.3.d.,** Extended Business Income, the number "30" in subparagraph **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

G. **DEFINITIONS**

1. **"Finished Stock"** means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. **"Operations"** means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3. **"Period of Restoration"** means the period of time that:

a. Begins:

(1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

(2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

    (1)  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    (2)  The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    (1)  Regulates the construction, use or repair, or requires the tearing down of any property; or

    (2)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. **"Rental Value"** means the:

    a.  Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

    b.  Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

    c.  Fair rental value of any portion of the described premises which is occupied by you.

Copyright, ISO Commercial Risk Services Inc., 1994

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including over head transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Limit of Insurance |
|---|---|---|---|---|

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph **B.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B.** **Utility Services**

    **1.** **Water Supply Services,** meaning the following types of property supplying water to the described premises:

        **a.** Pumping stations; and

        **b.** Water mains.

    **2.** **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

        **a.** Communication transmission lines, including optic fiber transmission lines;

        **b.** Coaxial cables; and

        **c.** Microwave radio relays except satellites.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**C.** The COINSURANCE Additional Condition does not apply to this endorsement.

           Copyright, ISO Commercial Risk Services, Inc., 1994           CP 15 45 06 95

# EMPLOYEE DISHONESTY COVERAGE FORM

## A. COVERAGE

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss:

1. **Covered Property:** "Money", "securities", and "property other than money and securities".

2. **Covered Cause of Loss:** "Employee dishonesty".

3. **Coverage Extension**

   **Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

## B. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

## C. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

2. You must:

   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   b. Upon our request, give us a statement describing the loss.

## D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:

In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

1. **Additional Exclusions:** We will not pay for loss as specified below:

   a. **Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   b. **Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      (1) An inventory computation; or

      (2) A profit and loss computation.

2. **Additional Condition**

   **Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":

   a. Immediately upon discovery by:

      (1) You; or

      (2) Any of your partners, officers or directors not in collusion with the "employee";

      of any dishonest act committed by that "employee" whether before or after becoming employed by you.

   b. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

      The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

3. **Additional Definitions**

   a. **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

      (1) Cause you to sustain loss; and also

      (2) Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

         (a) The "employee"; or

         (b) Any person or organization intended by the "employee" to receive that benefit.

   b. **"Occurrence"** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

INTERLINE
IL 00 03 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYMENT−RELATED PRACTICES LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY − NEW YORK

The following is added:

    The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

A. The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least

IL 02 84 05 90          Copyright, Insurance Services Office, Inc., 1990          Page 1 of 2
Copyright, ISO Commercial Risk Services, Inc., 1990

10 days before the effective date of cancellation.

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

      (1) Seasonal unoccupancy; or

      (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   c. The building has:

      (1) An outstanding order to vacate;

      (2) An outstanding demolition order; or

      (3) Been declared unsafe in accordance with the law.

   d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

**10. RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained by misrepresentation or fraud; or

   c. Any act that measurably increases the risk originally accepted.

The provisions of paragraphs 9. and 10. above do not apply to coverage under the Glass Coverage Form.

**11.** For insurance provided under the COMMERCIAL PROPERTY COVERAGE PART, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

   a. The other; and

   b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

   a. The broker, if known to us, or the agent of record; and

   b. The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

   a. The policy was obtained by misrepresentation or fraud;

   b. The risk originally accepted has measurably increased; or

   c. You received 60 days' notice of our intent not to renew as provided in 1. above.

The provisions of paragraph B.2. above do not apply to coverage under the Glass Coverage Form.

Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

IL 02 84 05 90

LC 87 00 02 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    BUSINESSOWNERS LIABILITY COVERAGE FORM
    COMMERCIAL AUTO COVERAGE PART
    GARAGE COVERAGE PART
    TRUCKERS COVERAGE PART
    FARM COVERAGE PART
    PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART

This insurance does not apply to:

    "Bodily injury", "property damage", or "personal and advertising injury" arising out of or related in any way to asbestos or asbestos containing materials.

    We shall not have the duty to defend any such claim or "suit".

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date, if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

   **c.** Mailing of Notices

      We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG 02 00 04 87          Copyright, Insurance Services Office, Inc., 1987

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FIDUCIARIES - FIDUCIARY INTEREST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

This insurance applies to "bodily injury," "property damage", "personal and advertising injury" or medical payments arising out of the ownership, maintenance or use, including all related operations, of property in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity, subject to the following additional provisions:

**A.** **Section II - Who Is An Insured** is amended to include as an insured each of the following to the extent set forth below:

　**1.** Any co-fiduciary or co-representative of yours with respect to acts or omissions as such;

　**2.** Any person or organization legally responsible with respect to your acts or omissions in a fiduciary or representative capacity; and

　**3.** Any beneficiary, devisee, legatee, ward, heir or distributee of the trust, guardianship or estate, and any co-owner or life tenant of the property, with respect to acts or omissions as such.

However, the insurance, as afforded to any person or organization described in Paragraphs **1.**, **2.** or **3.** above, or to any person or organization while acting as your real estate manager, does not apply:

　**a.** To any "executive officer" or "employee" with respect to "bodily injury" to another "executive officer" or "employee" of the same employer or while performing his or her duties related to the conduct of your business;

　**b.** With respect to property or operations you designate in a written notice stating that this insurance is not required for such property or operations. The written notice must be given to us within 30 days after your knowledge of commencement of a fiduciary or representative relationship.

**B.** This insurance does not apply to "bodily injury" or "property damage" which occurs or "personal and advertising injury" arising out of an offense before you first had the right or duty to act in a fiduciary or representative capacity with respect to property in such trust, guardianship or estate.

**C.** Property in any trust, guardianship or estate for which you are acting in a fiduciary or representative capacity will be deemed to be property owned by you.

**D.** Exclusion **j. (2)** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

　This insurance does not apply to:

　**j.** "Property damage" to:

　　**(2)** Premises you or the person or organization you succeed or represent sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**E.** Exclusion **l.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

　**l.** "Property damage" to "your work" or work performed by or on behalf of the person or organization succeeded or represented by you and arising out of it or any part of it and included in the "products-completed operations hazard."

　This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf or on behalf of the person or organization succeeded or represented by you by a subcontractor.

F. The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**

This condition does not entitle us to the right to exoneration or reimbursement from property with respect to which you have a fiduciary relationship.

G. Definition **22.** "your product" in the Definitions Section is replaced by the following:

**22.** "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) The person or organization you succeed or represent; or

(4) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

     Copyright, Insurance Services Office, Inc., 1997     CG 24 11 07 98

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E DEFINITIONS.

## A. Coverage

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   d. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

   that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

   b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage - Collapse**

   We will pay for direct loss or damage caused by or resulting from risks of direct physical loss or damage involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

5. **Coverage Extension**

   **REMOVAL**

   If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

   a. At a safe place away from your "premises;" or

   b. Being taken to and returned from that place.

   This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Copyright, Insurance Services Office, Inc., 1999

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) A manager or a member if you are a limited liability company;

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(1) Programming errors or faulty machine instructions;

(2) Faulty installation or maintenance of data processing equipment or component parts;

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises."

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

Copyright, Insurance Services Office, Inc., 1999
CM 00 66 09 00

**b.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse except as provided in the Additional Coverage -Collapse section of this Coverage Form.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to re-establish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for a loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises;" and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

 Copyright, Insurance Services Office, Inc., 1999

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step (1); and

(3) Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

c. **Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

E. **Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Copyright, Insurance Services Office, Inc., 1999
CM 00 66 09 00

# COMPUTER AND TELECOMMUNICATIONS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section H - DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. COVERED PROPERTY**, as used in this Coverage Form, means:

Electronic Data processing and word processing computer equipment, telecommunications equipment and integral components used exclusively in your "computer and telecommunications operations" at locations scheduled in the declarations. The equipment must be property that you own, rent or are legally responsible for.

Throughout this policy, the word equipment refers to covered property.

**2. PROPERTY NOT COVERED**

a. Contraband, or property in the course of illegal transportation or trade.

b. Accounts, bills, money, securities, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents. However, this exclusion doesn't apply to media.

c. Property you rent, lease or loan to others while it is away from your premises.

d. Data processing and telecommunications equipment that is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration.

e. Satellites, microwave towers and dishes, earth stations, telephone switching stations.

f. Overhead or underground transmission lines.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXTENSIONS OF COVERAGE

**1. DATA, MEDIA, EXTRA EXPENSE AND BUSINESS INCOME**

If a covered "loss" occurs, we'll also pay up to 25% of the equipment location limit shown in the declarations or $50,000, whichever is less for EACH of the following:

a. **DATA AND MEDIA**

Data means information stored on media and includes facts, instructions and programs converted to a form usable in a data processing operation.

Media means material on which data is recorded, such as magnetic discs, diskettes or tapes, disc packs, paper tapes or cards used in computer processing units.

b. **EXTRA EXPENSE**

Extra expense means any necessary operating expenses over and above your normal cost of operating your equipment had no "loss" occurred. We'll pay these necessary expenses from the date of "loss" until:

(1) The equipment is repaired or replaced and normal operation resumes; or

(2) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(3) The limit of this extension of coverage is used.

You agree to resume normal operation, either partial or complete, as soon as you can following any "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

**c. BUSINESS INCOME**

We will pay for the actual loss of business income you sustain due to the necessary suspension of your "computer and/or telecommunications operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to equipment at the described premises, caused by or resulting from any Covered Cause of Loss. The most we will pay is the business income limit of this extension of coverage.

Business income means the:

(1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including necessary payroll.

**2. DEBRIS REMOVAL**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay for "loss" under this extension is 25% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages up to a maximum of $100,000.

This extension doesn't apply to the cost to:

a. Extract "pollutants" from land or water; or

b. Remove, restore or replace polluted land or water.

**3. POLLUTANT CLEANUP AND REMOVAL**

We will pay your necessary expense to extract "pollutants" from land or water at the premises described in the Declarations, if the release, discharge or dispersal of "pollutants" results from a Covered Cause of Loss to Covered Property that occurs during the policy period. Your expenses will be paid only if they are reported to us within 180 days of the earlier of:

a. The date of the "loss"; or

b. The end of the policy period.

The most we will pay under this extension is 10% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages, up to a maximum of $10,000, for the sum of all such expenses for each separate 12 month policy period.

**4. COST OF PREPARING A STATEMENT OF LOSS**

We will pay the cost of preparing a statement of loss or any other exhibits required in connection with any claim under this Coverage Form, however we will not pay for the cost of a Public Adjuster.

The most we will pay for the cost of preparing a statement of loss or other exhibits under this extension is $1,000.

**5. DUPLICATE DATA**

We will pay for your "loss" of duplicate data stored at locations not listed on the Declarations. The most we will pay for the "loss" under this extension in any one occurrence is 25% of the highest Data, Programs, Media location limit up to a maximum of $50,000.

**6. PROTECTIVE EQUIPMENT**

We will pay your necessary expenses to:

a. Repair or replace (in excess of any amount covered by other insurance);

b. Recharge:

Your fire protection equipment that is used exclusively to protect the Covered Property.

We will pay if the damage or discharge is the result of a response to a fire, a false alarm, or another Covered Cause of Loss. But, we will not pay for discharge which occurs during installation, repair or recharge. Nor will we pay for gradual leakage from the system.

The most we will pay under this extension in any one occurrence is $25,000.

**7. NEWLY ACQUIRED EQUIPMENT**

a. We will extend the insurance that applies to your equipment to apply to newly acquired equipment at any location described in the declarations.

The most we will pay for "loss" under this extension is 25% of the highest Limit of Insurance for any location shown in the Declarations, up to a maximum of $250,000.

b. Insurance under this extension for newly acquired Equipment will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you ac-

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the new equipment.

8. **EQUIPMENT AT NEWLY ACQUIRED LOCATION**

a. You may extend the insurance that applies to your equipment to apply to that equipment at any location you acquire.

The most we will pay for "loss" under this extension is $100,000 or the applicable limit shown on the declarations, whichever is greater.

b. Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you acquire the new location; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the Location.

9. **PROPERTY IN TRANSIT**

We will pay up to $50,000 or the amount shown on the Declarations, whichever is greater, for direct physical "loss" to your equipment, data and media while in transit within the Coverage Territory.

10. **TEMPORARY LOCATION**

We will cover your computer and telecommunications equipment, data and media for up to $50,000 while temporarily located off premises for purposes other than storage. This coverage is provided for the first 60 days that the property is located there, but not beyond the end of the policy period.

The 60 day limitation does not apply to portable data processing and word processing computer equipment used primarily off premises.

11. **COMPUTER VIRUS**

We will cover "loss" resulting from acts of computer hackers, computer viruses or other malicious software.

C. **EXCLUSIONS**

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

a. **Consequential Losses:** Delay, loss of use, loss of market or any other consequential loss.

b. **Dishonesty:** Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to:

(1) Acts of destruction by your employees; but theft by employees is not covered.

(2) A carrier for hire.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

c. Maintenance Types of Loss:
(1) Wear and tear;
(2) Rust, deterioration, fungus, mold, rot, contamination hidden or latent defect or any quality in property that causes it to damage or destroy itself;
(3) Dampness or dryness of atmosphere;
(4) Changes in or extremes of temperature;
(5) Marring or scratching;
(6) Maintenance;
(7) Service; or
(8) Repair.
But we will pay for "loss" due to normal operator service if done according to written manufacturer instructions.

d. **Off-Premises Power Failure**
(1) Interruption of power supply;
(2) Power surge; or
(3) Blackout or brownout;
If the power failure occurs more than 1,000 feet from the building containing the Covered Property.

e. Error or omission in programming or giving the machine incorrect instructions.
This exclusion does not apply to acts of computer hackers, computer viruses or other malicious software.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. "Pollutants."

**D. LIMITS OF INSURANCE**
1. The most we will pay for "loss" to equipment in any one occurrence is the applicable scheduled limit of insurance.
2. The limits applicable to Extensions of Coverage are in addition to the scheduled limits of insurance for equipment.

**E. VALUATION**
1. **Equipment**
a. We will determine the value of the equipment at replacement cost (without deduction for depreciation) at the time and place of the "loss."
However, we will pay the smallest of the following amounts:
(1) The actual cost of repairing the damaged equipment with materials of like kind and quality;
(2) The amount you actually spend that is necessary to replace the equipment with new property of like kind, processing capacity and function;
(3) If you are unable to replace the equipment with equipment of like kind, processing capacity and function, we will replace with similar equipment having the nearest improved processing capacity and function; or
(4) The limit of insurance applicable to the lost or damaged equipment.
We reserve the right to repair or replace the equipment or to pay for the equipment in money.

b. We will not pay on a replacement cost basis for any "loss":
(1) Until the lost or damaged equipment is actually repaired or replaced;
(2) Unless the repairs or replacement are made as soon as reasonably possible after the "loss";
(3) To equipment not maintained in good or workable condition; or
(4) To equipment that is outdated or obsolete and is stored or not being used.

c. If we do not pay on a replacement cost basis, we will pay the smallest of the following amounts:
(1) The market value at the time of loss of the damaged or destroyed equipment;
(2) The amount it would cost to repair or replace that part of the equipment that is damaged or destroyed with material of like kind and quality less allowance for physical deterioration and depreciation; or
(3) The limit of insurance applicable to the lost or damaged equipment.

2. **Data and Media**
a. We won't pay more than the actual cost to reproduce the data.
b. The most we will pay is the cost of the blank media if the data is not

replaced due to:

   **(1)** The lack of backup data and media or other documentation or records; or

   **(2)** Your decision not to replace.

## F. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the deductible shown in the declarations. We will then pay the amount of the adjusted "loss" in excess of the deductible, up to the applicable Limit of Insurance.

**1. Basic Deductible:**

Applies to all "loss" except "loss" specified in the Breakdown Deductible.

**2. Breakdown Deductible:**

Applies to the direct physical "loss" to your data, media or equipment resulting from:

   **a.** Mechanical breakdown or malfunction of the covered equipment.

   **b.** Data processing program failure or breakdown.

   **c.** Media failure or breakdown.

   **d.** Electrical disturbance to the covered property that originates less than 1,000 feet from the building in which the covered property is located.

   **e.** Electrical or magnetic injury to, or disturbance or erasure of data which occurs in, or less than 1,000 feet from, the building in which the covered property is located.

   **f.** The following if not done by you, any of your partners, employees, directors, trustees or authorized representatives:

      **(1)** Error or omission in design;

      **(2)** Faulty construction; or

      **(3)** Use of faulty materials in the development, manufacture or installation of your data, media or equipment.

   **g.** Maintenance, service or repair except normal operator service if done according to written manufacturer instructions.

## G. AMENDED OR ADDITIONAL CONDITIONS

The following conditions amend or apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover your equipment wherever located within:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

**2. Civil Authority**

We will pay for the actual loss of business income you sustain and necessary extra expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

**3. Other Insurance**

   **a. Other Computer Insurance**

   If you have other computer insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other computer insurance is exhausted. If the other computer insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

   **b. Other Property Insurance**

   If you have other property insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is primary insurance. This means that we will pay up to the applicable limits of liability for any covered "loss" first. Any "loss" that exceeds our limits will be the obligation of the other insurance.

   **c. Other Extra Expense or Business Income Insurance**

   If you have any other insurance which covers an extra expense or business income "loss" and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other insurance is exhausted. If the other insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

## H. DEFINITIONS

1. **"Computer and telecommunications operations"** means your computer and telecommunications activities occurring at the described premises.

2. **"Loss"** means accidental loss or damage.

3. **"Period of restoration"** means the period of time that:

   a. Begins with the date of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

   The expiration date of this policy will not cut short the "period of restoration."

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant, bacteria or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY
# MASTER PAK PLUS <sup>SM</sup>

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is a summary of the enhancements provided in this endorsement. The limits and deductibles shown below apply at each designated location. If a limit is shown elsewhere in the policy for any of these coverages, then that limit applies in addition to the limits shown below. If a different deductible amount is shown in the policy for any of these coverages, then that deductible will be the applicable deductible. For complete details on the coverages provided, refer to the specific policy language.

| LIMIT | DEDUCTIBLE | SUBJECT OF INSURANCE |
|---|---|---|
| $10,000 | None | Fire Department Service Charge |
| $2,500 | None | Fire Extinguisher Recharge Expense |
| $5,000 | None | Reward - Arson or Theft |
| $500,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Buildings |
| $250,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Personal Property |
| $10,000 | Refer to applicable property deductible | Personal Effects and Property of Others |
| $10,000 | Refer to applicable property deductible | Valuable Papers and Records - Cost of Research |
| $2,500 | Refer to applicable property deductible | Fences and Retaining Walls |
| $2,000 | Refer to applicable property deductible | Outdoor Radio and Television Antennas |
| $2,500 | Refer to applicable property deductible | Outdoor Trees, Shrubs or Plants (subject to $500 per item limitation) |
| $7,500 | Refer to applicable property deductible | Signs - Outdoor - Not attached to buildings |
| $25,000 | None | Accounts Receivable |
| $40,000 | 72 Hours | Business Income and Extra Expense |
| $5,000 | None | Loss Adjustment Expenses |
| $5,000/ $5,000 | $250 | Money and Securities (Inside and Outside) |
| $5,000 | $250 | Employee Dishonesty |
| Included | None | Ordinance or Law - Coverage A |
| $50,000 | None | Ordinance or Law - Coverages B and C |
| $5,000 | $250 | Sales Samples |
| $7,500 | $250 | Fine Arts |
| $5,000 | Refer to applicable property deductible | Building Glass |
| $30,000 | $500 for Breakdown $250 Other Perils | Computer Coverage - Hardware |
| $7,500 | $500 for Breakdown $250 Other Perils | Computer Coverage - Data and Media |
| $7,500 | None | Computer Coverage - Extra Expense |
| $5,000 | Refer to applicable property deductible | Property in Transit |
| $10,000 | Refer to applicable property deductible | Back Up of Sewers or Drains |
| $10,000 | Refer to applicable property deductible | Water Seepage |
| $500 | None | Lock Replacement |
| $50,000 | Refer to applicable property deductible | Personal Property Off Premises (at Unscheduled Locations) |
| $25,000 | 72 Hours | Utility Services-Time Element (including transmission lines) |

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

I. The Covered Property section of Part A COVERAGE in the Building and Personal Property Coverage Form is changed as follows:

A. The 100 foot limitation in paragraph A.1.b. and in paragraph A.1.c.(2) is changed to 1,000 feet.

B. The following is added to paragraph A.1.b.:

(8) Signs owned by you that are attached to buildings you occupy but do not own.

II. The following paragraph is deleted from the Property Not Covered section of Part A COVERAGE in the Building and Personal Property Coverage Form:

d. Bridges, roadways, walks, patios or other paved surfaces.

III. The Additional Coverages section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

A. The $1,000 limit shown in paragraph A.4.c. Fire Department Service Charge is replaced with a $10,000 limit.

IV. The following items are added to the Additional Coverages section of Part A. COVERAGE in the Building and Personal Property Coverage form attached to this policy:

A. FIRE EXTINGUISHER RECHARGE EXPENSE

We will pay the cost of recharging your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), or replacing the fire extinguishers or fire extinguishing systems, whichever is less, because they are discharged as a result of fighting a fire, covered under this policy, on or within 1,000 feet of your premises.

The most we will pay under this Additional Coverage is $2,500 in any one occurrence.

No deductible applies to this Additional Coverage.

B. REWARD

We will pay up to $5,000 as a reward for information which leads to an arson conviction or theft conviction in connection with a fire or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this extension shall not be increased.

No deductible applies to this Additional Coverage.

V. The Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

A. The Building limit of $250,000 shown in paragraph A.5.a.(1), Newly Acquired or Constructed Property, is replaced with a $500,000 limit.

B. The Your Business Personal Property limit of $100,000 shown in paragraph A.5.a.(2) is replaced with a $250,000 limit.

C. The 30 day period shown in paragraph A.5.a.(3) is replaced with a 90 day period.

D. The $2,500 limit shown in paragraph A.5.b., Personal Effects and Property of Others, is replaced with a $10,000 limit.

E. The $2,500 limit shown in paragraph A.5.c., Valuable Papers and Records - Cost of Research, is replaced with a $10,000 limit.

F. Paragraph A.5.e., Outdoor Property, is replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to the following outdoor property including debris removal expense:

(a) Fences and retaining walls that are not part of a building. The most we will pay is $2,500 in any one occurrence.

(b) Outdoor radio and television antennas (including satellite dishes), including their masts, towers, lead-in and support wiring. The most we will pay is $2,000 in any one occurrence.

(c) Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants). The most we will pay is $2,500 in any one occurrence, but not more than $500 for any one tree, shrub or plant.

(d) Outdoor signs, while on your premises, that are your property or the property of others for which you may be liable. The most we will pay for each sign (other than signs attached to buildings) is $7,500. The most we will pay for signs you own that are attached to buildings you do not own is $7,500.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

**G.** Paragraph d. in Section 5. Coverage Extensions in Part A COVERAGE is replaced by the following:

**d.** Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

**(1)** In or on a vehicle; or

**(2)** In the care, custody or control of your salespersons; or

**(3)** That consists of your tools or tools belonging to your employees; or

**(4)** That consists of musical instruments (other than those that you manufacture, sell or warehouse); or

**(5)** That consists of contractors equipment (other than equipment that you manufacture, sell or warehouse).

The most we will pay for loss or damage under this Extension is $50,000.

**VI.** The following items are added to the Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Form attached to this policy. Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions unless indicated on the applicable Declarations.

**A.** ACCOUNTS RECEIVABLE

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**B.** BUSINESS INCOME AND EXTRA EXPENSE

Refer to the Business Income (and Extra Expense) Coverage Form.

**C.** COMPUTER COVERAGE INCLUDING DATA, MEDIA AND EXTRA EXPENSE

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**D.** EMPLOYEE DISHONESTY

Refer to the Crime Coverage Part for the applicable coverage form.

**E.** FINE ARTS

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**F.** LOSS ADJUSTMENT EXPENSES

You may extend the insurance provided by this Coverage Form to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. The Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** MONEY AND SECURITIES (FORM C - THEFT, DISAPPEARANCE AND DESTRUCTION)

Refer to the Crime Coverage Part for the applicable coverage form.

**H.** ORDINANCE OR LAW COVERAGE

Refer to the Ordinance or Law Coverage endorsement.

**I.** SALES SAMPLES

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**VII.** Part C, Limits of Insurance, of the Building and Personal Property Coverage Form is replaced by the following:

LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the sum of:

**(1)** The applicable coverage limit(s) of insurance shown in this endorsement and;

**(2)** Any other applicable coverage limit(s) of insurance provided by the policy.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Preservation of Property; or

**2.** Debris Removal; but if:

**a.** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**b.** The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

We will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional coverage.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

**VIII.** The $2,500 cost shown in Paragraph 7.b., Valuation, of Part E LOSS CONDITIONS is replaced with a $5,000 cost.

**IX.** Paragraph 2. of Section C LIMITATIONS in the Causes of Loss - Special Form is amended to read as follows:

    **2.** We will not pay more than $5,000 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass.

    However, this limitation does not apply to:

      **a.** Loss or damage by the "specified causes of loss", except vandalism; or

      **b.** Business Income coverage or Extra Expense coverage.

**X.** Section E ADDITIONAL COVERAGE EXTENSIONS in the Causes of Loss - Special Form is changed as follows:

    **A.** Property in Transit

      **1.** Subparagraph a. of Paragraph 1. Property in Transit is replaced by the following:

        **a.** You may extend the insurance provided by this coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate, or in the custody of a carrier or bailee for hire, while between points in the coverage territory.

      **2.** The $1,000 limit shown in paragraph 1.c., Property in Transit, is replaced by a $5,000 limit.

    **B.** The following is added to Section E ADDITIONAL COVERAGE EXTENSIONS:

      **3.** BACK UP OF SEWERS OR DRAINS

      You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water that:

        **a.** Backs up through sewers or drains; or

        **b.** Enters into and overflows from within a:

          **(1)** sump pump;

          **(2)** sump pump well; or

          **(3)** other type system

      designed to remove subsurface water from the foundation area.

      The most we will pay for loss or damage under this Extension is $10,000.

      **4.** WATER SEEPAGE

      You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water under the ground surface pressing on, or flowing or seeping through:

        **(a)** Foundations, walls, floors or paved surfaces;

        **(b)** Basements, whether paved or not; or

        **(c)** Doors, windows or other openings.

      The most we will pay for loss or damage under this Extension is $10,000.

      **5.** LOCK REPLACEMENT

      You may extend the insurance provided by this Coverage Part to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

      The most we will pay under this Extension is $500.

    Each of the above Additional Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**XI.** The following is added to Part A. COVERAGE in the Business Income (and Extra Expense) Coverage Form:

    **5.** Additional Coverage Extension

      **a.** Utility Services-Time Element (including transmission lines)

      Refer to the Utility Services-Time Element endorsement.

**XII.** The Business Income (and Extra Expense) Coverage Form is changed as follows:

    **A.** Paragraph d. Extended Business Income of the Addditional Coverages section of Part A COVERAGE is amended as follows:

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

**1.** Subparagraph (ii) of paragraph (1)(b) is changed to read:

> **(ii)** 60 consecutive days after the date determined in (1)(a) above.

**2.** Subparagraph (ii) of paragraph (2)(b) is changed to read:

> **(ii)** 60 consecutive days after the date determined in (2)(a) above.

**B.** Paragraph c.(2) of the Newly Acquired Locations Coverage Extension is changed to read as follows:

> **(2)** 90 days expire after you acquire or begin to construct the property; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** – We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

**1. Section 1. - Inside The Premises**

  **a. Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

  **b. Covered Causes of Loss**

    **(1)** "Theft"

    **(2)** Disappearance

    **(3)** Destruction

  **c. Coverage Extensions**

    **(1) Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

      **(a)** "Theft" of; or

      **(b)** Unlawful entry into

    those containers.

    **(2) Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

**2. Section 2. - Outside the Premises**

  **a. Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

  **b. Covered Causes of Loss**

    **(1)** "Theft"

    **(2)** Disappearance

    **(3)** Destruction

  **c. Coverage Extension**

    **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

    But, we will pay only for the amount of loss that you cannot recover:

    **(1)** Under your contract with the armored motor vehicle company; and

    **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

**1. Additional Exclusions:** We will not pay for loss as specified below:

  **a. Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

Copyright, Insurance Services Office, Inc., 1984, 1989

**b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

    **(1)** Acting alone or in collusion with other persons; or

    **(2)** While performing services for you or otherwise.

**c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

**e. Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**f. Transfer or Surrender of Property**

    **(1)** Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

        **(a)** On the basis of unauthorized instructions; or

        **(b)** As a result of a threat to do:

            **i.** Bodily harm to any person; or

            **ii.** Damage to any property.

    **(2)** But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

        **(a)** Had no knowledge of any threat at the time the conveyance began; or

        **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**2. Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**3. Additional Definitions**

**a.** **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**b.** **"Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

**c.** **"Occurrence"** means an:

    **(1)** Act or series of related acts involving one or more persons; or

    **(2)** Act or event, or a series of related acts or events not involving any person.

**d.** **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

**e.** **"Theft"** means any act of stealing.

Copyright, Insurance Services Office, Inc., 1984, 1989
CR 00 04 10 90

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

INTERLINE
IL 09 12 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

## A. COVERAGE

Section A. is replaced by the following:

### A. MINE SUBSIDENCE COVERAGE

We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations caused by or resulting from Mine Subsidence.

1. **Covered Property**

   Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations:

   **Commercial Building -** meaning any building, other than a residence, permanently affixed to realty, including:

   a. Cost of excavation, grading or fillings;

   b. The foundation, basements and footings of buildings;

   c. Septic systems directly servicing the buildings;

   d. Pilings, piers, pipes, flues and drains, all of which are underground; and

   e. Pilings which are below the low water mark.

2. **Property Not Covered**

   Covered Property does not include:

   a. Land, trees, plants, crops or agricultural field drainage tile;

   b. Personal Property; or

   c. Driveways, parking lots and sidewalks.

3. **Covered Cause of Loss**

   **Mine Subsidence -** meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of manmade underground mines, including but not limited to coal, clay, limestone and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

   a. Earthquake, landslide, volcanic eruption;

   b. Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

   c. Collapse of storm or sewer drains or rapid transit tunnels.

   All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

4. **Additional Coverage**

   **Debris Removal**

   We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

  Copyright, Insurance Services Office, Inc., 1997

## B. EXCLUSIONS

1. For insurance provided under the Commercial Property Coverage Part, paragraph **1.b.(1)** of the Earth Movement Exclusion is replaced by the following:

   **b. Earth Movement**

   **(1)** Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   This exclusion does not apply to loss caused by Mine Subsidence.

2. For insurance provided under the Farm Coverage Part paragraph **2.a.** of the Earth Movement Exclusion is replaced by the following:

   **2. Earth Movement**

   **a.** Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. This exclusion applies whether the earth movement is caused by human or animal forces or any act of nature.

   But:

   **(1)** If earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

   **(2)** If loss or damage to:

   **(a)** Farm machinery, vehicles and equipment covered under the SPECIAL Causes of Loss; or

   **(b)** "Livestock";

   is caused by earthquake, this Earth Movement exclusion does not apply to such loss or damage.

   This exclusion does not apply to loss caused by Mine Subsidence.

3. The following is added:

   We will not pay for:

   **a.** Indirect or consequential loss; or

   **b.** Loss of use;

   caused by or resulting from Mine Subsidence.

## C. LIMITS OF INSURANCE

1. The LIMITS OF INSURANCE Section is replaced by the following:

   The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to **C.2.** below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

## D. ADDITIONAL CONDITIONS

The COINSURANCE Additional Condition does not apply to this endorsement.

The following is added:

## E. OTHER INSURANCE - MINE SUBSIDENCE

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

LC 87 01 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LIABILITY ARISING OUT OF LEAD

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATION COVERAGE PART**

This insurance does not apply to any:

**a.** Claim, suit, or "occurrence" alleging or arising out of any "bodily injury" "property damage", "personal and advertising injury" ("personal injury" or "advertising injury") actually or allegedly arising out of or resulting from, or in any way directly or indirectly caused by or related to any actual or alleged:

    **(1)** ingestion, use, inhalation, handling or absorption of lead in any form from any source; or

    **(2)** contact with or exposure to lead in any form and from any source;

**b.** Damages, loss, cost, expense, liability or other obligation of any nature arising out of, resulting from, or in any way related to, any:

    **(1)** Claim, suit, request, demand, directive or order by or on behalf of any person, entity or governmental authority that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate or in any way respond to, or assess the presence or effects of lead in any form from any source; or

    **(2)** Claim or suit by or on behalf of any person entity or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating or detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 21 44 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

## SCHEDULE

**Premises:**

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2. The project shown in the Schedule.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GENERAL LIABILITY
# MASTER PAK®

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| Blanket Additional Insured (Owners, Contractors or Lessors) | 2 |
| Fire, Lightning, Explosion and Sprinkler Leakage Damage To Premises You Rent | 2 |
| Non-Owned Watercraft | 3 |
| Supplementary Payments (Bail Bonds) | 3 |
| Personal and Advertising Injury | 3 |
| Aggregate Limits (Per Location) | 3 |
| Aggregate Limits (Per Project) | 3 |
| Voluntary Property Damage Coverage | 4 |
| Off Premises Care, Custody or Control Coverage | 4 |
| Newly Formed or Acquired Organizations (180 Days Notice) | 4 |
| Duties In The Event Of Occurrence, Offense, Claim or Suit | 4 |
| Bodily Injury (Mental Anguish) | 5 |
| Waiver Of Transfer Of Rights Of Recovery Against Others | 5 |
| Medical Payments Increase | 5 |

**1. BLANKET ADDITIONAL INSURED (Owners, Contractors or Lessors)**

**WHO IS AN INSURED (Section II)** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy under a written contract or agreement.

The written contract or agreement must be:

    (a) currently in effect or becoming effective during the term of this policy; and

    (b) executed prior to the "bodily injury," "property damage" or "personal and advertising injury."

The insurance provided the additional insured is limited as follows:

1. That the person or organization is only an additional insured with respect to liability arising out of:

    a. Real property you own, rent, lease, or occupy; or

    b. " your work" for that additional insured for or by you.

2. The limits of insurance applicable to the additional insured are those specified in the written contract or agreement or the limits available under this policy whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

3. The insurance provided the additional insured does not apply to liability arising out of the sole negligence of the additional insured

4. The insurance provided the additional insured does not apply to;

    a. "bodily injury",

    b. "property damage",

    c. "personal and advertising injury" or

    d. defense coverage under the Supplementary Payments section of the policy

arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

    (1) The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    (2) Supervisory, inspection, architectural or engineering activities.

Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be primary or you request that it apply on a primary basis.

**2. FIRE, LIGHTNING, "EXPLOSION" AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT**

If Damage To Premises Rented To You under Coverage A. is not otherwise excluded from this policy, the following applies:

    A. The last paragraph of SECTION I – COVERAGE A.2. Exclusions is replaced by the following:

        Exclusions **c.** through **n.** do not apply to damage by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in – LIMITS OF INSURANCE (SECTION III).

    B. Paragraph 6 of SECTION III – LIMITS OF INSURANCE is replaced by the following:

        6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with the permission of the owner arising out of any one fire, lightning, "explosion" or sprinkler leakage incident.

    C. Paragraph 4.b(1)(b) of Other Insurance, SECTION IV – CONDITIONS is replaced by the following:

        (1) That is Fire, Lightning, "Explosion" or Sprinkler Leakage insurance for premises rented to you or temporarily occupied by you with the permission of the owner;

    D. Paragraph 9.a. of the definition of INSURED CONTRACT under SECTION V– DEFINITIONS is replaced by the following:

        a. A contract for the lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

"Explosion" means a sudden release of expanding pressure accompanied by a noise, a bursting forth of material and evidence of the scattering of debris to locations further than would have resulted by gravity alone.

Explosion does not include any of the following:

1.  artificially generated electrical current including electrical arcing that disturbs electrical devices, appliances or wires;

2.  rupture or bursting of water pipes;

3.  explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control; or

4.  rupture or bursting caused by centrifugal force.

**3.  NON-OWNED WATERCRAFT**

Paragraph g(2) of SECTION I – COVERAGE A, 2. Exclusions is replaced by the following:

(2)  A watercraft you do not own that is:

(a)  Less than 51 feet long; and

(b)  Not being used to carry persons or property for a charge;

**4.  SUPPLEMENTARY PAYMENTS**

In the SUPPLEMENTARY PAYMENTS – COVERAGES A AND B provision:

The limit for the cost of bail bonds in paragraph 1.b is changed from $250 to $1000.

**5.  PERSONAL AND ADVERTISING INJURY**

Paragraph 14.b., d. and e. of SECTION V – DEFINITIONS is replaced by the following:

b.  Malicious prosecution or abuse of process;

d.  Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e.  Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

Subparagraph a.(2) and a.(3) of Paragraph 2, Exclusions of Section I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY are replaced by the following:

2.  Exclusions

This insurance does not apply to:

a.  "Personal and advertising injury"

(2)  Arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3)  Arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

**6.  AGGREGATE LIMITS OF INSURANCE (PER LOCATION)**

The General Aggregate Limit under LIMITS OF INSURANCE (Section III) applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**7.  AGGREGATE LIMITS OF INSURANCE (PER PROJECT)**

The General Aggregate Limit under LIMITS OF INSURANCE (SECTION III) applies separately to each of your projects away from premises owned by or rented to you.

**CG 83 30 07 99**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 5**

Copyright, Insurance Services Office, Inc., 1995

**8. VOLUNTARY PROPERTY DAMAGE COVERAGE**

At your request, we will pay for loss to property of others caused by your business operations. The most we will pay for this coverage is $500 each "occurrence." The loss must occur during the policy period. The occurrence must take place in the coverage territory.

Loss means unintended damage or destruction. Loss does not mean disappearance, abstraction or theft.

This coverage does not apply to:

1. Motor vehicles;

2. Property you own, occupy, rent or lease from others; or

3. Property on your premises for sale, service, repair or storage.

None of the other policy exclusions apply to this coverage.

If the policy to which this endorsement is attached is written with a Property Damage Liability deductible, the deductible shall apply to Voluntary Property Damage. The limit of coverage stated above shall not be reduced by the amount of this deductible.

**9. OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE**

A. We will pay those sums that you become legally obligated to pay as damages because of " property damage" to property of others while in your care, custody or control or property as to which you are exercising physical control if the "property damage" arises out of your business operations.

B. Exclusions

This insurance shall not apply to:

1. "Property damage" of property at premises owned, rented, leased, operated or used by you;

2. "Property damage" of property while in transit;

3. The cost of repairing or replacing (1) any work defectively or incorrectly done, (2) any product manufactured, sold or supplied by you, unless the "property damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking; or

4. "Property damage" of property caused by or arising out of the "Products/Completed Operations Hazard".

C. Limits of Insurance − The most we will pay for "property damage" under this Section 9. is $5,000. for each "occurrence". The most we will pay for the sum of all damages covered under Section 9. because of "property damage" is an annual aggregate limit of $25,000.

The limits of insurance provided under this Section 9. are inclusive of and not in addition to any other limits provided in the policy or endorsements attached to it.

D. Deductible − We will not pay for "property damage" in any one occurrence until the amount of "property damage" exceeds $250. If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than $250.

E. In the event of "property damage" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

**10. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

A. In paragraph 4a of Section II − WHO IS AN INSURED, 90th day is changed to 180th day.

B. This provision 10. does not apply if newly formed or acquired organizations coverage is excluded either by provisions of the Coverage Part or by endorsements attached to it.

**11. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

A. The requirement in Section IV − COMMERCIAL GENERAL LIABILITY CONDITIONS paragraph 2a that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

1. You, if you are an individual;

2. A partner, if you are a partnership;

3. A member or manager, if you are a Limited Liability Company;

4. An executive officer or designee, if you are a corporation.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995

The requirements in Section IV-2 COMMERCIAL GENERAL LIABILITY CONDITIONS paragraph 2b that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

1.  You, if you are an individual;

2.  A partner, if you are a partnership;

3.  A member or manager if you are a Limited Liability Company; or

4.  An executive officer or designee, if you are a corporation.

Knowledge of an "occurrence," claim or "suit" by the agent, servant or employee of any insured shall not in itself constitute knowledge of the insured unless an officer or designee shall have received notice from its agent, servant or employee.

## 12. BODILY INJURY

Paragraph 3 of the definition of "bodily injury" in the DEFINITION Section is replaced by the following:

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

## 13. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit anyone not named in the agreement.

## 14. MEDICAL PAYMENTS

If Medical Payment Coverage (Coverage C) is not otherwise excluded from this policy, the Medical Expense limit provided by this policy shall be the greater of:

A.  $10,000 or

B.  The amount shown in the declarations.

All other terms and conditions of your policy remain unchanged.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995

COMMERCIAL INLAND MARINE
CM 01 28 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

**1.** By or at the direction of any insured; and

**2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**1.** The loss arose out of a pattern of criminal domestic violence; and

**2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL INLAND MARINE

**This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.**

# SALES SAMPLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

1. **COVERED PROPERTY**

   We will pay for "loss" to Covered Property from any of the Covered Causes of Loss. Covered Property as used in this Coverage Form, means:

   Samples of merchandise as scheduled in the Declarations while in the possession of your sales people or principals acting as sales people.

2. **PROPERTY NOT COVERED**

   a. Contraband, or property in the course of illegal transportation or trade.

   b. Jewelry, furs or articles consisting principally of fur.

   c. Property located at your place of business, or located at the premises of your sales people or representatives.

   d. Property intended for sale, which may be sold and shipped by you to others.

   e. Property you've purchased from others.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **GOVERNMENTAL ACTION**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   b. **NUCLEAR HAZARD**

      (1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   c. **WAR AND MILITARY ACTION**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

   a. Delay or loss of market.

   b. Unexplained disappearance.

   c. Shortage found upon taking inventory.

CM 76 40 01 86

Page 1 of 2

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984

d. Dishonest acts by:

(1) You;

(2) Anyone else with an interest in the property;

(3) Your or their employees or authorized representatives; or

(4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

f. Unauthorized instructions to transfer property to any person or to any place.

g. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

h. Theft from any unattended vehicle.

i. Marring, scratching or breakage.

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E. COINSURANCE

All covered property, must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limits of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss."

## F. COVERAGE TERRITORY

We cover property wherever located within:

1. The continental United States of America; and

2. Canada.

## G. DEFINITIONS

"Loss" means accidental loss or damage.

E-FILED
Thursday, 20 April, 2006  03:03:57 PM
Clerk, U.S. District Court, ILCD

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**OCG**
OHIO CASUALTY GROUP

9450 Seward Road, Fairfield, Ohio 45014

COMMERCIAL PACKAGE POLICY CHANGE ENDORSEMENT

| COMPANY | POLICY NUMBER |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY | BKO (04) 52 98 73 82 |

| NAMED INSURED & MAILING ADDRESS | AGENT'S NAME & ADDRESS  0940 12 04 0280 |
|---|---|
| FRED WANLESS TRUST<br>250 S DURKIN DR APT 11<br>SPRINGFIELD, SANGAMON CO.,<br>IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD      IL 62703-2228 |

| SEE SCHEDULE OF NAMED INSURED(S) | POLICY TERM | 05/20/03 | TO | 05/20/04 |
|---|---|---|---|---|
| TRANSACTION 2    (06/09/03) | TRANSACTION EFFECTIVE | | | 05/20/03 |

PURPOSE OF ENDORSEMENT:
    IT IS HEREBY AGREED, PROPERTY COVERAGE, MINE
    SUBSIDENCE AND GL CLASS CODE 61217 ARE HEREBY
    DELETED FOR LOCATION: 3100 S. MACARTHUR,
    SPRINGFIELD, IL 62704.

POLICY DECLARATIONS SCHEDULES CHANGED BY THIS TRANSACTION

    PAGE      TITLE

        2      EXPLANATION OF CHARGES
        2      FORMS AND ENDORSEMENTS
        3      COMMERCIAL PROPERTY DECLARATIONS
        8      COMMERCIAL LIABILITY DECLARATIONS

P R O V I S I O N A L      P R E M I U M
    REVISED TOTAL:  . . . . . . . . . . . . .  $4,681.00
    PREVIOUS TOTAL:  . . . . . . . . . . . . .  $5,796.00
    RETURN:  . . . . . . . . . . . . . . .      $1,115.00
    CERTIFIED ACTS OF TERRORISM COVERAGE: . . .(INCLUDED)

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____

SIGNATURE _Amanda Way_
_Support Tech_      DATE _3-2-06_

OC2006080801  CLASS E

N05                    CONTINUED ON PAGE 2

ACCOUNT NAME: FRED WANLESS TRUST

LOM KMA1      0940 02/04/03 24306      HOME OFFICE COPY      PA



EXHIBIT
B
ALL-STATE LEGAL®

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (04) 52 98 73 82

**INTERNAL USE**

UPDATED EXPLANATION OF CHARGES

R E C A P    O F    S C H E D U L E    T O T A L S

| | |
|---|---:|
| PROPERTY SCHEDULE TOTALS – ANNUAL | $2,127.00 |
| LIABILITY SCHEDULE TOTALS – ANNUAL | $2,554.00 |
| UPDATED POLICY SCHEDULE(S) TOTAL – ANNUAL | $4,681.00 |

EXPLANATION OF ENDORSEMENT CHARGE DEVELOPMENT

| | |
|---|---:|
| UPDATED POLICY SCHEDULE(S) TOTAL – ANNUAL | $4,681.00 |
| PREVIOUS POLICY SCHEDULE(S) TOTAL – ANNUAL | $5,796.00 |
| DIFFERENCE – ANNUAL | $1,115.00- |
| ENDORSEMENT TERM FACTOR | 1.000 |
| ENDORSEMENT CHARGE | $1,115.00- |
| PREVIOUS PROVISIONAL PREMIUM | $5,796.00 |
| REVISED PROVISIONAL PREMIUM | $4,681.00 |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY

| | | | |
|---|---|---|---|
| CG00011001 | CG00621202 | CG02000487 | CG21470798 |
| CG21530196 | CG21701102 | CG83301002 | CG84821101 |
| CG84990303 | CM00010900 | CM00660900 | CM01280399 |
| CM02040900 | CM75300186 | CM75401000 | CM76400186 |
| CP00100695 | CP00300695 | CP00900788 | CP04050695 |
| CP10300695 | CP15450695 | CP71780500 | CP72361000 |
| CP72691001 | CP72791202 | CR00011090 | CR00041090 |
| CR02020497 | CR10000497 | IL00030498 | IL00171198 |
| *IL00210702 | IL01180399 | IL02840590 | IL09120498 |
| IL09350898 | IL09521102 | IL70040401 | LC87000299 |
| LC87010399 | LC87081002 | NP72460103 | NP72470103 |
| OC70350693 | | | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**TRANS:0002**

CONTINUED ON PAGE    3

LOM KMA1          0940 02/04/03 24306          HOME OFFICE COPY          PAGE:    2

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE

UPDATED COVERAGES - EFFECTIVE FROM 05/20/03 TO 05/20/04

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES
AND FOR WHICH A LIMIT OF INSURANCE IS SHOWN. OPTIONAL COVERAGES
APPLY ONLY WHEN ENTRIES ARE MADE IN THIS SCHEDULE.

L:1        PREMISES/LOCATION: NUMBER 1
             2021 CLEARLAKE
             SPRINGFIELD, IL  62702

           LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:1        DESCRIPTION:  BUILDING NUMBER 1
CC:2            CONSTRUCTION: JOISTED MASONRY
               PROTECTION CLASS: 01
               DEDUCTIBLE: $500

             MORTGAGE HOLDER(S):
               NONE

CSP:932       OCCUPANCY:
I/C:14530     GASOLINE STATIONS - FULL AND/OR SELF-SERVICE - MINOR REPAIRS

I:641 1        LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
               COVERAGE.............. BUILDING
               COVERED CAUSES OF LOSS. SPECIAL FORM
                                       INCLUDING THEFT
               ANNUAL PREMIUM........................        $123.00

I:680 1        LIMIT OF INSURANCE..... $30,720
               COVERAGE.............. MINE SUBSIDENCE
               ANNUAL PREMIUM........................         $36.00

L:2        PREMISES/LOCATION: NUMBER 2
             REAR 2021 CLEARLAKE
             SPRINGFIELD, IL  62702

           LIMITS AND COVERAGES PROVIDED THIS PREMISES:

CLASS E

06720040801

TRANS:0002              CONTINUED ON PAGE   4

LOM KMA1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    3

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

BLD:2
CC:2

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: JOISTED MASONRY
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
   NONE

CSP:844
I/C:20966

OCCUPANCY:
MOBILE HOME PARKS OR COURTS - COMMUNITY CENTERS,
RECREATIONAL BUILDINGS, SHELTER HOUSES, LOCKER HOUSES
AND OTHER AUXILIARY OR SUBSIDIARY BUILDINGS

I:641 2

   LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
   COVERAGE............... BUILDING
   COVERED CAUSES OF LOSS. SPECIAL FORM
                              INCLUDING THEFT
   ANNUAL PREMIUM.........................        $141.00

I:680 2

   LIMIT OF INSURANCE..... $30,720
   COVERAGE.............. MINE SUBSIDENCE
   ANNUAL PREMIUM.........................         $36.00

L:3

PREMISES/LOCATION: NUMBER 3
2105-2109 CLEARLAKE
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:3
CC:1

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: FRAME
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
   NONE

CSP:745
I/C:16642

OCCUPANCY:
HOTELS OR MOTELS - WITHOUT RESTAURANTS - UP TO 10 UNITS

CLASS E

0Z7014080Z1

TRANS:0002

CONTINUED ON PAGE    5

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

I:641 3

LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
ANNUAL PREMIUM......................... $194.00

I:680 3

LIMIT OF INSURANCE..... $30,720
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM......................... $30.00

L:4

PREMISES/LOCATION: NUMBER 4
  2105 CLEARLAKE
  SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:4
CC:1

DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: FRAME
  PROTECTION CLASS: 01
  DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
  NONE

CSP:921
I/C:3079

OCCUPANCY:
BEAUTY PARLORS AND HAIR STYLING SALONS

I:641 4

LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
ANNUAL PREMIUM......................... $152.00

I:680 4

LIMIT OF INSURANCE..... $30,720
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM......................... $30.00

TRANS:0002

CONTINUED ON PAGE    6

LOM KMA1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    5

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (04) 52 98 73 82 |

| INTERNAL USE | PROPERTY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

L:5

PREMISES/LOCATION: NUMBER 5
  916 WEST LAUREL
  SPRINGFIELD, IL   62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:5
CC:1

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: FRAME
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
   NONE

CSP:567

OCCUPANCY:
HEALTH FOOD STORE
RATED AS:

I/C:43281

VARIETY STORES - PROFIT

I:641 5

   LIMIT OF INSURANCE..... $58,984 AT 80% COINSURANCE
   COVERAGE............... BUILDING
   COVERED CAUSES OF LOSS. SPECIAL FORM
                            INCLUDING THEFT
   ANNUAL PREMIUM........................         $330.00

I:680 5

   LIMIT OF INSURANCE..... $58,984
   COVERAGE............... MINE SUBSIDENCE
   ANNUAL PREMIUM........................         $36.00

L:6

PREMISES/LOCATION: NUMBER 6
  1701 SOUTH STATE
  SPRINGFIELD, IL   62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:6
CC:1

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: FRAME
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

CLASS E

OC700L0901

TRANS:0002

CONTINUED ON PAGE    7

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

MORTGAGE HOLDER(S):
  NONE

CSP:532
I/C:5504

OCCUPANCY:
CANDY OR CONFECTIONERY STORES

I:641 6

LIMIT OF INSURANCE..... $102,915 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                          INCLUDING THEFT
ANNUAL PREMIUM..........................        $821.00

I:680 6

LIMIT OF INSURANCE..... $102,915
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM..........................        $53.00

– – – – – – – – – – – – – – – – – – – – – – – – – – – –

MASTER PAK CHARGE – ANNUAL...................... $     141.00  *

– – – – – – – – – – – – – – – – – – – – – – – – – – – –

PROPERTY SCHEDULE TOTALS – ANNUAL

PREMIUM.................................    $  2,123.00
CERTIFIED ACTS OF TERRORISM COVERAGE....         4.00
TOTAL..................................       2,127.00

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

CLASS E

067004080/

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE

LOCATIONS

COVERED LOCATION(S):

L:1      1. 2021 CLEARLAKE
        SPRINGFIELD, IL 62702

L:2      2. REAR 2021 CLEARLAKE
        SPRINGFIELD, IL 62702

L:3      3. 2105-2109 CLEARLAKE
        SPRINGFIELD, IL 62702

L:4      4. 2105 CLEARLAKE
        SPRINGFIELD, IL 62702

L:5      5. 916 WEST LAUREL
        SPRINGFIELD, IL 62702

L:6      6. 1701 SOUTH STATE
        SPRINGFIELD, IL 62702

L:9      7. 2109 CLEARLAKE
        SPRINGFIELD, IL 62702

L:11      8. R2109 CLEARLAKE
        SPRINGFIELD, IL 62702

L:12      9. SEE GENERAL ENDORSEMENT #2
        SPRINGFIELD, IL 62702

L:13      10. SEE GENERAL ENDORSEMENT #2
        SPRINGFIELD, IL 62702

L:14      11. MORAN FARM (SEE GENERAL ENDT #2)
        SPRINGFIELD, IL 62702

L:15      12. STARNE FARM (SEE GENERAL ENDT #2)
        SPRINGFIELD, IL 62702

L:16      13. LOTS 1-11 OF FRED WANLESS' LYNN M
        SPRINGFIELD, IL 62702

L:17      14. SEE GENERAL ENDORSEMENT #2
        SPRINGFIELD, IL 62702

L:18      15. SEE GENERAL ENDORSEMENT #2
        SPRINGFIELD, IL 62702

CLASS E   OC70040801

TRANS:0002

CONTINUED ON PAGE 9

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE – (CONTINUED) |
|---|---|
| | LOCATIONS – (CONTINUED) |
| L:19 | 16. LOTS 22 TO 28,OF WANLESS PLACE3RD<br>SPRINGFIELD, IL  62702 |
| L:20 | 17. LOTS 59 TO 62&63EXCEPT N66'3RD PL<br>SPRINGFIELD, IL  62702 |
| L:21 | 18. 3522 EAST COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:22 | 19. LOT 1&2EXCEPT E118.75OFWANLESS PL<br>SPRINGFIELD, IL  62702 |
| L:23 | 20. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:25 | 21. LOTS 7-10 BLOCK 4 OF LINTON'S SUB<br>SPRINGFIELD, IL  62702 |
| L:26 | 22. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:27 | 23. SEE GENERAL ENDORSEMENT #2<br>WOODSHIP TOWNSHIP, IL  62702 |
| L:28 | 24. 2600 E. COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:29 | 25. 2520 E. COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:30 | 26. LOT 90 OF WANLESS N EDN IMP ASSOC<br>SPRINGFIELD, IL  62702 |
| L:31 | 27. LOTS 1&2 OF FRED WANLESS'NORTH WO<br>SPRINGFIELD, IL  62702 |
| L:32 | 28. LOT 48 WANLESS BERGEN PARK ADDN,2<br>SPRINGFIELD, IL  62702 |
| L:33 | 29. PART OF LOTS 181&183 WANLESS N.GR<br>SPRINGFIELD, IL  62702 |
| L:34 | 30. LOTS 24,25,28,29,30,47,N1/2OF48WA<br>SPRINGFIELD, IL  62702 |

TRANS:0002                    CONTINUED ON PAGE  10

LOM KMA1        0940 02/04/03 24306        HOME OFFICE COPY        PAGE:    9

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST           **POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

LOCATIONS - (CONTINUED)

L:35        31. LOTS 111,112,113,114&115WANLESS H
                SPRINGFIELD, IL  62702

L:36        32. S880.66'OF N1080.66'LOT214 WANLES
                SPRINGFIELD, IL  62702

L:37        33. LOT 16&W15'OF LOT17 E.A.WILSON2CA
                SPRINGFIELD, IL  62702

L:40        34. 3100 MACARTHUR
                SPRINGFIELD, IL  62704

L:41        35. SEE GENERAL ENDORSEMENT #2
                SPRINGFIELD, IL  62702

L:42        36. 225 S 4TH STREET
                SPRINGFIELD, IL  62702

- - - - - - - - - - - - - - - - - -

                    HAZARDS                    ANNUAL PREMIUM
ST:12    STATE  : ILLINOIS

NI:1     INSURED: FRED WANLESS TRUST
                  (A PARTNERSHIP)
                  SEE GENERAL ENDORSEMENT

I/C:20909   CLASSIFICATION CODE: 46202
            MOBILE HOME PARKS OR COURTS
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:12       PREMIUM BASIS:
L:12        30,000 DOLLARS OF GROSS SALES
            RATES PER 1,000

              PREMISE/OPERATIONS
                RATE:                    16.701        $501.00

I/C:70946   CLASSIFICATION CODE: 46607
            PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED
            BY THE INSURED (LESSOR'S RISK ONLY)
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:41       PREMIUM BASIS:
L:40        500 SQUARE FEET OF AREA
            RATES PER 1,000

TRANS:0002            CONTINUED ON PAGE  11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)     ANNUAL PREMIUM

PREMISE/OPERATIONS
RATE:                     30.497          $15.00

I/C: 42515     CLASSIFICATION CODE: 49451
VACANT LAND - FOR PROFIT
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU: 13     PREMIUM BASIS:
L: 13      16 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                     1.180           $19.00

EU: 14     PREMIUM BASIS:
L: 14      27 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                     1.180           $32.00

EU: 15     PREMIUM BASIS:
L: 15      13 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                     1.180           $15.00

EU: 16     PREMIUM BASIS:
L: 16      86 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                     1.180          $101.00

EU: 17     PREMIUM BASIS:
L: 17      20 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                     1.180           $24.00

EU: 18     PREMIUM BASIS:
L: 18      205 ACRE(S)
RATES PER 1

TRANS: 0002          CONTINUED ON PAGE  12

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| **POLICY NO.** | BKO (04) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)     ANNUAL PREMIUM

|  | | RATE | ANNUAL PREMIUM |
|---|---|---|---|
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $242.00 |
| EU:19 L:19 | PREMIUM BASIS: 7 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $8.00 |
| EU:20 L:20 | PREMIUM BASIS: 52 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $61.00 |
| EU:21 L:21 | PREMIUM BASIS: 12 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $14.00 |
| EU:22 L:22 | PREMIUM BASIS: 8 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $9.00 |
| EU:23 L:23 | PREMIUM BASIS: 83 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $98.00 |
| EU:25 L:25 | PREMIUM BASIS: 324 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS | | |
| | RATE: | 1.180 | $382.00 |
| EU:26 L:26 | PREMIUM BASIS: 52 ACRE(S) RATES PER 1 | | |

TRANS:0002            CONTINUED ON PAGE  13

CLASS E
0570040801

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    ANNUAL PREMIUM

| | PREMISE/OPERATIONS | | |
|---|---|---|---|
| | RATE: | 1.180 | $61.00 |
| EU:27 L:27 | PREMIUM BASIS: 269 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $317.00 |
| EU:28 L:28 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:29 L:29 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:30 L:30 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:31 L:31 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:32 L:32 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:33 L:33 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |

CLASS E

OC70040881

TRANS:0002

CONTINUED ON PAGE  14

58

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)     ANNUAL PREMIUM

|  | PREMISE/OPERATIONS | | |
|---|---|---|---|
| | RATE: | 1.180 | $1.00 |
| EU:34<br>L:34 | PREMIUM BASIS:<br>2 ACRE(S)<br>RATES PER 1 | | |
| | PREMISE/OPERATIONS<br>RATE: | 1.180 | $2.00 |
| EU:35<br>L:35 | PREMIUM BASIS:<br>1 ACRE(S)<br>RATES PER 1 | | |
| | PREMISE/OPERATIONS<br>RATE: | 1.180 | $1.00 |
| EU:36<br>L:36 | PREMIUM BASIS:<br>1 ACRE(S)<br>RATES PER 1 | | |
| | PREMISE/OPERATIONS<br>RATE: | 1.180 | $1.00 |
| EU:37<br>L:37 | PREMIUM BASIS:<br>1 ACRE(S)<br>RATES PER 1 | | |
| | PREMISE/OPERATIONS<br>RATE: | 1.180 | $1.00 |
| EU:42<br>L:41 | PREMIUM BASIS:<br>80 ACRE(S)<br>RATES PER 1 | | |
| | PREMISE/OPERATIONS<br>RATE: | 1.180 | $94.00 |
| I/C:42598 | CLASSIFICATION CODE: 61217<br>BUILDINGS OR PREMISES - BANK OR OFFICE -<br>MERCANTILE OR MANUFACTURING - MAINTAINED BY THE<br>INSURED (LESSOR'S RISK ONLY) - FOR PROFIT<br>PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO<br>THE GENERAL AGGREGATE LIMIT | | |
| EU:1<br>L:1 | PREMIUM BASIS:<br>500 SQUARE FEET OF AREA<br>RATES PER 1,000 | | |

CLASS E

0270048801

TRANS:0002                CONTINUED ON PAGE  15

LOM KMA1        0940 02/04/03 24306        HOME OFFICE COPY        PAGE:   14

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                **POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)      ANNUAL PREMIUM

|  |  | | |
|---|---|---|---|
| | PREMISE/OPERATIONS RATE: | 62.388 | $31.00 |
| EU:2 L:2 | PREMIUM BASIS: 400 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $25.00 |
| EU:3 L:3 | PREMIUM BASIS: 1,200 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 69.320 | $83.00 |
| EU:4 L:4 | PREMIUM BASIS: 1,200 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $75.00 |
| EU:5 L:5 | PREMIUM BASIS: 600 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $37.00 |
| EU:6 L:6 | PREMIUM BASIS: 600 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $37.00 |
| I/C:10330 | CLASSIFICATION CODE: 63010 DWELLINGS - ONE-FAMILY - (LESSOR'S RISK ONLY) PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | |
| EU:9 L:9 | PREMIUM BASIS: 1 DWELLING(S) RATES PER 1 | | |

CLASS E

0720040091

TRANS:0002                    CONTINUED ON PAGE  16

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (04) 52 98 73 82

INTERNAL USE

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)     ANNUAL PREMIUM

PREMISE/OPERATIONS
RATE:                      120.506          $121.00

EU:11
L:11

PREMIUM BASIS:
1 DWELLING(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                      120.506          $121.00

- - - - - - - - - - - - - - - - - - - - - - - - - -
RISK STATE/NAMED INSURED TOTALS
T O T A L:. . . . . . . . . . . . . . . .     $2,534.00

- - - - - - - - - - - - - - - - - - - - - - - - - -
CERTIFIED ACTS OF TERRORISM COVERAGE -  ANNUAL              *
                                              $20.00       *

- - - - - - - - - - - - - - - - - - - - - - - - - -
LIABILITY SCHEDULE TOTALS - ANNUAL            ===========
TOTAL PROVISIONAL PREMIUM:. . . . . . . . . .  $2,554.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0002                 END OF DECLARATIONS

CLASS E

CS72040891

| INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW (A stock insurance company, herein called the company) | POLICY NUMBER<br>BKO (04) 52 98 73 82 |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY | COMMERCIAL PACKAGE POLICY |
| | OCCURRENCE |

 **9450 Seward Road, Fairfield, Ohio 45014**

1-800-843-6446

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS | AGENT'S NAME & ADDRESS        0940 12 04 0280 |
|---|---|
| FRED WANLESS TRUST<br>250 S DURKIN DR APT 11<br>SPRINGFIELD, SANGAMON CO.,<br>IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD        IL 62703-2228 |
| SEE SCHEDULE OF NAMED INSURED(S) | PREVIOUS POLICY NO.    BKO 52 98 73 82 |
| INSURED IS PARTNERSHIP | INSURED'S BUSINESS  PROPERTY OWNER |

POLICY PERIOD: THIS POLICY IS IN FORCE FROM 05/20/03 TO 05/20/04 AT
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE
COMMERCIAL PROPERTY AND COMMERCIAL LIABILITY COVERAGE PARTS (WHICH
CONSIST OF COVERAGE FORMS AND OTHER APPLICABLE FORMS AND ENDORSEMENTS,
IF ANY, ISSUED TO FORM A PART OF THEM) COMPLETE THIS POLICY.   THIS
POLICY MAY ALSO CONTAIN OTHER COVERAGE PARTS.


POLICY DECLARATIONS SCHEDULES - TABLE OF CONTENTS

| PAGE | TITLE |
|---|---|
| 2 | NAMED INSURED(S) |
| 2 | COMMERCIAL LIABILITY LIMITS OF INSURANCE |
| 2 | EXPLANATION OF CHARGES |
| 2 | FORMS AND ENDORSEMENTS |
| 3 | COMMERCIAL PROPERTY DECLARATIONS |
| 8 | COMMERCIAL LIABILITY DECLARATIONS |


SEE THE COMMERCIAL PROPERTY DECLARATIONS SCHEDULE FOR
MORTGAGE HOLDER INFORMATION

THIS POLICY WILL BE AUDITED AT EXPIRATION


TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . . . . . .   $5,796.00
CERTIFIED ACTS OF TERRORISM COVERAGE:      $27.00 (INCLUDED)

CLASS E

OC70030801

        N05                        CONTINUED ON PAGE 2

Issue Date 04/08/03 At LOMBARD, ILLINOIS                        By

LOM TME1        0940 02/04/03 24306        HOME OFFICE COPY   **Authorized Representative**
                                                                        PAGE: 1

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                **POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | |
|---|---|
| | SCHEDULE OF NAMED INSURED(S) |
| NI:1 | FIRST NAMED INSURED:<br>FRED WANLESS TRUST<br>(A PARTNERSHIP)<br><br>SEE GENERAL ENDORSEMENT<br>INSURED IS:  PARTNERSHIP |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMMERCIAL LIABILITY LIMITS OF INSURANCE

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT | $1,000,000 |
| (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $1,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| FIRE DAMAGE LIMIT (ANY ONE FIRE) | $100,000 |
| MEDICAL EXPENSE LIMIT (ANY ONE PERSON) | $5,000 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S

| | |
|---|---:|
| PROPERTY SCHEDULE TOTALS - ANNUAL | $3,147.00 |
| LIABILITY SCHEDULE TOTALS - ANNUAL | $2,649.00 |
| TOTAL PROVISIONAL PREMIUM | $5,796.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CG00011001 | CG00621202 | CG02000487 | CG21470798 |
| CG21530196 | CG21701102 | CG83301002 | CG84821101 |
| CG84990303 | CM00010900 | CM00660900 | CM01280399 |
| CM02040900 | CM75300186 | CM75401000 | CM76400186 |
| CP00100695 | CP00300695 | CP00900788 | CP04050695 |
| CP10300695 | CP15450695 | CP71780500 | CP72361000 |
| CP72691001 | CP72791202 | CR00011090 | CR00041090 |
| CR02020497 | CR10000497 | IL00030498 | IL00171198 |
| IL00210498 | IL01180399 | IL02840590 | IL09120498 |
| IL09350898 | IL09521102 | IL70040401 | LC87000299 |
| LC87010399 | LC87081002 | NP72460103 | NP72470103 |
| OC70350693 | | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANS:0001                      CONTINUED ON PAGE    3

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES
AND FOR WHICH A LIMIT OF INSURANCE IS SHOWN. OPTIONAL COVERAGES
APPLY ONLY WHEN ENTRIES ARE MADE IN THIS SCHEDULE.

L:1          PREMISES/LOCATION: NUMBER 1
              2021 CLEARLAKE
              SPRINGFIELD, IL  62702

            LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:1        DESCRIPTION:  BUILDING NUMBER 1
CC:2            CONSTRUCTION: JOISTED MASONRY
                PROTECTION CLASS: 01
                DEDUCTIBLE: $500

            MORTGAGE HOLDER(S):
                NONE

CSP:932      OCCUPANCY:
I/C:14530    GASOLINE STATIONS - FULL AND/OR SELF-SERVICE - MINOR REPAIRS

I:641 1        LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
                COVERAGE.............. BUILDING
                COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
                ANNUAL PREMIUM........................       $123.00

I:680 1        LIMIT OF INSURANCE..... $30,720
                COVERAGE.............. MINE SUBSIDENCE
                ANNUAL PREMIUM........................        $36.00

L:2          PREMISES/LOCATION: NUMBER 2
              REAR 2021 CLEARLAKE
              SPRINGFIELD, IL  62702

            LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:2        DESCRIPTION:  BUILDING NUMBER 1
CC:2            CONSTRUCTION: JOISTED MASONRY
                PROTECTION CLASS: 01
                DEDUCTIBLE: $500

TRANS:0001              CONTINUED ON PAGE    4

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

MORTGAGE HOLDER(S):
  NONE

CSP:844
I/C:20966

OCCUPANCY:
MOBILE HOME PARKS OR COURTS - COMMUNITY CENTERS,
RECREATIONAL BUILDINGS, SHELTER HOUSES, LOCKER HOUSES
AND OTHER AUXILIARY OR SUBSIDIARY BUILDINGS

I:641 2

LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                        INCLUDING THEFT
ANNUAL PREMIUM.........................        $141.00

I:680 2

LIMIT OF INSURANCE..... $30,720
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM.........................        $36.00

L:3

PREMISES/LOCATION: NUMBER 3
2105-2109 CLEARLAKE
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:3
CC:1

DESCRIPTION:  BUILDING NUMBER 1
   CONSTRUCTION: FRAME
   PROTECTION CLASS: 01
   DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
   NONE

CSP:745
I/C:16642

OCCUPANCY:
HOTELS OR MOTELS - WITHOUT RESTAURANTS - UP TO 10 UNITS

I:641 3

LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                        INCLUDING THEFT
ANNUAL PREMIUM.........................        $194.00

I:680 3

LIMIT OF INSURANCE..... $30,720
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM.........................        $30.00

TRANS:0001

CONTINUED ON PAGE    5

LOM TME1        0940 02/04/03 24306        HOME OFFICE COPY        PAGE:    4

65

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

L:4        PREMISES/LOCATION: NUMBER 4
2105 CLEARLAKE
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:4     DESCRIPTION:  BUILDING NUMBER 1
CC:1      CONSTRUCTION: FRAME
PROTECTION CLASS: 01
DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
NONE

CSP:921   OCCUPANCY:
I/C:3079  BEAUTY PARLORS AND HAIR STYLING SALONS

I:641 4    LIMIT OF INSURANCE..... $30,720 AT 80% COINSURANCE
COVERAGE............... BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
INCLUDING THEFT
ANNUAL PREMIUM........................ $152.00

I:680 4    LIMIT OF INSURANCE..... $30,720
COVERAGE............... MINE SUBSIDENCE
ANNUAL PREMIUM........................ $30.00

L:5        PREMISES/LOCATION: NUMBER 5
916 WEST LAUREL
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:5     DESCRIPTION:  BUILDING NUMBER 1
CC:1      CONSTRUCTION: FRAME
PROTECTION CLASS: 01
DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
NONE

CLASS E

0070040901

TRANS:0001

CONTINUED ON PAGE   6

POLICY DECLARATIONS

```
NAME OF COMPANY  THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED  FRED WANLESS TRUST          POLICY NO. BKO (04) 52 98 73 82
```

| INTERNAL USE | |
|---|---|

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

```
CSP:567          OCCUPANCY:
                 HEALTH FOOD STORE
                 RATED AS:
I/C:43281        VARIETY STORES - PROFIT

I:641 5             LIMIT OF INSURANCE..... $58,984 AT 80% COINSURANCE
                   COVERAGE............... BUILDING
                   COVERED CAUSES OF LOSS. SPECIAL FORM
                                               INCLUDING THEFT
                   ANNUAL PREMIUM.........................    $330.00

I:680 5            LIMIT OF INSURANCE..... $58,984
                   COVERAGE............... MINE SUBSIDENCE
                   ANNUAL PREMIUM.........................     $36.00


  L:6            PREMISES/LOCATION: NUMBER 6
                 1701 SOUTH STATE
                 SPRINGFIELD, IL  62702

                 LIMITS AND COVERAGES PROVIDED THIS PREMISES:


 BLD:6           DESCRIPTION:  BUILDING NUMBER 1
 CC:1               CONSTRUCTION: FRAME
                    PROTECTION CLASS: 01
                    DEDUCTIBLE: $500

                 MORTGAGE HOLDER(S):
                    NONE

CSP:532          OCCUPANCY:
I/C:5504         CANDY OR CONFECTIONERY STORES

I:641 6            LIMIT OF INSURANCE..... $102,915 AT 80% COINSURANCE
                   COVERAGE............... BUILDING
                   COVERED CAUSES OF LOSS. SPECIAL FORM
                                               INCLUDING THEFT
                   ANNUAL PREMIUM.........................    $821.00

I:680 6            LIMIT OF INSURANCE..... $102,915
                   COVERAGE............... MINE SUBSIDENCE
                   ANNUAL PREMIUM.........................     $53.00



TRANS:0001              CONTINUED ON PAGE   7
```

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE – (CONTINUED)

L:40

PREMISES/LOCATION: NUMBER 7
  3100 MACARTHUR
  SPRINGFIELD, IL  62704

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:10
CC:1

DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: FRAME
  PROTECTION CLASS: 01
  DEDUCTIBLE: $1,000

MORTGAGE HOLDER(S):
  NONE

CSP:532
I/C:41541

OCCUPANCY:
RESTAURANTS – WITH NO SALE OF ALCOHOLIC BEVERAGES – WITHOUT
DANCE FLOOR – WITHOUT COOKING

I:641 9

LIMIT OF INSURANCE..... $118,110 AT 80% COINSURANCE
COVERAGE.............. BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                              INCLUDING THEFT
ANNUAL PREMIUM......................... $891.00

I:680 10

LIMIT OF INSURANCE..... $118,110
COVERAGE.............. MINE SUBSIDENCE
ANNUAL PREMIUM......................... $56.00

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

MASTER PAK CHARGE – ANNUAL...................... $    212.00

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROPERTY SCHEDULE TOTALS – ANNUAL

PREMIUM................................. $  3,141.00
CERTIFIED ACTS OF TERRORISM COVERAGE....       6.00
TOTAL..................................    3,147.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0001

CONTINUED ON PAGE    8

LOM TME1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    7

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE |
|---|---|

LOCATIONS

COVERED LOCATION(S):

L:1      1. 2021 CLEARLAKE
         SPRINGFIELD, IL 62702

L:2      2. REAR 2021 CLEARLAKE
         SPRINGFIELD, IL 62702

L:3      3. 2105-2109 CLEARLAKE
         SPRINGFIELD, IL 62702

L:4      4. 2105 CLEARLAKE
         SPRINGFIELD, IL 62702

L:5      5. 916 WEST LAUREL
         SPRINGFIELD, IL 62702

L:6      6. 1701 SOUTH STATE
         SPRINGFIELD, IL 62702

L:9      7. 2109 CLEARLAKE
         SPRINGFIELD, IL 62702

L:11      8. R2109 CLEARLAKE
         SPRINGFIELD, IL 62702

L:12      9. SEE GENERAL ENDORSEMENT #2
         SPRINGFIELD, IL 62702

L:13      10. SEE GENERAL ENDORSEMENT #2
         SPRINGFIELD, IL 62702

L:14      11. MORAN FARM (SEE GENERAL ENDT #2)
         SPRINGFIELD, IL 62702

L:15      12. STARNE FARM (SEE GENERAL ENDT #2)
         SPRINGFIELD, IL 62702

L:16      13. LOTS 1-11 OF FRED WANLESS' LYNN M
         SPRINGFIELD, IL 62702

L:17      14. SEE GENERAL ENDORSEMENT #2
         SPRINGFIELD, IL 62702

L:18      15. SEE GENERAL ENDORSEMENT #2
         SPRINGFIELD, IL 62702

CLASS E    OC70040801

TRANS:0001      CONTINUED ON PAGE 9

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|
| | LOCATIONS - (CONTINUED) |
| L:19 | 16. LOTS 22 TO 28,OF WANLESS PLACE3RD<br>SPRINGFIELD, IL  62702 |
| L:20 | 17. LOTS 59 TO 62&63EXCEPT N66'3RD PL<br>SPRINGFIELD, IL  62702 |
| L:21 | 18. 3522 EAST COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:22 | 19. LOT 1&2EXCEPT E118.75OFWANLESS PL<br>SPRINGFIELD, IL  62702 |
| L:23 | 20. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:25 | 21. LOTS 7-10 BLOCK 4 OF LINTON'S SUB<br>SPRINGFIELD, IL  62702 |
| L:26 | 22. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL  62702 |
| L:27 | 23. SEE GENERAL ENDORSEMENT #2<br>WOODSHIP TOWNSHIP, IL  62702 |
| L:28 | 24. 2600 E. COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:29 | 25. 2520 E. COOK STREET<br>SPRINGFIELD, IL  62702 |
| L:30 | 26. LOT 90 OF WANLESS N EDN IMP ASSOC<br>SPRINGFIELD, IL  62702 |
| L:31 | 27. LOTS 1&2 OF FRED WANLESS'NORTH WO<br>SPRINGFIELD, IL  62702 |
| L:32 | 28. LOT 48 WANLESS BERGEN PARK ADDN,2<br>SPRINGFIELD, IL  62702 |
| L:33 | 29. PART OF LOTS 181&183 WANLESS N.GR<br>SPRINGFIELD, IL  62702 |
| L:34 | 30. LOTS 24,25,28,29,30,47,N1/2OF48WA<br>SPRINGFIELD, IL  62702 |

CLASS E

0C70040901

TRANS:0001

CONTINUED ON PAGE  10

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

LOCATIONS - (CONTINUED)

L:35        31. LOTS 111,112,113,114&115WANLESS H
            SPRINGFIELD, IL  62702

L:36        32. S880.66'OF N1080.66'LOT214 WANLES
            SPRINGFIELD, IL  62702

L:37        33. LOT 16&W15'OF LOT17 E.A.WILSON2CA
            SPRINGFIELD, IL  62702

L:40        34. 3100 MACARTHUR
            SPRINGFIELD, IL  62704

L:41        35. SEE GENERAL ENDORSEMENT #2
            SPRINGFIELD, IL  62702

L:42        36. 225 S 4TH STREET
            SPRINGFIELD, IL  62702

- - - - - - - - - - - - - - - - - -

|  | HAZARDS | ANNUAL PREMIUM |
|---|---|---|
| ST:12 | STATE  : ILLINOIS | |

NI:1        INSURED: FRED WANLESS TRUST
                    (A PARTNERSHIP)
                    SEE GENERAL ENDORSEMENT

I/C:20909   CLASSIFICATION CODE: 46202
            MOBILE HOME PARKS OR COURTS
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:12       PREMIUM BASIS:
L:12        30,000 DOLLARS OF GROSS SALES
            RATES PER 1,000

                PREMISE/OPERATIONS
                    RATE:                    16.701          $501.00

I/C:70946   CLASSIFICATION CODE: 46607
            PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED
            BY THE INSURED (LESSOR'S RISK ONLY)
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:41       PREMIUM BASIS:
L:40        500 SQUARE FEET OF AREA
            RATES PER 1,000

TRANS:0001              CONTINUED ON PAGE  11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)        ANNUAL PREMIUM

| INTERNAL USE | | | |
|---|---|---|---|
| | PREMISE/OPERATIONS RATE: | 30.497 | $15.00 |
| I/C:42515 | CLASSIFICATION CODE: 49451 VACANT LAND - FOR PROFIT PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | |
| EU:13 L:13 | PREMIUM BASIS: 16 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $19.00 |
| EU:14 L:14 | PREMIUM BASIS: 27 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $32.00 |
| EU:15 L:15 | PREMIUM BASIS: 13 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $15.00 |
| EU:16 L:16 | PREMIUM BASIS: 86 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $101.00 |
| EU:17 L:17 | PREMIUM BASIS: 20 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $24.00 |
| EU:18 L:18 | PREMIUM BASIS: 205 ACRE(S) RATES PER 1 | | |

TRANS:0001

CONTINUED ON PAGE 12

CLASS E

0070040801

LOM TME1        0940 02/04/03 24306        HOME OFFICE COPY        PAGE:  11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| **POLICY NO.** | BKO (04) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE – (CONTINUED) |
|---|---|

HAZARDS – (CONTINUED)          ANNUAL PREMIUM

| | | | |
|---|---|---|---|
| | PREMISE/OPERATIONS RATE: | 1.180 | $242.00 |
| EU:19 L:19 | PREMIUM BASIS: 7 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $8.00 |
| EU:20 L:20 | PREMIUM BASIS: 52 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $61.00 |
| EU:21 L:21 | PREMIUM BASIS: 12 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $14.00 |
| EU:22 L:22 | PREMIUM BASIS: 8 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $9.00 |
| EU:23 L:23 | PREMIUM BASIS: 83 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $98.00 |
| EU:25 L:25 | PREMIUM BASIS: 324 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $382.00 |
| EU:26 L:26 | PREMIUM BASIS: 52 ACRE(S) RATES PER 1 | | |

TRANS:0001

CLASS E

0470040801

CONTINUED ON PAGE  13

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) | |
|---|---|---|
| | HAZARDS - (CONTINUED)    ANNUAL PREMIUM | |

|  |  | RATE | ANNUAL PREMIUM |
|---|---|---|---|
| | PREMISE/OPERATIONS RATE: | 1.180 | $61.00 |
| EU:27 L:27 | PREMIUM BASIS: 269 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $317.00 |
| EU:28 L:28 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:29 L:29 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:30 L:30 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:31 L:31 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:32 L:32 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |
| | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:33 L:33 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 | | |

CLASS E

0670040801

TRANS:0001                    CONTINUED ON PAGE  14

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)          ANNUAL PREMIUM

|  |  | RATE | PREMIUM |
|---|---|---|---|
|  | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:34 L:34 | PREMIUM BASIS: 2 ACRE(S) RATES PER 1 |  |  |
|  | PREMISE/OPERATIONS RATE: | 1.180 | $2.00 |
| EU:35 L:35 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 |  |  |
|  | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:36 L:36 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 |  |  |
|  | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:37 L:37 | PREMIUM BASIS: 1 ACRE(S) RATES PER 1 |  |  |
|  | PREMISE/OPERATIONS RATE: | 1.180 | $1.00 |
| EU:42 L:41 | PREMIUM BASIS: 80 ACRE(S) RATES PER 1 |  |  |
|  | PREMISE/OPERATIONS RATE: | 1.180 | $94.00 |

CLASS E
OK7P0140901

I/C:42598      CLASSIFICATION CODE: 61217
BUILDINGS OR PREMISES - BANK OR OFFICE -
MERCANTILE OR MANUFACTURING - MAINTAINED BY THE
INSURED (LESSOR'S RISK ONLY) - FOR PROFIT
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU:1       PREMIUM BASIS:
L:1        500 SQUARE FEET OF AREA
           RATES PER 1,000

TRANS:0001                  CONTINUED ON PAGE  15

LOM TME1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:   14

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE – (CONTINUED) |
|---|---|

HAZARDS – (CONTINUED)      ANNUAL PREMIUM

| | | | |
|---|---|---|---|
| | PREMISE/OPERATIONS RATE: | 62.388 | $31.00 |
| EU:2 L:2 | PREMIUM BASIS: 400 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $25.00 |
| EU:3 L:3 | PREMIUM BASIS: 1,200 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 69.320 | $83.00 |
| EU:4 L:4 | PREMIUM BASIS: 1,200 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $75.00 |
| EU:5 L:5 | PREMIUM BASIS: 600 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $37.00 |
| EU:6 L:6 | PREMIUM BASIS: 600 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $37.00 |
| EU:40 L:40 | PREMIUM BASIS: 1,500 SQUARE FEET OF AREA RATES PER 1,000 | | |
| | PREMISE/OPERATIONS RATE: | 62.388 | $94.00 |

CLASS E

OC70048901

TRANS:0001          CONTINUED ON PAGE  16

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (04) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

                    HAZARDS - (CONTINUED)      ANNUAL PREMIUM

I/C:10330     CLASSIFICATION CODE: 63010
              DWELLINGS - ONE-FAMILY - (LESSOR'S RISK ONLY)
              PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
              THE GENERAL AGGREGATE LIMIT

EU:9          PREMIUM BASIS:
L:9           1 DWELLING(S)
              RATES PER 1

                  PREMISE/OPERATIONS
                     RATE:               120.506          $121.00

EU:11         PREMIUM BASIS:
L:11          1 DWELLING(S)
              RATES PER 1

                  PREMISE/OPERATIONS
                     RATE:               120.506          $121.00

- - - - - - - - - - - - - - - - - - - - - - - - -
RISK STATE/NAMED INSURED TOTALS
    T O T A L:. . . . . . . . . . . . . . . . . .    $2,628.00

- - - - - - - - - - - - - - - - - - - - - - - - -
CERTIFIED ACTS OF TERRORISM COVERAGE -  ANNUAL

                                                     $21.00
- - - - - - - - - - - - - - - - - - - - - - - - -

LIABILITY SCHEDULE TOTALS - ANNUAL              ===========
    TOTAL PROVISIONAL PREMIUM:. . . . . . . . . .   $2,649.00

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0001                  END OF DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

**INTERNAL USE**

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED

FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

* * * * * * * * * * * * * * * * * * * * *

GENERAL ENDORSEMENT IDENTIFICATION: 2

LOCATION #36

LEGAL DESCRIPTION:

ALL THAT PART OF THE SOUTHEAST QUARTER OF SECTION 14,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN THAT HAS NOT BEED PLATTED, AND 1.5 ACRES IN
THE SOUTHEAST CORNER OF THE WEST ONE-HALF OF THE NORTHEAST
ONE QUARTER OF SECTION 14, KNOWN AS INDEX #14-14-251-006,
EXCEPTING RAILWAY RIGHT-OF-WAY, PUBLIC ROADS, AND PARCELS
HERTOFORE CONVEYED OF RECORD, CONTAINING 80 ACRES
MORE OR LESS, SANGAMON COUNTY, ILLINOIS

LOCATION #10

LEGAL DESCRIPTION:

SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 25,

TRANS:0001

CONTINUED ON PAGE    2

LOM TME1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    1

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (04) 52 98 73 82 |

**INTERNAL USE**

GENERAL ENDORSEMENT (CONTINUED)

TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #11

LEGAL DESCRIPTION:

EAST ONE-HALF OF THE SOUTHEAST QUARTER OF SECTION 24,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #12

LEGAL DESCRIPTION:

MORAN FARM
WEST ONE-HALF OF THE SOUTHEAST ONE-HALF OF SECTION 26,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #13

LEGAL DESCRIPTION:

STARNE FARM
SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 24,
TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #15

LEGAL DESCRIPTION:

SECTION 26, TOWNSHIP 16 NORTH, RANGE 5 WEST OF THE THIRD
PRINCIPAL MERIDIAN

LOCATION #16

LEGAL DESCRIPTION:

SOUTHEAST QUARTER OF SECTION 15, AND EAST ONE-HALF OF THE
SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 16 NORTH, RANGE
5 WEST OF THE THIRD PRINCIPAL MERIDIAN

LOCATION #21

LEGAL DESCRIPTION:

CLASS E

OC7004080I

TRANS:0001

CONTINUED ON PAGE    3

LOM TME1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    2

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (04) 52 98 73 82

**INTERNAL USE**

GENERAL ENDORSEMENT (CONTINUED)

SOUTH ONE-HALF OF SECTION 36, TOWNSHIP 16 NORTH, RANGE
5 WEST OF THE THIRD PRINCIPAL MERIDIAN

LOCATION #23

LEGAL DESCRIPTION:

WEST ONE-HALF OF THE SOUTHWEST QUARTER OF SECTION 15,
TOWNSHIP 15 NORTH, RANGE 5 WEST OF THE THIRD PRINCIPAL
MERIDIAN

LOCATION #24

LEGAL DESCRIPTION:

PART OF SECTION 9 AND SECTION 16, TOWNSHIP 15 NORTH,
RANGE 5 WEST OF THE THIRD PRINCIPAL MERIDIAN

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0001

END OF GENERAL ENDORSEMENTS

LOM TME1      0940 02/04/03 24306      HOME OFFICE COPY      PAGE:    3

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** Of Section **II** - Who Is An insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

© ISO Properties, Inc., 2000

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

© ISO Properties, Inc., 2000
CG 00 01 10 01

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neu-

 © ISO Properties, Inc., 2000

tralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred b you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

    © ISO Properties, Inc., 2000    CG 00 01 10 01

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for other; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution - Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing,

© ISO Properties, Inc., 2000

treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and

E-FILED
Thursday, 20 April, 2006  03:04:16 PM
Clerk, U.S. District Court, ILCD

an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage A Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers", (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing du-

© ISO Properties, Inc., 2000

ties related to the conduct of your business. However, none of these "employees" or volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury";

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co- "employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but

only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A**; and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable un-

© ISO Properties, Inc., 2000

der the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.  Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damage arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

© ISO Properties, Inc., 2000

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2)

above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes

 © ISO Properties, Inc., 2000

other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   (a) When all of the work called for in your contract has been completed.

   (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic

data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

POLICY NUMBER:                                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Description and Location of Operation(s):**

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

COMMERCIAL GENERAL LIABILITY
CG 84 99 03 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION OF LIABILITY LIMITS
# SAME OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to paragraph **5.** of Section **III** - Limits of Insurance:

If an "occurrence" that results in "bodily injury" or "property damage" includes continuous or repeated exposure to substantially the same general conditions that extend over more than one annual policy "issued by us", the each occurrence limit of this policy shall be reduced by the amount of payments we have made or have agreed to make under all policies.

**B.** The following definition is added to Section **V** - Definitions:

"Issued by us" includes all policies issued by Ohio Casualty Insurance Company, West American Insurance Company or American Fire and Casualty Insurance Company.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 84 99 03 03                ©ISO Properties, Inc., 2002                Page 1 of 1

COMMERCIAL INLAND MARINE
CM 02 04 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** **Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2.** **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

**b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

**c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

**(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

**(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

**3.** If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained through a material misrepresentation;

**c.** Any insured has violated any of the terms and conditions of the policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

**a.** You; and

**b.** The broker, if known to us, or the agent of record.

**2.** Even if we do not comply with these terms, this policy will terminate:

**a.** On the expiration date if:

**(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**(2)** We have indicated our willingness to renew this policy to you or your representative; or

**(3)** You have notified us or our agent that you do not want to renew this policy.

**b.** On the effective date of any other insurance replacing this policy.

**C.** **Mailing of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

 Copyright, Insurance Services Office, Inc., 1999

D.  General Condition **C. Legal Action Against Us**
in the Commercial Inland Marine Conditions
is replaced by the following:

**C.  Legal Action Against Us**

No one may bring a legal action against
us:

1.  Until there has been full compliance
with all terms of this Coverage Part;
and

2.  More than 2 years after you first have
knowledge of the direct loss or dam-
age. But we will extend this 2 year
period by the number of days be-
tween the date proof of loss is filed
and the date the claim is denied in
whole or in part.

       Copyright, Insurance Services Office, Inc., 1999       CM 02 04 09 00

COMMERCIAL PROPERTY
CP 00 10 06 95

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H – DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(3) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

 Copyright, ISO Commercial Risk Services, Inc., 1994

4. **Additional Coverages**

a. **Debris Removal**

   (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) The most we will pay under this Additional Coverage is 25% of:

      (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

      (b) The deductible in this policy applicable to that loss or damage.

      But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

   (3) This Additional Coverage does not apply to costs to:

      (a) Extract "pollutants" from land or water; or

      (b) Remove, restore or replace polluted land or water.

b. **Preservation of Property**

   If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

   (1) While it is being moved or while temporarily stored at another location; and

   (2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. **Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

   (1) Assumed by contract or agreement prior to loss; or

   (2) Required by local ordinance.

   No Deductible applies to this Additional Coverage.

d. **Pollutant Clean Up and Removal**

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

   The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5. **Coverage Extensions**

   Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

   a. **Newly Acquired or Constructed Property**

      (1) You may extend the insurance that applies to Building to apply to:

         (a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b.    Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.    Valuable Papers and Records – Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

**d.    Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension is $10,000.

**e.    Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property; or
2. Debris Removal; but if:
   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance – Bldg. 1: $60,000
Limit of Insurance – Bldg. 2: $80,000

Loss to Bldg. 1: $60,100
Loss to Bldg. 2: $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
– 250
$59,850     Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1: $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2: $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable – Bldg. 1: $ 60,000 (Limit of Insurance)
Loss Payable – Bldg. 2: $ 80,000 (Limit of Insurance)

Total amount of loss payable: $140,000

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**

   There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   Copyright, ISO Commercial Risk Services, Inc., 1994

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at

the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1) ;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2) ; and

(4) Subtract the deductible from the figure determined in step (3) .

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:

The value of property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |

The amount of loss is:

| | |
|---|---|
| Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2 | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 − $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    Copyright, ISO Commercial Risk Services, Inc., 1994

f.  If we cancel this policy, we will give written notice to the mortgageholder at least:

   (1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

   (1)  On or after the effective date of this Optional Coverage; and

   (2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a.  The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b.  The amount of increase will be:

   (1)  The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

   (2)  The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

   (3)  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |

The amount of increase is

$100,000 x .08 x 146÷365=$3,200

### 3. Replacement Cost

a.  Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b.  This Optional Coverage does not apply to:

   (1)  Personal property of others;

   (2)  Contents of a residence;

   (3)  Manuscripts;

   (4)  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

   (5)  "Stock", unless the Including "Stock" option is shown in the Declarations.

Copyright, ISO Commercial Risk Services, Inc., 1994

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject of f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**H. DEFINITIONS**

1. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** – Definitions.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power or other utility service supplied to the described

premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f.   War And Military Action**

   **(1)**   War, including undeclared or civil war;

   **(2)**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

   **(1)**   Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   **(2)**   Mudslide or mudflow;

   **(3)**   Water that backs up or overflows from a sewer, drain or sump; or

   **(4)**   Water under the ground surface pressing on, or flowing or seeping through:

      **(a)**   Foundations, walls, floors or paved surfaces;

      **(b)**   Basements, whether paved or not; or

      **(c)**   Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**2.**   We will not pay for loss or damage caused by or resulting from any of the following:

**a.**   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.**   Delay, loss of use or loss of market.

**c.**   Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.**   **(1)**   Wear and tear;

   **(2)**   Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)**   Smog;

   **(4)**   Settling, cracking, shrinking or expansion;

   **(5)**   Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)**   Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)**   The following causes of loss to personal property:

      **(a)**   Dampness or dryness of atmosphere;

      **(b)**   Changes in or extremes of temperature; or

      **(c)**   Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.**   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire

or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air condi- tioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees (including leased employees), direc- tors, trustees, authorized repre- sentatives or anyone to whom you entrust the property for any pur- pose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring dur- ing the hours of employment.

   This exclusion does not apply to acts of destruction by your em- ployees (including leased employ- ees); but theft by employees (in- cluding leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if in- duced to do so by any fraudulent scheme, trick, device or false pre- tense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Col- lapse. But if collapse results in a Covered Cause of Loss at the de- scribed premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, mi- gration, release or escape of "pol- lutants" unless the discharge, dispersal, seepage, migration, re- lease or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or es- cape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an ex- cluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclu- sion only applies if weather condi- tions contribute in any way with a cause or event excluded in para- graph 1. above to produce the loss or damage.

   b. Acts or decisions, including the fail- ure to act or decide, of any person, group, organization or governmen- tal body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, work- manship, repair, construction, renovation, remodeling, grad- ing, compaction;

      (3) Materials used in repair, con- struction, renovation or re- modeling; or

      (4) Maintenance;

      of part or all of any property on or off the described premises.

4. **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   a. **Business Income (And Extra Ex- pense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

      We will not pay for:

      (1) Any loss caused directly or in- directly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

**(2)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to re-produce "finished stock".

This exclusion does not apply to Extra Expense.

**(3)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(4)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the re-building, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.** Ordinance or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license;

or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following Exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War and Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, h o w e v e r caused.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income coverage or Extra Expense coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

   g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay more than $500 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass. Subject to this $500 aggregate, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

   However, this limitation does not apply to:

   a. Loss or damage by the "specified causes of loss", except vandalism; or

   b. Business Income coverage or Extra Expense coverage.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

   b. Animals, and then only if they are killed or their destruction is made necessary.

   c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

   d. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

4. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.4.,** does not apply to Business Income coverage or to Extra Expense coverage.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. ADDITIONAL COVERAGE - COLLAPSE**

The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.5.** below.

1. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.1.a.** through **D.1.e.,** we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2. If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

a. The personal property which collapses is inside a building; and

b. The collapse was caused by a cause of loss listed in **D.1.a.** through **D.1.f.** above.

3. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

Copyright, ISO Commercial Risk Services, Inc., 1994     CP 10 30 06 95

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **D.1.b.** through **D.1.f.,** we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. Collapse does not include settling, cracking, shrinkage, bulging or expansion.

5. This Additional Coverage – Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. **ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $1000.

This Coverage Extension is additional insurance. The Additional Condition, Co-insurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

F. **DEFINITIONS**

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man–made underground cavities.

2. Falling objects does not include loss or damage to:

a. Personal property in the open; or

b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

COMMERCIAL PROPERTY
CP 72 69 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss - Special Form is deleted and replaced by the following:

**(2)** Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** The following is added to **B.1.** of the Exclusions section:

**h.** "Fungus" or Bacteria

Growth, proliferation or spread of "fungus" or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus" or bacteria. However, if the growth, proliferation or spread of "fungus" or bacteria is caused by a Covered Cause of Loss we will pay up to $25,000 to remove or treat the "fungus" or bacteria. Of this amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus" or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within and not in addition to the limit provided for the removal and treatment of the "fungus" or bacteria.

**C.** The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the growth, proliferation or spread of "fungus" or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus" or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus" or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days. If there is (in addition to the "fungus" or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus" or bacteria.

**D.** The following Additional Exclusion is added to the Ordinance or Law Coverage Endorsement if attached to this policy:

We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus" or bacteria.

**E.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1995, 2001

E-FILED
Thursday, 20 April, 2006 - 03:05:03 PM
Clerk, U.S. District Court, ILCD

COMMERCIAL CRIME
CR 02 02 04 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

   **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

   **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reasons for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

   **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

   **(2)** We have indicated our willingness to renew this policy to you or your representative; or

   **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** When forming a part of this policy, the **Legal Action Against Us** condition in the Crime General Provisions and in the Safe Depository Direct Loss Coverage Form is replaced by the following:

**Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 Copyright, Insurance Services Office, Inc., 1997 CR 02 02 04 97

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

  **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

  **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

  **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

  **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2001

IL 09 35 08 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss − Special Form; or

      **b.** In a Covered Cause of Loss under the Causes of Loss − Basic Form or the Causes of Loss − Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

LC 87 01 03 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LIABILITY ARISING OUT OF LEAD

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATION COVERAGE PART**

This insurance does not apply to any:

**a.** Claim, suit, or "occurrence" alleging or arising out of any "bodily injury" "property damage", "personal and advertising injury" ("personal injury" or "advertising injury") actually or allegedly arising out of or resulting from, or in any way directly or indirectly caused by or related to any actual or alleged:

    **(1)** ingestion, use, inhalation, handling or absorption of lead in any form from any source; or

    **(2)** contact with or exposure to lead in any form and from any source;

**b.** Damages, loss, cost, expense, liability or other obligation of any nature arising out of, resulting from, or in any way related to, any:

    **(1)** Claim, suit, request, demand, directive or order by or on behalf of any person, entity or governmental authority that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate or in any way respond to, or assess the presence or effects of lead in any form from any source; or

    **(2)** Claim or suit by or on behalf of any person entity or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating or detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1992

OC 70 35 06 93

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

COMMERCIAL GENERAL LIABILITY
CG 21 70 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

### F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### G. Pair, Sets Or Parts

1. **Pair or Set.**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

### J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

### A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

      Copyright, Insurance Services Office, Inc., 1999      CM 00 01 09 00

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

**E. Policy Period**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.**

# COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

### 1. COVERED PROPERTY

We'll cover your property scheduled in the Declarations.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Property on exhibition at fair grounds or premises of national or international expositions unless the premises is scheduled in the Declarations.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for "loss" caused by or resulting from any of the following:

a. **Dishonest acts by:**

(1) You;

(2) Anyone else with an interest in the property;

(3) Your or their employees or authorized representatives; or

(4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

c. Damage caused by any repairing, restoration or retouching process.

d. Breakage of art glass windows, glass-

ware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by fire, lightning, aircraft, windstorm, malicious damage, theft, explosion, earthquake, flood or collision, derailment or overturn of conveyance.

    **e.** Poor packing or rough handling.

**C.  LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance scheduled in the Declarations, no matter how many protected persons, property owners or financial interests are involved.

**D.  DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

    **1.  VALUE OF PROPERTY**

      **a.** We will pay the amount shown for each scheduled article which is

agreed to be the value of the article.

      **b.** In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

    **2.  PACKING**

    You agree that the covered property will be packed and unpacked by competent packers.

    **3.  NEWLY ACQUIRED PROPERTY**

    We cover other objects of art acquired during the policy period for their actual cash value but no more than 25% of the amount of insurance for fine arts scheduled, provided you report these objects to us within 90 days of acquisition and pay the additional premium from the date acquired.

    **4.  COVERAGE TERRITORY**

    We cover property wherever located within:

      **a.** The continental United States;

      **b.** The State of Hawaii; and

      **c.** Canada.

**G.  DEFINITIONS**

"Loss" means accidental loss or damage.

COMMERCIAL PROPERTY
CP 00 30 06 95

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G – DEFINITIONS.

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i) Business Income including "Rental Value."

(ii) Business Income other than "Rental Value."

(iii) "Rental Value."

If option (i) above is selected, the term Business Income will include "Rental Value." If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 100 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

1. All routes within the building to gain access to the described premises; and

2. Your personal property in the open (or in a vehicle) within 100 feet.

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

### 2. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

### 3. Additional Coverages

a. **Extra Expense.**

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

(1) We will pay any Extra Expense to avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Costs to equip and operate the replacement or temporary locations.

(2) We will pay any Extra Expense to minimize the suspension of business if you cannot continue "operations."

(3) We will pay any Extra Expense to:

(a) Repair or replace any property; or

(b) Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**b. Civil Authority.** We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) 3 consecutive weeks after the time of that action; or

(2) When your Business Income coverage ends;

whichever is later.

**c. Alterations and New Buildings.** We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d. Extended Business Income.**

(1) Business Income Other Than "Rental Value"

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date deter-

mined in **(2)(a)** above.

Income, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**4. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay for loss under this Extension is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B. EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Alterations and New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

**D. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Limitation - Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

**4. Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. **Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

E. **ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Income in the Declarations; times

b. The sum of:

(1) The Net Income (Net Profit or Loss before income taxes), and

(2) Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

3. Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Prepaid freight – outgoing;

2. Returns and allowances;

3. Discounts;

4. Bad debts;

5. Collection expenses;

6. Cost of raw stock and factory supplies consumed (including transportation charges);

7. Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been       $400,000

The Coinsurance percentage is                      50%

The Limit of Insurance is    $150,000

The amount of loss is         $80,000

Step 1: $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 ÷ $200,000 = .75

Step 3: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been       $400,000

The Coinsurance percentage is                      50%

The Limit of Insurance is    $200,000

The amount of loss is         $80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of In-

surance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to the Extra Expense Additional Coverage.

F. **OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The limit of Insurance is                          $120,000

The fraction shown in the Declarations for this Optional Coverage is                          1/4

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

Days   1–30  $40,000
Days 31–60   20,000
Days 61–90   30,000
                $90,000

We will pay:

Days  1-30 $30,000
Days 31-60  20,000
Days 61-90  30,000
          $80,000

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/ Work Sheet must be submitted to us and must show financial data for your "operations":

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

  **b.** The Additional Condition, Coinsurance, is suspended until:

    **(1)** 12 months after the effective date of this Optional Coverage; or

    **(2)** The expiration date of this policy;

  whichever occurs first.

  **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

    **(1)** Within 12 months of the effective date of this Optional Coverage; or

    **(2)** When you request a change in your Business Income Limit of Insurance.

  **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

    **(1)** The Business Income Limit of Insurance; divided by

    **(2)** The Agreed Value.

**Example:**

When: The Limit of Insurance
      is             $100,000
      The Agreed Value is    $200,000
      The amount of loss is  $ 80,000

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under paragraph **A.3.d.**, Extended Business Income, the number "30" in subparagraph **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**G. DEFINITIONS**

**1.** **"Finished Stock"** means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** **"Operations"** means:

  **a.** Your business activities occurring at the described premises; and

  **b.** The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**3.** **"Period of Restoration"** means the period of time that:

  **a.** Begins:

    **(1)** 72 hours after the time of direct physical loss or damage for Business Income coverage; or

    **(2)** Immediately after the time of direct physical loss or damage for Extra Expense coverage;

  caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** **"Rental Value"** means the:

   **a.** Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   **b.** Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

   **c.** Fair rental value of any portion of the described premises which is occupied by you.

 Copyright, ISO Commercial Risk Services, Inc., 1994 CP 00 30 06 95

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 15 45 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE*

| Water Supply Property | Communication Supply Property (**not** including overhead transmission lines) | Communication Supply Property (including over head transmission lines) | Power Supply Property (**not** including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Limit of Insurance |
|---|---|---|---|---|

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph **B.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B.** **Utility Services**

 **1.** **Water Supply Services,** meaning the following types of property supplying water to the described premises:

  **a.** Pumping stations; and

  **b.** Water mains.

 **2.** **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

  **a.** Communication transmission lines, including optic fiber transmission lines;

  **b.** Coaxial cables; and

  **c.** Microwave radio relays except satellites.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

   a.   Utility generating plants;

   b.   Switching stations;

   c.   Substations;

   d.   Transformers; and

   e.   Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

C.   The COINSURANCE Additional Condition does not apply to this endorsement.

Copyright, ISO Commercial Risk Services, Inc., 1994

CP 15 45 06 95

COMMERCIAL PROPERTY
CP 72 79 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION - ILLINOIS

This endorsement modifies insurance provided under the following:

> CAUSES OF LOSS - BASIC FORM
> CAUSES OF LOSS - BROAD FORM
> CAUSES OF LOSS - SPECIAL FORM

**A.** Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss - Special Form is deleted and replaced by the following:

    **(2)** Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** The following is added to **B.1.** of the Exclusions section:

    **h.** "Fungus", Wet Rot, Dry Rot And Bacteria

    Presence, growth, proliferation or spread or any activity of "fungus", wet rot, dry rot or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus", wet rot, dry rot or bacteria. However, if the growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria results from a covered fire or lightning loss, we will pay up to the building limit to remove or treat the "fungus", wet rot, dry rot or bacteria. But the most we will pay for the total of all loss or damage caused by the growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria and the fire or lightning loss, is the Limit of Insurance applicable to the covered building.

    For any covered cause of loss, other than fire or lightning, that results in the growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria, the most we will pay to remove or treat the "fungus", wet rot, dry rot or bacteria is $25,000. Of this $25,000 amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus", wet rot, dry rot or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within, and not in addition to, the limit provided for the removal and treatment of the "fungus", wet rot, dry rot or bacteria.

**C.** The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus", wet rot, dry rot or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus", wet rot, dry rot or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days. If there is (in addition to the "fungus", wet rot, dry rot or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office., 1995, 2001

**D.** The following Additional Exclusion is added to the Ordinance or Law Coverage Endorsement if attached to the policy:

We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet rot, dry rot or bacteria.

**E.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL CRIME
CR 10 00 04 97
E-FILED
Thursday, 20 April, 2006 03:05:21 PM
Clerk, U.S. District Court, ILCD

# CRIME GENERAL PROVISIONS
## (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A. GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses:** Expenses related to any legal action.

5. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. GENERAL CONDITIONS

1. **Concealment, Misrepresentation or Fraud:** This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This insurance;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this insurance.

2. **Consolidation - Merger:** If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises," for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

   You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

   If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

3. **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

**4. Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

    **a.** Notify us as soon as possible.

    **b.** Submit to examination under oath at our request and give us a signed statement of your answers.

    **c.** Give us a detailed, sworn proof of loss within 120 days.

    **d.** Cooperate with us in the investigation and settlement of any claim.

**5. Extended Period to Discover Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**6. Joint Insured**

    **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

    **d.** If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

    **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**7. Legal Action Against Us:** You may not bring any legal action against us involving loss:

    **a.** Unless you have complied with all the terms of this insurance; and

    **b.** Until 90 days after you have filed proof of loss with us; and

    **c.** Unless brought within 2 years from the date you discover the loss.

**8. Liberalization:** If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

**9. Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

    **a.** The actual amount of loss; or

    **b.** The sum of the limits of insurance applicable to those coverages.

**10. Loss Sustained During Prior Insurance**

    **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

        **(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

        **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

    **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

        **(1)** This insurance as of its effective date; or

        **(2)** The prior insurance had it remained in effect.

**11. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

    **a.** Partly by this insurance; and

    **b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**12. Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Declarations.

**13. Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

    **a.** That you own or hold; or

    **b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**14. Policy Period**

    **a.** The Policy Period is shown in the Declarations.

    **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**15. Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

**16. Recoveries**

    **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

        **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

        **(2)** Then to us, until we are reimbursed for the settlement made;

        **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    **b.** Recoveries do not include any recovery:

        **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

        **(2)** Of original "securities" after duplicates of them have been issued.

**17. Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

**18. Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**19. Valuation - Settlement**

    **a.** Subject to the applicable Limit of Insurance provision we will pay for:

        **(1)** Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

            **(a)** At face value in the "money" issued by that country; or

            **(b)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

        **(2)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

            **(a)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities;" or

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    i.   Value of the "securities" at the close of business on the day the loss was discovered; or

    ii.   Limit of Insurance.

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

(a) Actual cash value of the property on the day the loss was discovered;

(b) Cost of repairing the property or "premises"; or

(c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

## C. GENERAL DEFINITIONS

1. **"Employee"** means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service); and

(2) Whom you compensate directly by salary, wages or commissions; and

(3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person who is furnished to you to:

(1) substitute for a permanent "employee" on leave; or

(2) meet seasonal or short-term work-load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

(1) Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. **"Money"** means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

3. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

4. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

IL 01 18 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **LEGAL ACTION AGAINST US** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

    Copyright, Insurance Services Office, Inc., 1998

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

    a. By or at the direction of any insured; and

    b. With the intent to cause a loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a. The loss arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery and Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act committed:

    a. By or at the direction of any "insured"; and

    b. With the intent to cause a loss ("loss").

2. This exclusion, however, will not apply to deny payment to an innocent co–"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

    a. The loss ("loss") arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 Copyright, Insurance Services Office, Inc., 1998 IL 01 18 03 99

IL 09 52 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL CRIME POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYEE THEFT AND FORGERY POLICY
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> GOVERNMENT CRIME POLICY
> KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
> KIDNAP/RANSOM AND EXTORTION POLICY
> STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

COMMERCIAL LIABILITY
LC 87 08 10 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

**COVERAGE C - MEDICAL PAYMENTS** Insuring Agreement on the COMMERCIAL GENERAL LIABILITY COVERAGE PART and **Coverage 2. Medical Expenses** on the BUSINESSOWNERS LIABILITY COVERAGE FORM are amended by the addition of the following:

If **MEDICAL PAYMENTS** or **Medical Expenses** are not otherwise excluded from the policy, medical expenses will be paid only if an insured has requested that we pay such expenses.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

   **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

   **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels. The refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date, if:

   **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

   **(2)** We have indicated our willingness to renew this policy to you or your representative; or

   **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

   **c.** Mailing of Notices

   We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG 02 00 04 87                Copyright, Insurance Services Office, Inc., 1987

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY
# MASTER PAK®

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| Blanket Additional Insured (Owners, Contractors or Lessors) | 2 |
| Fire, Lightning, Explosion and Sprinkler Leakage Damage To Premises You Rent | 2 |
| Non-Owned Watercraft | 3 |
| Supplementary Payments (Bail Bonds) | 3 |
| Personal and Advertising Injury - Electronic Publication Extension | 3 |
| Aggregate Limits (Per Location) | 3 |
| Aggregate Limits (Per Project) | 4 |
| Voluntary Property Damage Coverage | 4 |
| Off Premises Care, Custody or Control Coverage | 4 |
| Newly Formed or Acquired Organizations (180 Days Notice) | 4 |
| Duties In The Event Of Occurrence, Offense, Claim or Suit | 5 |
| Bodily Injury (Mental Anguish) | 5 |
| Waiver Of Transfer Of Rights Of Recovery Against Others | 5 |
| Medical Payments Increase | 5 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995

## 1.  BLANKET ADDITIONAL INSURED (Owners, Contractors or Lessors)

**Who Is An Insured (Section II)** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy under a written contract or agreement.

The written contract or agreement must be currently in effect or becoming effective during the term of this policy and executed prior to the "bodily injury," "property damage", or "personal and advertising injury."

The insurance provided the additional insured is limited as follows:

A.  The person or organization is only an additional insured with respect to liability:

1.  Arising out of real property, as described in a written contract or agreement, that you own, rent, lease, or occupy; or

2.  Resulting from your ongoing operations performed for that insured.

The insurance provided the additional insured in **1.A.2.** above does not apply to:

a.  "Bodily injury", "property damage", "personal and advertising injury" or defense coverage under the Supplementary Payments section of the policy arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

(1)  The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

(2)  Supervisory, inspection, architectural or engineering activities.

b.  "Bodily injury" or "property damage" occurring after:

(1)  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

(2)  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project.

B.  The limits of insurance applicable to the additional insured are those specified in the written contract or agreement or the limits under this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

C.  The insurance provided the additional insured does not apply to the liability resulting from the sole negligence of the additional insured.

Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless the written contract or agreement specifically requires that this insurance be primary or you request that it apply on a primary basis.

## 2.  FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT

If Damage To Premises Rented To You under Coverage **A.** is not otherwise excluded from this policy, the following applies:

A.  The last paragraph of **Section I - Coverage A.2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in - **Limits of Insurance (Section III)**.

B.  Paragraph 6 of **Section III - Limits Of Insurance** is replaced by the following:

6.  Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A.** for damages because of "property damage" to premises rented to you or temporarily occupied by you with the permission of the owner arising out of any one fire, lightning, "explosion" or sprinkler leakage incident.

C.  Paragraph 4.b(1)(b) of **Other Insurance, Section IV - Conditions** is replaced by the following:

(1)  That is Fire, Lightning, Explosion or Sprinkler Leakage insurance for premises rented to you or temporarily occupied by you with the permission of the owner;

       Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Copyright, Insurance Services Office, Inc., 1995

    **D.**  Paragraph **9.a.** of the definition of "insured contract" under **Section V- Definitions** is replaced by the following:

        **a.**  A contract for the lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

    **E.**  The following definition is added to **Section V - Definitions:**

      "Explosion" means a sudden release of expanding pressure accompanied by a noise, a bursting forth of material and evidence of the scattering of debris to locations further than would have resulted by gravity alone.

      "Explosion" does not include any of the following:

      **1.**  Artificially generated electrical current including electrical arcing that disturbs electrical devices, appliances or wires;

      **2.**  Rupture or bursting of water pipes;

      **3.**  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control; or

      **4.**  Rupture or bursting caused by centrifugal force.

**3.**  **NON-OWNED WATERCRAFT**

    Paragraph **g.(2)** of **Section I - Coverage A., 2. Exclusions** is replaced by the following:

    **(2)**  A watercraft you do not own that is:

        **(a)**  Less than 51 feet long; and

        **(b)**  Not being used to carry persons or property for a charge;

**4.**  **SUPPLEMENTARY PAYMENTS**

    In the **Supplementary Payments - Coverages A. and B.** provision:

      The limit for the cost of bail bonds in Paragraph **1.b.** is changed from $250 to $1000.

**5.**  **PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION**

    Paragraph **14.b., d.** and **e.** of **Section V - Definitions** is replaced by the following:

      **b.**  Malicious prosecution or abuse of process;

      **d.**  Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

      **e.**  Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

    Subparagraph **b.** and **c.** of Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** are replaced by the following:

    **2.**  **Exclusions**

      This insurance does not apply to:

      **b.**  **Material Published With Knowledge Of Falsity**

        "Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      **c.**  **Material Published Prior To Policy Period**

        "Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

**6.**  **AGGREGATE LIMITS OF INSURANCE (PER LOCATION)**

    The General Aggregate Limit under **Limits Of Insurance (Section III)** applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

    "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

Copyright, Insurance Services Office, Inc., 2001

7. **AGGREGATE LIMITS OF INSURANCE (PER PROJECT)**

   The General Aggregate Limit under **Limits Of Insurance (Section III)** applies separately to each of your projects away from premises owned by or rented to you.

8. **VOLUNTARY PROPERTY DAMAGE COVERAGE**

   At your request, we will pay for loss to property of others caused by your business operations. The most we will pay for this coverage is $500 each "occurrence." The loss must occur during the policy period. The "occurrence" must take place in the coverage territory.

   Loss means unintended damage or destruction. Loss does not mean disappearance, abstraction or theft.

   This coverage does not apply to:

   1. Motor vehicles;
   2. Property you own, occupy, rent or lease from others; or
   3. Property on your premises for sale, service, repair or storage.

   None of the other policy exclusions apply to this coverage.

   If the policy to which this endorsement is attached is written with a Property Damage Liability deductible, the deductible shall apply to Voluntary Property Damage. The limit of coverage stated above shall not be reduced by the amount of this deductible.

9. **OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE**

   A. We will pay those sums that you become legally obligated to pay as damages because of "property damage" to property of others while in your care, custody or control or property as to which you are exercising physical control if the "property damage" arises out of your business operations.

   B. **Exclusions**

   This insurance shall not apply to:

   1. "Property damage" of property at premises owned, rented, leased, operated or used by you;
   2. "Property damage" of property while in transit;
   3. The cost of repairing or replacing **(1)** any work defectively or incorrectly done, **(2)** any product manufactured, sold or supplied by you, unless the "property damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking; or
   4. "Property damage" of property caused by or arising out of the "Products-completed operations hazard".

   C. **Limits of Insurance** - The most we will pay for "property damage" under this Section **9.** is $5,000 for each "occurrence". The most we will pay for the sum of all damages covered under Section **9.** because of "property damage" is an annual aggregate limit of $25,000.

   The **Limits of Insurance** provided under this Section **9.** are inclusive of and not in addition to any other limits provided in the policy or endorsements attached to it.

   D. Deductible - We will not pay for "property damage" in any one "occurrence" until the amount of "property damage" exceeds $250. If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than $250.

   E. In the event of "property damage" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

10. **NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

    A. In Paragraph **4.a.** of **Section II - Who Is An Insured**, 90th day is changed to 180th day.

    B. This provision **10.** does not apply if newly formed or acquired organizations coverage is excluded either by provisions of the Coverage Part or by endorsements attached to it.

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995

**11. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

    **A.** The requirement in **Section IV - Commercial General Liability Conditions** Paragraph **2.a.** that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

        **1.** You, if you are an individual;

        **2.** A partner, if you are a partnership;

        **3.** A member or manager, if you are a Limited Liability Company;

        **4.** An executive officer or designee, if you are a corporation;

        **5.** A trustee, if you are a trust; or

        **6.** A designee, if you are any other type of organization.

    **B.** The requirements in **Section IV - Commercial General Liability Conditions** Paragraph **2.b.** that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

        **1.** You, if you are an individual;

        **2.** A partner, if you are a partnership;

        **3.** A member or manager if you are a Limited Liability Company;

        **4.** An executive officer or designee, if you are a corporation.

        **5.** A trustee, if you are a trust; or

        **6.** A designee, if you are any other type of organization.

    Knowledge of an "occurrence," claim or "suit" by the agent, servant or employee of any insured shall not in itself constitute knowledge of the insured unless an officer or designee shall have received notice from its agent, servant or employee.

**12. BODILY INJURY**

    Paragraph **3.** of the definition of "bodily injury" in the **Section V - Definitions** is replaced by the following:

        **3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**13. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS**

    We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us.

    This agreement shall not operate directly or indirectly to benefit anyone not named in the agreement.

**14. MEDICAL PAYMENTS**

    If **Coverage C Medical Payments** is not otherwise excluded, the Medical Expense limit provided by this policy shall be the greater of:

    **A.** $10,000; or

    **B.** The amount shown in the declarations.

All other terms and conditions of your policy remain unchanged.

**CG 83 30 10 02**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 5 of 5**

Copyright, Insurance Services Office, Inc., 1995

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E DEFINITIONS.

## A. Coverage

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   d. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

   that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

   b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage - Collapse**

   We will pay for direct loss or damage caused by or resulting from risks of direct physical loss or damage involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

5. **Coverage Extension**
   **REMOVAL**

   If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

   a. At a safe place away from your "premises;" or

   b. Being taken to and returned from that place.

   This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Copyright, Insurance Services Office, Inc., 1999

a. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

c. **War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Delay, loss of use, loss of market or any other consequential loss.

b. Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) A manager or a member if you are a limited liability company;

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

c. Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

d. Bookkeeping, accounting or billing errors or omissions.

e. Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(1) Programming errors or faulty machine instructions;

(2) Faulty installation or maintenance of data processing equipment or component parts;

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises."

But we will pay for direct loss or damage caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

   Copyright, Insurance Services Office, Inc., 1999   CM 00 66 09 00

sonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

4. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property wherever located.

   d. Collapse except as provided in the Additional Coverage -Collapse section of this Coverage Form.

## C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. Additional Conditions

1. **Determination Of Receivables**

   General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

   a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

      (1) Determine the total of the average monthly amounts of ac-

counts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

      (2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

   b. The following will be deducted from the total amount of accounts receivable, however that amount is established:

      (1) The amount of the accounts for which there is no loss or damage;

      (2) The amount of the accounts that you are able to re-establish or collect;

      (3) An amount to allow for probable bad debts that you are normally unable to collect; and

      (4) All unearned interest and service charges.

2. **Recoveries**

   The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

   You will pay us the amount of all recoveries you receive for a loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

3. The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

   a. **Coverage Territory**

      We cover records of accounts receivable:

      (1) Within your "premises;" and

      (2) Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

         (a) The United States of America (including its territories and possessions);

         (b) Puerto Rico; and

         (c) Canada.

   b. **Coinsurance**

      If a Coinsurance percentage is shown in the Declarations, the following condition applies.

 Copyright, Insurance Services Office, Inc., 1999

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step **(1)**; and

(3) Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

 Copyright, Insurance Services Office, Inc., 1999 CM 00 66 09 00

COMMERCIAL INLAND MARINE

# COMPUTER AND TELECOMMUNICATIONS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section H - DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. COVERED PROPERTY, as used in this Coverage Form, means:

Electronic Data processing and word processing computer equipment, telecommunications equipment and integral components used exclusively in your "computer and telecommunications operations" at locations scheduled in the declarations. The equipment must be property that you own, rent or are legally responsible for.

Throughout this policy, the word equipment refers to covered property.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Accounts, bills, money, securities, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents. However, this exclusion doesn't apply to media.

c. Property you rent, lease or loan to others while it is away from your premises.

d. Data processing and telecommunications equipment that is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration.

e. Satellites, microwave towers and dishes, earth stations, telephone switching stations.

f. Overhead or underground transmission lines.

## 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXTENSIONS OF COVERAGE

### 1. DATA, MEDIA, EXTRA EXPENSE AND BUSINESS INCOME

If a covered "loss" occurs, we'll also pay up to 25% of the equipment location limit shown in the declarations or $50,000, whichever is less for EACH of the following:

a. DATA AND MEDIA

Data means information stored on media and includes facts, instructions and programs converted to a form usable in a data processing operation.

Media means material on which data is recorded, such as magnetic discs, diskettes or tapes, disc packs, paper tapes or cards used in computer processing units.

b. EXTRA EXPENSE

Extra expense means any necessary operating expenses over and above your normal cost of operating your equipment had no "loss" occurred. We'll pay these necessary expenses from the date of "loss" until:

(1) The equipment is repaired or replaced and normal operation resumes; or

(2) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(3) The limit of this extension of coverage is used.

You agree to resume normal operation, either partial or complete, as soon as you can following any "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

c. **BUSINESS INCOME**

We will pay for the actual loss of business income you sustain due to the necessary suspension of your "computer and/or telecommunications operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to equipment at the described premises, caused by or resulting from any Covered Cause of Loss. The most we will pay is the business income limit of this extension of coverage.

Business income means the:

(1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including necessary payroll.

2. **DEBRIS REMOVAL**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay for "loss" under this extension is 25% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages up to a maximum of $100,000.

This extension doesn't apply to the cost to:

a. Extract "pollutants" from land or water; or

b. Remove, restore or replace polluted land or water.

3. **POLLUTANT CLEANUP AND REMOVAL**

We will pay your necessary expense to extract "pollutants" from land or water at the premises described in the Declarations, if the release, discharge or dispersal of "pollutants" results from a Covered Cause of Loss to Covered Property that occurs during the policy period. Your expenses will be paid only if they are reported to us within 180 days of the earlier of:

a. The date of the "loss"; or

b. The end of the policy period.

The most we will pay under this extension is 10% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages, up to a maximum of $10,000, for the sum of all such expenses for each separate 12 month policy period.

4. **COST OF PREPARING A STATEMENT OF LOSS**

We will pay the cost of preparing a statement of loss or any other exhibits required in connection with any claim under this Coverage Form, however we will not pay for the cost of a Public Adjuster.

The most we will pay for the cost of preparing a statement of loss or other exhibits under this extension is $1,000.

5. **DUPLICATE DATA**

We will pay for your "loss" of duplicate data stored at locations not listed on the Declarations. The most we will pay for the "loss" under this extension in any one occurrence is 25% of the highest Data, Programs, Media location limit up to a maximum of $50,000.

6. **PROTECTIVE EQUIPMENT**

We will pay your necessary expenses to:

a. Repair or replace (in excess of any amount covered by other insurance);

b. Recharge:

Your fire protection equipment that is used exclusively to protect the Covered Property.

We will pay if the damage or discharge is the result of a response to a fire, a false alarm, or another Covered Cause of Loss. But, we will not pay for discharge which occurs during installation, repair or recharge. Nor will we pay for gradual leakage from the system.

The most we will pay under this extension in any one occurrence is $25,000.

7. **NEWLY ACQUIRED EQUIPMENT**

a. We will extend the insurance that applies to your equipment to apply to newly acquired equipment at any location described in the declarations.

The most we will pay for "loss" under this extension is 25% of the highest Limit of Insurance for any location shown in the Declarations, up to a maximum of $250,000.

b. Insurance under this extension for newly acquired equipment will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you ac-

quire the new equipment; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the new equipment.

8. **EQUIPMENT AT NEWLY ACQUIRED LOCATION**

   a. You may extend the insurance that applies to your equipment to apply to that equipment at any location you acquire.

   The most we will pay for "loss" under this extension is $100,000 or the applicable limit shown on the declarations, whichever is greater.

   b. Insurance under this extension for each newly acquired location will end when any of the following first occurs:

      (1) This policy expires;

      (2) 60 days expire after you acquire the new location; or

      (3) You report values to us.

   We will charge you additional premium for values reported from the date you acquire the Location.

9. **PROPERTY IN TRANSIT**

   We will pay up to $50,000 or the amount shown on the Declarations, whichever is greater, for direct physical "loss" to your equipment, data and media while in transit within the Coverage Territory.

10. **TEMPORARY LOCATION**

    We will cover your computer and telecommunications equipment, data and media for up to $50,000 while temporarily located off premises for purposes other than storage. This coverage is provided for the first 60 days that the property is located there, but not beyond the end of the policy period.

    The 60 day limitation does not apply to portable data processing and word processing computer equipment used primarily off premises.

11. **COMPUTER VIRUS**

    We will cover "loss" resulting from acts of computer hackers, computer viruses or other malicious software.

C. **EXCLUSIONS**

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **GOVERNMENTAL ACTION**

      Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   b. **NUCLEAR HAZARD**

      (1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   c. **WAR AND MILITARY ACTION**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

   a. Consequential Losses: Delay, loss of use, loss of market or any other consequential loss.

   b. Dishonesty: Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

      (1) Acting alone or in collusion with others; or

      (2) Whether or not occurring during the hours of employment.

      This exclusion does not apply to:

      (1) Acts of destruction by your employees; but theft by employees is not covered.

      (2) A carrier for hire.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

c.  Maintenance Types of Loss:

   (1) Wear and tear;

   (2) Rust, deterioration, fungus, mold, rot, contamination hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (3) Dampness or dryness of atmosphere;

   (4) Changes in or extremes of temperature;

   (5) Marring or scratching;

   (6) Maintenance;

   (7) Service; or

   (8) Repair.

   But we will pay for "loss" due to normal operator service if done according to written manufacturer instructions.

d.  **Off-Premises Power Failure**

   (1) Interruption of power supply;

   (2) Power surge; or

   (3) Blackout or brownout;

   If the power failure occurs more than 1,000 feet from the building containing the Covered Property.

e.  Error or omission in programming or giving the machine incorrect instructions.

   This exclusion does not apply to acts of computer hackers, computer viruses or other malicious software.

f.  Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g.  Unauthorized instructions to transfer property to any person or to any place.

h.  "Pollutants."

## D. LIMITS OF INSURANCE

1.  The most we will pay for "loss" to equipment in any one occurrence is the applicable scheduled limit of insurance.

2.  The limits applicable to Extensions of Coverage are in addition to the scheduled limits of insurance for equipment.

## E. VALUATION

1.  **Equipment**

   a.  We will determine the value of the equipment at replacement cost (without deduction for depreciation) at the time and place of the "loss."

      However, we will pay the smallest of the following amounts:

      (1) The actual cost of repairing the damaged equipment with materials of like kind and quality;

      (2) The amount you actually spend that is necessary to replace the equipment with new property of like kind, processing capacity and function;

      (3) If you are unable to replace the equipment with equipment of like kind, processing capacity and function, we will replace with similar equipment having the nearest improved processing capacity and function; or

      (4) The limit of insurance applicable to the lost or damaged equipment.

      We reserve the right to repair or replace the equipment or to pay for the equipment in money.

   b.  We will not pay on a replacement cost basis for any "loss":

      (1) Until the lost or damaged equipment is actually repaired or replaced;

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the "loss";

      (3) To equipment not maintained in good or workable condition; or

      (4) To equipment that is outdated or obsolete and is stored or not being used.

   c.  If we do not pay on a replacement cost basis, we will pay the smallest of the following amounts:

      (1) The market value at the time of loss of the damaged or destroyed equipment;

      (2) The amount it would cost to repair or replace that part of the equipment that is damaged or destroyed with material of like kind and quality less allowance for physical deterioration and depreciation; or

      (3) The limit of insurance applicable to the lost or damaged equipment.

2.  **Data and Media**

   a.  We won't pay more than the actual cost to reproduce the data.

   b.  The most we will pay is the cost of the blank media if the data is not

replaced due to:

**(1)** The lack of backup data and media or other documentation or records; or

**(2)** Your decision not to replace.

**F. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the deductible shown in the declarations. We will then pay the amount of the adjusted "loss" in excess of the deductible, up to the applicable Limit of Insurance.

**1. Basic Deductible:**

Applies to all "loss" except "loss" specified in the Breakdown Deductible.

**2. Breakdown Deductible:**

Applies to the direct physical "loss" to your data, media or equipment resulting from:

**a.** Mechanical breakdown or malfunction of the covered equipment.

**b.** Data processing program failure or breakdown.

**c.** Media failure or breakdown.

**d.** Electrical disturbance to the covered property that originates less than 1,000 feet from the building in which the covered property is located.

**e.** Electrical or magnetic injury to, or disturbance or erasure of data which occurs in, or less than 1,000 feet from, the building in which the covered property is located.

**f.** The following if not done by you, any of your partners, employees, directors, trustees or authorized representatives:

**(1)** Error or omission in design;

**(2)** Faulty construction; or

**(3)** Use of faulty materials in the development, manufacture or installation of your data, media or equipment.

**g.** Maintenance, service or repair except normal operator service if done according to written manufacturer instructions.

**G. AMENDED OR ADDITIONAL CONDITIONS**

The following conditions amend or apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover your equipment wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**2. Civil Authority**

We will pay for the actual loss of business income you sustain and necessary extra expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

**3. Other Insurance**

**a. Other Computer Insurance**

If you have other computer insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other computer insurance is exhausted. If the other computer insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

**b. Other Property Insurance**

If you have other property insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is primary insurance. This means that we will pay up to the applicable limits of liability for any covered "loss" first. Any "loss" that exceeds our limits will be the obligation of the other insurance.

**c. Other Extra Expense or Business Income Insurance**

If you have any other insurance which covers an extra expense or business income "loss" and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other insurance is exhausted. If the other insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

H. **DEFINITIONS**

1. **"Computer and telecommunications operations"** means your computer and telecommunications activities occurring at the described premises.

2. **"Loss"** means accidental loss or damage.

3. **"Period of restoration"** means the period of time that:

   a. Begins with the date of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

   The expiration date of this policy will not cut short the "period of restoration."

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant, bacteria or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY
# MASTER PAK PLUS <sup>SM</sup>

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is a summary of the enhancements provided in this endorsement. The limits and deductibles shown below apply at each designated location. If a limit is shown elsewhere in the policy for any of these coverages, then that limit applies in addition to the limits shown below. If a different deductible amount is shown in the policy for any of these coverages, then that deductible will be the applicable deductible. For complete details on the coverages provided, refer to the specific policy language.

| LIMIT | DEDUCTIBLE | SUBJECT OF INSURANCE |
|---|---|---|
| $10,000 | None | Fire Department Service Charge |
| $2,500 | None | Fire Extinguisher Recharge Expense |
| $5,000 | None | Reward - Arson or Theft |
| $500,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Buildings |
| $250,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Personal Property |
| $10,000 | Refer to applicable property deductible | Personal Effects and Property of Others |
| $10,000 | Refer to applicable property deductible | Valuable Papers and Records - Cost of Research |
| $2,500 | Refer to applicable property deductible | Fences and Retaining Walls |
| $2,000 | Refer to applicable property deductible | Outdoor Radio and Television Antennas |
| $2,500 | Refer to applicable property deductible | Outdoor Trees, Shrubs or Plants (subject to $500 per item limitation) |
| $7,500 | Refer to applicable property deductible | Signs - Outdoor - Not attached to buildings |
| $25,000 | None | Accounts Receivable |
| $40,000 | 72 Hours | Business Income and Extra Expense |
| $5,000 | None | Loss Adjustment Expenses |
| $5,000/ $5,000 | $250 | Money and Securities (Inside and Outside) |
| $5,000 | $250 | Employee Dishonesty |
| Included | None | Ordinance or Law - Coverage A |
| $50,000 | None | Ordinance or Law - Coverages B and C |
| $5,000 | $250 | Sales Samples |
| $7,500 | $250 | Fine Arts |
| $5,000 | Refer to applicable property deductible | Building Glass |
| $30,000 | $500 for Breakdown $250 Other Perils | Computer Coverage - Hardware |
| $7,500 | $500 for Breakdown $250 Other Perils | Computer Coverage - Data and Media |
| $7,500 | None | Computer Coverage - Extra Expense |
| $5,000 | Refer to applicable property deductible | Property in Transit |
| $10,000 | Refer to applicable property deductible | Back Up of Sewers or Drains |
| $10,000 | Refer to applicable property deductible | Water Seepage |
| $500 | None | Lock Replacement |
| $50,000 | Refer to applicable property deductible | Personal Property Off Premises (at Unscheduled Locations) |
| $25,000 | 72 Hours | Utility Services-Time Element (including transmission lines) |

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

I. The Covered Property section of Part A COVERAGE in the Building and Personal Property Coverage Form is changed as follows:

   A. The 100 foot limitation in paragraph A.1.b. and in paragraph A.1.c.(2) is changed to 1,000 feet.

   B. The following is added to paragraph A.1.b.:

      (8) Signs owned by you that are attached to buildings you occupy but do not own.

II. The following paragraph is deleted from the Property Not Covered section of Part A COVERAGE in the Building and Personal Property Coverage Form:

   d. Bridges, roadways, walks, patios or other paved surfaces.

III. The Additional Coverages section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

   A. The $1,000 limit shown in paragraph A.4.c. Fire Department Service Charge is replaced with a $10,000 limit.

IV. The following items are added to the Additional Coverages section of Part A. COVERAGE in the Building and Personal Property Coverage form attached to this policy:

   A. FIRE EXTINGUISHER RECHARGE EXPENSE

   We will pay the cost of recharging your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), or replacing the fire extinguishers or fire extinguishing systems, whichever is less, because they are discharged as a result of fighting a fire, covered under this policy, on or within 1,000 feet of your premises.

   The most we will pay under this Additional Coverage is $2,500 in any one occurrence.

   No deductible applies to this Additional Coverage.

   B. REWARD

   We will pay up to $5,000 as a reward for information which leads to an arson conviction or theft conviction in connection with a fire or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this extension shall not be increased.

No deductible applies to this Additional Coverage.

V. The Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

   A. The Building limit of $250,000 shown in paragraph A.5.a.(1), Newly Acquired or Constructed Property, is replaced with a $500,000 limit.

   B. The Your Business Personal Property limit of $100,000 shown in paragraph A.5.a.(2) is replaced with a $250,000 limit.

   C. The 30 day period shown in paragraph A.5.a.(3) is replaced with a 90 day period.

   D. The $2,500 limit shown in paragraph A.5.b., Personal Effects and Property of Others, is replaced with a $10,000 limit.

   E. The $2,500 limit shown in paragraph A.5.c., Valuable Papers and Records - Cost of Research, is replaced with a $10,000 limit.

   F. Paragraph A.5.e., Outdoor Property, is replaced by the following:

   You may extend the insurance provided by this Coverage Form to apply to the following outdoor property including debris removal expense:

   (a) Fences and retaining walls that are not part of a building. The most we will pay is $2,500 in any one occurrence.

   (b) Outdoor radio and television antennas (including satellite dishes), including their masts, towers, lead-in and support wiring. The most we will pay is $2,000 in any one occurrence.

   (c) Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants). The most we will pay is $2,500 in any one occurrence, but not more than $500 for any one tree, shrub or plant.

   (d) Outdoor signs, while on your premises, that are your property or the property of others for which you may be liable. The most we will pay for each sign (other than signs attached to buildings) is $7,500. The most we will pay for signs you own that are attached to buildings you do not own is $7,500.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

**G.** Paragraph d. in Section 5. Coverage Extensions in Part A COVERAGE is replaced by the following:

**d.** Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

**(1)** In or on a vehicle; or

**(2)** In the care, custody or control of your salespersons; or

**(3)** That consists of your tools or tools belonging to your employees; or

**(4)** That consists of musical instruments (other than those that you manufacture, sell or warehouse); or

**(5)** That consists of contractors equipment (other than equipment that you manufacture, sell or warehouse).

The most we will pay for loss or damage under this Extension is $50,000.

**VI.** The following items are added to the Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Form attached to this policy. Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions unless indicated on the applicable Declarations.

**A.** ACCOUNTS RECEIVABLE

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**B.** BUSINESS INCOME AND EXTRA EXPENSE

Refer to the Business Income (and Extra Expense) Coverage Form.

**C.** COMPUTER COVERAGE INCLUDING DATA, MEDIA AND EXTRA EXPENSE

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**D.** EMPLOYEE DISHONESTY

Refer to the Crime Coverage Part for the applicable coverage form.

**E.** FINE ARTS

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**F.** LOSS ADJUSTMENT EXPENSES

You may extend the insurance provided by this Coverage Form to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. The Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** MONEY AND SECURITIES (FORM C - THEFT, DISAPPEARANCE AND DESTRUCTION)

Refer to the Crime Coverage Part for the applicable coverage form.

**H.** ORDINANCE OR LAW COVERAGE

Refer to the Ordinance or Law Coverage endorsement.

**I.** SALES SAMPLES

Refer to the Inland Marine Coverage Part for the applicable coverage form.

**VII.** Part C, Limits of Insurance, of the Building and Personal Property Coverage Form is replaced by the following:

LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the sum of:

**(1)** The applicable coverage limit(s) of insurance shown in this endorsement and;

**(2)** Any other applicable coverage limit(s) of insurance provided by the policy.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.** Preservation of Property; or

**2.** Debris Removal; but if:

**a.** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**b.** The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

We will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional coverage.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

**VIII.** The $2,500 cost shown in Paragraph 7.b., Valuation, of Part E LOSS CONDITIONS is replaced with a $5,000 cost.

**IX.** Paragraph 2. of Section C LIMITATIONS in the Causes of Loss - Special Form is amended to read as follows:

**2.** We will not pay more than $5,000 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass.

However, this limitation does not apply to:

**a.** Loss or damage by the "specified causes of loss", except vandalism; or

**b.** Business Income coverage or Extra Expense coverage.

**X.** Section E ADDITIONAL COVERAGE EXTENSIONS in the Causes of Loss - Special Form is changed as follows:

**A.** Property in Transit

**1.** Subparagraph a. of Paragraph 1. Property in Transit is replaced by the following:

**a.** You may extend the insurance provided by this coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate, or in the custody of a carrier or bailee for hire, while between points in the coverage territory.

**2.** The $1,000 limit shown in paragraph 1.c., Property in Transit, is replaced by a $5,000 limit.

**B.** The following is added to Section E ADDITIONAL COVERAGE EXTENSIONS:

**3.** BACK UP OF SEWERS OR DRAINS

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water that:

**a.** Backs up through sewers or drains; or

**b.** Enters into and overflows from within a:

**(1)** sump pump;

**(2)** sump pump well; or

**(3)** other type system

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $10,000.

**4.** WATER SEEPAGE

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

The most we will pay for loss or damage under this Extension is $10,000.

**5.** LOCK REPLACEMENT

You may extend the insurance provided by this Coverage Part to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

The most we will pay under this Extension is $500.

Each of the above Additional Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**XI.** The following is added to Part A. COVERAGE in the Business Income (and Extra Expense) Coverage Form:

**5.** Additional Coverage Extension

**a.** Utility Services-Time Element (including transmission lines)

Refer to the Utility Services-Time Element endorsement.

**XII.** The Business Income (and Extra Expense) Coverage Form is changed as follows:

**A.** Paragraph d. Extended Business Income of the Addditional Coverages section of Part A COVERAGE is amended as follows:

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

1.  Subparagraph (ii) of paragraph (1)(b) is changed to read:

    (ii) 60 consecutive days after the date determined in (1)(a) above.

2.  Subparagraph (ii) of paragraph (2)(b) is changed to read:

    (ii) 60 consecutive days after the date determined in (2)(a) above.

B.  Paragraph c.(2) of the Newly Acquired Locations Coverage Extension is changed to read as follows:

    (2) 90 days expire after you acquire or begin to construct the property; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1990, 1995

# EMPLOYEE DISHONESTY COVERAGE FORM

## A. COVERAGE

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss.

**1. Covered Property:** "Money", "securities", and "property other than money and securities".

**2. Covered Cause of Loss:** "Employee dishonesty".

**3. Coverage Extension**

**Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

## B. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

## C. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

2. You must:

   **a.** Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   **b.** Upon our request, give us a statement describing the loss.

## D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS: In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

**1. Additional Exclusions:** We will not pay for loss as specified below:

   **a. Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   **b. Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   **(1)** An inventory computation; or

   **(2)** A profit and loss computation.

**2. Additional Condition**

**Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":

   **a.** Immediately upon discovery by:

   **(1)** You; or

   **(2)** Any of your partners, officers or directors not in collusion with the "employee";

   of any dishonest act committed by that "employee" whether before or after employed by you.

   **b.** On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

   The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

**3. Additional Definitions**

   **a. "Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

   **(1)** Cause you to sustain loss; and also

   **(2)** Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

   **(a)** The "employee"; or

   **(b)** Any person or organization intended by the "employee" to receive that benefit.

   **b. "Occurrence"** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

INTERLINE
IL 00 03 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYMENT–RELATED PRACTICES LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

The following is added:

    The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

     Copyright, Insurance Services Office, Inc., 1997

Transaction Type: RENEWAL          Transaction Eff Date: 05/20/2004   Transaction Entered Date: 05/04/2004

**E-FILED**
Thursday, 20 April, 2006 03:06:08 PM
Clerk, U.S. District Court, ILCD

## POLICY INFORMATION

The Ohio Casualty Insurance Company            BKO (05) 52987382
Commercial Package                             From 05/20/2004 to 05/20/2005

**NAMED  INSURED**                             **AGENT**

FRED WANLESS TRUST                             (217) 525-9500
250 S DURKIN DR APT 11                         FORSYTH INSURANCE GROUP INC
SPRINGFIELD, IL 62704-6344                     P O BOX 2229
                                               SPRINGFIELD, IL 62705-2229

                                               IL    0280          TME1

**Named Insured Is:** PARTNERSHIP

**Named Insured Business Is:** PROPERTY OWNER

## SUMMARY  OF COVERAGE PARTS AND  CHARGES

| Description | Premium |
| --- | --- |
| Commercial Property | $2,268.00 |
| General Liability | $2,843.00 |
| **Total charges for all coverage parts:** | $5,111.00 |
| **Certified Acts of Terrorism  Coverage:** | $28.00    (Included) |

## COMMERCIAL  PROPERTY SUMMARY  OF CHARGES

| Explanation of Charges | Premium |
| --- | --- |
| Property Schedule Totals | $2,114.00 |
| Property Master Pak Plus | $149.00 |
| Certified Acts of Terrorism Coverage | $5.00 |
| *Property Total Charges* | $2,268.00 |

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION

Insurance  at the described  premises  applies  only  for coverages  for which  a limit  of insurance  is shown.  Optional  coverages  apply  only when  entries  are made  to the schedule.  For coverages,  limits and deductibles  not shown  below  refer to the Commercial  Property Coverage  Part and PROPERTY MASTER PAK PLUS

**Location:**   R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105
Description:
Construction:   Joisted Masonry

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____
_____
_____
SIGNATURE _Amanda Way_
TITLE _Support Tech_         DATE _3 30 06_

EXHIBIT

_C_

3:06-cv-03074-RM-BGC    # 1-11    Page 2 of 35
Transaction Type: RENEWAL    Transaction Eff Date: 05/20/2004   Transaction Entered Date: 05/04/2004

86

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION - CONTINUED

Continuation of: R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105

BUILDING COVERAGE
Occupancy:  Mobile Home Parks Or Courts - Community Centers,
            Recreational Buildings, Shelter Houses, Locker Houses
            And Other Auxiliary Or Subsidiary Buildings

**Description:**
Limit of Insurance                                    $32,256
Coinsurance                                              80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                             $500
*Premium*                                             $151.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                    $32,256
Deductible                                             $500
*Premium*                                              $36.00

Location:  2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000
Description:
Construction:  Frame

BUILDING COVERAGE
Occupancy:  Hotels Or Motels - Without Restaurants - Up To 10 Units

**Description:**
Limit of Insurance                                    $32,256
Coinsurance                                              80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                             $500
*Premium*                                             $350.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                    $32,256
Deductible                                             $500
*Premium*                                              $36.00

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

# SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

**Location:**   2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176
Description:
Construction:    Frame

BUILDING COVERAGE

Occupancy:  Beauty Parlors And Hair Styling Salons

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Coinsurance | 80% |

**Covered Causes of Loss**

Special Form - Including Theft

| | |
|---|---|
| Deductible | $500 |
| *Premium* | $163.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

**Location:**   916 WEST LAUREL, SPRINGIELD, IL 62702-0000
Description:
Construction:    Frame

BUILDING COVERAGE

Occupancy:  Variety Stores - Profit

**Description:**

| | |
|---|---|
| Limit of Insurance | $61,933 |
| Coinsurance | 80% |

**Covered Causes of Loss**

Special Form - Including Theft

| | |
|---|---|
| Deductible | $500 |
| *Premium* | $318.00 |

3:06-cv-03074-RM-BGC    # 1-11    Page 4 of 35
Transaction Type: RENEWAL          Transaction Eff Date: 05/20/2004  Transaction Entered Date: 05/04/2004

88

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION - CONTINUED

Continuation of: 916 WEST LAUREL, SPRINGIELD, IL 62702-0000

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
| | |
|---|---|
| Limit of Insurance | $61,933 |
| Deductible | $500 |
| *Premium* | $46.00 |

**Location:**   1701 S STATE ST, SPRINGFIELD, IL 62704-4011
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Candy Or Confectionery Stores

**Description:**
| | |
|---|---|
| Limit of Insurance | $108,061 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| *Premium* | $735.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
| | |
|---|---|
| Limit of Insurance | $108,061 |
| Deductible | $500 |
| *Premium* | $59.00 |

**Location:**   2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105
Description:
Construction:    Joisted Masonry

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY   OF PROPERTY COVERAGES - BY LOCATION - CONTINUED

**Continuation of: 2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105**

BUILDING COVERAGE
Occupancy:  Gasoline Stations - Full And/Or Self-Service - Minor
            Repair

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Coinsurance | 80% |

**Covered Causes of Loss**

Special Form - Including Theft

| | |
|---|---|
| Deductible | $500 |
| *Premium* | $148.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

## COMMERCIAL  GENERAL LIABILITY LIMITS  OF INSURANCE

**Basis:**  Occurrence

| | |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 100,000 |
| Medical Expense Limit (Any One Person) | 10,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 1,000,000 |
| Products - Completed Operations Aggregate Limit | 1,000,000 |

## COMMERCIAL  GENERAL LIABILITY SUMMARY  OF CHARGES

| Description | Premium |
|---|---|
| General Liability Schedule Totals | $2,820.00 |

## SUMMARY  OF LOCATIONS  YOU OWN,  RENT, OR OCCUPY

2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105

916 WEST LAUREL, SPRINGFIELD, IL 62702-0000

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135

1701 S STATE ST, SPRINGFIELD, IL 62704-4011

2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176

2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000

LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000

SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000

SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000

LOT 22 TO 28 OF WANLESS PLACE, SPRINGFIELD, IL 62702-0000

SE1/4 SEC 15 E1/2 SE1/4 SEC 153, SPRINGFIELD, IL 62702-0000

3522 E COOK ST, SPRINGFIELD, IL 62703-2173

LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000

SE1/2 OF SEC 36 T16N R5W OF 3RD, SPRINGFIELD, IL 62702-0000

LOTS 59 TO 62 & 63 ESCEPT N66', SPRINGFEILD, IL 62702-0000

LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000

W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000

2600 E COOK ST, SPRINGFIELD, IL 62703-1902

PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000

LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000

LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000

2520 E COOK ST, SPRINGFIELD, IL 62703-1951

LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000

LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000

LOTS 111,112,113,114 & 115 WANLES, SPRINGFIELD, IL 62702-0000

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

S880.66' OF N1080.66' LOT 214, SPRINGFIELD, IL 62702-0000

LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000

PT OF SE 1/4 OF SEC 14 TWP16N, SPRINGFIELD, IL 62702-0000

3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043

E1/2 OF SE1/4 OF SEC 24 T16N R5W3, SPRINGFIELD, IL 62702-0000

R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105

SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000

## SUMMARY OF ACTIVITY BY LOCATION

2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105

Insured:   FRED WANLESS TRUST

**Classification - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 68.768 | $34.00 |

916 WEST LAUREL, SPRINGIELD, IL 62702-0000

Insured:   FRED WANLESS TRUST

**Classification - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 600 Square Feet Of Area | 68.768 | $41.00 |

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135**

Insured:   FRED WANLESS TRUST

**Classification  - 63010**
   Dwellings - One-Family - (Lessor's Risk Only)
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per EACH |  |  |
| --- | --- | --- | --- |
|  |  | **Rate** | **Premium** |
| Premise/Operations | 1 Dwelling(s) | 132.829 | $133.00 |

**1701 S STATE ST, SPRINGFIELD, IL 62704-4011**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**
   Buildings Or Premises - Bank Or Office - Mercantile Or
   Manufacturing - Maintained By The Insured (Lessor's Risk
   Only) - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per    1,000 |  |  |
| --- | --- | --- | --- |
|  |  | **Rate** | **Premium** |
| Premise/Operations | 600 Square Feet Of Area | 68.768 | $41.00 |

**2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**
   Buildings Or Premises - Bank Or Office - Mercantile Or
   Manufacturing - Maintained By The Insured (Lessor's Risk
   Only) - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per    1,000 |  |  |
| --- | --- | --- | --- |
|  |  | **Rate** | **Premium** |
| Premise/Operations | 1,200 Square Feet Of Area | 68.768 | $83.00 |

**2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Transaction  Type:  RENEWAL                Transaction  Eff Date:  05/20/2004   Transaction  Entered  Date:  05/04/2004

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05)  52987382
Commercial Package                                      From 05/20/2004 to 05/20/2005

## SUMMARY  OF ACTIVITY  BY LOCATION

Insured:    FRED WANLESS TRUST

**Classification  - 61217**
    Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

                              Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,200 Square Feet Of Area | 68.768 | $83.00 |

**R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 63010**
    Dwellings - One-Family - (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

                              Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Dwelling(s) | 132.829 | $133.00 |

**PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
    Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

                              Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.438 | $1.00 |

**LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

3:06-cv-03074-RM-BGC    # 1-11    Page 10 of 35
Transaction  Type: RENEWAL    Transaction  Eff Date: 05/20/2004   Transaction  Entered  Date: 05/04/2004

94

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY  OF ACTIVITY  BY LOCATION

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 13 Acre(s) | 1.438 | $19.00 |

**SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 27 Acre(s) | 1.438 | $39.00 |

**SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 86 Acre(s) | 1.438 | $124.00 |

**LOT 22 TO 28 OF WANLESS PLACE, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                   |              | Rate  | Premium  |
|-------------------|--------------|-------|----------|
| Premise/Operations | 205 Acre(s) | 1.438 | $295.00  |

**SE1/4 SEC 15 E1/2 SE1/4 SEC 153, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST


**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                   |             | Rate  | Premium |
|-------------------|-------------|-------|---------|
| Premise/Operations | 20 Acre(s) | 1.438 | $29.00  |

**3522 E COOK ST, SPRINGFIELD, IL 62703-2173**

Insured:    FRED WANLESS TRUST


**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                   |             | Rate  | Premium |
|-------------------|-------------|-------|---------|
| Premise/Operations | 52 Acre(s) | 1.438 | $75.00  |

**LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                      From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                      |            | Rate  | Premium |
|----------------------|------------|-------|---------|
| Premise/Operations   | 12 Acre(s) | 1.438 | $17.00  |

**SE1/2 OF SEC 36 T16N R5W OF 3RD, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                      |           | Rate  | Premium |
|----------------------|-----------|-------|---------|
| Premise/Operations   | 8 Acre(s) | 1.438 | $12.00  |

**LOTS 59 TO 62 & 63 ESCEPT N66', SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                      |           | Rate  | Premium |
|----------------------|-----------|-------|---------|
| Premise/Operations   | 7 Acre(s) | 1.438 | $10.00  |

**LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 83 Acre(s) | 1.438 | $119.00 |

**W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 324 Acre(s) | 1.438 | $466.00 |

**2600 E COOK ST, SPRINGFIELD, IL 62703-1902**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 269 Acre(s) | 1.438 | $387.00 |

**PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL         Transaction  Eff Date:  05/20/2004   Transaction  Entered  Date:  05/04/2004

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                             Rated/Per EACH

|                      |              | Rate  | Premium |
|----------------------|--------------|-------|---------|
| Premise/Operations   | 52 Acre(s)   | 1.438 | $75.00  |

**LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                             Rated/Per EACH

|                      |              | Rate  | Premium |
|----------------------|--------------|-------|---------|
| Premise/Operations   | 1 Acre(s)    | 1.438 | $1.00   |

**LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                             Rated/Per EACH

|                      |              | Rate  | Premium |
|----------------------|--------------|-------|---------|
| Premise/Operations   | 1 Acre(s)    | 1.438 | $1.00   |

**2520 E COOK ST, SPRINGFIELD, IL 62703-1951**

Insured:    FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (05) 52987382
Commercial Package                           From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.438 | $1.00   |

**LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.438 | $1.00   |

**LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.438 | $1.00   |

**LOTS 111,112,113,114 & 115 WANLES, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL              Transaction  Eff Date:  05/20/2004   Transaction  Entered  Date:  05/04/2004

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (05)  52987382
Commercial Package                           From 05/20/2004 to 05/20/2005

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 2 Acre(s) | 1.438 | $3.00 |

**S880.66' OF N1080.66' LOT 214, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.438 | $1.00 |

**LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.438 | $1.00 |

**PT OF SE 1/4 OF SEC 14 TWP16N, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**POLICY INFORMATION**

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY  OF ACTIVITY BY LOCATION

**Classification  - 49451**

Vacant Land - For Profit

Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.438 | $1.00 |

**3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043**

Insured:    FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit

Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,500 Square Feet Of Area | 68.768 | $103.00 |

**Classification  - 46607**

Parking - Public - Shopping Centers - Maintained By The
Insured (Lessor's Risk Only)

Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 34.050 | $17.00 |

**E1/2 OF SE1/4 OF SEC 24 T16N R5W3, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 46202**

Mobile Home Parks Or Courts
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 22,270 Dollars Of Gross Sales | 13.789 | $307.00 |

**Classification - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 16 Acre(s) | 1.438 | $23.00 |

**R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105**

Insured:   FRED WANLESS TRUST

**Classification - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 400 Square Feet Of Area | 68.768 | $28.00 |

**SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (05) 52987382
From 05/20/2004 to 05/20/2005

## SUMMARY  OF ACTIVITY BY LOCATION

**Classification  -  49451**

Vacant Land - For Profit

Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 80 Acre(s) | 1.438 | $115.00 |

## SUMMARY  OF OTHER COVERAGE

| Master  Pak | See Policy  Forms  and Endorsements  List. | Included |
|---|---|---|
| Amendment of Coverage Territory - Worldwide Coverage | See Policy Forms and Endorsements List. | $.00 |

## ENDORSEMENT  FORMS AND  NOTICES

| | |
|---|---|
| CG 00 01 10 01 | Commercial General Liability Coverage Form - Occurrence |
| CG 00 62 12 02 | War Liability Exclusion |
| CG 02 00 04 87 | Illinois Changes - Cancellation and Nonrenewal |
| CG 21 47 07 98 | Employment-Related Practices Exclusion |
| CG 21 70 11 02 | Cap On Losses From Certified Acts Of Terrorism |
| CG 83 30 12 03 | General Liability Master Pak |
| CG 84 82 11 02 | Exclusion - Fungi or Bacteria |
| CG 84 99 03 03 | Non-Cumulation of Liability Limits Same Occurrence |
| CM 00 01 09 00 | Commercial Inland Marine Conditions |
| CM 00 66 09 00 | Accounts Receivable Coverage Form |
| CM 01 28 03 99 | Illinois Changes - Intentional Acts |
| CM 02 04 09 00 | Illinois Changes |
| CM 75 30 01 86 | Commercial Fine Arts Coverage Form |
| CM 75 40 10 00 | Computer and Telecommunications Equipment Coverage Form |
| CM 76 40 01 86 | Sales Sample Coverage Form |
| CP 00 10 04 02 | Building and Personal Property Coverage Form |
| CP 00 30 04 02 | Business Income (and Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 04 05 04 02 | Ordinance or Law Coverage |
| CP 10 30 04 02 | Causes of Loss - Special Form |
| CP 15 45 04 02 | Utility Services - Time Element |
| CP 71 78 06 03 | Property Master Pak Plus |
| CP 72 79 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Illinois |
| CP 72 79 12 02 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Illinois |
| CR 00 01 10 90 | Employees Dishonesty Coverage Form (Coverage Form A - Blanket) |
| CR 00 04 10 90 | Theft, Disappearance and Destruction Coverage Form (Coverage Form C) |
| CR 02 02 04 97 | Illinois Changes |

103

Transaction  Type:  RENEWAL    Transaction  Eff Date:  05/20/2004   Transaction  Entered  Date:  05/04/2004

# POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (05) 52987382
Commercial Package                                     From 05/20/2004 to 05/20/2005

## ENDORSEMENT  FORMS  AND  NOTICES - CONTINUED

| | |
|---|---|
| CR 10 00 04 97 | Crime General Provisions (Loss Sustained Form) |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 07 02 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 01 18 07 02 | Illinois Changes |
| IL 02 84 07 02 | Illinois Changes - Cancellation and Nonrenewal |
| IL 09 12 07 02 | Illinois Changes Mine Subsidence Non-Residential Building |
| IL 09 35 08 98 | Exclusion of Certain Computer-Related Losses |
| IL 09 70 11 02 | Exclusion of Acts of Biological or Chemical Terrorism; |
| | Cap on Losses From Certified Acts of Terrorism |
| LC 87 00 03 99 | Exclusion - Asbestos |
| LC 87 01 03 99 | Exclusion - Liability Arising Out of Lead |
| LC 87 08 10 02 | Medical Expense at Your Request Endorsement |
| NP 72 16 05 02 | Business Income Waiting Period |
| NP 72 42 01 03 | Certified Acts of Terrorism Notice |
| NP 72 76 05 03 | New and Revised Company Endorsements 2003 |
| NP 72 80 06 03 | Property Master Pak Endorsement |
| NP 72 81 06 03 | Commercial Property Changes (06-03) |
| NP 72 82 03 03 | Exclusion of an "Other Act of Terrorism" |
| | (Other Than Certified Acts of Terrorism) |
| NP 72 96 04 03 | Advisory Notice to Policyholders Commerical Property Deductibles |
| NP 73 43 01 04 | General Liability Master Pak 2004 Revision |
| OC 70 35 06 93 | Removal Permit |

## IMPORTANT  MESSAGES

.  This policy is auditable. Please refer to the conditions  of the policy for details or contact  your agent.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.  Insuring Agreement**

   **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   **(1)**  The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

   **(2)**  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

   **b.**  This insurance applies to "bodily injury" and "property damage" only if:

   **(1)**  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   **(2)**  The "bodily injury" or "property damage" occurs during the policy period; and

   **(3)**  Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.**  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.**  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** Of Section **II** - Who Is An insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)**  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)**  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

© ISO Properties, Inc., 2000

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which

are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neu-

tralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred b you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, re-

moval or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.  Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.  Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d.  Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.  Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.  Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.  Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.  Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.  Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for other; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution - Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing,

© ISO Properties, Inc., 2000

treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

    a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

    We will not pay expenses for "bodily injury":

    a. **Any Insured**

      To any insured, except "volunteer workers".

    b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

    d. **Workers' Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

    e. **Athletics Activities**

      To a person injured while taking part in athletics.

    f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

    g. **Coverage A Exclusions**

      Excluded under Coverage **A**.

    h. **War**

      Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    a. All expenses we incur.

    b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

    e. All costs taxed against the insured in the "suit".

    f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

    These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and

an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers", (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing du-

    © ISO Properties, Inc., 2000

ties related to the conduct of your business. However, none of these "employees" or volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury";

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co- "employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but

only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

a.   Medical expenses under Coverage **C**;

b.   Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c.   Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a.   Damages under Coverage **A**; and

b.   Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1.   Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2.   Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a.   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1)   How, when and where the "occurrence" or offense took place;

(2)   The names and addresses of any injured persons and witnesses; and

(3)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

b.   If a claim is made or "suit" is brought against any insured, you must:

(1)   Immediately record the specifics of the claim or "suit" and the date received; and

(2)   Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.   You and any other involved insured must:

(1)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2)   Authorize us to obtain records and other information;

(3)   Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4)   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d.   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.   Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a.   To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.   To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable un-

der the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.  Excess Insurance**

This insurance is excess over:

(1)  Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b)  That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c)  That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d)  If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

(2)  Any other primary insurance available to you covering liability for damage arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1)  The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2)  The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.**  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.**  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.**  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)**

above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes

other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        (a) When all of the work called for in your contract has been completed.

        (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic

© ISO Properties, Inc., 2000

data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold,

handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

E-FILED
Thursday, 20 April, 2006 02:26:25 PM
Clerk, U.S. District Court, ILCD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

© ISO Properties, Inc., 2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supersedes any provision to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date, if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

   c. Mailing of Notices

      We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

    Copyright, Insurance Services Office, Inc., 1987

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 11 02**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

COMMERCIAL GENERAL LIABILITY
CG 83 30 12 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY
# MASTER PAK®

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| BLANKET ADDITIONAL INSURED (OWNERS, LESSEES, CONTRACTORS OR LESSORS) | 2 |
| FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT | 3 |
| NON-OWNED WATERCRAFT | 4 |
| SUPPLEMENTARY PAYMENTS (BAIL BONDS) | 4 |
| PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION | 5 |
| AGGREGATE LIMITS (PER LOCATION) | 5 |
| AGGREGATE LIMITS (PER PROJECT) | 5 |
| VOLUNTARY PROPERTY DAMAGE COVERAGE | 6 |
| OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE | 6 |
| NEWLY FORMED OR ACQUIRED ORGANIZATIONS | 7 |
| DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| BODILY INJURY (MENTAL ANGUISH) | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS | 8 |
| MEDICAL PAYMENTS | 8 |

1. **BLANKET ADDITIONAL INSURED** (Owners, Lessees, Contractors or Lessors)
   (Includes a Primary/Non-Contributory provision)

   **Who Is An Insured Section II** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy in a written contract or written agreement. The written contract or written agreement must be currently in effect or becoming effective during the term of this policy and executed prior to the "bodily injury," "property damage" or "personal and advertising injury."

   The insurance provided the additional insured is limited as follows:

   **A.** The person or organization is only an additional insured with respect to liability:

   1. Arising out of real property, as described in a written contract or written agreement, that you own, rent, lease or occupy; or

   2. Caused in whole or in part by your ongoing operations performed for that insured.

      The insurance provided the additional insured in **1.A.2.** above does not apply to:

      **a.** **Coverage A - Bodily Injury and Property Damage Liability, Coverage B - Personal and Advertising Injury Liability** or defense coverage under the **Supplementary Payments** arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

         (1) The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

         (2) Supervisory, inspection, architectural or engineering activities.

      **b.** "Bodily injury" or "property damage" occurring after:

         (1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) were performed by or on behalf of the additional insured(s) at the site where the covered operations have been completed; or

         (2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing a principal as part of the same project.

   **B.** The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of Insurance as stated in the Declarations of this policy and defined in **Section III - Limits Of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

   **C.** The insurance provided the additional insured does not apply to the liability resulting from the sole negligence of the additional insured.

Includes copyrighted material of ISO Properties., Inc., with its permission.

CG 83 30 12 03                    © ISO Properties, Inc., 2003                    **Page 2 of 8**

D. As respects the coverage provided to the additional insured under this endorsement, **Section IV-Conditions** is amended as follows:

1. The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim, or Suit**

   An additional insured under this endorsement will as soon as practicable:

   a. Give written notice of an "occurrence" or an offense, that may result in a claim or "suit" under this insurance to us;

   b. Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

   c. Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

2. The following is added to **Condition 3. Legal Action Against Us:**

   We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a claim or "suit" from the additional insured.

3. The following is added to Paragraph **a., Primary Insurance** of **Condition 4. Other Insurance:**

   If the additional insured's policy has an Other Insurance provision making its policy excess, and a Named Insured has agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

4. The following is added to Paragraph **b., Excess Insurance** of **Condition 4. Other Insurance:**

   Except as provided in Paragraph **4.a.** Primary Insurance as amended above, any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis. In the event an additional insured has other coverage available for an "occurrence" by virtue of also being an additional insured on other policies, this insurance is excess over those other policies.

2. **FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT**

If **Damage To Premises Rented To You** under **Coverage A** is not otherwise excluded from this policy, the following applies:

A. The last paragraph of **2. Exclusions** of **Section I - Coverage A** is replaced by the following:

   If **Damage To Premises Rented To You** is not otherwise excluded, **Exclusions c.** through **n.** do not apply to damage by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - Limits Of Insurance.**

Includes copyrighted material of ISO Properties., Inc., with its permission.

CG 83 30 12 03                    © ISO Properties, Inc., 2003                    Page 3 of 8

B.  Paragraph 6 of **Section III - Limits Of Insurance** is replaced by the following:

6.  Subject to **5.** above, the **Damage To Premises Rented To You Limit** shown in the Summary of Limits and Charges section of this policy is the most we will pay under **Coverage A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with the permission of the owner arising out of any one fire, lightning, "explosion" or sprinkler leakage incident.

C.  Paragraph **b.(1)(b)** of **Condition 4. Other Insurance (Section IV - Conditions)** is replaced by the following:

(1)  That is Fire, Lightning, Explosion or Sprinkler Leakage insurance for premises rented to you or temporarily occupied by you with the permission of the owner;

D.  Paragraph **9.a.** of the definition of "insured contract" in **Section V- Definitions** is replaced by the following:

9.  "Insured contract" means:

a.  A contract for the lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

E.  The following definition is added to **Section V - Definitions:**

"Explosion" means a sudden release of expanding pressure accompanied by a noise, a bursting forth of material and evidence of the scattering of debris to locations further than would have resulted by gravity alone.

"Explosion" does not include any of the following:

1.  Artificially generated electrical current including electrical arcing that disturbs electrical devices, appliances or wires;

2.  Rupture or bursting of water pipes;

3.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control; or

4.  Rupture or bursting caused by centrifugal force.

3.  **NON-OWNED WATERCRAFT**

Subparagraph **g.(2)** of Paragraph **2., Exclusions of Section I - Coverage A** is replaced by the following:

(2)  A watercraft you do not own that is:

(a)  Less than 51 feet long; and
(b)  Not being used to carry persons or property for a charge;

4.  **SUPPLEMENTARY PAYMENTS**

In the **Supplementary Payments - Coverages A and B** provision:

The limit for the cost of bail bonds in Paragraph **1.b.** is changed from $250 to $1000.

Includes copyrighted material of ISO Properties., Inc., with its permission.

© ISO Properties, Inc., 2003

**5.   PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION**

Paragraphs **14.b.**, **d.** and **e.** of **Section V - Definitions** are replaced by the following:

**b.**   Malicious prosecution or abuse of process;

**d.**   Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.**   Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

The following is added to Paragraph **14.** "Personal and Advertising Injury" of **Section V - Definitions:**

**h.**   Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)**   Not done intentionally by or at the direction of:

**(a)**   An insured; or

**(b)**   Any "executive officer" director, stockholder, partner or member of the insured; and

**(2)**   Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

Subparagraphs **b.** and **c.** of **2.**, Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability** are replaced by the following:

**b.   Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**c.   Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

**6.   AGGREGATE LIMITS OF INSURANCE (PER LOCATION)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**7.   AGGREGATE LIMITS OF INSURANCE (PER PROJECT)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your projects away from premises owned by or rented to you.

Includes copyrighted material of ISO Properties., Inc., with its permission.

## 8.   VOLUNTARY PROPERTY DAMAGE COVERAGE

At your request, we will pay for "loss" to property of others caused by your business operations. The most we will pay for this coverage is $500 each "occurrence." The "loss" must occur during the policy period. The "occurrence" must take place in the "coverage territory".

"Loss" means unintended damage or destruction. "Loss" does not mean disappearance, abstraction or theft.

This coverage does not apply to:

**1.**   Damage arising out of the use of any "auto";
**2.**   Property you own, occupy, rent or lease from others; or
**3.**   Property on your premises for sale, service, repair or storage.
None of the other policy exclusions apply to this coverage.

If the policy to which this endorsement is attached is written with a property damage liability deductible, the deductible shall apply to Voluntary Property Damage. The limit of coverage stated above shall not be reduced by the amount of this deductible.

## 9.   OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE

**A.**   We will pay those sums that you become legally obligated to pay as damages because of "property damage" to personal property of others while in your or your "employees" care, custody or control or real property of others over which you or your "employees" are exercising physical control if the "property damage" arises out of your business operations. This Coverage is subject to sections **B.**, **C.**, **D.** and **E.** below.

**B.   Exclusions**

This insurance shall not apply to:

**1.**   "Property damage" of property at premises owned, rented, leased, operated or used by you;
**2.**   "Property damage" of property while in transit;
**3.**   The cost of repairing or replacing:
   **(a)**   Any of your work defectively or incorrectly done by you or by others on your behalf; or
   **(b)**   Any product manufactured, sold or supplied by you, unless the "property damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking; or
**4.**   "Property damage" of property caused by or arising out of the "products-completed operations hazard".

**C.   Limits Of Insurance** - The most we will pay for "property damage" under this **Section 9.** is $5,000 for each "occurrence". The most we will pay for the sum of all damages covered under this **Section 9.** because of "property damage" is an annual aggregate limit of $25,000.

The **Limits Of Insurance** provided under this **Section 9.** are inclusive of and not in addition to any other limits provided in the policy or endorsements attached to it.

**D.   Deductible** - We will not pay for "property damage" in any one "occurrence" until the amount of "property damage" exceeds $250. If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than $250.

**E.**   In the event of "property damage" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

**10. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

**A.** Paragraph **4.** of **Section II - Who Is An Insured** is deleted and replaced by the following:

**4.** Any business entity acquired by you or incorporated or organized by you under the laws of any individual state of the United States of America over which you maintain majority ownership interest exceeding fifty percent. Such acquired or newly formed organization will qualify as a Named Insured if there is no similar insurance available to that entity. However:

**a.** Coverage under this provision applies only until the expiration of the policy period in which the entity was acquired or incorporated or organized by you.

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before the entity was acquired or incorporated or organized by you.

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before the entity was acquired or incorporated or organized by you.

**d.** Records and descriptions of operations must be maintained by the first Named Insured.

**B.** This Section **10.** does not apply to newly formed or acquired organizations if coverage is excluded either by provisions of the Coverage Part or by other endorsement(s) attached to it.

**11. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

**A.** The requirements in **Section IV - Conditions**, Paragraph **2.a.**, that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

**1.** You, if you are an individual;

**2.** A partner, if you are a partnership;

**3.** A member or manager, if you are a limited liability company;

**4.** An executive officer or designee, if you are a corporation;

**5.** A trustee, if you are a trust; or

**6.** A designee, if you are any other type of organization.

**B.** The requirements in **Section IV - Conditions**, Paragraph **2.b.**, that you must see to it that we receive written notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

**1.** You, if you are an individual;

**2.** A partner, if you are a partnership;

**3.** A member or manager if you are a limited liability company;

**4.** An executive officer or designee, if you are a corporation;

**5.** A trustee, if you are a trust; or

**6.** A designee, if you are any other type of organization.

Knowledge of an "occurrence," claim or "suit" by the agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an officer or designee shall have received notice from its agent, servant or "employee".

Includes copyrighted material of ISO Properties., Inc., with its permission.

**CG 83 30 12 03**          © ISO Properties, Inc., 2003                    **Page 7 of 8**

**12. BODILY INJURY**

Paragraph **3.** of the definition of "bodily injury" in the **Section V - Definitions** is replaced by the following:

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**13. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS**

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit anyone not named in the agreement.

**14. MEDICAL PAYMENTS**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Expense Limit provided by this policy shall be the greater of:

**A.** $10,000; or

**B.** The amount shown in the Declarations.

All other terms and conditions of your policy remain unchanged.

Includes copyrighted material of ISO Properties., Inc., with its permission.

CG 83 30 12 03                © ISO Properties, Inc., 2003                **Page 8 of 8**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**c.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**d.** Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

**C.** The following is added to the **Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

However, "fungi" does not include any fungi intended by the insured for consumption or contained within any food products sold or in any way distributed by the insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

COMMERCIAL GENERAL LIABILITY
CG 84 99 03 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION OF LIABILITY LIMITS
# SAME OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to paragraph **5.** of Section **III** - Limits of Insurance:

If an "occurrence" that results in "bodily injury" or "property damage" includes continuous or repeated exposure to substantially the same general conditions that extend over more than one annual policy "issued by us", the each occurrence limit of this policy shall be reduced by the amount of payments we have made or have agreed to make under all policies.

**B.** The following definition is added to Section **V** - Definitions:

"Issued by us" includes all policies issued by Ohio Casualty Insurance Company, West American Insurance Company or American Fire and Casualty Insurance Company.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. Pair, Sets Or Parts

1. **Pair or Set.**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

© ISO Properties, Inc., 2003

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

© ISO Properties, Inc., 2003

COMMERCIAL INLAND MARINE
CM 00 66 09 04

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E** - Definitions.

**A. Coverage**

1.  We will pay:

    a.  All amounts due from your customers that you are unable to collect;

    b.  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

    c.  Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

    d.  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

    that result from Covered Causes of Loss to your records of accounts receivable.

2.  **Property Not Covered**

    Coverage does not apply to:

    a.  Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

    b.  Contraband, or property in the course of illegal transportation or trade.

3.  **Covered Causes Of Loss**

    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4.  **Additional Coverage - Collapse**

    We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

    a.  Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

    b.  Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    c.  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    d.  Weight of people or personal property;

    e.  Weight of rain that collects on a roof;

    f.  Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **a.** through **e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

    This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

© ISO Properties, Inc., 2003

Coverage Extension

**REMOVAL**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

© ISO Properties, Inc., 2003

**CM 00 66 09 04**

ance of data processing equipment or component parts;

**(3)** An occurrence that took place more than 100 feet from your "premises"; or

**(4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises."

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

**h.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse except as provided in the Additional Coverage -Collapse section of this Coverage Form.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to re-establish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

 © ISO Properties, Inc., 2003

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

© ISO Properties, Inc., 2003

COMMERCIAL INLAND MARINE
CM 01 28 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

**1.** By or at the direction of any insured; and

**2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**1.** The loss arose out of a pattern of criminal domestic violence; and

**2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL INLAND MARINE
CM 02 04 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

   **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

   **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

   **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

   **(2)** We have indicated our willingness to renew this policy to you or your representative; or

   **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C. Mailing of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1999

**D.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C.** **Legal Action Against Us**

No one may bring a legal action against us:

1. Until there has been full compliance with all terms of this Coverage Part; and

2. More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, Insurance Services Office, Inc., 1999
CM 02 04 09 00

E-FILED
Th**COMMERCIAL INLAND MARINE**6:48 PM
Clerk, U.S. District Court, ILCD

**This Inland Marine coverage is subject to the terms shown below.**
**The Commercial Inland Marine Conditions also apply.**

# COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

### 1. COVERED PROPERTY

We'll cover your property scheduled in the Declarations.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Property on exhibition at fair grounds or premises of national or international expositions unless the premises is scheduled in the Declarations.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

### 1.
We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

### 2.
We won't pay for "loss" caused by or resulting from any of the following:

a. **Dishonest acts by:**

(1) You;

(2) Anyone else with an interest in the property;

(3) Your or their employees or authorized representatives; or

(4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

c. Damage caused by any repairing, restoration or retouching process.

d. Breakage of art glass windows, glass-

ware, statuary, marble, bric−a−brac, porcelains and similar fragile articles. We cover loss by breakage if caused by fire, lightning, aircraft, windstorm, malicious damage, theft, explosion, earthquake, flood or collision, derailment or overturn of conveyance.

   **e.**  Poor packing or rough handling.

## C.  LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance scheduled in the Declarations, no matter how many protected persons, property owners or financial interests are involved.

## D.  DEDUCTIBLE

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

  **1.**  **VALUE OF PROPERTY**

    **a.**  We will pay the amount shown for each scheduled article which is agreed to be the value of the article.

    **b.**  In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

  **2.**  **PACKING**

You agree that the covered property will be packed and unpacked by competent packers.

  **3.**  **NEWLY ACQUIRED PROPERTY**

We cover other objects of art acquired during the policy period for their actual cash value but no more than 25% of the amount of insurance for fine arts scheduled, provided you report these objects to us within 90 days of acquisition and pay the additional premium from the date acquired.

  **4.**  **COVERAGE TERRITORY**

We cover property wherever located within:

    **a.**  The continental United States;

    **b.**  The State of Hawaii; and

    **c.**  Canada.

## G.  DEFINITIONS

"Loss" means accidental loss or damage.

# COMPUTER AND TELECOMMUNICATIONS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section H - DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. COVERED PROPERTY, as used in this Coverage Form, means:

Electronic Data processing and word processing computer equipment, telecommunications equipment and integral components used exclusively in your "computer and telecommunications operations" at locations scheduled in the declarations. The equipment must be property that you own, rent or are legally responsible for.

Throughout this policy, the word equipment refers to covered property.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Accounts, bills, money, securities, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents. However, this exclusion doesn't apply to media.

c. Property you rent, lease or loan to others while it is away from your premises.

d. Data processing and telecommunications equipment that is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration.

e. Satellites, microwave towers and dishes, earth stations, telephone switching stations.

f. Overhead or underground transmission lines.

## 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXTENSIONS OF COVERAGE

### 1. DATA, MEDIA, EXTRA EXPENSE AND BUSINESS INCOME

If a covered "loss" occurs, we'll also pay up to 25% of the equipment location limit shown in the declarations or $50,000, whichever is less for EACH of the following:

#### a. DATA AND MEDIA

Data means information stored on media and includes facts, instructions and programs converted to a form usable in a data processing operation.

Media means material on which data is recorded, such as magnetic discs, diskettes or tapes, disc packs, paper tapes or cards used in computer processing units.

#### b. EXTRA EXPENSE

Extra expense means any necessary operating expenses over and above your normal cost of operating your equipment had no "loss" occurred. We'll pay these necessary expenses from the date of "loss" until:

(1) The equipment is repaired or replaced and normal operation resumes; or

(2) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(3) The limit of this extension of coverage is used.

You agree to resume normal operation, either partial or complete, as soon as you can following any "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

**c. BUSINESS INCOME**

We will pay for the actual loss of business income you sustain due to the necessary suspension of your "computer and/or telecommunications operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to equipment at the described premises, caused by or resulting from any Covered Cause of Loss. The most we will pay is the business income limit of this extension of coverage.

Business income means the:

(1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including necessary payroll.

**2. DEBRIS REMOVAL**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay for "loss" under this extension is 25% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages up to a maximum of $100,000.

This extension doesn't apply to the cost to:

**a.** Extract "pollutants" from land or water; or

**b.** Remove, restore or replace polluted land or water.

**3. POLLUTANT CLEANUP AND REMOVAL**

We will pay your necessary expense to extract "pollutants" from land or water at the premises described in the Declarations, if the release, discharge or dispersal of "pollutants" results from a Covered Cause of Loss to Covered Property that occurs during the policy period. Your expenses will be paid only if they are reported to us within 180 days of the earlier of:

**a.** The date of the "loss"; or

**b.** The end of the policy period.

The most we will pay under this extension is 10% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages, up to a maximum of $10,000, for the sum of all such expenses for each separate 12 month policy period.

**4. COST OF PREPARING A STATEMENT OF LOSS**

We will pay the cost of preparing a statement of loss or any other exhibits required in connection with any claim under this Coverage Form, however we will not pay for the cost of a Public Adjuster.

The most we will pay for the cost of preparing a statement of loss or other exhibits under this extension is $1,000.

**5. DUPLICATE DATA**

We will pay for your "loss" of duplicate data stored at locations not listed on the Declarations. The most we will pay for the "loss" under this extension in any one occurrence is 25% of the highest Data, Programs, Media location limit up to a maximum of $50,000.

**6. PROTECTIVE EQUIPMENT**

We will pay your necessary expenses to:

**a.** Repair or replace (in excess of any amount covered by other insurance);

**b.** Recharge:

Your fire protection equipment that is used exclusively to protect the Covered Property.

We will pay if the damage or discharge is the result of a response to a fire, a false alarm, or another Covered Cause of Loss. But, we will not pay for discharge which occurs during installation, repair or recharge. Nor will we pay for gradual leakage from the system.

The most we will pay under this extension in any one occurrence is $25,000.

**7. NEWLY ACQUIRED EQUIPMENT**

**a.** We will extend the insurance that applies to your equipment to apply to newly acquired equipment at any location described in the declarations.

The most we will pay for "loss" under this extension is 25% of the highest Limit of Insurance for any location shown in the Declarations, up to a maximum of $250,000.

**b.** Insurance under this extension for newly acquired equipment will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you ac-

quire the new equipment; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the new equipment.

**8. EQUIPMENT AT NEWLY ACQUIRED LOCATION**

**a.** You may extend the insurance that applies to your equipment to apply to that equipment at any location you acquire.

The most we will pay for "loss" under this extension is $100,000 or the applicable limit shown on the declarations, whichever is greater.

**b.** Insurance under this extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 60 days expire after you acquire the new location; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the Location.

**9. PROPERTY IN TRANSIT**

We will pay up to $50,000 or the amount shown on the Declarations, whichever is greater, for direct physical "loss" to your equipment, data and media while in transit within the Coverage Territory.

**10. TEMPORARY LOCATION**

We will cover your computer and telecommunications equipment, data and media for up to $50,000 while temporarily located off premises for purposes other than storage. This coverage is provided for the first 60 days that the property is located there, but not beyond the end of the policy period.

The 60 day limitation does not apply to portable data processing and word processing computer equipment used primarily off premises.

**11. COMPUTER VIRUS**

We will cover "loss" resulting from acts of computer hackers, computer viruses or other malicious software.

**C. EXCLUSIONS**

**1.** We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. NUCLEAR HAZARD**

**(1)** Any weapon employing atomic fission or fusion, whether in time of peace or war; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We won't pay for a "loss" caused by or resulting from any of the following:

**a.** Consequential Losses: Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonesty: Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to:

**(1)** Acts of destruction by your employees; but theft by employees is not covered.

**(2)** A carrier for hire.

c. Maintenance Types of Loss:

(1) Wear and tear;

(2) Rust, deterioration, fungus, mold, rot, contamination hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Dampness or dryness of atmosphere;

(4) Changes in or extremes of temperature;

(5) Marring or scratching;

(6) Maintenance;

(7) Service; or

(8) Repair.

But we will pay for "loss" due to normal operator service if done according to written manufacturer instructions.

d. **Off-Premises Power Failure**

(1) Interruption of power supply;

(2) Power surge; or

(3) Blackout or brownout;

If the power failure occurs more than 1,000 feet from the building containing the Covered Property.

e. Error or omission in programming or giving the machine incorrect instructions.

This exclusion does not apply to acts of computer hackers, computer viruses or other malicious software.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. "Pollutants."

## D. LIMITS OF INSURANCE

1. The most we will pay for "loss" to equipment in any one occurrence is the applicable scheduled limit of insurance.

2. The limits applicable to Extensions of Coverage are in addition to the scheduled limits of insurance for equipment.

## E. VALUATION

1. **Equipment**

a. We will determine the value of the equipment at replacement cost (without deduction for depreciation) at the time and place of the "loss."

However, we will pay the smallest of the following amounts:

(1) The actual cost of repairing the damaged equipment with materials of like kind and quality;

(2) The amount you actually spend that is necessary to replace the equipment with new property of like kind, processing capacity and function;

(3) If you are unable to replace the equipment with equipment of like kind, processing capacity and function, we will replace with similar equipment having the nearest improved processing capacity and function; or

(4) The limit of insurance applicable to the lost or damaged equipment.

We reserve the right to repair or replace the equipment or to pay for the equipment in money.

b. We will not pay on a replacement cost basis for any "loss":

(1) Until the lost or damaged equipment is actually repaired or replaced;

(2) Unless the repairs or replacement are made as soon as reasonably possible after the "loss";

(3) To equipment not maintained in good or workable condition; or

(4) To equipment that is outdated or obsolete and is stored or not being used.

c. If we do not pay on a replacement cost basis, we will pay the smallest of the following amounts:

(1) The market value at the time of loss of the damaged or destroyed equipment;

(2) The amount it would cost to repair or replace that part of the equipment that is damaged or destroyed with material of like kind and quality less allowance for physical deterioration and depreciation; or

(3) The limit of insurance applicable to the lost or damaged equipment.

2. **Data and Media**

a. We won't pay more than the actual cost to reproduce the data.

b. The most we will pay is the cost of the blank media if the data is not

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

replaced due to:

**(1)** The lack of backup data and media or other documentation or records; or

**(2)** Your decision not to replace.

## F. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the deductible shown in the declarations. We will then pay the amount of the adjusted "loss" in excess of the deductible, up to the applicable Limit of Insurance.

**1. Basic Deductible:**

Applies to all "loss" except "loss" specified in the Breakdown Deductible.

**2. Breakdown Deductible:**

Applies to the direct physical "loss" to your data, media or equipment resulting from:

**a.** Mechanical breakdown or malfunction of the covered equipment.

**b.** Data processing program failure or breakdown.

**c.** Media failure or breakdown.

**d.** Electrical disturbance to the covered property that originates less than 1,000 feet from the building in which the covered property is located.

**e.** Electrical or magnetic injury to, or disturbance or erasure of data which occurs in, or less than 1,000 feet from, the building in which the covered property is located.

**f.** The following if not done by you, any of your partners, employees, directors, trustees or authorized representatives:

**(1)** Error or omission in design;

**(2)** Faulty construction; or

**(3)** Use of faulty materials in the development, manufacture or installation of your data, media or equipment.

**g.** Maintenance, service or repair except normal operator service if done according to written manufacturer instructions.

## G. AMENDED OR ADDITIONAL CONDITIONS

The following conditions amend or apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover your equipment wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**2. Civil Authority**

We will pay for the actual loss of business income you sustain and necessary extra expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

**3. Other Insurance**

**a. Other Computer Insurance**

If you have other computer insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other computer insurance is exhausted. If the other computer insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

**b. Other Property Insurance**

If you have other property insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is primary insurance. This means that we will pay up to the applicable limits of liability for any covered "loss" first. Any "loss" that exceeds our limits will be the obligation of the other insurance.

**c. Other Extra Expense or Business Income Insurance**

If you have any other insurance which covers an extra expense or business income "loss" and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other insurance is exhausted. If the other insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

**H. DEFINITIONS**

1. **"Computer and telecommunications operations"** means your computer and telecommunications activities occurring at the described premises.

2. **"Loss"** means accidental loss or damage.

3. **"Period of restoration"** means the period of time that:

   a. Begins with the date of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

   The expiration date of this policy will not cut short the "period of restoration."

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant, bacteria or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

COMMERCIAL INLAND MARINE

**This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.**

# SALES SAMPLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

### 1. COVERED PROPERTY

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss. Covered Property as used in this Coverage Form, means:

Samples of merchandise as scheduled in the Declarations while in the possession of your sales people or principals acting as sales people.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Jewelry, furs or articles consisting principally of fur.

c. Property located at your place of business, or located at the premises of your sales people or representatives.

d. Property intended for sale, which may be sold and shipped by you to others.

e. Property you've purchased from others.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

a. Delay or loss of market.

b. Unexplained disappearance.

c. Shortage found upon taking inventory.

CM 76 40 01 86

Page 1 of 2

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984

d. Dishonest acts by:

   (1) You;

   (2) Anyone else with an interest in the property;

   (3) Your or their employees or authorized representatives; or

   (4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

f. Unauthorized instructions to transfer property to any person or to any place.

g. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

h. Theft from any unattended vehicle.

i. Marring, scratching or breakage.

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E. COINSURANCE**

All covered property, must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limits of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss."

**F. COVERAGE TERRITORY**

We cover property wherever located within:

   1. The continental United States of America; and

   2. Canada.

**G. DEFINITIONS**

"Loss" means accidental loss or damage.

COMMERCIAL PROPERTY
CP 00 10 04 02

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H - Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. **Building,** meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

© ISO Properties, Inc., 2001

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software.

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

© ISO Properties, Inc., 2001

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)** Examples

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

 © ISO Properties, Inc., 2001

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |

| | |
|---|---|
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

 © ISO Properties, Inc., 2001

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

     © ISO Properties, Inc., 2001

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage - Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

© ISO Properties, Inc., 2001

(ii)  Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)  Your Business Personal Property**

**(a)**  If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i)  Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii)  Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii)  Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)**  This Extension does not apply to:

(i)  Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii)  Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)  Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)**  This policy expires;

**(b)**  30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)**  You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.  Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)**  Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)**  Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.  Valuable Papers And Records (Other Than Electronic Data)**

**(1)**  You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)**  If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

  ©  ISO Properties, Inc., 2001

(3) If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

© ISO Properties, Inc., 2001

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance:

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Bldg. 1: | $ 60,000 |
| Limit of Insurance - Bldg. 2: | $ 80,000 |
| Loss to Bldg. 1: | $ 60,100 |
| Loss to Bldg. 2: | $ 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250
$59,850          Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | |
|---|---|
| Loss to Bldg. 1: | $ 70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Bldg. 2: | $ 90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Bldg. 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable - Bldg. 2: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | |
| | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

© ISO Properties, Inc., 2001
CP 00 10 04 02

    **b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

    **c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

    **d.** We will not pay you more than your financial interest in the Covered Property.

    **e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

    **f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

    **g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

        **(1)** We have reached agreement with you on the amount of loss; or

        **(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

    **a. Description Of Terms**

        **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

        **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

        **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

            **(i)** Rented to a lessee or sub-lessee and used by the lessee or sublessee to conduct its customary operations; and/or

            **(ii)** Used by the building owner to conduct customary operations.

    **(2)** Buildings under construction or renovation are not considered vacant.

    **b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

        **(a)** Vandalism;

        **(b)** Sprinkler leakage, unless you have protected the system against freezing;

        **(c)** Building glass breakage;

        **(d)** Water damage;

        **(e)** Theft; or

        **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)** ;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)** ; and

**(4)** Subtract the deductible from the figure determined in Step **(3)** .

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When: The value of the property is ... $ 250,000
The Coinsurance percentage for it is ... 80%
The Limit of Insurance for it is ... $ 100,000
The Deductible is ... $    250
The amount of loss is ... $  40,000

Step **(1):** $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2001

CP 00 10 04 02

**Example No. 2 (Adequate Insurance):**

When: The value of the property is $ 250,000

The Coinsurance percentage for it is 80%

The Limit of Insurance for it is $ 200,000

The Deductible is $ 250

The amount of loss is $ 40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When: The value of property is:

Bldg. at Location No. 1 $ 75,000

Bldg. at Location No. 2 $ 100,000

Personal Property at Location No. 2 $ 75,000

 $ 250,000

The Coinsurance percentage for it is 90%

The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is $ 180,000

The Deductible is $ 1,000

The amount of loss is:

Bldg. at Location No. 2 $ 30,000

Personal Property at Location No. 2 $ 20,000

 $ 50,000

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

 **a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

 **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

 **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

 **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

 **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

 **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

 **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is | $ 100,000 | |
| The annual percentage increase is | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365= | $ | 3,200 |

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

© ISO Properties, Inc., 2001

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e.  We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject of **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

   (a) Of comparable material and quality; and

   (b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f.  The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4.  **Extension Of Replacement Cost To Personal Property Of Others**

a.  If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b.  With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. DEFINITIONS**

1.  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3.  "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© ISO Properties, Inc., 2001

COMMERCIAL PROPERTY
CP 00 30 04 02

**E-FILED**
Thursday, 20 April, 2006 02:07:16 PM
Clerk, U.S. District Court, ILCD

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F - Definitions**.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks. Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**a.** Business Income including "Rental Value".

**b.** Business Income other than "Rental Value".

**c.** "Rental Value".

If option **a.** above is selected, the term Business Income will include "Rental Value". If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**a.** The portion of the building which you rent, lease or occupy; and

**b.** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimuze the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 3. Covered Causes of Loss, Exclusions And Limitations

See applicable Causes of Loss Form as shown in the Declarations.

© ISO Properties, Inc., 2001

**4. Additional Limitation - Interruption of Computer Operations**

    **a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

    **b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

    **c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

    **a. Civil Authority**

        We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

        The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

    **(1)** 3 consecutive weeks after the time of that action; or

    **(2)** When your Business Income coverage ends;

whichever is later.

    **b. Alterations And New Buildings**

        We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

    **(1)** New buildings or structures, whether complete or under construction;

    **(2)** Alterations or additions to existing buildings or structures; and

    **(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

        **(a)** Used in the construction, alterations or additions; or

        **(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

    **c. Extended Business Income**

    **(1)** Business Income Other Than "Rental Value"

        If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

        **(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

© ISO Properties, Inc., 2001

**(b)** Ends on the earlier of:

    **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

    **(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

    **(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

    **(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption of Computer Operations includes Collapse as set forth in that Form.

(c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

B. **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

C. **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

© ISO Properties, Inc., 2001

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

  **a.** Pay its chosen appraiser; and

  **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

  **a.** You must see that the following are done in the event of loss:

   **(1)** Notify the police if a law may have been broken.

   **(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

   **(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

   **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   **(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **(7)** Cooperate with us in the investigation or settlement of the claim.

   **(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

  **a.** The amount of Business Income loss will be determined based on:

   **(1)** The Net Income of the business before the direct physical loss or damage occurred;

   **(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   **(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   **(4)** Other relevant sources of information, including:

    **(a)** Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**a.** The Coinsurance percentage shown for Business Income in the Declarations; times

**b.** The sum of:

(1) The Net Income (Net Profit or Loss before income taxes), and

(2) Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**1.** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**2.** Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

**3.** Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**1.** Prepaid freight - outgoing;

**2.** Returns and allowances;

**3.** Discounts;

**4.** Bad debts;

**5.** Collection expenses;

**6.** Cost of raw stock and factory supplies consumed (including transportation charges);

**7.** Cost of merchandise sold (including transportation charges);

© ISO Properties, Inc., 2001

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

When:  The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been        $ 400,000

The Coinsurance percentage is        50%

The Limit of Insurance is        $ 150,000

The amount of loss is        $   80,000

Step **1:** $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **2:** $150,000 ÷ $200,000 = .75

Step **3:** $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When:  The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been        $ 400,000

The Coinsurance percentage is        50%

The Limit of Insurance is        $ 200,000

The amount of loss is        $   80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

E. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

      (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When:    The Limit of Insurance is  $  120,000

The fraction shown in the Declarations for this Optional Coverage is    1/4

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $ 30,000

If, in this example, the actual amount of loss is:

| Days  1-30 | $ | 40,000 |
|---|---|---|
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 90,000 |

We will pay:

| Days  1-30 | $ | 30,000 |
|---|---|---|
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

a.   To activate this Optional Coverage:

(1)  A Business Income Report/ Work Sheet must be submitted to us and must show financial data for your "operations":

(a)  During the 12 months prior to the date of the Work Sheet; and

(b)  Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2)  The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a)  The Coinsurance percentage shown in the Declarations; multiplied by

(b)  The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b.   The Additional Condition, Coinsurance, is suspended until:

(1)  12 months after the effective date of this Optional Coverage; or

(2)  The expiration date of this policy;

whichever occurs first.

c.   We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1)  Within 12 months of the effective date of this Optional Coverage; or

(2)  When you request a change in your Business Income Limit of Insurance.

d.   If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1)  The Business Income Limit of Insurance; divided by

(2)  The Agreed Value.

**Example:**

When:    The Limit of Insurance is    $  100,000

The Agreed Value is    $  200,000

The amount of loss is    $   80,000

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. **Extended Period Of Indemnity**

Under paragraph **A.5.c.,** Extended Business Income, the number "30" in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

F.   **Definitions**

1.   "Finished Stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2.   "Operations" means:

a.   Your business activities occurring at the described premises; and

b.   The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**3.** "Period of Restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consist of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

I. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 04 05 04 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Bldg. No./ Prem. No. | Cov. A ☐ | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Combined Limit of Insur. |
|---|---|---|---|---|
| | ☐ | | | \*\* |
| | ☐ | | | \*\* |
| | ☐ | | | \*\* |

\*  Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*  Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.**  Each Coverage - Coverage **A,** Coverage **B** and Coverage **C** - is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B.**  **Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1.  The ordinance or law:

**a.**  Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.**  Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2. a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitory, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   Copyright, Insurance Services Office, Inc., 1999

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

(1) The cost of excavations, grading, backfilling and filling;

(2) Foundation of the building;

(3) Pilings; and

(4) Underground pipes, flues and drains.

The items listed in **b. (1)** through **b. (4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

**3.** Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

**4.** Unless Paragraph **E.5.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage **C:**

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**5.** If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

**I.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Copyright, Insurance Services Office, Inc., 1999

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will

also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

 ©ISO Properties, Inc., 2001

l.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass

m.  Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3.  We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

(1)  Planning, zoning, development, surveying, siting;

(2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)  Materials used in repair, construction, renovation or remodeling; or

(4)  Maintenance;

of part or all of any property on or off the described premises.

4.  **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a.  **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

(1)  Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2)  Any loss caused by or resulting from:

(a)  Damage or destruction of "finished stock"; or

(b)  The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3)  Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4)  Any increase of loss caused by or resulting from:

(a)  Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b)  Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the

©ISO Properties, Inc., 2001

Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance Or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

©ISO Properties, Inc., 2001

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

D. Additional Coverage - Collapse

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D.1. through D.5. below.

1. With respect to buildings:

a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

©ISO Properties, Inc., 2001

**b.** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**c.** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**d.** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

**a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

**b.** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is know to an insured prior to collapse.

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

**3.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

**a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

**b.** The property is Covered Property under this Coverage Form.

**4.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5.  This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E.  **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1.  The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a.  A "specified cause of loss" other than fire or lightning; or

    b.  Flood, if the Flood Coverage Endorsement applies to the affected premises.

2.  We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a.  Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b.  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c.  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3.  The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a

total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6.  The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

    a.  If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay

©ISO Properties, Inc., 2001

(regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.    Additional Coverage Extensions**

1. **Property In Transit.**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage.**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G.    Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

 ©ISO Properties, Inc., 2001

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 15 45 04 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Communication Supply Property (not including overhead transmission lines) | Communication Supply Property (including overhead transmission lines) | Power Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |
| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Utility Services Limit of Insurance |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B. Exception**

Coverage under this endorsement does not apply to Business Income Loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**C. Utility Services**

1. **Water Supply Services,** meaning the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**2. Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**3. Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** The COINSURANCE Additional Condition does not apply to this endorsement.

**E.** The Utility Services Limit of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the described premises.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY
# MASTER PAK PLUS®

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is a summary of the enhancements provided in this endorsement. The limits, unless stated otherwise, and deductibles shown below apply at each designated location. If a limit is shown elsewhere in the policy for any of these coverages, then that limit applies in addition to the limits shown below. If a different deductible amount is shown in the policy for any of these coverages, then that deductible will be the applicable deductible. For complete details on the coverages provided, refer to the specific policy language.

| LIMIT | DEDUCTIBLE | SUBJECT OF INSURANCE |
|---|---|---|
| $10,000 | None | Fire Department Service Charge |
| $2,500 | None | Fire Extinguisher Recharge Expense |
| $5,000 | None | Reward - Arson or Theft |
| $500,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Buildings |
| $250,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Personal Property |
| $10,000 | Refer to applicable property deductible | Personal Effects and Property of Others |
| $10,000 | Refer to applicable property deductible | Valuable Papers and Records (Other Than Electronic Data) |
| $2,500 | Refer to applicable property deductible | Fences and Retaining Walls |
| $2,000 | Refer to applicable property deductible | Outdoor Radio and Television Antennas |
| $2,500 | Refer to applicable property deductible | Outdoor Trees, Shrubs or Plants (subject to $500 per item limitation) |
| $7,500 | Refer to applicable property deductible | Signs - Outdoor - Not attached to buildings |
| $25,000 | None | Accounts Receivable |
| $40,000 | 72 Hours | Business Income and Extra Expense |
| $30,000 | $500 for Breakdown $250 Other Perils | Computer Coverage - Hardware |
| $7,500 | $500 for Breakdown $250 Other Perils | Computer Coverage - Data and Media |
| $7,500 | None | Computer Coverage - Extra Expense |
| $5,000 | $250 | Employee Dishonesty |
| $7,500 | $250 | Fine Arts |
| $5,000 | None | Loss Adjustment Expenses |
| $5,000/ $5,000 | $250 | Money and Securities (Inside and Outside) |
| Included | None | Ordinance or Law - Coverage A |
| $50,000 | None | Ordinance or Law - Coverages B and C Combined |
| $5,000 | $250 | Sales Samples |
| $5,000 | Refer to applicable property deductible | Tenants Building Glass |
| $10,000 | Refer to applicable property deductible | Back Up of Sewers or Drains |
| $10,000 | Refer to applicable property deductible | Water Seepage |
| $500 | None | Lock Replacement |
| $50,000 | Refer to applicable property deductible | Personal Property Off Premises (at Unscheduled Locations) |
| $25,000 | 72 Hours | Utility Services-Time Element (including transmission lines) |

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

**I.** The Covered Property section of Part A COVERAGE in the Building and Personal Property Coverage Form is changed as follows:

**A.** The 100 foot limitation in paragraph A.1.a.(5)(b), in paragraph A.1.b. and in paragraph A.1.c.(2) is changed to 1,000 feet.

**B.** The following is added to paragraph A.1.b.:

**(8)** Signs owned by you that are attached to buildings you occupy but do not own.

**II.** The following paragraph is deleted from the Property Not Covered section of Part A COVERAGE in the Building and Personal Property Coverage Form:

**d.** Bridges, roadways, walks, patios or other paved surfaces.

**III.** The Additional Coverages section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

**A.** The $1,000 limit shown in paragraph A.4.c. Fire Department Service Charge is replaced with a $10,000 limit.

**B.** Paragraph A.4.e. Increased Cost of Construction is deleted.

**IV.** The following items are added to the Additional Coverages section of Part A. COVERAGE in the Building and Personal Property Coverage form attached to this policy:

**g.  Fire Extinguisher Recharge Expense**

We will pay the cost of recharging your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), or replacing the fire extinguishers or fire extinguishing systems, whichever is less, because they are discharged as a result of fighting a fire, covered under this policy, on or within 1,000 feet of your premises.

The most we will pay under this Additional Coverage is $2,500 in any one occurrence.

No deductible applies to this Additional Coverage.

**h.  Reward**

We will pay up to $5,000 as a reward for information which leads to an arson conviction or theft conviction in connection with a fire or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this extension shall not be increased.

No deductible applies to this Additional Coverage.

**V.** The Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

**A.** The 100 foot limitation in the first paragraph of the Coverage Extensions section is changed to 1,000 feet.

**B.** The Building limit of $250,000 shown in paragraph A.5.a.(1), Newly Acquired or Constructed Property, is replaced with a $500,000 limit.

**C.** The Your Business Personal Property limit of $100,000 shown in paragraph A.5.a.(2) is replaced with a $250,000 limit.

**D.** The 30 day period shown in paragraph A.5.a.(3) is replaced with a 90 day period.

**E.** The $2,500 limit shown in paragraph A.5.b., Personal Effects and Property of Others, is replaced with a $10,000 limit.

**F.** The $2,500 limit shown in paragraph A.5.c., Valuable Papers and Records (Other Than Electronic Data), is replaced with a $10,000 limit.

**G.** Paragraph A.5.e., Outdoor Property, is replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to the following outdoor property including debris removal expense:

**(a)** Fences and retaining walls that are not part of a building. The most we will pay is $2,500 in any one occurrence.

**(b)** Outdoor radio and television antennas (including satellite dishes), including their masts, towers, lead-in and support wiring. The most we will pay is $2,000 in any one occurrence.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

(c) Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants). The most we will pay is $2,500 in any one occurrence, but not more than $500 for any one tree, shrub or plant.

(d) Outdoor signs, while on your premises, that are your property or the property of others for which you may be liable. The most we will pay for each sign (other than signs attached to buildings) is $7,500. The most we will pay for signs you own that are attached to buildings you do not own is $7,500.

**H.** Paragraph d. Property Off-Premises in Section 5. Coverage Extensions in Part A COVERAGE is amended as follows:

**1.** Subparagraph (2) is replaced by the following:

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody, or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show ore exhibition; or

(c) That consists of your tools or tools belonging to your employees; or

(d) That consists of musical instruments (other than those that you manufacture, sell or warehouse); or

(e) That consists of contractor equipment (other than equipment that you manufacture, sell or warehouse).

**2.** The $10,000 limit shown in subparagraph (3) is changed to $50,000.

**VI.** The following items are added to the Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Form attached to this policy. Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions unless indicated on the applicable Declarations.

**A.** ACCOUNTS RECEIVABLE

Refer to the Inland Marine Coverage Part for the Accounts Receivable Coverage Form.

**B.** BUSINESS INCOME AND EXTRA EXPENSE

Refer to the Business Income (and Extra Expense) Coverage Form.

**C.** COMPUTER COVERAGE INCLUDING DATA, MEDIA AND EXTRA EXPENSE

Refer to the Inland Marine Coverage Part for the Computer and Telecommunication Equipment Coverage Form.

**D.** EMPLOYEE DISHONESTY

Refer to the Crime Coverage Part for the applicable coverage form.

**E.** FINE ARTS

Refer to the Inland Marine Coverage Part for the Commercial Fine Arts Coverage Form.

**F.** LOSS ADJUSTMENT EXPENSES

You may extend the insurance provided by this Coverage Form to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. The Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** MONEY AND SECURITIES (FORM C - THEFT, DISAPPEARANCE AND DESTRUCTION)

Refer to the Crime Coverage Part for the applicable coverage form.

**H.** ORDINANCE OR LAW COVERAGE

Refer to the Ordinance or Law Coverage endorsement.

**I.** SALES SAMPLES

Refer to the Inland Marine Coverage Part for the Sales Sample Coverage Form.

**J.** TENANTS BUILDING GLASS

You may extend the insurance that applies to **Your Business Personal Property** to apply to direct physical loss of or damage to exterior and interior glass, including lettering and ornamentation thereon, that is:

**1.** Owned by you; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

**2.** Owned by others, for which you are legally liable;

which forms an integral part of the building, located at the premises described in the Declarations, occupied by you but that is not owned by you and for which **Building** coverage does not apply under this policy.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises in any one occurrence.

**VII.** Part C, Limits of Insurance, of the Building and Personal Property Coverage Form is replaced by the following:

LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the sum of:

**(1)** The applicable coverage limit(s) of insurance shown in this endorsement and;

**(2)** Any other applicable coverage limit(s) of insurance provided by the policy.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**VIII.** The $2,500 cost shown in Paragraph 7.b., Valuation, of Part E. Loss Conditions of the Building and Personal Property Coverage Form is replaced with a $5,000 cost.

**IX.** The 100 foot limitation in Paragraph a. of item 1. Property In Transit under F. Additional Coverage Extensions in the Causes of Loss - Special Form is changed to 1,000 feet.

**X.** The following is added to Section F ADDITIONAL COVERAGE EXTENSIONS in the Causes of Loss - Special Form:

**4.** BACK UP OF SEWERS OR DRAINS

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water that:

**a.** Backs up through sewers or drains; or

**b.** Enters into and overflows from within a:

**(1)** sump pump;

**(2)** sump pump well; or

**(3)** other type system

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $10,000.

**5.** WATER SEEPAGE

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

The most we will pay for loss or damage under this Extension is $10,000.

**6.** LOCK REPLACEMENT

You may extend the insurance provided by this Coverage Part to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

The most we will pay under this Extension is $500.

Each of the above Additional Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**XI.** The following is added to Part A. COVERAGE in the Business Income (and Extra Expense) Coverage Form:

**7.** Additional Coverage Extension

**a.** Utility Services-Time Element (including transmission lines)

Refer to the Utility Services-Time Element endorsement.

**XII.** The Business Income (and Extra Expense) Coverage Form is changed as follows:

**A.** Paragraph c. Extended Business Income of the Additional Coverages section of Part A COVERAGE is amended as follows:

**1.** Subparagraph (ii) of paragraph (1)(b) is changed to read:

**(ii)** 60 consecutive days after the date determined in (1)(a) above.

**2.** Subparagraph (ii) of paragraph (2)(b) is changed to read:

**(ii)** 60 consecutive days after the date determined in (2)(a) above.

**B.** Paragraph c.(2) of the Newly Acquired Locations Coverage Extension is changed to read as follows:

**(2)** 90 days expire after you acquire or begin to construct the property; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

**C.** The first paragraph of Section B. Limits Of Insurance is replaced by the following:

Unless stated otherwise by endorsement, the most we will pay for loss in any one occurrence is the sum of:

**(1)** The applicable Limit of Insurance shown in this endorsement; and

**(2)** Any other applicable coverage limits of insurance provided by the policy.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

E-FILED
Thursday, 22 March, 2007 07:33 PM
Clerk, U.S. District Court, ILCD

COMMERCIAL PROPERTY
CP 72 79 06 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION - ILLINOIS

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS - BASIC FORM
    CAUSES OF LOSS - BROAD FORM
    CAUSES OF LOSS - SPECIAL FORM

## SCHEDULE *

**Business Income/Extra Expense - Revised number of days** _____

**Limit Option:**

☐  **Revised Limit $** _____ applies to covered locations not listed under the Separate Location section.

☐  **Separate Location Limit.** If selected, show the address and applicable Location Limit.

| Described Location | Location Limit |
|---|---|
| | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss - Special Form is deleted and replaced by the following:

    **(2)** Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** Paragraph **B.1.h.** of the Exclusions section is replaced by the following:

    **h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

    Presence, growth, proliferation or spread or any activity of "fungus", wet rot, dry rot or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus", wet rot, dry rot or bacteria. However, if the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria results from a covered fire or lightning loss, we will pay up to the building limit to remove or treat the "fungus", wet rot, dry rot or bacteria. But the most we will pay for the total of all loss or damage caused by the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria and the fire or lightning loss, is the Limit of Insurance applicable to the covered building.

For any covered cause of loss, other than fire or lightning, that results in the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria, the most we will pay to remove or treat the "fungus", wet rot, dry rot or bacteria is $25,000, or the limit shown in the Limit Option section of the Schedule. Of this amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus", wet rot, dry rot or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within, and not in addition to, the limit provided for the removal and treatment of the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**C.** The Additional Coverages section of the applicable Causes of Loss Form is changed as follows:

The Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria is deleted and replaced by the provisions contained within this endorsement.

**D.** If the Separate Location Limit in the Limit Option section of the Schedule applies, then the location limit shown applies only to the Described Location in the Schedule.

**E.** The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus", wet rot, dry rot or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus", wet rot, dry rot or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days or the revised number of days shown in the Schedule. If there is (in addition to the "fungus", wet rot, dry rot or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

# EMPLOYEE DISHONESTY COVERAGE FORM

## A. COVERAGE

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss.

1. **Covered Property:** "Money", "securities", and "property other than money and securities".

2. **Covered Cause of Loss:** "Employee dishonesty".

3. **Coverage Extension**

   **Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

## B. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

## C. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

2. You must:

   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   b. Upon our request, give us a statement describing the loss.

## D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS: In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

1. **Additional Exclusions:** We will not pay for loss as specified below:

   a. **Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   b. **Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      (1) An inventory computation; or

      (2) A profit and loss computation.

2. **Additional Condition**

   **Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":

   a. Immediately upon discovery by:

      (1) You; or

      (2) Any of your partners, officers or directors not in collusion with the "employee";

      of any dishonest act committed by that "employee" whether before or after becoming employed by you.

   b. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

      The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

3. **Additional Definitions**

   a. **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

      (1) Cause you to sustain loss; and also

      (2) Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

         (a) The "employee"; or

         (b) Any person or organization intended by the "employee" to receive that benefit.

   b. **"Occurrence"** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

CR 00 01 10 90

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** – We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

**1.  Section 1. - Inside The Premises**

**a.  Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

**b.  Covered Causes of Loss**

(1)  "Theft"

(2)  Disappearance

(3)  Destruction

**c.  Coverage Extensions**

(1)  **Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

(a)  "Theft" of; or

(b)  Unlawful entry into those containers.

(2)  **Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

**2.  Section 2. - Outside the Premises**

**a.  Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

**b.  Covered Causes of Loss**

(1)  "Theft"

(2)  Disappearance

(3)  Destruction

**c.  Coverage Extension**

**Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

But, we will pay only for the amount of loss that you cannot recover:

(1)  Under your contract with the armored motor vehicle company; and

(2)  From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B.  LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C.  DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D.  ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

**1.  Additional Exclusions:** We will not pay for loss as specified below:

**a.  Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

 Copyright, Insurance Services Office, Inc., 1984, 1989

**b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

(1) Acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise.

**c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

**e. Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**f. Transfer or Surrender of Property**

(1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat to do:

i. Bodily harm to any person; or

ii. Damage to any property.

(2) But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**2. Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**3. Additional Definitions**

**a. "Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**b. "Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

**c. "Occurrence"** means an:

(1) Act or series of related acts involving one or more persons; or

(2) Act or event, or a series of related acts or events not involving any person.

**d. "Premises"** means the interior of that portion of any building you occupy in conducting your business.

**e. "Theft"** means any act of stealing.

     Copyright, Insurance Services Office, Inc., 1984, 1989     CR 00 04 10 90

COMMERCIAL CRIME
CR 02 02 04 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reasons for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** When forming a part of this policy, the **Legal Action Against Us** condition in the Crime General Provisions and in the Safe Depository Direct Loss Coverage Form is replaced by the following:

**Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, Insurance Services Office, Inc., 1997
CR 02 02 04 97

# CRIME GENERAL PROVISIONS
## (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

### A. GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

    c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses:** Expenses related to any legal action.

5. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

### B. GENERAL CONDITIONS

1. **Concealment, Misrepresentation or Fraud:** This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

    a. This insurance;

    b. The Covered Property;

    c. Your interest in the Covered Property; or

    d. A claim under this insurance.

2. **Consolidation - Merger:** If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

    a. Any additional persons become "employees"; or

    b. You acquire the use and control of any additional "premises";

    any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises," for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

    You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

    If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

3. **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

**4.** discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

    **a.** Notify us as soon as possible.

    **b.** Submit to examination under oath at our request and give us a signed statement of your answers.

    **c.** Give us a detailed, sworn proof of loss within 120 days.

    **d.** Cooperate with us in the investigation and settlement of any claim.

**5. Extended Period to Discover Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**6. Joint Insured**

    **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

    **d.** If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

    **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**7. Legal Action Against Us:** You may not bring any legal action against us involving loss:

    **a.** Unless you have complied with all the terms of this insurance; and

    **b.** Until 90 days after you have filed proof of loss with us; and

    **c.** Unless brought within 2 years from the date you discover the loss.

**8. Liberalization:** If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

**9. Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

    **a.** The actual amount of loss; or

    **b.** The sum of the limits of insurance applicable to those coverages.

**10. Loss Sustained During Prior Insurance**

    **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

        **(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

        **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

    **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

        **(1)** This insurance as of its effective date; or

        **(2)** The prior insurance had it remained in effect.

**11. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

    **a.** Partly by this insurance; and

    **b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**12. Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Declarations.

**13. Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

    **a.** That you own or hold; or

    **b.** For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**14. Policy Period**

    **a.** The Policy Period is shown in the Declarations.

    **b.** Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**15. Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

**16. Recoveries**

    **a.** Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

      **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

      **(2)** Then to us, until we are reimbursed for the settlement made;

      **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

    **b.** Recoveries do not include any recovery:

      **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

      **(2)** Of original "securities" after duplicates of them have been issued.

**17. Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

**18. Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**19. Valuation - Settlement**

    **a.** Subject to the applicable Limit of Insurance provision we will pay for:

      **(1)** Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

        **(a)** At face value in the "money" issued by that country; or

        **(b)** In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

      **(2)** Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

        **(a)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities;" or

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    i. Value of the "securities" at the close of business on the day the loss was discovered; or

    ii. Limit of Insurance.

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

    (a) Actual cash value of the property on the day the loss was discovered;

    (b) Cost of repairing the property or "premises"; or

    (c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

**b.** We may, at our option, pay for loss of, or loss from damage to, property other than "money":

    (1) In the "money" of the country in which the loss occurred; or

    (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

**c.** Any property that we pay for or replace becomes our property.

**C. GENERAL DEFINITIONS**

**1.** **"Employee"** means:

  **a.** Any natural person:

    (1) While in your service (and for 30 days after termination of service); and

    (2) Whom you compensate directly by salary, wages or commissions; and

    (3) Whom you have the right to direct and control while performing services for you; or

  **b.** Any natural person who is furnished to you to:

    (1) substitute for a permanent "employee" on leave; or

    (2) meet seasonal or short-term work-load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

  (1) Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

  (2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**2.** **"Money"** means:

  **a.** Currency, coins and bank notes in current use and having a face value; and

  **b.** Travelers checks, register checks and money orders held for sale to the public.

**3.** **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

**4.** **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

  **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

IL 00 17 11 98
Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

      **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 01 18 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

    **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

    **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

    **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

    **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

        **(1)** You demanded the appraisal; and

        **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

    **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

        **(1)** Was made with actual intent to deceive; or

        **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

    However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

    **b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

        **(1)** This Coverage Part or Coverage Form;

        **(2)** The Covered Property;

        **(3)** Your interest in the Covered Property; or

        **(4)** A claim under this Coverage Part or Coverage Form.

    **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

© ISO Properties, Inc., 2001

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act committed:

**a.** By or at the direction of any "insured"; and

**b.** With the intent to cause a loss ("loss").

**2.** This exclusion, however, will not apply to deny payment to an innocent co-insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

© ISO Properties, Inc., 2001

IL 02 84 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **9.** and **10.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **9.** and **10.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **Real Property Other Than Residential Properties Occupied By 4 Families Or Less:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

© ISO Properties, Inc., 2001

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

**a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

  **(1)** Seasonal unoccupancy; or

  **(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

  **(1)** An outstanding order to vacate;

  **(2)** An outstanding demolition order; or

  **(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

**10. Residential Properties Occupied By 4 Families Or Less:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

**11.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.** The other; and

**b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

**a.** The broker, if known to us, or the agent of record; and

**b.** The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

**a.** The policy was obtained by misrepresentation or fraud;

**b.** The risk originally accepted has measurably increased; or

**c.** You received 60 days' notice of our intent not to renew as provided in **1.** above.

    © ISO Properties, Inc., 2001     IL 02 84 07 02

IL 09 12 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

**A. COVERAGE**

Section **A.** is replaced by the following:

**A. MINE SUBSIDENCE COVERAGE**

We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations caused by or resulting from Mine Subsidence.

**1. Covered Property**

Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations:

**Commercial Building -** meaning any building, other than a residence, permanently affixed to realty, including:

**a.** Cost of excavation, grading or fillings;

**b.** The foundation, basements and footings of buildings;

**c.** Septic systems directly servicing the buildings;

**d.** Pilings, piers, pipes, flues and drains, all of which are underground; and

**e.** Pilings which are below the low water mark.

**2. Property Not Covered**

Covered Property does not include:

**a.** Land, trees, plants, crops or agricultural field drainage tile;

**b.** Personal Property; or

**c.** Driveways, parking lots and sidewalks.

**3. Covered Cause of Loss**

**Mine Subsidence -** meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of manmade underground mines, including but not limited to coal, clay, limestone and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

**a.** Earthquake, landslide, volcanic eruption;

**b.** Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

**c.** Collapse of storm or sewer drains or rapid transit tunnels.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

**4. Additional Coverage**

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

 © ISO Properties, Inc., 2001

**B. EXCLUSIONS**

1. Paragraph **1.b.(1)** in the Earth Movement Exclusion of the Commercial Property Part and Paragraph **1.a.(1)** in the Earth Movement Exclusion of the Capital Assets Program (Output Policy) Coverage Part are replaced by the following:

   **b. Earth Movement**

   **(1)** Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   This exclusion does not apply to loss caused by Mine Subsidence.

2. For insurance provided under the Farm Coverage Part paragraph **2.a.** of the Earth Movement Exclusion is replaced by the following:

   **2. Earth Movement**

   **a.** Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. This exclusion applies whether the earth movement is caused by human or animal forces or any act of nature.

   But:

   **(1)** If earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

   **(2)** If loss or damage to:

   **(a)** Farm machinery, vehicles and equipment covered under the SPECIAL Causes of Loss; or

   **(b)** "Livestock";

   is caused by earthquake, this Earth Movement exclusion does not apply to such loss or damage.

   This exclusion does not apply to loss caused by Mine Subsidence.

3. The following is added:

   We will not pay for:

   **a.** Indirect or consequential loss; or

   **b.** Loss of use;

   caused by or resulting from Mine Subsidence.

**C. LIMITS OF INSURANCE**

1. The LIMITS OF INSURANCE Section is replaced by the following:

   The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to **C.2.** below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

**D. ADDITIONAL CONDITIONS**

The COINSURANCE Additional Condition does not apply to this endorsement.

The following is added:

**E. OTHER INSURANCE - MINE SUBSIDENCE**

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

 © ISO Properties, Inc., 2001 IL 09 12 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

      **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF ACTS OF BIOLOGICAL OR CHEMICAL TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; COVERAGE FOR CERTAIN FIRE LOSSES

This endorsement modifies insurance provided under the following:

      COMMERCIAL PROPERTY COVERAGE PART
      FARM COVERAGE PART
      STANDARD PROPERTY POLICY

**A.** The following definitions are added with respect to the provisions of this endorsement:

  **1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

    **a.** The act resulted in aggregate losses in excess of $5 million; and

    **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

  **2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

**Exclusion Of An "Other Act Of Terrorism"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or both of the following are attributed to such act:

  **1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

  **2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**C.** **Exception Covering Certain Fire Losses**

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D.** **Cap On Certified Terrorism Losses**

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

        © ISO Properties, Inc., 2002        

**E.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Standard Property Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

©  ISO Properties, Inc., 2002

E-FILED
Thursday, 20 April, 2006  03:08:10 PM
Clerk, U.S. District Court, ILCD

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    BUSINESSOWNERS LIABILITY COVERAGE FORM
    COMMERCIAL AUTO COVERAGE PART
    GARAGE COVERAGE PART
    TRUCKERS COVERAGE PART
    FARM COVERAGE PART
    PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART

This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury" arising out of or related in any way to asbestos or asbestos − containing materials.

We shall not have the duty to defend any such claim or "suit".

LC 87 01 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LIABILITY ARISING OUT OF LEAD

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATION COVERAGE PART**

This insurance does not apply to any:

**a.** Claim, suit, or "occurrence" alleging or arising out of any "bodily injury" "property damage", "personal and advertising injury" ("personal injury" or "advertising injury") actually or allegedly arising out of or resulting from, or in any way directly or indirectly caused by or related to any actual or alleged:

    **(1)** ingestion, use, inhalation, handling or absorption of lead in any form from any source; or

    **(2)** contact with or exposure to lead in any form and from any source;

**b.** Damages, loss, cost, expense, liability or other obligation of any nature arising out of, resulting from, or in any way related to, any:

    **(1)** Claim, suit, request, demand, directive or order by or on behalf of any person, entity or governmental authority that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate or in any way respond to, or assess the presence or effects of lead in any form from any source; or

    **(2)** Claim or suit by or on behalf of any person entity or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating or detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

COMMERCIAL LIABILITY
LC 87 08 10 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

**COVERAGE C - MEDICAL PAYMENTS** Insuring Agreement on the COMMERCIAL GENERAL LIABILITY COVERAGE PART and **Coverage 2. Medical Expenses** on the BUSINESSOWNERS LIABILITY COVERAGE FORM are amended by the addition of the following:

If **MEDICAL PAYMENTS** or **Medical Expenses** are not otherwise excluded from the policy, medical expenses will be paid only if an insured has requested that we pay such expenses.

©  Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.

NP 72 16 05 02

# IMPORTANT NOTICE
# BUSINESS INCOME WAITING PERIOD

If your Policy provides Business Income Coverage, your Business Income Coverage will begin 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, unless the Policy contains one of the following amendatory endorsements:

1.  CP 15 55 Business Income Changes - Time Period which amends the 72 hour waiting period to 24 hours; or

2.  CP 15 56 Business Income Changes - Beginning of the Period of Restoration (No Waiting Period) which amends the 72 hour waiting period to no waiting period.

This Notice does not expand or increase coverage in your Policy or any endorsements attached to the Policy. The Policy and accompanying endorsements remain subject to all exclusions, limitations and conditions. If you would like more information about this coverage, please contact your agent.



The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

**OHIO CASUALTY GROUP**

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB-LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for this coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage". If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on the reverse side and return this form to:

    Ohio Casualty Group
    Attn: Commercial Lines Division - Terrorism
    9450 Seward Road
    Fairfield OH 45014

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐   I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

Policyholder/Applicant's Signature          Print Name                    Date Signed

_____          _____          _____

Named Insured                    Policy Number              Policy Effective/Expiration Date

_____          _____          _____

## DISCLAIMER FOR STANDARD FIRE POLICY STATES

If your policy contains a Property Coverage Part and/or Inland Marine Coverage Part and covers property located in a "Standard Fire Policy State" as designated below, and you elect to exclude Terrorism Coverage, the terrorism exclusion will not exclude fire losses resulting from an act of terrorism.

Standard Fire Policy States:

For Commercial Property:

| | | | |
|---|---|---|---|
| California | Connecticut | Georgia | Hawaii |
| Idaho | Illinois | Iowa | Maine |
| Massachusetts | Missouri | New Jersey | New York |
| North Carolina | Oregon | Pennsylvania | Rhode Island |
| Virginia | Washington | West Virginia | Wisconsin |

For Commercial Inland Marine:

| | | | |
|---|---|---|---|
| California | Georgia | Hawaii | Maine |
| Missouri | New Jersey | Oregon | Pennsylvania |
| Wisconsin | | | |

Commercial Lines Division - Terrorism

**OCG** ®

**OHIO CASUALTY GROUP**

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014

# IMPORTANT NOTICE
# TO POLICYHOLDERS

THIS EXPLANATION IS NOT PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY. YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATION OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

### New and Revised Company Endorsements 2003

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these forms and endorsements.

**Please read your policy, these changes only affect you if any of the form(s) or endorsement(s) listed below are shown in the Policy Forms and Endorsement section of your policy.**

RESTRICTION IN COVERAGE

LC 87 13 03 03 - Exclusion - Wood Preservative Chemicals

> Policies that contain this endorsement have been revised to exclude coverage for bodily injury and property damage because of chemicals or wood preservatives in wood products or building materials manufactured, sold or distributed by you.

LC 87 14 03 03 - New Jersey Changes - Chromated Copper Arsenate Exclusion

> Policies that contain this endorsement have been revised to exclude coverage for bodily injury and property damage because of Chromate Copper Arsenate in wood products or building materials manufactured, sold or distributed by you.

CG 84 94 10 02 - Blanket Exclusion - Consolidated Insurance Program (Wrap-Up)

> Policies that contain this endorsement have been revised to exclude premises operations and products/completed operations coverage when you enter into a contract which is covered under a Consolidated Insurance Program (Wrap-Up).

CLARIFICATION OF COVERAGE

CG 84 82 11 02 - Exclusion - Fungi or Bacteria
CG 84 83 11 02 - Limited Fungi or Bacteria Coverage

> The definition of Fungi has been amended and does not include fungi intended by the insured for consumption or contained within any food product sold or distributed by the insured.

NP 72 76 05 03

Page 1 of 2

EDITORIAL CHANGES

CG 84 08 03 03 - Exclusion - Exterior Insulation Finish System

Amended the name of this system from Exterior Insulation and Finish System to Exterior Insulation Finish System.

CG 84 18 11 02 - General Liability Master Pak Plus For Manufacturers
CG 84 76 03 03 - General Liability Master Pak Plus for Manufacturers (Texas)

Removed the Volunteers As Insured section from this endorsement as volunteers are now included as insureds in the ISO CG 00 01 10 01 edition of the Commercial General Liability Coverage Form.

CG 83 37 03 03 - Manufacturers or Distributors Extension Endorsement

Endorsement revised to amend the Additional Insured - Vendors section to align with the industry's standard wording for this coverage.

**OCG** OHIO CASUALTY GROUP

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# IMPORTANT NOTICE TO POLICYHOLDERS
# PROPERTY MASTER PAK ENDORSEMENTS

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

| | |
|---|---|
| CP 71 41 06 03 | PROPERTY MASTER PAK |
| CP 71 48 06 03 | PROPERTY MASTER PAK PLUS FOR HOTELS |
| CP 71 49 06 03 | PROPERTY MASTER PAK PLUS FOR GOLF COURSES |
| CP 71 54 06 03 | PROPERTY MASTER PAK PLUS FOR RESTAURANTS |
| CP 71 56 06 03 | PROPERTY MASTER PAK PLUS FOR MANUFACTURERS |
| CP 71 57 06 03 | PROPERTY MASTER PAK PLUS FOR MANUFACTURERS - EXPANDED |
| CP 71 59 06 03 | PROPERTY MASTER PAK PLUS FOR CONSTRUCTION |
| CP 71 60 06 03 | PROPERTY MASTER PAK PLUS FOR BED & BREAKFAST |
| CP 71 63 06 03 | PROPERTY MASTER PAK PLUS FOR ARTISAN CONTRACTORS |
| CP 71 72 06 03 | PROPERTY MASTER PAK PLUS FOR FINANCIAL INSTITUTIONS |
| CP 71 76 06 03 | PROPERTY MASTER PAK PLUS FOR AUTOMOBILE SERVICES |
| CP 71 77 06 03 | PROPERTY MASTER PAK PLUS FOR RESTAURANTS - EXPANDED |
| CP 71 78 06 03 | PROPERTY MASTER PAK PLUS |
| CP 72 65 06 03 | PROPERTY MASTER PAK PLUS - EXPANDED |

## I.  BROADENING OF COVERAGES
- **Building Glass**
  (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 59, CP 71 60, CP 71 63, CP 717 2, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)
  Building coverage under the Building and Personal Property Coverage Form (CP 00 10) includes glass forming a part of insured buildings or structures. With the latest edition of the Causes of Loss - Special Form (CP 10 30), the sublimit previously applicable to building glass has been removed. As a result, building glass is covered within the limit applying to the building or structure of which it forms a part.
  Accordingly, the previous increased sublimit provided for building glass, has been removed.
- **Tenants Building Glass**
  (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)
  Coverage is extended under Your Business Personal Property for loss or damage, up to $5,000 at each described premises, for glass owned by you or for which you may be liable that is an integral part of the building you occupy as a tenant but which is not owned by you.

- **Building Coverage**

  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  The limitation for coverage on materials, equipment, supplies and temporary structures used for making additions, alterations or repairs to building or structures insured under the policy being within 100 feet of such building or structure, is increased to a distance of 1,000 feet.

- **Coverage Extensions**

  (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  The limitation of coverage being provided under the Coverage Extensions for property within 100 feet of the described premises is increased to a distance of 1,000 feet.

- **Sales Samples**

  (CP 71 56 and CP 71 57)

  The applicable Limit of Insurance for the Sales Samples Coverage Extension has been increased to $10,000 for any one occurrence.

- **Property Off-Premises**

  (CP 71 56 and CP 71 57)

  Coverage for tools of the insured is extended as a result of the removal of such as an identified type of property for which the Property Off-Premises Coverage Extension does not apply.

- **Patterns, Dies, Molds and Forms - Owned by Customers**

  (CP 71 56 and CP 71 57)

  A Coverage Extension for patterns, dies, molds and forms owned by customers which are in your care, custody or control has been included, under Your Business Personal Property, while such property is at premises described in the policy or in transit between such premises or those of the customer. Coverage for Patterns, Dies, Molds and Forms - Owned by Customers is subject to any one occurrence limit of $15,000.

- **Property In Transit**

  (CP 71 56 and CP 71 57)

  The applicable Limit of Insurance for the Property In Transit Additional Coverage Extension, within the Causes of Loss - Special Form, has been increased to $15,000.

- **Business Income From Dependent Properties**

  (CP 71 56 and CP 71 57)

  Coverage is extended for actual loss of Business Income sustained as a result of suspension of your business operations during the period of restoration caused by direct physical loss or damage to dependent property, caused by or resulting from a covered cause of loss.

  Dependent property means properties operated by others upon whom you depend to deliver materials or services (exclusive of water, power or communication), accept your products or services, manufacture products for delivery to your customers under contract of sale or attract customers to your business.

  The period of restoration begins 72 hours after the direct physical loss or damage to dependent property that results from a covered cause of loss. The maximum we will pay under this extension is $50,000.

## II.  REDUCTION OF COVERAGE

- **Building Glass**

  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  If your previous policy included Glass Coverage Form (CP 00 15) or the Building Glass Coverage endorsement (CP 71 16) and Covered Property is subject to the Causes of Loss - Special Form (CP 10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

- **Valuable Papers and Records (Other Than Electronic Data)**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 72, CP 71 77 and CP 72 65)

   Within the latest edition of the Building and Personal Property Coverage Form (CP 00 10), the prior Valuable Papers And Records - Cost Of Research Coverage Extension has been replaced with a Valuable Papers And Records (Other Than Electronic Data) Coverage Extension. The revised limit of $10,000 per each described premises, provided within the Master Pak endorsements, applies only to Valuable Papers and Records (Other Than Electronic Data) but not to Electronic Data.

   As respects Electronic Data, coverage as provided within the latest edition of the Building and Personal Property Coverage Form (CP 00 10), is provided by the Electronic Data Additional Coverage which is subject to a limit of $2,500 for all loss or damage sustained in any one year, regardless of the number of premises, locations or computer systems involved. The Master Pak endorsements do not increase the limit provided for Electronic Data within the Coverage Form and as such represents a reduction in coverage.

## III.  CLARIFICATION OR PROCEDURAL CHANGES

- **Property Off Premises - Including Stock**

   (CP 71 41)

   The latest edition of the Building and Personal Property Coverage Form (CP 00 10) includes Stock within the Covered Property for which the Property Off Premises Coverage Extension applies. As a result, this extension has been removed from this endorsement since it is included within the Building and Personal Property Coverage Form (CP 00 10).

- **Property In Transit**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 60, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   The latest edition of the Causes of Loss - Special Form (CP 10 30) revises the Property In Transit Additional Coverage Extension to provide for payments up to $5,000. As a result, the prior increased limit extended by this endorsement, being equal to or less than that provided by the latest edition of the Causes of Loss - Special Form (CP 10 30), has been removed for the Property In Transit Additional Coverage Extension.

   (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   As modified by this endorsement, coverage for Your Business Personal Property applies while in or on the described building or while in the open (or in a vehicle) within 1,000 feet of the described premises. Accordingly, the Property In Transit Additional Coverage Extension has been modified to acknowledge such applying when in transit beyond 1,000 feet in lieu of 100 feet.

   (CP 71 60)

   As modified by this endorsement, coverage for Your Business Personal Property applies while in or on the described building or while in the open (or in a vehicle) within 2,000 feet of the described premises. Accordingly, the Property In Transit Additional Coverage Extension has been modified to acknowledge such applying when in transit beyond 2,000 feet in lieu of 100 feet.

- **Valuable Papers and Records (Other Than Electronic Data)**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   The title for this coverage has been changed to correspond with the change in the title for the Coverage Extension provided under the Building and Personal Property Coverage Form (CP 00 10).

- **Inland Marine Coverages**

   (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

   For clarification in connection with those Inland Marine Coverage Extensions included within this endorsement, reference has been made not only to the Inland Marine Coverage part but as well the specific applicable Coverage Form.

- **Liability for Guests' Property**
  (CP 71 48 and CP 71 60)
  The title for Guests' Property within the listing of Subject of Insurance for this endorsement has been changed to Liability for Guests' Property to correspond with the basis of coverage as provided within the actual Coverage Extension.
- **Damage to Leased Property**
  (CP 71 76)
  The title for Property Damage to Leased Premises within the listing of Subject of Insurance for this endorsement has been changed to Damage to Leased Property to correspond with the basis of coverage as provided within the actual Coverage Extension.
- **Your Business Personal Property - Seasonal Increase in Limit of Insurance**
  (CP 71 76)
  The prior Peak Season Limit of Insurance extension for an additional limit of $10,000 has been replaced with Your Business Personal Property - Seasonal Increase in Limit of Insurance having a limit of $10,000. The new Seasonal Increase in Limit of Insurance extension does not require identification of the period for which the additional limit of insurance applies as implied within the former Peak Season Limit of Insurance extension.
- **Increased Cost Of Construction**
  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)
  The Increased Cost of Construction Additional Coverage extended by the Building and Personal Property Coverage Form (CP 00 10), which would pay up to the lesser of $10,000 or 5% of the building Limit of Insurance, has been deleted.
  Coverage for Increased Cost of Construction resulting from enforcement of ordinances or laws to repair, rebuild or replace buildings or parts thereof resulting from a covered cause of loss, are provided for under the Ordinance or Law - Coverages B and C included in this endorsement. A Limit of Insurance of $50,000 has been provided on a blanket basis for Coverage B - Demolition Cost and Coverage C - Increased Cost of Construction.
- **Business Income (and Extra Expense)**
  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 72 and CP 71 78)
  Wording has been added to the Limits of Insurance clause within the Business Income (and Extra Expense) Coverage Form (CP 00 30) to clarify that the most we'll pay for such coverage is the sum of the Limit of Insurance provided within the Master Pak endorsement and any other applicable Limit of Insurance for Business Income (and Extra Expense) provided within the policy.

 **The member companies of OHIO CASUALTY GROUP**
OHIO CASUALTY GROUP    9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

## IMPORTANT NOTICE TO POLICYHOLDERS
## COMMERCIAL PROPERTY CHANGES (06-03)

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

### PROPERTY DAMAGE COVERAGE FORMS

I.  **CHANGES IN COVERAGES - ELECTRONIC DATA**
    **(CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

In the revised policy, electronic data (which is defined) is characterized as Property Not Covered, except as provided under Additional Coverage - Electronic Data. The characterization of electronic data as Property Not Covered is not a comment on the essential nature of electronic data. Rather, Property Not Covered is designed to address situations which serve as exceptions to Covered Property or simply need to be identified as being outside the purview of coverage or full coverage.

Under the Additional Coverage - Electronic Data, coverage is provided for the cost of replacing or restoring electronic data which has been destroyed or corrupted by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Electronic Data coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

Reduction in coverage: The new annual aggregate limit of $2,500 per policy represents a reduction in coverage with respects to losses that would have been covered in the past under Valuable Papers And Records - Cost of Research. The previous coverage was in the amount of $2,500 per premises for each occurrence, unless the Declarations showed a higher limit.

Potential broadening of coverage: As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that such losses would not have been covered in the past, the Additional Coverage - Electronic Data represents a broadening of coverage.

## II.  CLARIFICATION OR PROCEDURAL CHANGES

- **REPLACEMENT COST OPTION COVERAGE**

  In form CP 00 10, this Optional Coverage is revised to clarify that replacement cost coverage applies to tenants' improvements and betterments if the conditions of coverage are met.

  In form CP 00 17, this Optional Coverage is revised to clarify that replacement cost coverage applies to personal property owned indivisibly by all unit owners, and to fixtures, improvements, alterations and appliances within a unit if such property is covered in the policy.

  In form CP 00 10, CP 00 17 and CP 00 18, this Optional Coverage is revised to more explicitly convey that the insured is not required to rebuild on the original premises, but the replacement cost is limited to the cost that would have been incurred in rebuilding at the original location.

- **DEBRIS REMOVAL LIMIT OF INSURANCE (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The Debris Removal Additional Coverage is revised to clarify the provisions governing the amount of coverage, and to incorporate the excess limit which is currently found in the Limits of Insurance clause. Examples are added to illustrate how the amount of coverage is determined.

- **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

  The Additional Coverage - Increased Cost Of Construction currently contains an exclusionary provision relating to pollution. Text is added to make it explicit that the exclusion regarding pollution affects all aspects of the Increased Cost Of Construction coverage.

- **VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  Valuable papers and records (other than electronic data) are addressed in a Coverage Extension of that title. There is no change in coverage.

- **LIMITED LIABILITY COMPANIES (CP 00 10, CP 00 17, CP 00 18, CP 00 40, CP 00 70, CP 00 88, CP 10 30)**

  In various coverage forms the Personal Effects and Property of Others coverage extension are revised to recognize members, managers and Limited Liability Companies.

  Additionally, in CP 00 40 and CP 00 70 the Additional Insureds and Newly Acquired Organizations coverage extensions are revised to recognize Limited Liability Companies.

- **LOSS PAYMENT CONDITION (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  Language is added to the Loss Payment Condition to clarify that determination of value is subject to the applicable Valuation Condition or any provision which amends or supersedes it.

- **VACANCY PROVISION (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 99)**

  The language of the Vacancy Condition is revised to:

  - Clarify that rented space must be used to conduct customary operations, if a condition of vacancy is to be avoided.

  - Restate the percentage threshold for vacancy under an owner's policy, with no change in the actual threshold.

  - Add reference to the total square footage

  - Add references to a general lessee, lessee, sub-lessee and building owner, in various parts of the provision which relates to an owner's policy.

- **DEDUCTIBLE CLAUSE (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The first paragraph of the Deductible clause is revised to elaborate on the interaction between this clause and the Coinsurance Condition in determining loss payment.

  The second paragraph of the Deductible clause, which deals with losses to more than one item of insurance in one occurrence, is revised to clarify that the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

- **INSPECTION AND SURVEYS CONDITION (CP 00 99)**

  The Inspection And Survey Condition in CP 00 99, the Standard Property Policy, is revised to clarify that the condition does not apply to inspections, surveys, reports or recommendations made relative to certification of boilers, pressure vessels or elevators under state or municipal statutes, ordinances or regulations.

- **NEWLY ACQUIRED PROPERTY (CP 00 40)**

  The phrase "the total of all" is deleted from the Newly Acquired Property Coverage Extension, thus clarifying the intent that there is building coverage up to $250,000 at each building covered under the Extension, and coverage up to $100,000 for personal property at each building.

## III. BROADENING OF COVERAGE

- **SUPPLEMENTARY PAYMENTS - LOSS OF EARNINGS (CP 00 40, CP 00 70)**

  The maximum daily payment for loss of earnings under the Supplementary Payments provision is being increased from the current $100 to $250 to more adequately recognize the earnings of many professionals.

- **ADDITIONAL COVERAGE - INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

  A new coverage, Increased Cost of Construction (ICC), is added under Additional Coverages. The ICC is a limited coverage for the increased cost of complying with building codes following covered damage to a building that is insured on a Replacement Cost basis. The ICC provides a limit of $10,000 or 5 % of the Limit of Insurance applicable to the building, whichever is less. For buildings insured under a blanket Limit, the 5% is applied to the value of the building as of time of loss. ICC coverage applies only to the repair, rebuilding or replacement of damaged parts of the building. NOTE: More comprehensive coverage for Ordinance Or Law exposures can be provided by means of an optional endorsement, CP 04 05.

- **REPLACEMENT COST OPTIONAL COVERAGE - PERSONAL PROPERTY OF OTHERS (CP 00 10, CP 00 17, CP 00 18)**

  An option is added to extend Replacement Cost coverage to the personal property of others. The extension may be selected only when Replacement Cost coverage also applies to the Building and/or Business Personal Property insured under the policy.

- **NEWLY ACQUIRED OR CONSTRUCTED PROPERTY COVERAGE EXTENSION (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  The Newly Acquired or Constructed Property Coverage Extension is revised to:

  - equate the start of the 30-day coverage period (and the inception date for calculation of premium) with the start of construction of covered property;

  - add coverage for business personal property at a newly constructed or acquired building at the insured location;

  - specify that the business personal property itself may be insured property or newly acquired property (e.g., acquisition of another firm's inventory); and

  - add coverage for newly acquired business personal property at the described building insured under the policy.

CAUTION: The Extension does not apply to:

- property at a fair, trade show or exhibition; or
- personal property temporarily in the insured's possession either in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **NON-OWNED DETACHED TRAILERS (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

This new Coverage Extension provides limited coverage on non-owned detached trailers. Coverage is based on contractual responsibility and is provided in the amount of $5,000, unless a higher limit is shown in the Declarations. The Coverage Extension is subject to the Causes of Loss Form that applies to the insured's business personal property (therefore, theft is covered only if Special Causes of Loss Form applies, provided such Form has not been endorsed to exclude theft.

- **PROPERTY OFF-PREMISES (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

The Property Off-Premises Coverage Extension is revised to include limited coverage for stock, property at a storage location leased mid-term and property at a fair, trade show or exhibition.

## IV. POTENTIAL REDUCTION OF COVERAGE

- **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

The Additional Coverage - Increased Cost Of Construction is revised to specify that such coverage does not respond to losses related to enforcement of laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- **COLLAPSE COVERAGE (CP 00 20, CP 00 70, CP10 20, CP 10 30)**

Under the Additional Coverage - Collapse, a definition of collapse is introduced to explicitly set forth the intended coverage.

The definition requires an abrupt falling down or caving in of the building or part of the building. The definition affects losses caused by hidden decay, hidden insect or vermin damage, or use of defective materials or methods in construction, remodeling or renovation. Other causes of loss named in the Collapse Additional Coverage are not affected by the definition of collapse because they are covered by the policy irrespective of whether there is a collapse.

- **ELECTRONIC DATA - LEGAL LIABILITY AND MORTGAGEHOLDERS ERRORS AND OMISSIONS (CP 00 40, CP 00 70)**

Under revised Legal Liability Coverage Form CP 00 40, Covered Property does not include electronic data.

In revised Mortgageholders Errors And Omissions Coverage Form CP 00 70, under Coverage A (Mortgageholders Interest) and Coverage B (Property Owned Or Held In Trust), Covered Property does not include electronic data.

### BUSINESS INTERRUPTION COVERAGE FORM

## I. CHANGES IN COVERAGE - INTERRUPTION OF COMPUTER OPERATIONS (CP 00 30, CP 00 32, CP 00 50)

In the past, coverage for business income loss due to damage to electronic media and records was limited to the longer of 60 days or the time needed to restore other property (unless a greater number of days was provided via endorsement CP 15 29. These time limitations, including amendment via CP 15 29, no longer apply.

In the revised policy, under an Additional Coverage - Interruption Of Computer Operations, coverage is provided for business income loss and/or extra expense (depending on the Coverage Form used in a particular policy) arising from a business interruption caused by destruction or corruption of electronic data by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Interruption Of Computer Operations coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

Reduction in coverage: In comparison to the time limitation used in the past, the new aggregate dollar limit represents a reduction in business income coverage. Coverage is also reduced for extra expense, because the aforementioned time limitation did not affect extra expense; the new aggregate limit affects business income and extra expense.

Potential broadening of coverage: As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that business interruptions related to such losses would not have been covered in the past, the Additional Coverage - Interruption Of Computer Operations represents a broadening of coverage.

## II. CLARIFICATION OR PROCEDURAL CHANGES

- **BUSINESS INCOME - SALES VALUE OF PRODUCTION (CP 00 30, CP 00 32)**

  The coverage grant in the business income forms is revised to state explicitly that, for manufacturing risks, net income includes the net sales value of production.

- **EXTRA EXPENSE COVERAGE (CP 00 30, CP 00 50)**

  The Extra Expense coverage grant, as revised, omits explicit reference to the expense of replacing valuable papers and records. The new limitations on electronic data, discussed above, affect valuable papers and records stored as electronic data. There is no particular restriction (and no change in coverage) relating to valuable papers and records in the paper medium.

  The Extra Expense coverage grant is revised to clarify that repair or replacement of property is covered only to the extent that it reduces the amount of loss that otherwise would have been payable under the Coverage Form (CP 00 30 or CP 00 50).

- **EDITORIAL CHANGE TO CP 00 30 and CP 00 32**

  The text of the Extended Period of Indemnity option is revised to make reference to subparagraphs (1)(b) and (2)(b) of the Extended Business Income grant since the Extended Period of Indemnity option is intended to apply to both rental value (2)(b) and other-than-rental-value (1)(b).

- **TIME ELEMENT - SUSPENSION OF OPERATIONS (CP 00 30, CP 00 32, CP 00 50)**

  A definition of the term suspension is introduced. Suspension of operations includes the slowdown or cessation of your business activities.

- **RENTAL VALUE (CP 00 30, CP 00 32)**

  The definition of rental value has been revised to emphasize that continuing normal operating expenses are included and non-continuing expenses are deducted in computing loss of rental value.

## III. BROADENING OF COVERAGE

- **TENANTS' PREMISES (CP 00 30, CP 00 32, CP 00 50)**

  With respect to insureds who occupy part of a building, the meaning of premises is expanded to include any area within the building or on the site at which the tenant's premises are located, if that area services, or is used to gain access to, the tenant's premises.

- **ALTERATIONS, NEW BUILDINGS AND NEW LOCATIONS (CP 00 30)**

  The following are extended to apply to Extra Expense coverage: Additional Coverage - Alterations And New Buildings and Coverage Extension - Newly Acquired Locations.

## IV. REDUCTION OF COVERAGE

- **MAXIMUM PERIOD OF INDEMNITY OPTIONAL COVERAGE (CP 00 30)**

  When this option is made applicable to the policy, recovery for loss of business income and extra expense is limited to the amount of such loss or expense sustained during the 120 days following property damage, subject to the Limit of Insurance. Previously, this option applied only to business income loss.

### CHANGES IN GLASS COVERAGE

- The Commercial Property Coverage Part includes coverage for glass that is part of a building or part of business personal property, if the building or business personal property qualifies as Covered Property. The covered causes of loss for such property are determined by the Causes of Loss Form that applies to Covered Property.

- If your previous policy did <u>not</u> include Glass Coverage Form CP 00 15, then either explanation (A) or (B) applies:

  (A) If the Covered Property is subject to the Causes of Loss - Basic Form (CP 10 10) or Causes of Loss - Broad Form (CP 10 20), coverage is broadened in that the vandalism causes of loss no longer contains an exception for glass property. Under CP 10 20, coverage is also reduced, in that the $500 Additional Coverage - Breakage of Glass (applicable to causes of loss not otherwise covered under CP 10 20) is eliminated.

  (B) If the Covered Property is subject to the Causes of Loss - Special Form (CP 10 30), coverage on glass is broadened. Coverage under CP 10 30 is expanded to include glass breakage caused by a cause of loss that is not otherwise excluded, and damage caused by chemicals applied to glass. The coverage for glass breakage is accomplished by removal of a previous limitation. The new edition of CP 10 30 also includes an Additional Coverage Extension pertaining to temporary plates and removal of obstructions.

- If your previous policy included Glass Coverage Form CP 00 15 and Covered Property is subject to the Causes of Loss - Special Form (CP10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

- The previous Building Glass Coverage endorsement CP 71 16 option has been withdrawn and is no further available. If your previous policy included this endorsement, under your new policy the following disclosure applies:

  Coverage for glass breakage is reduced to the causes of loss extended by the applicable Cause of Loss Form. As an example, the Causes of loss - Basic Form CP 10 10 and Causes of Loss - Broad Form CP 10 20 extends coverage on a more limited named causes of loss basis.

  Further, the Causes of Loss - Special Form CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

**CAUSES OF LOSS FORMS**
**(AND CAUSES OF LOSS SECTIONS OF CP 00 70 AND CP 00 99 AS**
**LISTED IN INDIVIDUAL ITEMS)**

**I.    CLARIFICATION OR PROCEDURAL CHANGES**

- **EARTH MOVEMENT EXCLUSION (CP 10 10, CP10 20, CP 10 30, CP 00 70, CP 00 99)**

    The Earth Movement Exclusion is revised to separate the various types of earth movement into different paragraphs, and to provide some detail on the terms earth sinking, rising and shifting, including explicit reference to soil conditions, the actions of water, and settling.

- **WATER DAMAGE NAMED PERIL (CP 10 20)**

    The Water Damage peril is revised to clarify that it is intended to respond only to losses which involve the breaking apart or cracking of an on- premises system or on-premises appliance, The description of water damage under the Additional Coverage - Collapse is revised to follow suit.

    The peril is also revised to specify that coverage does not include discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment. Such equipment is not considered to be a covered system under the term of this peril.

- **SPECIFIED CAUSES OF LOSS (CP 10 30)**

    In the Causes of Loss - Special Form, the definition of "specified causes of loss" (named perils which apply under certain circumstances) is revised to clarify that water damage relates to the breaking apart or cracking of an on- premises system or on-premises appliance.

- **SPECIAL FORM LIMITATION ON VALUABLE PAPERS AND RECORDS (CP 10 30)**

    This limitation does not apply to prepackaged software programs.

- **EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

    Language is added in the section of the form pertaining to exclusions, to emphasize that exclusions apply whether the loss event results in widespread damage or affects a substantial area.

- **EXCLUSION OF NEGLECT (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

    To complement and reinforce the Duties In The Event of Loss Or Damage condition in the coverage forms, which requires the insured to take all reasonable steps to protect the Covered Property from further damage, an exclusion pertaining to neglect is introduced.

- **CORPORATIONS AND LIMITED LIABILITY COMPANIES (CP 10 30)**

    The exclusion pertaining to dishonest and criminal acts is revised to recognize members, officers and managers.

- **UTILITY SERVICES EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

    A statement has been added to the Utility Services exclusions, explaining that failure of power or other utility service includes lack of sufficient capacity and a reduction in the supply of the service.

**II.   BROADENING OF COVERAGE**

- **WEIGHT OF ICE, SNOW AND SLEET (CP 10 20, CP 10 30)**

    Coverage is no longer precluded for loss or damage to gutters and downspouts caused by the weight of ice, snow or sleet.

- **PROPERTY IN TRANSIT (CP 10 30)**

    Named perils coverage for personal property in transit, in or on a motor vehicle owned, leased or operated by the insured, is increased to $5,000.

- **TIME ELEMENT PERIOD OF INDEMNITY CANCELLATION OF CONTRACT (CP 10 10, CP 10 20, CP 10 30)**

  An exception (applicable to Business Income coverage forms) allows coverage for loss of business income related to suspension, lapse or cancellation of a license, lease or contract, if the suspension, lapse or cancellation was directly caused by a covered suspension of the insured's operations. The exception is revised to extend coverage to apply during an Extended Business Income period and any applicable optional extension.

## III.  REDUCTION OF COVERAGE

- **LOSSES INVOLVING FUNGUS, WET ROT, DRY ROT OR BACTERIA (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

  In the past, coverage for loss caused by fungus (including mold, wet rot and dry rot) was provided when the fungus resulted from a Covered Cause of Loss. Under property damage forms, the Limit of Insurance on the affected property was the maximum payable for the total of all damages (by the covered cause of loss and fungus) to the covered property. Under business interruption forms, the period of restoration, as defined in the forms, applied without exception to a suspension of operations involving fungus. Such coverage, for property damage and business interruption, still applies when fungus results from a fire or lightning loss.

  As revised, the policy provides limited coverage when fungus results from a Covered Cause of Loss other than fire or lightning (Forms CP 10 10, CP 10 20, CP 00 99) or a specified cause of loss other than fire and lightning (as defined in forms CP 10 30, CP 00 70). Property damage coverage is subject to a $15,000 annual aggregate limit per policy (unless such limitation is increased via endorsement CP 04 31). The $15,000 (or higher) limit, which does not increase the amount of insurance on the affected property, represents a reduction in coverage. Under business interruption coverage (provided that a particular policy includes such coverage), when a business interruption is attributable to fungus, the period of restoration is limited to 30 days (not necessarily consecutive days). When fungus prolongs a business interruption that is attributable to other damage, a delay of up to a total of 30 days is covered (regardless of when the delay occurs during the period of restoration). In each case, the 30-day period (or a longer period if endorsed via CP 04 31) represents a reduction in coverage.

## IV.  POTENTIAL REDUCTION OF COVERAGE

- **EXCLUSION OF CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM (CP 10 10, CP 10 20, CP 10 30, CP 00 99)**

  This exclusion has been revised by adding reference to the presence or condensation of humidity, moisture or vapor. The exclusion addresses conditions which persist over a period of 14 or more days.

## ENDORSEMENTS

## I.  CLARIFICATION OR PROCEDURAL CHANGES

- **CP 13 60    REPORT OF VALUES**

  The instructions contained in CP 13 60 are revised to refer to this report instead of this endorsement.

- **CP 04 15    ENDORSEMENT: DEBRIS REMOVAL ADDITIONAL INSURANCE**

  In the underlying coverage forms, the language concerning debris removal is deleted from the Limits of Insurance clause and incorporated into the Debris Removal Additional Coverage. This change in format necessitates editorial changes to optional endorsement CP 04 15, which allows an increase in the amount of debris removal coverage.

- **CP 12 11     BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

The endorsement is revised to eliminate information pertaining to an obsolete Underwriters Laboratories classification system. Further, the endorsement no longer refers to Underwriters Laboratories certification since there are many organizations that evaluate alarm systems.

- **CP 11 20     BUILDERS RISK - COLLAPSE DURING CONSTRUCTION**

Paragraph references are revised due to Format changes in the Causes of Loss forms.

- **CP 01 53     COLLAPSE CHANGES (WITHDRAWN)**

This endorsement corrects paragraph references in the 1995 edition of CP 00 20 and CP 00 70. It is not applicable to the new edition of the forms.

- **CP 10 37     RADIOACTIVE CONTAMINATION**

The word "or" in paragraphs A.1. and B.1. of the endorsement is replaced by the word "including", thereby appropriately connecting the sub-paragraph on "resultant" damage to the description which precedes it.

- **CP DS 01     COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS**

    (replaces CP 12 05 11 85)

    **CP DS 02     COMMERCIAL PROPERTY COVERAGE PART RENEWAL ENDORSEMENT**

    (replaces CP 12 40 11 85)

    **CP DS 03     STANDARD PROPERTY POLICY RENEWAL ENDORSEMENT** (replaces CP 12 99 07 88)

    **CP DS 04     REPORTED, ACQUIRED, INCIDENTAL LOCATIONS SCHEDULE**
    (replaces CP 19 13 07 88)

    **CP DS 05     LEGAL LIABILITY COVERAGE SCHEDULE** (replaces CP 19 40 11 85)

    **CP DS 06     EARTHQUAKE - VOLCANIC ERUPTION COVERAGE SCHEDULE**
    (replaces CP 19 45 08 99)

    **CP DS 07     LEASEHOLD INTEREST COVERAGE SCHEDULE** (replaces CP 19 60 11 85)

A new forms naming convention (prefix "DS") is introduced to identify forms which are in the category of declarations or schedules.

- **CP 15 24     MINING PROPERTIES - BUSINESS INCOME**

A Schedule and accompanying footnote are added to the endorsement. The Schedule enables selection of the appropriate coverage option provided by the endorsement: No Underground Coverage, Limited Underground Coverage or Broad Underground Coverage.

- **CP 15 08     BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

    **CP 15 09     BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

    **CP 15 31     ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION**

    **CP 15 34     EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

To recognize that the term suspension is now a defined term, these endorsements are revised to add quotation marks to the word suspension (in the phrase suspension of operations).

- **CP 04 05**    **ORDINANCE OR LAW COVERAGE ENDORSEMENT**

  **CP 15 31**    **ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION ENDORSEMENT**

  These endorsements contain an exclusionary provision relating to pollution. In the revised endorsements, text has been added to make it explicit that such exclusion affects all aspects of the Ordinance Or Law coverage.

- **CP 15 45**    **UTILITY SERVICES - TIME ELEMENT**

  The revised endorsement includes a paragraph explaining the function of the Schedule entry for a Limit of Insurance. The title of that Schedule entry is revised to make it more explicit.

- **CP 15 08**    **BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

  **CP 15 09**    **BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

  **CP 15 34**    **EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

  Under these endorsements, contributing locations (a property that delivers materials or services to the insured) do not include suppliers of water, communication service or power. In the revised endorsements, there is explicit mention that services relating to Internet access (or access to any electronic network) fall under communication supply services.

- **CP 11 05**    **BUILDERS RISK REPORTING FORM**

  **CP 13 10**    **VALUE REPORTING FORM**

  New language has been added to the Premium Adjustment section of these forms, stating that the due date for any additional premium is the date shown on the bill as the due date.

## II.    BROADENING OF COVERAGE

- **CP 10 65 AND CP DS 65 FLOOD COVERAGE ENDORSEMENT AND SCHEDULE**

  An optional endorsement is introduced to provide flood coverage. Refer to insurer or agent for additional information.

- **CP 04 60**    **VACANCY CHANGES**

  The new, optional endorsement enables modification of the threshold for determining vacancy of a premises.

- **CP 17 98**    **CONDOMINIUM COMMERCIAL UNIT OWNERS CHANGES - STANDARD PROPERTY POLICY**

  The Newly Acquired Property Coverage Extension in endorsement CP 17 98 is being revised to:

  - revise the provision which currently limits coverage at each building to the lesser of 10% of the Business Personal Property Limit or $100,000. Instead, coverage will be provided up to $100,000 at each building;

  - specify that the business personal property at the newly acquired location may be insured property that has been relocated to that location, or newly acquired business personal property (e.g., acquisition of another firm's inventory); and

  - add coverage for newly acquired business personal property at the described premises.

  CAUTION: This Coverage Extension does not apply to personal property of others that is temporarily in the insured's possession in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **CP 04 01    BRANDS AND LABELS**

  Under the terms of this optional endorsement, the insured may stamp "salvage" on merchandise that is being taken by the insurer, or remove the brands or labels, subject to certain conditions CP 04 01 is revised to include coverage for costs incurred by the insured in performing the aforementioned activity. This coverage does not increase the applicable Limit of Insurance.

- **CP 15 32    ENDORSEMENT: CIVIL AUTHORITY (TIME ELEMENT)**

  This new, optional endorsement pertains to Business Income and Extra Expense coverage. The endorsement provides the option of replacing the three- week Civil Authority coverage period with a coverage period of 60, 90 or 180 days.

- **CP 15 25    BUSINESS INCOME - EDUCATIONAL INSTITUTIONS**

  An Extension of Recovery Period Option is added to CP 15 25, triggering via the Schedule. This option covers loss of business income sustained during "X" months following physical restoration of the property. This option is presented in Endorsement CP 15 25 as an alternative to the endorsement's more limited Extended Business Income coverage.

  In addition:

  - The Schedule is expanded to accommodate entry of a description of each school term in an annual period, to clarify intended coverage; and

  - The term suspension, now a defined term when used in the phase suspension of operations, is enclosed in quotation marks.

- **CP 04 30    ELECTRONIC COMMERCE (E-COMMERCE)**

  This new, optional endorsement addresses certain exposures related to use of the Internet in conducting business. Coverage, as described and limited in the endorsement, applies to restoration of electronic data and loss of income arising out of interruption of e-commerce activities.

- **CP 04 32    BUSINESS PERSONAL PROPERTY - LIMITED INTERNATIONAL COVERAGE**

  This new, optional endorsement provides property damage coverage on business personal property during a business trip to a foreign territory.

- **CP 04 33    PROPERTY IN PROCESS OF MANUFACTURE BY OTHERS - LIMITED INTERNATIONAL COVERAGE**

  This new, optional endorsement extends property damage coverage on business personal property to raw materials and goods while in the process of manufacture in a foreign territory (outsourcing).

- **CP 15 01    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED INTERNATIONAL COVERAGE**

  **CP 15 02    EXTRA EXPENSE FROM DEPENDENT PROPERTIES - LIMITED INTERNATIONAL COVERAGE**

  Under these new, optional endorsements, the dependent properties are contributing or manufacturing locations in a foreign territory. Each location must be identified.

## III. POTENTIAL REDUCTION OF COVERAGE

- **CP 14 30    OUTDOOR TREES, SHRUBS AND PLANTS**

  **CP 14 40    OUTDOOR SIGNS**

  **CP 14 50    RADIO OR TELEVISION ANTENNAS**

  These endorsements are revised to emphasize that applicable policy provisions affect coverage provided under the endorsements. Particularly relevant exclusions from the underlying forms are incorporated into the endorsements.

- **CP 04 05    ORDINANCE OR LAW COVERAGE ENDORSEMENT**

  **CP 15 31    ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION ENDORSEMENT**

  These endorsements are revised to specify that ordinance or law coverage does not respond to losses related to enforcement of ordinances or laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- **CP 15 08    BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

  **CP 15 09    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

  **CP 15 34    EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

  As revised, coverage under these endorsements does not apply when the only damage at the premises of the dependent property is damage to electronic data. If the dependent property suffers damage to electronic data and other property, resulting in a suspension of operations at the insured's premises, coverage under these endorsements will not continue after such other property is repaired or replaced.

- **CP 04 17    UTILITY SERVICES - DIRECT DAMAGE**

  Loss or damage to electronic data, caused by an interruption in utility service, is not covered.

- **CP 15 45    UTILITY SERVICES - TIME ELEMENT**

  Coverage under this endorsement does not apply to business income loss or extra expense related to an interruption in utility service which causes loss or damage to electronic data.

## IV. POTENTIAL CHANGE IN COVERAGE

- **CP 04 05    ORDINANCE OR LAW COVERAGE**

  **CP 04 38    FUNCTIONAL BUILDING VALUATION ENDORSEMENTS**

  Under these endorsements, Ordinance or Law coverage is related to property damage losses. Property damage may involve both covered causes of loss and excluded causes of loss. As revised, these endorsements include a section outlining the circumstances under which Ordinance or Law coverage is and is not triggered. Further, the revised endorsements describe proportionate loss payment for Ordinance or Law losses for the situation where the underlying property damage losses were caused by covered and excluded causes of loss.

**OCG** The member companies of **OHIO CASUALTY GROUP**
OHIO CASUALTY GROUP    9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

## IMPORTANT NOTICE TO POLICYHOLDERS
## EXCLUSION OF AN " OTHER ACT OF TERRORISM"
## (OTHER THAN CERTIFIED ACTS OF TERRORISM)

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

One of the following endorsements has been attached to your policy:

IL 09 55    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses

IL 09 60    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

IL 09 65    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

IL 09 70    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses

IL 09 75    Exclusion Of Acts of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

The endorsement(s) excludes terrorism losses other than "certified acts of terrorism". For example, domestic terrorism coverage is excluded from your policy. However, in compliance with the Federal Terrorism Risk Insurance Act of 2002, "certified acts of terrorism", as defined in the endorsement, are covered unless you have rejected, in writing, coverage for "certified acts of terrorism" at the time of policy issuance. The exclusion for an "other act of terrorism" applies to acts where:

* The terrorism incident is carried out by means of dispersal or application of pathogenic or poisonous biological materials; or

* Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism incident was to release such materials.

The exclusion does not apply to an event carried out by a foreign interest if the resulting aggregate losses are five million dollars or less.

If endorsements IL 09 55 or IL 09 70 are attached, the terrorism exclusion does not restrict fire coverage due to a statutory requirement. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

NP 72 82 03 03    Page 1 of 1

 **The member companies of OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

NP 72 96 04 03

## ADVISORY NOTICE TO POLICYHOLDERS

## COMMERCIAL PROPERTY DEDUCTIBLES

The property deductible on your renewal policy has been increased to $500 for locations that previously included a $250 property deductible. This notice does not apply to locations that previously included or now include a $500 or higher property deductible.



The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage which may have occurred from your prior (or old) policy. Your business may involve factors which require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

# General Liability Master Pak
## 2004 Revision

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these forms and endorsements

PLEASE READ YOUR POLICY, THESE CHANGES ONLY AFFECT YOU IF ANY OF THE FORM(S) OR ENDORSEMENT(S) LISTED BELOW ARE SHOWN IN THE POLICY FORMS AND ENDORSEMENT SECTION OF YOUR POLICY.

CG 83 30 12 03 - General Liability Master Pak
CG 84 07 12 03 - General Liability Master Pak No Medical Payments Extension
CG 84 15 12 03 - General Liability Master Pak For Artisan Contractors
CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)
CG 84 29 12 03 - General Liability Master Pak For Artisan Contractors (Virginia)

## <u>COVERAGE BROADENED:</u>

**Item 1. Blanket Additional Insured** - Sections 3 and 4 of Part D clarifies under what conditions the policy will respond as primary coverage for the additional insured. This section also warrants that we will not ask the additional insureds policy to contribute to a loss we cover

**Item 10. Newly Formed or Acquired Organization** - Coverage is expanded to include other than corporate entities that a named insured forms or acquires. This expansion is due to the growing number of legal entities that have been created by various States in recent years. Also, the 180 day limitation has been discontinued and this now applies during the entire policy term. With this change, the language clarifies that the insured must provide records needed to compute the proper premium for such new entity and that coverage applies for the entire policy term in which the organization was acquired or formed.

## CLARIFICATION IN COVERAGE:

**Item 1. Blanket Additional Insured** - Editorial change to clarify that either a contract or agreement must be in writing. Part A. section 2 has been edited to clarify that the additional insured is covered for liability "caused in whole or in part" by the insured. Part D., sections 1 and 2 are added to clarify the additional insureds obligations to cooperate with us in the event of a loss and to clarify that the additional insured has no right of action against us if they did not notify us of a loss. Also, if by virtue of qualifying as an additional insured on other policies the additional insured has other coverage that may respond to a loss or claim, the claim must also be presented to those other carriers.

**Item 2. Fire, Lightening, Explosion And Sprinkler Leakage Damage To Premises You Rent** - clarifies that if this coverage is excluded from the policy, this provision does not apply. Clarifies how the limits of coverage as shown in the declaration apply with this section.

**Item 5. Personal And Advertising Injury- Electronic Publication Extension** - Section h. has been edited to clarify that this coverage does not apply to discrimination or humiliation that resulted from intentional actions or related to the employment, prospective employment, or termination of any person.

**Item 9. Off Premises Care, Custody Or Control Coverage** - Part A., the insuring agreement has been edited to clarify how this coverage applies to personal property and to real property. Exclusion B.3 has been edited to clarify that this coverage does not apply to the cost of repairing work that was incorrectly done by the insured or others working on behalf of the insured.

## EDITORIAL CHANGES:

**Item 8. Voluntary Property Damage** - Exclusion regarding motor vehicles has been edited to incorporate the defined term "auto".

## EDITORIAL CHANGES:

CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)

**Item 15. Broad Named Insured** - The provision relating to newly formed entities was moved to Section 10, Newly Formed Or Acquired Organizations.

Certain employed health care professionals are covered as persons insured, but only if the purpose of their employment is to provide such services to your employees.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1992

OC 70 35 06 93

Transaction  Type:  RENEWAL          Transaction  Eff Date:  05/20/2005   Transaction Date:

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

### NAMED  INSURED                           ### AGENT

FRED WANLESS TRUST                           (217) 525-9500
250 S DURKIN DR APT 11                       FORSYTH INSURANCE GROUP INC
SPRINGFIELD, IL 62704-6344                   P O BOX 2229
                                             SPRINGFIELD, IL 62705-2229

                                             IL    0280        KAP3

**Named Insured Is:**  PARTNERSHIP

**Named Insured Business Is:**   PROPERTY OWNER

## SUMMARY  OF COVERAGE PARTS AND  CHARGES

| Description | Premium |
|---|---|
| Commercial Property | $2,494.00 |
| General Liability | $2,619.00 |
| **Total charges for all coverage parts:** | $5,113.00 |
| **Certified Acts of Terrorism  Coverage:** | $15.00   **(Included)** |

## COMMERCIAL  PROPERTY SUMMARY  OF CHARGES

| Explanation of Charges | Premium |
|---|---|
| Property Schedule Totals | $2,323.00 |
| Property Master Pak Plus | $166.00 |
| Certified Acts of Terrorism Coverage | $5.00 |
| *Property Total Charges* | $2,494.00 |

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION

Insurance  at the described  premises applies only for coverages  for which a limit of insurance  is shown.  Optional  coverages  apply only when entries are made to the schedule.  For coverages,  limits and deductibles  not shown  below refer to the Commercial  Property  Coverage  Part and PROPERTY MASTER PAK PLUS

**Location:**   2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Beauty Parlors And Hair Styling Salons

**Description:**
| | |
|---|---|
| Limit of Insurance | $33,869 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| *Premium* | $180 |

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____

SIGNATURE *Amanda Way*
TITLE *Support Tech*    DATE *3-2-06*

EXHIBIT

D

ALL-STATE LEGAL

Transaction Type: RENEWAL        Transaction Eff Date: 05/20/2005  Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                BKO (06) 52987382
Commercial Package                                 From 05/20/2005 to 05/20/2006

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION - CONTINUED

**Continuation of: 2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176**

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                                    $32,256
Deductible                                                              $500

*Premium*                                                             $36.00

**Location:  2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**
Description:
Construction:  Frame


BUILDING COVERAGE
Occupancy:  Hotels Or Motels - Without Restaurants - Up To 10 Units

**Description:**
Limit of Insurance                                                   $33,869
Coinsurance                                                             80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                                             $500

*Premium*                                                            $390.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                                   $32,256
Deductible                                                             $500

*Premium*                                                            $36.00

**Location:  2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105**
Description:
Construction:   Joisted Masonry

Transaction  Type:  RENEWAL                    Transaction   Eff Date:  05/20/2005   Transaction   Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                          BKO (06) 52987382
Commercial Package                                           From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

**Continuation of: 2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105**

BUILDING COVERAGE

Occupancy:  Gasoline Stations - Full And/Or Self-Service - Minor
            Repair

**Description:**

| | |
|---|---|
| Limit of Insurance | $33,869 |
| Coinsurance | 80% |

**Covered Causes of Loss**

Special Form - Including Theft

| | |
|---|---|
| Deductible | $500 |
| *Premium* | $163.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

**Location:    1701 S STATE ST, SPRINGFIELD, IL 62704-4011**
Description:
Construction:    Frame

BUILDING COVERAGE

Occupancy:  Candy Or Confectionery Stores

**Description:**

| | |
|---|---|
| Limit of Insurance | $113,464 |
| Coinsurance | 80% |

**Covered Causes of Loss**

Special Form - Including Theft

| | |
|---|---|
| Deductible | $500 |
| *Premium* | $820.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $108,061 |
| Deductible | $500 |
| *Premium* | $59.00 |

Transaction  Type:  RENEWAL          Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

**Location:**  916 WEST LAUREL, SPRINGIED, IL 62702-0000
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Variety Stores - Profit

**Description:**
Limit of Insurance                                        $65,030
Coinsurance                                                  80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                                 $500
*Premium*                                                $354.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                        $61,933
Deductible                                                 $500
*Premium*                                                 $46.00

**Location:**   R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105
Description:
Construction:    Joisted Masonry

BUILDING COVERAGE
Occupancy:   Mobile Home Parks Or Courts - Community Centers,
              Recreational Buildings, Shelter Houses, Locker Houses
              And Other Auxiliary Or Subsidiary Buildings

**Description:**
Limit of Insurance                                        $33,869
Coinsurance                                                  80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                                 $500
*Premium*                                                $167.00

Transaction  Type:  RENEWAL                    Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                      BKO (06) 52987382
Commercial Package                                       From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

Continuation of: R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

## COMMERCIAL  GENERAL LIABILITY LIMITS  OF INSURANCE

**Basis:**  Occurrence

| | |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 100,000 |
| Medical Expense Limit (Any One Person) | 10,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 1,000,000 |
| Products - Completed Operations Aggregate Limit | 1,000,000 |

## COMMERCIAL  GENERAL LIABILITY SUMMARY  OF CHARGES

| Description | Premium |
|---|---|
| General Liability Schedule Totals | $2,609.00 |
| Certified Acts of Terrorism  Coverage | $10.00 |
| General Liability Provisional Charges: | $2,619.00 |

## SUMMARY  OF LOCATIONS  YOU OWN,  RENT, OR OCCUPY

PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000

SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000

LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000

SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000

LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000

3522 E COOK ST, SPRINGFIELD, IL 62703-2173

916 WEST LAUREL, SPRINGIELD, IL 62702-0000

2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105

Transaction  Type: RENEWAL                    Transaction  Eff Date: 05/20/2005   Transaction  Entered  Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                          BKO (06) 52987382
Commercial Package                                           From 05/20/2005 to 05/20/2006

## SUMMARY   OF LOCATIONS  YOU OWN,  RENT, OR OCCUPY

2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135

1701 S STATE ST, SPRINGFIELD, IL 62704-4011

2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176

R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105

SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000

LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000

W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000

2600 E COOK ST, SPRINGFIELD, IL 62703-1902

LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000

PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000

2520 E COOK ST, SPRINGFIELD, IL 62703-1951

LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000

LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000

LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000

LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000

3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043

SE1/4 SEC 15 E1/2 SE1/4 SEC 15
OF SE1/4 SEC 15
SPRINGFIELD, IL 62702-0000

LOTS 54 & 55, LOTS 111,112,
114 & 115 WANLESS
SPRINGFIELD, IL 62702-0000

LOTS 128 & 129, S880.66' OF
N1080.66' LOT 214
SPRINGFIELD, IL 62702-0000

SE1/4 OF SW1/4 SEC 25 T16N R5W, SPRINGFIELD, IL 62702-0000

Transaction Type: RENEWAL          Transaction Eff Date: 05/20/2005  Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

SEC 24 SW1/4 OF SEC 1/4, T16N R6W
FARR RIDGEWOOD
SPRINGFIELD, IL 92702-0000

LOTS 161 & 162 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000

LOTS 166 & 165 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000

NORTH GRAND PLACE, 32 LOTS, SPRINGFIELD, IL 62702-0000

LOTS 16, 17, 18, 59 TO 63 INCLUSI
WALESS PALCE 3RD PLAT
SPRINGFIELD, IL 62702-0000

S1/2 OF NE1/4 & S1/2 ALL IN SEC 1
OF WOODSIDE TOWNSHIP
SPRINGFIELD, IL 62702-0000

S GRAND POINTE (SEC 39, SPRINGFIE
SEC 1 OF WOODSDALE TOWNSHIP)
SPRINGFIELD, IL 62702-0000

W1/2 OF SEC 30, T16N, R4W, SPRINGFIELD, IL 62702-0000

219 N 4TH ST, SPRINGFIELD, IL 62702-0000

## SUMMARY OF ACTIVITY BY LOCATION

PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000

Insured:   FRED WANLESS TRUST

Classification - 49451
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                        Rated/Per EACH

                                                    Rate      Premium
Premise/Operations              1 Acre(s)           1.323     $1.00

SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL                    Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                                Rated/Per EACH

|  | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 27 Acre(s) | 1.323 | $36.00 |

**LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                                Rated/Per EACH

|  | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 13 Acre(s) | · 1.323 | $17.00 |

**SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                                Rated/Per EACH

|  | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 86 Acre(s) | 1.323 | $114.00 |

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                                Rated/Per EACH

|  | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 20 Acre(s) | 1.323 | $26.00 |

**LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000**

Transaction  Type:  RENEWAL        Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company        BKO (06) 52987382
Commercial Package                         From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY  BY LOCATION

Insured:   FRED WANLESS TRUST

### Classification  -  49451
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |              | Rate  | Premium |
|--------------------|--------------|-------|---------|
| Premise/Operations | 12 Acre(s)   | 1.323 | $16.00  |

**3522 E COOK ST, SPRINGFIELD, IL 62703-2173**

Insured:   FRED WANLESS TRUST

### Classification  -  49451
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.323 | $1.00   |

**916 WEST LAUREL, SPRINGIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

### Classification  -  61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|                    |                        | Rate   | Premium |
|--------------------|------------------------|--------|---------|
| Premise/Operations | 600 Square Feet Of Area | 63.266 | $38.00  |

**2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105**

Insured:   FRED WANLESS TRUST

Transaction Type: RENEWAL                Transaction  Eff Date: 05/20/2005   Transaction  Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification  - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 63.266 | $32.00 |

**2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135**

Insured:    FRED WANLESS TRUST

**Classification  - 63010**
Dwellings - One-Family - (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Dwelling(s) | 122.202 | $122.00 |

**1701 S STATE ST, SPRINGFIELD, IL 62704-4011**

Insured:    FRED WANLESS TRUST

**Classification  - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 600 Square Feet Of Area | 63.266 | $38.00 |

**2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176**

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL                Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY   BY LOCATION

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|                   |                        | Rate   | Premium |
|-------------------|------------------------|--------|---------|
| Premise/Operations | 1,200 Square Feet Of Area | 63.266 | $76.00  |

**R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 63010**

Dwellings - One-Family - (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                   |               | Rate    | Premium  |
|-------------------|---------------|---------|----------|
| Premise/Operations | 1 Dwelling(s) | 122.202 | $122.00  |

**2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

|                   |                        | Rate   | Premium |
|-------------------|------------------------|--------|---------|
| Premise/Operations | 1,200 Square Feet Of Area | 63.266 | $76.00  |

**R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL          Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 400 Square Feet Of Area | 63.266 | $25.00 |

**SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 80 Acre(s) | 1.323 | $106.00 |

**LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL                    Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                      BKO (06) 52987382
Commercial Package                                       From 05/20/2005 to 05/20/2006

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 52 Acre(s) | 1.323 | $69.00 |

**2600 E COOK ST, SPRINGFIELD, IL 62703-1902**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 2 Acre(s) | 1.323 | $3.00 |

**LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL            Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company              BKO (06) 52987382
Commercial Package                               From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                           | Rated/Per EACH | **Rate** | **Premium** |
|---------------------------|----------------|----------|-------------|
| Premise/Operations        | 324 Acre(s)    | 1.323    | $429.00     |

**2520 E COOK ST, SPRINGFIELD, IL 62703-1951**

Insured:   FRED WANLESS TRUST

**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                           | Rated/Per EACH | **Rate** | **Premium** |
|---------------------------|----------------|----------|-------------|
| Premise/Operations        | 1 Acre(s)      | 1.323    | $1.00       |

**LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                           | Rated/Per EACH | **Rate** | **Premium** |
|---------------------------|----------------|----------|-------------|
| Premise/Operations        | 1 Acre(s)      | 1.323    | $1.00       |

**LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction Type: RENEWAL          Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                BKO (06) 52987382
Commercial Package                                 From 05/20/2005 to 05/20/2006

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.323 | $1.00   |

**LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.323 | $1.00   |

**LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|                    |            | Rate  | Premium |
|--------------------|------------|-------|---------|
| Premise/Operations | 1 Acre(s)  | 1.323 | $1.00   |

**3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL          Transaction  Eff Date:  05/20/2005   Transaction   Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification  -  46607**
Parking - Public - Shopping Centers - Maintained By The
Insured (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 31.326 | $16.00 |

**Classification  - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,500 Square Feet Of Area | 63.266 | $95.00 |

**SE1/4 SEC 15 E1/2 SE1/4 SEC 15**
**OF SE1/4 SEC 15**
**SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 20 Acre(s) | 1.323 | $26.00 |

**LOTS 54 & 55, LOTS 111,112,**
**114 & 115 WANLESS**
**SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL                Transaction  Eff Date:  05/20/2005   Transaction   Entered  Date:  03/25/2005

# POLICY INFORMATION

The Ohio Casualty Insurance Company                BKO (06) 52987382
Commercial Package                                 From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

|                     | Rated/Per EACH       | Rate   | Premium |
|---------------------|----------------------|--------|---------|
| Premise/Operations  | 2 Acre(s)            | 1.323  | $3.00   |

**LOTS 128 & 129, S880.66' OF**
**N1080.66' LOT 214**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

|                     | Rated/Per EACH       | Rate   | Premium |
|---------------------|----------------------|--------|---------|
| Premise/Operations  | 4 Acre(s)            | 1.323  | $5.00   |

**SE1/4 OF SW1/4 SEC 25 T16N R5W, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

|                     | Rated/Per EACH       | Rate   | Premium |
|---------------------|----------------------|--------|---------|
| Premise/Operations  | 3 Acre(s)            | 1.323  | $4.00   |

**Classification  -  46202**
  Mobile Home Parks Or Courts
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

|                     | Rated/Per    1,000            | Rate   | Premium  |
|---------------------|-------------------------------|--------|----------|
| Premise/Operations  | 22,270 Dollars Of Gross Sales | 12.686 | $283.00  |

Transaction  Type:  RENEWAL                Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company               BKO (06) 52987382
Commercial Package                                From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY  BY LOCATION

**SEC 24 SW1/4 OF SEC 1/4, T16N R6W**
**FARR RIDGEWOOD**
**SPRINGFIELD, IL 92702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                              Rated/Per EACH

                                                      **Rate**      **Premium**
   Premise/Operations              24 Acre(s)          1.323        $32.00

**LOTS 161 & 162 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                              Rated/Per EACH

                                                      **Rate**      **Premium**
   Premise/Operations              13 Acre(s)          1.323        $17.00

**LOTS 166 & 165 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

                              Rated/Per EACH

                                                      **Rate**      **Premium**
   Premise/Operations              13 Acre(s)          1.323        $17.00

**NORTH GRAND PLACE, 32 LOTS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL          Transaction Eff Date: 05/20/2005  Transaction Entered Date: 03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per EACH |  |  |
|----------------------|----------------|-------|---------|
|                      |                | **Rate** | **Premium** |
| Premise/Operations   | 20 Acre(s)     | 1.323 | $26.00  |

**LOTS 16, 17, 18, 59 TO 63 INCLUSI**
**WALESS PALCE 3RD PLAT**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST


**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per EACH |  |  |
|----------------------|----------------|-------|---------|
|                      |                | **Rate** | **Premium** |
| Premise/Operations   | 52 Acre(s)     | 1.323 | $69.00  |

**S1/2 OF NE1/4 & S1/2 ALL IN SEC 1**
**OF WOODSIDE TOWNSHIP**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST


**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per EACH |  |  |
|----------------------|----------------|-------|---------|
|                      |                | **Rate** | **Premium** |
| Premise/Operations   | 270 Acre(s)    | 1.323 | $357.00 |

**S GRAND POINTE (SEC 39, SPRINGFIE**
**SEC 1 OF WOODSDALE TOWNSHIP)**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL          Transaction  Eff Date:  05/20/2005  Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY BY LOCATION

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per EACH | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 50 Acre(s) | | 1.323 | $66.00 |

**W1/2 OF SEC 30, T16N, R4W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  -  49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per EACH | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 85 Acre(s) | | 1.323 | $112.00 |

**219 N 4TH ST, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  -  61217**
   Buildings Or Premises - Bank Or Office - Mercantile Or
   Manufacturing - Maintained By The Insured (Lessor's Risk
   Only) - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|  | Rated/Per    1,000 | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 2,000 Square Feet Of Area | | 63.266 | $127.00 |

## SUMMARY  OF OTHER COVERAGE

Master  Pak                      See Policy  Forms  and Endorsements  List.              Included

## ENDORSEMENT  FORMS AND NOTICES

CG  00  01  10  01       Commercial General Liability Coverage Form - Occurrence
CG  00  62  12  02       War Liability Exclusion
CG  02  00  04  87       Illinois Changes - Cancellation and Nonrenewal

125

Transaction  Type:  RENEWAL                    Transaction  Eff Date:  05/20/2005    Transaction  Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                      From 05/20/2005 to 05/20/2006

## ENDORSEMENT  FORMS  AND  NOTICES - CONTINUED

| | |
|---|---|
| CG 21 47 07 98 | Employment-Related Practices Exclusion |
| CG 21 70 11 02 | Cap On Losses From Certified Acts Of Terrorism |
| CG 24 26 07 04 | Amendment of Insured Contract Definition |
| CG 83 30 12 03 | General Liability Master Pak |
| CG 84 82 11 02 | Exclusion - Fungi or Bacteria |
| CG 84 99 03 03 | Non-Cumulation of Liability Limits Same Occurrence |
| CG 85 19 09 04 | Exclusion - Electronic Distribution of Unsolicited Material |
| CM 00 01 09 04 | Commercial Inland Marine Conditions |
| CM 00 66 09 04 | Accounts Receivable Coverage Form |
| CM 01 28 03 99 | Illinois Changes - Intentional Acts |
| CM 02 04 09 00 | Illinois Changes |
| CM 75 30 01 86 | Commercial Fine Arts Coverage Form |
| CM 75 40 10 00 | Computer and Telecommunications Equipment Coverage Form |
| CM 76 40 01 86 | Sales Sample Coverage Form |
| CP 00 10 04 02 | Building and Personal Property Coverage Form |
| CP 00 30 04 02 | Business Income (and Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 04 05 04 02 | Ordinance or Law Coverage |
| CP 10 30 04 02 | Causes of Loss - Special Form |
| CP 15 45 04 02 | Utility Services - Time Element |
| CP 71 78 06 03 | Property Master Pak Plus |
| CP 72 79 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Illinois |
| CR 00 01 10 90 | Employees Dishonesty Coverage Form (Coverage Form A - Blanket) |
| CR 00 04 10 90 | Theft, Disappearance and Destruction Coverage Form (Coverage Form C) |
| CR 02 02 04 97 | Illinois Changes |
| CR 10 00 04 97 | Crime General Provisions (Loss Sustained Form) |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 07 02 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 01 18 07 02 | Illinois Changes |
| IL 02 84 07 02 | Illinois Changes - Cancellation and Nonrenewal |
| IL 09 12 07 02 | Illinois Changes Mine Subsidence Non-Residential Building |
| IL 09 35 08 98 | Exclusion of Certain Computer-Related Losses |
| IL 09 70 11 02 | Exclusion of Acts of Biological or Chemical Terrorism; Cap on Losses From Certified Acts of Terrorism |
| IL 09 96 05 04 | Conditional Exclusion of Terrorism Involving Nuclear Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) |
| LC 87 00 03 99 | Exclusion - Asbestos |
| LC 87 01 03 99 | Exclusion - Liability Arising Out of Lead |
| LC 87 08 10 02 | Medical Expense at Your Request Endorsement |
| NP 72 16 05 02 | Business Income Waiting Period |

Transaction  Type:  RENEWAL                Transaction  Eff Date:  05/20/2005   Transaction   Entered  Date:  03/25/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## ENDORSEMENT  FORMS  AND  NOTICES - CONTINUED

| | | | | |
|---|---|---|---|---|
| NP | 72 | 42 | 01 | 03 | Certified Acts of Terrorism Notice |
| NP | 73 | 43 | 01 | 04 | General Liability Master Pak 2004 Revision |
| NP | 73 | 65 | 09 | 04 | New and Revised Company Endorsements 2004 |
| NP | 73 | 72 | 12 | 04 | Potential Restrictions of Terrorism Coverage |
| NP | 73 | 80 | 07 | 04 | ISO Additional Insured Endorsement Revision 7-2004 |
| OC | 70 | 35 | 06 | 93 | Removal Permit |

## IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

## YOU NEED TO KNOW

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

  These forms were included in your original policy. An asterisk (*) indicates that a new or updated version is included in this package.

| FORM NUMBER | TITLE |
|---|---|
| * NP 72 16 05 02 | Business Income Waiting Period |
| * NP 72 42 01 03 | Certified Acts of Terrorism Notice |
| * NP 73 43 01 04 | General Liability Master Pak 2004 Revision |
| * NP 73 65 09 04 | New and Revised Company Endorsements 2004 |
| * NP 73 72 12 04 | Potential Restrictions of Terrorism Coverage |
| * NP 73 80 07 04 | ISO Additional Insured Endorsement Revision 7-2004 |

- Visit our Website at www.ocas.com. When you visit our Website, you'll find an easy-to-read copy of our Extra Newsletter, which is jam-packed with valuable business information you can really use.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES
## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. Of Section II - Who Is An insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

© ISO Properties, Inc., 2000

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neu-

 © ISO Properties, Inc., 2000

tralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred b you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product";

**(2)**  "Your work"; or

**(3)**  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1.  Insuring Agreement**

**a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)**  The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)**  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.**  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© ISO Properties, Inc., 2000

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infridgement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for other; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution - Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing,

© ISO Properties, Inc., 2000

treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

   (1) On premises you own or rent;

   (2) On ways next to premises you own or rent; or

   (3) Because of your operations;

   provided that:

   (1) The accident takes place in the "coverage territory" and during the policy period;

   (2) The expenses are incurred and reported to us within one year of the date of the accident; and

   (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   (1) First aid administered at the time of an accident;

   (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

   (3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. **Any Insured**

   To any insured, except "volunteer workers".

b. **Hired Person**

   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

   To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

   To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

   Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

   Excluded under Coverage A.

h. **War**

   Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All costs taxed against the insured in the "suit".

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and

an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary

Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers", (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing du-

© ISO Properties, Inc., 2000

ties related to the conduct of your business. However, none of these "employees" or volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury";

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co- "employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but

only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A**; and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable un-

der the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.   Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.   Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.   Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

   **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

   **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

   **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

   **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damage arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.   Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.   Premium Audit**

**a.**   We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.**   Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.**   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in a. above;

(2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)**

above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes

other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic

data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

  a. Means:

    (1) Any goods or products, other than real property, manufactured, sold,

handled, distributed or disposed of by:

      (a) You;

      (b) Others trading under your name; or

      (c) A person or organization whose business or assets you have acquired; and

    (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    (2) The providing of or failure to provide warnings or instructions.

  c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

  a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

  b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

E-FILED
Thursday, 20 April, 2006 12:20:19 PM
Clerk, U.S. District Court, ILCD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2.    Exclusions**

This insurance does not apply to:

**i.    War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2.    Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES - CANCELLATION
## AND NONRENEWAL

This endorsement modifies insurance under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2. a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

**b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

**c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

**(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

**(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

**3.** If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained through a material misrepresentation;

**c.** Any insured has violated any of the terms and conditions of the policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification of the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

NONRENEWAL

**1.** If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

**a.** You; and

**b.** The broker, if known to us, or the agent of record.

**2.** Even if we do not comply with these terms, this policy will terminate:

**a.** On the expiration date, if:

**(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**(2)** We have indicated our willingness to renew this policy to you or your representative; or

**(3)** You have notified us or our agent that you do not want to renew this policy.

**b.** On the effective date of any other insurance replacing this policy.

**c.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

                    Copyright, Insurance Services Office, Inc., 1987

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

  **(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment–related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment–related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

  **(1)** Whether the insured may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

  **(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment–related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment–related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

  **(1)** Whether the insured may be liable as an employer or in any other capacity; and

  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 70 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 24 26 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** is replaced by the following:

9.   "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY
# MASTER PAK®

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### INDEX

| SUBJECT | PAGE |
|---|---|
| BLANKET ADDITIONAL INSURED (OWNERS, LESSEES, CONTRACTORS OR LESSORS) | 2 |
| FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT | 3 |
| NON-OWNED WATERCRAFT | 4 |
| SUPPLEMENTARY PAYMENTS (BAIL BONDS) | 4 |
| PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION | 5 |
| AGGREGATE LIMITS (PER LOCATION) | 5 |
| AGGREGATE LIMITS (PER PROJECT) | 5 |
| VOLUNTARY PROPERTY DAMAGE COVERAGE | 6 |
| OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE | 6 |
| NEWLY FORMED OR ACQUIRED ORGANIZATIONS | 7 |
| DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| BODILY INJURY (MENTAL ANGUISH) | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS | 8 |
| MEDICAL PAYMENTS | 8 |

Includes copyrighted material of ISO Properties., Inc., with its permission.
© ISO Properties, Inc., 2003

1. **BLANKET ADDITIONAL INSURED** (Owners, Lessees, Contractors or Lessors)
   (Includes a Primary/Non-Contributory provision)

   **Who Is An Insured Section II** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy in a written contract or written agreement. The written contract or written agreement must be currently in effect or becoming effective during the term of this policy and executed prior to the "bodily injury," "property damage" or "personal and advertising injury."

   The insurance provided the additional insured is limited as follows:

   **A.** The person or organization is only an additional insured with respect to liability:

       **1.** Arising out of real property, as described in a written contract or written agreement, that you own, rent, lease or occupy; or

       **2.** Caused in whole or in part by your ongoing operations performed for that insured.

       The insurance provided the additional insured in **1.A.2.** above does not apply to:

         **a.** **Coverage A - Bodily Injury and Property Damage Liability, Coverage B - Personal and Advertising Injury Liability** or defense coverage under the **Supplementary Payments** arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

           **(1)** The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

           **(2)** Supervisory, inspection, architectural or engineering activities.

         **b.** "Bodily injury" or "property damage" occurring after:

           **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) were performed by or on behalf of the additional insured(s) at the site where the covered operations have been completed; or

           **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing a principal as part of the same project.

   **B.** The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of Insurance as stated in the Declarations of this policy and defined in **Section III - Limits Of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

   **C.** The insurance provided the additional insured does not apply to the liability resulting from the sole negligence of the additional insured.

Includes copyrighted material of ISO Properties., Inc., with its permission.
© ISO Properties, Inc., 2003

**D.** As respects the coverage provided to the additional insured under this endorsement, **Section IV-Conditions** is amended as follows:

1. The following is added to Condition 2. **Duties In The Event Of Occurrence, Offense, Claim, or Suit**

   An additional insured under this endorsement will as soon as practicable:

   a. Give written notice of an "occurrence" or an offense, that may result in a claim or "suit" under this insurance to us;

   b. Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

   c. Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

2. The following is added to **Condition 3. Legal Action Against Us:**

   We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a claim or "suit" from the additional insured.

3. The following is added to Paragraph **a., Primary Insurance** of **Condition 4. Other Insurance:**

   If the additional insured's policy has an Other Insurance provision making its policy excess, and a Named Insured has agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

4. The following is added to Paragraph **b., Excess Insurance** of **Condition 4. Other Insurance:**

   Except as provided in Paragraph **4.a.** Primary Insurance as amended above, any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis. In the event an additional insured has other coverage available for an "occurrence" by virtue of also being an additional insured on other policies, this insurance is excess over those other policies.

**2. FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT**

If **Damage To Premises Rented To You** under **Coverage A** is not otherwise excluded from this policy, the following applies:

**A.** The last paragraph of 2. Exclusions of Section I - Coverage A is replaced by the following:

   If **Damage To Premises Rented To You** is not otherwise excluded, **Exclusions c.** through **n.** do not apply to damage by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - Limits Of Insurance.**

Includes copyrighted material of ISO Properties., Inc., with its permission.
© ISO Properties, Inc., 2003

B.  Paragraph **6** of **Section III - Limits Of Insurance** is replaced by the following:

6.  Subject to **5.** above, the **Damage To Premises Rented To You Limit** shown in the Summary of Limits and Charges section of this policy is the most we will pay under **Coverage A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with the permission of the owner arising out of any one fire, lightning, "explosion" or sprinkler leakage incident.

C.  Paragraph **b.(1)(b)** of **Condition 4. Other Insurance (Section IV - Conditions)** is replaced by the following:

(1)  That is Fire, Lightning, Explosion or Sprinkler Leakage insurance for premises rented to you or temporarily occupied by you with the permission of the owner;

D.  Paragraph **9.a.** of the definition of "insured contract" in **Section V- Definitions** is replaced by the following:

9.  "Insured contract" means:

a.  A contract for the lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

E.  The following definition is added to **Section V - Definitions:**

"Explosion" means a sudden release of expanding pressure accompanied by a noise, a bursting forth of material and evidence of the scattering of debris to locations further than would have resulted by gravity alone.

"Explosion" does not include any of the following:

1.  Artificially generated electrical current including electrical arcing that disturbs electrical devices, appliances or wires;

2.  Rupture or bursting of water pipes;

3.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control; or

4.  Rupture or bursting caused by centrifugal force.

3.  **NON-OWNED WATERCRAFT**

Subparagraph **g.(2)** of Paragraph **2.**, **Exclusions** of **Section I - Coverage A** is replaced by the following:

(2)  A watercraft you do not own that is:

(a)  Less than 51 feet long; and
(b)  Not being used to carry persons or property for a charge;

4.  **SUPPLEMENTARY PAYMENTS**

In the **Supplementary Payments - Coverages A and B** provision:

The limit for the cost of bail bonds in Paragraph **1. b.** is changed from $250 to $1000.

---

Includes copyrighted material of ISO Properties., Inc., with its permission.

**CG 83 30 12 03**                © ISO Properties, Inc., 2003                **Page 4 of 8**

**5.    PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION**

Paragraphs **14.b., d.** and **e.** of **Section V - Definitions** are replaced by the following:

**b.**    Malicious prosecution or abuse of process;

**d.**    Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.**    Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

The following is added to Paragraph **14.** "Personal and Advertising Injury" of **Section V - Definitions:**

**h.**    Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

**(1)**    Not done intentionally by or at the direction of:

**(a)**    An insured; or

**(b)**    Any "executive officer" director, stockholder, partner or member of the insured; and

**(2)**    Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

Subparagraphs **b.** and **c.** of **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability** are replaced by the following:

**b.    Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**c.    Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

**6.    AGGREGATE LIMITS OF INSURANCE (PER LOCATION)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**7.    AGGREGATE LIMITS OF INSURANCE (PER PROJECT)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your projects away from premises owned by or rented to you.

Includes copyrighted material of ISO Properties., Inc., with its permission.

CG 83 30 12 03                © ISO Properties, Inc., 2003                Page 5 of 8

**8.   VOLUNTARY PROPERTY DAMAGE COVERAGE**

At your request, we will pay for "loss" to property of others caused by your business operations. The most we will pay for this coverage is $500 each "occurrence." The "loss" must occur during the policy period. The "occurrence" must take place in the "coverage territory".

"Loss" means unintended damage or destruction. "Loss" does not mean disappearance, abstraction or theft.

This coverage does not apply to:

1.   Damage arising out of the use of any "auto";
2.   Property you own, occupy, rent or lease from others; or
3.   Property on your premises for sale, service, repair or storage.
None of the other policy exclusions apply to this coverage.

If the policy to which this endorsement is attached is written with a property damage liability deductible, the deductible shall apply to Voluntary Property Damage. The limit of coverage stated above shall not be reduced by the amount of this deductible.

**9.   OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE**

**A.**   We will pay those sums that you become legally obligated to pay as damages because of "property damage" to personal property of others while in your or your "employees" care, custody or control or real property of others over which you or your "employees" are exercising physical control if the "property damage" arises out of your business operations. This Coverage is subject to sections **B., C., D.** and **E.** below.

**B.**   **Exclusions**

This insurance shall not apply to:

1.   "Property damage" of property at premises owned, rented, leased, operated or used by you;
2.   "Property damage" of property while in transit;
3.   The cost of repairing or replacing:
     **(a)**   Any of your work defectively or incorrectly done by you or by others on your behalf; or
     **(b)**   Any product manufactured, sold or supplied by you, unless the "property damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking; or
4.   "Property damage" of property caused by or arising out of the "products-completed operations hazard".

**C.**   **Limits Of Insurance** - The most we will pay for "property damage" under this **Section 9.** is $5,000 for each "occurrence". The most we will pay for the sum of all damages covered under this **Section 9.** because of "property damage" is an annual aggregate limit of $25,000.

The **Limits Of Insurance** provided under this **Section 9.** are inclusive of and not in addition to any other limits provided in the policy or endorsements attached to it.

**D.**   **Deductible** - We will not pay for "property damage" in any one "occurrence" until the amount of "property damage" exceeds $250. If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than $250.

**E.**   In the event of "property damage" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

CG 83 30 12 03                          © ISO Properties, Inc., 2003                          **Page 6 of 8**

**10. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

A. Paragraph 4. of **Section II - Who Is An Insured** is deleted and replaced by the following:

4. Any business entity acquired by you or incorporated or organized by you under the laws of any individual state of the United States of America over which you maintain majority ownership interest exceeding fifty percent. Such acquired or newly formed organization will qualify as a Named Insured if there is no similar insurance available to that entity. However:

a. Coverage under this provision applies only until the expiration of the policy period in which the entity was acquired or incorporated or organized by you.

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before the entity was acquired or incorporated or organized by you.

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before the entity was acquired or incorporated or organized by you.

d. Records and descriptions of operations must be maintained by the first Named Insured.

B. This Section 10. does not apply to newly formed or acquired organizations if coverage is excluded either by provisions of the Coverage Part or by other endorsement(s) attached to it.

**11. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

A. The requirements in **Section IV - Conditions**, Paragraph 2.a., that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

1. You, if you are an individual;
2. A partner, if you are a partnership;
3. A member or manager, if you are a limited liability company;
4. An executive officer or designee, if you are a corporation;
5. A trustee, if you are a trust; or
6. A designee, if you are any other type of organization.

B. The requirements in **Section IV - Conditions**, Paragraph 2.b., that you must see to it that we receive written notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

1. You, if you are an individual;
2. A partner, if you are a partnership;
3. A member or manager if you are a limited liability company;
4. An executive officer or designee, if you are a corporation;
5. A trustee, if you are a trust; or
6. A designee, if you are any other type of organization.

Knowledge of an "occurrence," claim or "suit" by the agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an officer or designee shall have received notice from its agent, servant or "employee".

© ISO Properties, Inc., 2003

## 12. BODILY INJURY

Paragraph **3.** of the definition of "bodily injury" in the **Section V - Definitions** is replaced by the following:

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

## 13. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit anyone not named in the agreement.

## 14. MEDICAL PAYMENTS

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Expense Limit provided by this policy shall be the greater of:

A. $10,000; or
B. The amount shown in the Declarations.

All other terms and conditions of your policy remain unchanged.

Includes copyrighted material of ISO Properties., Inc., with its permission.

**CG 83 30 12 03**    © ISO Properties, Inc., 2003    **Page 8 of 8**

COMMERCIAL GENERAL LIABILITY
CG 84 82 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**c.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**d.** Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

**C.** The following is added to the **Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

However, "fungi" does not include any fungi intended by the insured for consumption or contained within any food products sold or in any way distributed by the insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

**CG 84 82 11 02**

COMMERCIAL GENERAL LIABILITY
CG 84 99 03 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION OF LIABILITY LIMITS
# SAME OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to paragraph **5.** of Section **III** - Limits of Insurance:

If an "occurrence" that results in "bodily injury" or "property damage" includes continuous or repeated exposure to substantially the same general conditions that extend over more than one annual policy "issued by us", the each occurrence limit of this policy shall be reduced by the amount of payments we have made or have agreed to make under all policies.

**B.** The following definition is added to Section **V** - Definitions:

"Issued by us" includes all policies issued by Ohio Casualty Insurance Company, West American Insurance Company or American Fire and Casualty Insurance Company.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

 ©ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
CG 85 19 09 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ELECTRONIC DISTRIBUTION OF UNSOLICITED MATERIAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.  The following exclusion is added to Paragraph **2.**, **Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

2.  **Exclusions**
    This insurance does not apply to:

    **Email, Fax or Phone Call**
    "Bodily injury" or "property damage" arising directly or indirectly out of:

    a.  A violation of the Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such laws, by the sending or transmitting of a fax or the placing of a phone call;

    b.  A violation of the CAN-SPAM Act of 2003, including any amendment of or addition to such laws, by the sending or transmitting of an email;

    c.  Any other act that violates the TCPA or the CAN- SPAM Act of 2003, including any amendment of or addition to such laws; or

    d.  Any act that violates any other statute, ordinance or regulation of any federal, state or local government, including any amendment of or addition to such laws, that prohibits or limits the sending, transmitting or communicating of material or information.

B.  The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

2.  **Exclusions**
    This insurance does not apply to:

    **Email, Fax or Phone Call**
    "Personal and advertising injury" arising directly or indirectly out of:

    a.  A violation of the Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such laws, by the sending or transmitting of a fax or the placing of a phone call;

    b.  A violation of the CAN-SPAM Act of 2003, including any amendment of or addition to such laws, by the sending or transmitting of an email; or

    c.  Any other act that violates the TCPA or the CAN- SPAM Act of 2003, including any amendment of or addition to such laws; or

    d.  Any act that violates any other statute, ordinance or regulation of any federal, state or local government, including any amendment of or addition to such laws, that prohibits or limits the sending, transmitting or communicating of material or information.

Includes copyrighted material of ISO Properties, Inc., with its permission.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

© ISO Properties, Inc., 2003

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

1. **Pair or Set.**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 00 66 09 04

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E** - Definitions.

**A. Coverage**

1. We will pay:

    a. All amounts due from your customers that you are unable to collect;

    b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

    c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

    d. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

    that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

    Coverage does not apply to:

    a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

    b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage - Collapse**

    We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

    a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

    b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    d. Weight of people or personal property;

    e. Weight of rain that collects on a roof;

    f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **a.** through **e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

    This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

  © ISO Properties, Inc., 2003

**Coverage Extension**

**REMOVAL**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

a. At a safe place away from your "premises"; or

b. Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   b. **Nuclear Hazard**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

   c. **War And Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or any other consequential loss.

   b. Dishonest or criminal act committed by:

   (1) You, any of your partners, employees, directors, trustees, or authorized representatives;

   (2) A manager or a member if you are a limited liability company;

   (3) Anyone else with an interest in the property, or their employees or authorized representatives; or

   (4) Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

   This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

   c. Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

   This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   d. Bookkeeping, accounting or billing errors or omissions.

   e. Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

   (1) Programming errors or faulty machine instructions;

(2) Faulty installation or maintenance of data processing equipment or component parts;

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises."

But we will pay for direct loss or damage caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

4. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d. Collapse except as provided in the Additional Coverage -Collapse section of this Coverage Form.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b. The following will be deducted from the total amount of accounts receivable, however that amount is established:

(1) The amount of the accounts for which there is no loss or damage;

(2) The amount of the accounts that you are able to re-establish or collect;

(3) An amount to allow for probable bad debts that you are normally unable to collect; and

(4) All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

© ISO Properties, Inc., 2003

COMMERCIAL INLAND MARINE
CM 01 28 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

**1.** By or at the direction of any insured; and

**2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**1.** The loss arose out of a pattern of criminal domestic violence; and

**2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

     Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL INLAND MARINE
CM 02 04 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      (2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

   a. You; and

   b. The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   a. On the expiration date if:

      (1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      (2) We have indicated our willingness to renew this policy to you or your representative; or

      (3) You have notified us or our agent that you do not want to renew this policy.

   b. On the effective date of any other insurance replacing this policy.

**C. Mailing of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1999

**D.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us:

1. Until there has been full compliance with all terms of this Coverage Part; and

2. More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, Insurance Services Office, Inc., 1999                    CM 02 04 09 00

E-FILED
COMMERCIAL INLAND MARINE
Thursday, 20 April, 2006 03:20:38 PM
Clerk, U.S. District Court, ILCD

This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.

# COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

### 1. COVERED PROPERTY

We'll cover your property scheduled in the Declarations.

### 2. PROPERTY NOT COVERED

a. Contraband, or property in the course of illegal transportation or trade.

b. Property on exhibition at fair grounds or premises of national or international expositions unless the premises is scheduled in the Declarations.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for "loss" caused by or resulting from any of the following:

a. **Dishonest acts by:**

(1) You;

(2) Anyone else with an interest in the property;

(3) Your or their employees or authorized representatives; or

(4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

b. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

c. Damage caused by any repairing, restoration or retouching process.

d. Breakage of art glass windows, glass—

ware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by fire, lightning, aircraft, windstorm, malicious damage, theft, explosion, earthquake, flood or collision, derailment or overturn of conveyance.

**e.** Poor packing or rough handling.

## C.  LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance scheduled in the Declarations, no matter how many protected persons, property owners or financial interests are involved.

## D.  DEDUCTIBLE

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

## E.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1.  VALUE OF PROPERTY**

**a.**  We will pay the amount shown for each scheduled article which is agreed to be the value of the article.

**b.**  In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

**2.  PACKING**

You agree that the covered property will be packed and unpacked by competent packers.

**3.  NEWLY ACQUIRED PROPERTY**

We cover other objects of art acquired during the policy period for their actual cash value but no more than 25% of the amount of insurance for fine arts scheduled, provided you report these objects to us within 90 days of acquisition and pay the additional premium from the date acquired.

**4.  COVERAGE TERRITORY**

We cover property wherever located within:

**a.**  The continental United States;

**b.**  The State of Hawaii; and

**c.**  Canada.

## G.  DEFINITIONS

"Loss" means accidental loss or damage.

# COMPUTER AND TELECOMMUNICATIONS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section H - DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **COVERED PROPERTY**, as used in this Coverage Form, means:

   Electronic Data processing and word processing computer equipment, telecommunications equipment and integral components used exclusively in your "computer and telecommunications operations" at locations scheduled in the declarations. The equipment must be property that you own, rent or are legally responsible for.

   Throughout this policy, the word equipment refers to covered property.

2. **PROPERTY NOT COVERED**

   a. Contraband, or property in the course of illegal transportation or trade.

   b. Accounts, bills, money, securities, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents. However, this exclusion doesn't apply to media.

   c. Property you rent, lease or loan to others while it is away from your premises.

   d. Data processing and telecommunications equipment that is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration.

   e. Satellites, microwave towers and dishes, earth stations, telephone switching stations.

   f. Overhead or underground transmission lines.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXTENSIONS OF COVERAGE

1. **DATA, MEDIA, EXTRA EXPENSE AND BUSINESS INCOME**

   If a covered "loss" occurs, we'll also pay up to 25% of the equipment location limit shown in the declarations or $50,000, whichever is less for EACH of the following:

   a. **DATA AND MEDIA**

      Data means information stored on media and includes facts, instructions and programs converted to a form usable in a data processing operation.

      Media means material on which data is recorded, such as magnetic discs, diskettes or tapes, disc packs, paper tapes or cards used in computer processing units.

   b. **EXTRA EXPENSE**

      Extra expense means any necessary operating expenses over and above your normal cost of operating your equipment had no "loss" occurred. We'll pay these necessary expenses from the date of "loss" until:

      (1) The equipment is repaired or replaced and normal operation resumes; or

      (2) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (3) The limit of this extension of coverage is used.

      You agree to resume normal operation, either partial or complete, as soon as you can following any "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

**c. BUSINESS INCOME**

We will pay for the actual loss of business income you sustain due to the necessary suspension of your "computer and/or telecommunications operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to equipment at the described premises, caused by or resulting from any Covered Cause of Loss. The most we will pay is the business income limit of this extension of coverage.

Business income means the:

**(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including necessary payroll.

**2. DEBRIS REMOVAL**

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay for "loss" under this extension is 25% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages up to a maximum of $100,000.

This extension doesn't apply to the cost to:

**a.** Extract "pollutants" from land or water; or

**b.** Remove, restore or replace polluted land or water.

**3. POLLUTANT CLEANUP AND REMOVAL**

We will pay your necessary expense to extract "pollutants" from land or water at the premises described in the Declarations, if the release, discharge or dispersal of "pollutants" results from a Covered Cause of Loss to Covered Property that occurs during the policy period. Your expenses will be paid only if they are reported to us within 180 days of the earlier of:

**a.** The date of the "loss"; or

**b.** The end of the policy period.

The most we will pay under this extension is 10% of the sum of the applicable location limits for Equipment and Data, Programs, Media Coverages, up to a maximum of $10,000, for the sum of all such expenses for each separate 12 month policy period.

**4. COST OF PREPARING A STATEMENT OF LOSS**

We will pay the cost of preparing a statement of loss or any other exhibits required in connection with any claim under this Coverage Form, however we will not pay for the cost of a Public Adjuster.

The most we will pay for the cost of preparing a statement of loss or other exhibits under this extension is $1,000.

**5. DUPLICATE DATA**

We will pay for your "loss" of duplicate data stored at locations not listed on the Declarations. The most we will pay for the "loss" under this extension in any one occurrence is 25% of the highest Data, Programs, Media location limit up to a maximum of $50,000.

**6. PROTECTIVE EQUIPMENT**

We will pay your necessary expenses to:

**a.** Repair or replace (in excess of any amount covered by other insurance);

**b.** Recharge:

Your fire protection equipment that is used exclusively to protect the Covered Property.

We will pay if the damage or discharge is the result of a response to a fire, a false alarm, or another Covered Cause of Loss. But, we will not pay for discharge which occurs during installation, repair or recharge. Nor will we pay for gradual leakage from the system.

The most we will pay under this extension in any one occurrence is $25,000.

**7. NEWLY ACQUIRED EQUIPMENT**

**a.** We will extend the insurance that applies to your equipment to apply to newly acquired equipment at any location described in the declarations.

The most we will pay for "loss" under this extension is 25% of the highest Limit of Insurance for any location shown in the Declarations, up to a maximum of $250,000.

**b.** Insurance under this extension for newly acquired equipment will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 60 days expire after you ac-

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the new equipment.

8. **EQUIPMENT AT NEWLY ACQUIRED LOCATION**

a. You may extend the insurance that applies to your equipment to apply to that equipment at any location you acquire.

The most we will pay for "loss" under this extension is $100,000 or the applicable limit shown on the declarations, whichever is greater.

b. Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you acquire the new location; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the Location.

9. **PROPERTY IN TRANSIT**

We will pay up to $50,000 or the amount shown on the Declarations, whichever is greater, for direct physical "loss" to your equipment, data and media while in transit within the Coverage Territory.

10. **TEMPORARY LOCATION**

We will cover your computer and telecommunications equipment, data and media for up to $50,000 while temporarily located off premises for purposes other than storage. This coverage is provided for the first 60 days that the property is located there, but not beyond the end of the policy period.

The 60 day limitation does not apply to portable data processing and word processing computer equipment used primarily off premises.

11. **COMPUTER VIRUS**

We will cover "loss" resulting from acts of computer hackers, computer viruses or other malicious software.

C. **EXCLUSIONS**

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence

to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

a. Consequential Losses: Delay, loss of use, loss of market or any other consequential loss.

b. Dishonesty: Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to:

(1) Acts of destruction by your employees; but theft by employees is not covered.

(2) A carrier for hire.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

c. Maintenance Types of Loss:

(1) Wear and tear;

(2) Rust, deterioration, fungus, mold, rot, contamination hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Dampness or dryness of atmosphere;

(4) Changes in or extremes of temperature;

(5) Marring or scratching;

(6) Maintenance;

(7) Service; or

(8) Repair.

But we will pay for "loss" due to normal operator service if done according to written manufacturer instructions.

d. Off-Premises Power Failure

(1) Interruption of power supply;

(2) Power surge; or

(3) Blackout or brownout;

If the power failure occurs more than 1,000 feet from the building containing the Covered Property.

e. Error or omission in programming or giving the machine incorrect instructions.

This exclusion does not apply to acts of computer hackers, computer viruses or other malicious software.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. "Pollutants."

D. LIMITS OF INSURANCE

1. The most we will pay for "loss" to equipment in any one occurrence is the applicable scheduled limit of insurance.

2. The limits applicable to Extensions of Coverage are in addition to the scheduled limits of insurance for equipment.

E. VALUATION

1. Equipment

a. We will determine the value of the equipment at replacement cost (without deduction for depreciation) at the time and place of the "loss."

However, we will pay the smallest of the following amounts:

(1) The actual cost of repairing the damaged equipment with materials of like kind and quality;

(2) The amount you actually spend that is necessary to replace the equipment with new property of like kind, processing capacity and function;

(3) If you are unable to replace the equipment with equipment of like kind, processing capacity and function, we will replace with similar equipment having the nearest improved processing capacity and function; or

(4) The limit of insurance applicable to the lost or damaged equipment.

We reserve the right to repair or replace the equipment or to pay for the equipment in money.

b. We will not pay on a replacement cost basis for any "loss":

(1) Until the lost or damaged equipment is actually repaired or replaced;

(2) Unless the repairs or replacement are made as soon as reasonably possible after the "loss";

(3) To equipment not maintained in good or workable condition; or

(4) To equipment that is outdated or obsolete and is stored or not being used.

c. If we do not pay on a replacement cost basis, we will pay the smallest of the following amounts:

(1) The market value at the time of loss of the damaged or destroyed equipment;

(2) The amount it would cost to repair or replace that part of the equipment that is damaged or destroyed with material of like kind and quality less allowance for physical deterioration and depreciation; or

(3) The limit of insurance applicable to the lost or damaged equipment.

2. Data and Media

a. We won't pay more than the actual cost to reproduce the data.

b. The most we will pay is the cost of the blank media if the data is not

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

replaced due to:

 **(1)** The lack of backup data and media or other documentation or records; or

 **(2)** Your decision not to replace.

## F. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the deductible shown in the declarations. We will then pay the amount of the adjusted "loss" in excess of the deductible, up to the applicable Limit of Insurance.

**1. Basic Deductible:**

Applies to all "loss" except "loss" specified in the Breakdown Deductible.

**2. Breakdown Deductible:**

Applies to the direct physical "loss" to your data, media or equipment resulting from:

**a.** Mechanical breakdown or malfunction of the covered equipment.

**b.** Data processing program failure or breakdown.

**c.** Media failure or breakdown.

**d.** Electrical disturbance to the covered property that originates less than 1,000 feet from the building in which the covered property is located.

**e.** Electrical or magnetic injury to, or disturbance or erasure of data which occurs in, or less than 1,000 feet from, the building in which the covered property is located.

**f.** The following if not done by you, any of your partners, employees, directors, trustees or authorized representatives:

 **(1)** Error or omission in design;

 **(2)** Faulty construction; or

 **(3)** Use of faulty materials in the development, manufacture or installation of your data, media or equipment.

**g.** Maintenance, service or repair except normal operator service if done according to written manufacturer instructions.

## G. AMENDED OR ADDITIONAL CONDITIONS

The following conditions amend or apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover your equipment wherever located within:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

## 2. Civil Authority

We will pay for the actual loss of business income you sustain and necessary extra expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

## 3. Other Insurance

**a. Other Computer Insurance**

If you have other computer insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other computer insurance is exhausted. If the other computer insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

**b. Other Property Insurance**

If you have other property insurance which covers "loss" to your equipment, data or media and the "loss" is also covered under this contract, this contract is primary insurance. This means that we will pay up to the applicable limits of liability for any covered "loss" first. Any "loss" that exceeds our limits will be the obligation of the other insurance.

**c. Other Extra Expense or Business Income Insurance**

If you have any other insurance which covers an extra expense or business income "loss" and the "loss" is also covered under this contract, this contract is excess insurance. This means that we will pay for "loss" only after other insurance is exhausted. If the other insurance is also written on an excess basis, we will pay our prorata share of any covered "loss."

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

## H. DEFINITIONS

1. **"Computer and telecommunications operations"** means your computer and telecommunications activities occurring at the described premises.

2. **"Loss"** means accidental loss or damage.

3. **"Period of restoration"** means the period of time that:

   a. Begins with the date of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **"Period of restoration"** does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants."

   The expiration date of this policy will not cut short the "period of restoration."

4. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant, bacteria or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Includes copyrighted material of ISO Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc.

COMMERCIAL INLAND MARINE

**This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.**

# SALES SAMPLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

## A. COVERAGE

**1. COVERED PROPERTY**

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss. Covered Property as used in this Coverage Form, means:

Samples of merchandise as scheduled in the Declarations while in the possession of your sales people or principals acting as sales people.

**2. PROPERTY NOT COVERED**

a. Contraband, or property in the course of illegal transportation or trade.

b. Jewelry, furs or articles consisting principally of fur.

c. Property located at your place of business, or located at the premises of your sales people or representatives.

d. Property intended for sale, which may be sold and shipped by you to others.

e. Property you've purchased from others.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

a. **GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

b. **NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion, whether in time of peace or war; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

c. **WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We won't pay for a "loss" caused by or resulting from any of the following:

a. Delay or loss of market.

b. Unexplained disappearance.

c. Shortage found upon taking inventory.

CM 76 40 01 86

Page 1 of 2

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984

d. Dishonest acts by:

    (1) You;

    (2) Anyone else with an interest in the property;

    (3) Your or their employees or or authorized representatives; or

    (4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

f. Unauthorized instructions to transfer property to any person or to any place.

g. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

h. Theft from any unattended vehicle.

i. Marring, scratching or breakage.

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E. COINSURANCE**

All covered property, must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limits of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss."

**F. COVERAGE TERRITORY**

We cover property wherever located within:

    **1.** The continental United States of America; and

    **2.** Canada.

**G. DEFINITIONS**

"Loss" means accidental loss or damage.

COMMERCIAL PROPERTY
CP 00 10 04 02

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H - Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

© ISO Properties, Inc., 2001

**c. Personal Property of Others** that is:

   **(1)** In your care, custody or control; and

   **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

   **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

   **(c)** Rowboats or canoes out of water at the described premises; or

   **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

    © ISO Properties, Inc., 2001

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

© ISO Properties, Inc., 2001

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable | $ | 79,500 |
| | | ($80,000 - $500) |
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable | | |

| | | |
|---|---|---|
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

© ISO Properties, Inc., 2001

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage - Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

(2) If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

© ISO Properties, Inc., 2001

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-Premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

© ISO Properties, Inc., 2001

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance:

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: | $  250 |
| Limit of Insurance - Bldg. 1: | $ 60,000 |
| Limit of Insurance - Bldg. 2: | $ 80,000 |
| Loss to Bldg. 1: | $ 60,100 |
| Loss to Bldg. 2: | $ 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
-  250
$59,850        Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | |
|---|---|
| Loss to Bldg. 1: | $ 70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Bldg. 2: | $ 90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Bldg. 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable - Bldg. 2: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | |
| | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

 © ISO Properties, Inc., 2001 CP 00 10 04 02

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)** ;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)** ; and

**(4)** Subtract the deductible from the figure determined in Step **(3)** .

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When: The value of the property is                          $ 250,000
The Coinsurance percentage for it is                       80%
The Limit of Insurance for it is                          $ 100,000
The Deductible is                                      $     250
The amount of loss is                                  $  40,000

Step **(1)**:$250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**:$100,000 ÷ $200,000 = .50

Step **(3)**:$40,000 x .50 = $20,000

Step **(4)**:$20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | | |
|---|---|---|
| The value of the property is | | $ 250,000 |
| The Coinsurance percentage for it is | | 80% |
| The Limit of Insurance for it is | | $ 200,000 |
| The Deductible is | | $ 250 |
| The amount of loss is | | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of property is: | |
|---|---|---|
| | Bldg. at Location No. 1 | $ 75,000 |
| | Bldg. at Location No. 2 | $ 100,000 |
| | Personal Property at Location No. 2 | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ 180,000 |
| | The Deductible is | $ 1,000 |
| | The amount of loss is: | |
| | Bldg. at Location No. 2 | $ 30,000 |
| | Personal Property at Location No. 2 | $ 20,000 |
| | | $ 50,000 |

**Step (1):** $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 ÷ $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000.

**Step (4):** $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

    **a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

| The applicable Limit of Insurance is | $ 100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365= | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject of **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

   **(a)** Of comparable material and quality; and

   **(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4.** **Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.** **DEFINITIONS**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© ISO Properties, Inc., 2001

COMMERCIAL PROPERTY
CP 00 30 04 02
E-FILED
Thursday, 20 April, 2006 02:21:03 PM
Clerk, U.S. District Court, ILCD

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F - Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks. Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**a.** Business Income including "Rental Value".

**b.** Business Income other than "Rental Value".

**c.** "Rental Value".

If option **a.** above is selected, the term Business Income will include "Rental Value". If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**a.** The portion of the building which you rent, lease or occupy; and

**b.** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimuze the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 3. Covered Causes of Loss, Exclusions And Limitations

See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Limitation - Interruption of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

   a. **Civil Authority**

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

      The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

   (1) 3 consecutive weeks after the time of that action; or

   (2) When your Business Income coverage ends;

   whichever is later.

   b. **Alterations And New Buildings**

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

      (1) New buildings or structures, whether complete or under construction;

      (2) Alterations or additions to existing buildings or structures; and

      (3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

         (a) Used in the construction, alterations or additions; or

         (b) Incidental to the occupancy of new buildings.

      If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

   c. **Extended Business Income**

      (1) Business Income Other Than "Rental Value"

         If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

         (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

 © ISO Properties, Inc., 2001

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption of Computer Operations includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations and New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

© ISO Properties, Inc., 2001

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   a. You must see that the following are done in the event of loss:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (7) Cooperate with us in the investigation or settlement of the claim.

      (8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of the business before the direct physical loss or damage occurred;

      (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

   **(b)** Bills, invoices and other vouchers; and

   **(c)** Deeds, liens or contracts.

 **b.** The amount of Extra Expense will be determined based on:

  **(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

   **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

   **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

  **(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

 **c. Resumption Of Operations**

  We will reduce the amount of your:

  **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

  **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

 **d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

 We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

 **a.** We have reached agreement with you on the amount of loss; or

 **b.** An appraisal award has been made.

**D. Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

 **a.** The Coinsurance percentage shown for Business Income in the Declarations; times

 **b.** The sum of:

  **(1)** The Net Income (Net Profit or Loss before income taxes), and

  **(2)** Operating expenses, including payroll expenses,

  that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**1.** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**2.** Divide the Limit of Insurance for the described premises by the figure determined in Step **1.**; and

**3.** Multiply the total amount of loss by the figure determined in Step **2.**

We will pay the amount determined in Step **3.** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**1.** Prepaid freight - outgoing;

**2.** Returns and allowances;

**3.** Discounts;

**4.** Bad debts;

**5.** Collection expenses;

**6.** Cost of raw stock and factory supplies consumed (including transportation charges);

**7.** Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $  400,000 |
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $  150,000 |
| | The amount of loss is | $    80,000 |

Step **1:** $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **2:** $150,000 ÷ $200,000 = .75

Step **3:** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $  400,000 |
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $  200,000 |
| | The amount of loss is | $    80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

E. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

      (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

 © ISO Properties, Inc., 2001

**Example:**

When:  The Limit of Insurance is $ 120,000

The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for loss in each period of 30 consecutive days is: $120,000 x 1/4 = $ 30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days  1-30 | $ 40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $ 90,000 |

We will pay:

| | |
|---|---|
| Days  1-30 | $ 30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A Business Income Report/ Work Sheet must be submitted to us and must show financial data for your "operations":

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

(1) The Business Income Limit of Insurance; divided by

(2) The Agreed Value.

**Example:**

When:  The Limit of Insurance is $ 100,000

The Agreed Value is $ 200,000

The amount of loss is $ 80,000

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. **Extended Period Of Indemnity**

Under paragraph **A.5.c.**, Extended Business Income, the number "30" in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

F. **Definitions**

1. "Finished Stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

© ISO Properties, Inc., 2001

3. "Period of Restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consist of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

 © ISO Properties, Inc., 2001

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 04 05 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A ☐ | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Combined Limit of Insur. |
|---|---|---|---|---|
| | ☐ | | | ** |
| | ☐ | | | ** |
| | ☐ | | | ** |

\* Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\* Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.** Each Coverage - Coverage **A**, Coverage **B** and Coverage **C** - is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B.** **Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1. The ordinance or law:

**a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

Copyright, Insurance Services Office, Inc., 1999

**2. a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage A, B or C of this endorsement for:

**1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitory, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

**1. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost Of Construction Coverage**

**a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

Copyright, Insurance Services Office, Inc., 1999

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b. (1)** through **b. (4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E.    Loss Payment**

**1.** All following loss payment Provisions, **E.2.** through **E.5.**, are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**(1)** The actual cash value of the building at the time of loss; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**3.** Unless Paragraph **E.5.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

**4.** Unless Paragraph **E.5.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage **C:**

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the same premises; or

**(2)** The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

**(1)** The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

b. With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage; not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or law Coverage **C** of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage:

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

I. The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Copyright, Insurance Services Office, Inc., 1999

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  **a. Ordinance Or Law**

  The enforcement of any ordinance or law:

  **(1)** Regulating the construction, use or repair of any property; or

  **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

  This exclusion, Ordinance or Law, applies whether the loss results from:

  **(1)** An ordinance or law that is enforced even if the property has not been damaged; or

  **(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

  **b. Earth Movement**

  **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

  **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

  **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

  **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

  **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

  Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

  **(a)** Airborne volcanic blast or airborne shock waves;

  **(b)** Ash, dust or particulate matter; or

  **(c)** Lava flow.

  All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

  Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

©ISO Properties, Inc., 2001

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

©ISO Properties, Inc., 2001

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

©ISO Properties, Inc., 2001

**I.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **I.**, does not apply to damage to glass caused by chemicals applied to the glass

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the

Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

D. Additional Coverage - Collapse

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D.1. through D.5. below.

1. With respect to buildings:

a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

©ISO Properties, Inc., 2001

b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

c. Insect or vermin damage that is hidden from view, unless the presence of such damage is know to an insured prior to collapse.

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in 2.a. through 2.e., we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in 2.a., 2.d. and 2.e.

3. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in 2.b. through 2.f., we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in 3. above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

 ©ISO Properties, Inc., 2001

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a. A "specified cause of loss" other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a

total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

    a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay

   ©ISO Properties, Inc., 2001

(regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

**1.  Property In Transit.**

This Extension applies only to your personal property to which this form applies.

a.  You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b.  Loss or damage must be caused by or result from one of the following causes of loss:

(1)  Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2)  Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

(3)  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c.  The most we will pay for loss or damage under this Extension is $5000.

This Coverage Extension is additional insurance. The Additional Condition, Co-insurance, does not apply to this Extension.

**2.  Water Damage, Other Liquids, Powder Or Molten Material Damage.**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3.  Glass**

a.  We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b.  We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G.  Definitions**

**1.**  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.**  "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1)  The cost of filling sinkholes; or

(2)  Sinking or collapse of land into man-made underground cavities.

b.  Falling objects does not include loss or damage to:

(1)  Personal property in the open; or

(2)  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 15 45 04 02

E-FILED
Thursday, 20 April, 2006 03:21:28 PM
Clerk, U.S. District Court, ILCD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE***

| | Communication Supply Property (not including overhead transmission lines) | Communication Supply Property (including over head transmission lines) | Power Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|
| Water Supply Property | | | | |
| ☐ | ☐ | ☐ | ☐ | ☐ |
| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Utility Services Limit of Insurance |

*  Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B. Exception**

Coverage under this endorsement does not apply to Business Income Loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**C. Utility Services**

1. **Water Supply Services,** meaning the following types of property supplying water to the described premises:

a. Pumping stations; and

b. Water mains.

2. **Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

a. Communication transmission lines, including optic fiber transmission lines;

b. Coaxial cables; and

c. Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. **Power Supply Services**, meaning the following types of property supplying electricity, steam or gas to the described premises:

a. Utility generating plants;

b. Switching stations;

c. Substations;

d. Transformers; and

e. Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

D. The COINSURANCE Additional Condition does not apply to this endorsement.

E. The Utility Services Limit of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the described premises.

©ISO Properties, Inc., 2001
CP 15 45 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY
# MASTER PAK PLUS®

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is a summary of the enhancements provided in this endorsement. The limits, unless stated otherwise, and deductibles shown below apply at each designated location. If a limit is shown elsewhere in the policy for any of these coverages, then that limit applies in addition to the limits shown below. If a different deductible amount is shown in the policy for any of these coverages, then that deductible will be the applicable deductible. For complete details on the coverages provided, refer to the specific policy language.

| LIMIT | DEDUCTIBLE | SUBJECT OF INSURANCE |
|---|---|---|
| $10,000 | None | Fire Department Service Charge |
| $2,500 | None | Fire Extinguisher Recharge Expense |
| $5,000 | None | Reward - Arson or Theft |
| $500,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Buildings |
| $250,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Personal Property |
| $10,000 | Refer to applicable property deductible | Personal Effects and Property of Others |
| $10,000 | Refer to applicable property deductible | Valuable Papers and Records (Other Than Electronic Data) |
| $2,500 | Refer to applicable property deductible | Fences and Retaining Walls |
| $2,000 | Refer to applicable property deductible | Outdoor Radio and Television Antennas |
| $2,500 | Refer to applicable property deductible | Outdoor Trees, Shrubs or Plants (subject to $500 per item limitation) |
| $7,500 | Refer to applicable property deductible | Signs - Outdoor - Not attached to buildings |
| $25,000 | None | Accounts Receivable |
| $40,000 | 72 Hours | Business Income and Extra Expense |
| $30,000 | $500 for Breakdown $250 Other Perils | Computer Coverage - Hardware |
| $7,500 | $500 for Breakdown $250 Other Perils | Computer Coverage - Data and Media |
| $7,500 | None | Computer Coverage - Extra Expense |
| $5,000 | $250 | Employee Dishonesty |
| $7,500 | $250 | Fine Arts |
| $5,000 | None | Loss Adjustment Expenses |
| $5,000/ $5,000 | $250 | Money and Securities (Inside and Outside) |
| Included | None | Ordinance or Law - Coverage A |
| $50,000 | None | Ordinance or Law - Coverages B and C Combined |
| $5,000 | $250 | Sales Samples |
| $5,000 | Refer to applicable property deductible | Tenants Building Glass |
| $10,000 | Refer to applicable property deductible | Back Up of Sewers or Drains |
| $10,000 | Refer to applicable property deductible | Water Seepage |
| $500 | None | Lock Replacement |
| $50,000 | Refer to applicable property deductible | Personal Property Off Premises (at Unscheduled Locations) |
| $25,000 | 72 Hours | Utility Services-Time Element (including transmission lines) |

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

**I.** The Covered Property section of Part A COVERAGE in the Building and Personal Property Coverage Form is changed as follows:

**A.** The 100 foot limitation in paragraph A.1.a.(5)(b), in paragraph A.1.b. and in paragraph A.1.c.(2) is changed to 1,000 feet.

**B.** The following is added to paragraph A.1.b.:

**(8)** Signs owned by you that are attached to buildings you occupy but do not own.

**II.** The following paragraph is deleted from the Property Not Covered section of Part A COVERAGE in the Building and Personal Property Coverage Form:

**d.** Bridges, roadways, walks, patios or other paved surfaces.

**III.** The Additional Coverages section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

**A.** The $1,000 limit shown in paragraph A.4.c. Fire Department Service Charge is replaced with a $10,000 limit.

**B.** Paragraph A.4.e. Increased Cost of Construction is deleted.

**IV.** The following items are added to the Additional Coverages section of Part A. COVERAGE in the Building and Personal Property Coverage form attached to this policy:

**g. Fire Extinguisher Recharge Expense**

We will pay the cost of recharging your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), or replacing the fire extinguishers or fire extinguishing systems, whichever is less, because they are discharged as a result of fighting a fire, covered under this policy, on or within 1,000 feet of your premises.

The most we will pay under this Additional Coverage is $2,500 in any one occurrence.

No deductible applies to this Additional Coverage.

**h. Reward**

We will pay up to $5,000 as a reward for information which leads to an arson conviction or theft conviction in connection with a fire or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this extension shall not be increased.

No deductible applies to this Additional Coverage.

**V.** The Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

**A.** The 100 foot limitation in the first paragraph of the Coverage Extensions section is changed to 1,000 feet.

**B.** The Building limit of $250,000 shown in paragraph A.5.a.(1), Newly Acquired or Constructed Property, is replaced with a $500,000 limit.

**C.** The Your Business Personal Property limit of $100,000 shown in paragraph A.5.a.(2) is replaced with a $250,000 limit.

**D.** The 30 day period shown in paragraph A.5.a.(3) is replaced with a 90 day period.

**E.** The $2,500 limit shown in paragraph A.5.b., Personal Effects and Property of Others, is replaced with a $10,000 limit.

**F.** The $2,500 limit shown in paragraph A.5.c., Valuable Papers and Records (Other Than Electronic Data), is replaced with a $10,000 limit.

**G.** Paragraph A.5.e., Outdoor Property, is replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to the following outdoor property including debris removal expense:

**(a)** Fences and retaining walls that are not part of a building. The most we will pay is $2,500 in any one occurrence.

**(b)** Outdoor radio and television antennas (including satellite dishes), including their masts, towers, lead-in and support wiring. The most we will pay is $2,000 in any one occurrence.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

(c) Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants). The most we will pay is $2,500 in any one occurrence, but not more than $500 for any one tree, shrub or plant.

(d) Outdoor signs, while on your premises, that are your property or the property of others for which you may be liable. The most we will pay for each sign (other than signs attached to buildings) is $7,500. The most we will pay for signs you own that are attached to buildings you own do not own is $7,500.

**H.** Paragraph d. Property Off-Premises in Section 5. Coverage Extensions in Part A COVERAGE is amended as follows:

1. Subparagraph (2) is replaced by the following:

   (2) This Extension does not apply to property:

      (a) In or on a vehicle; or

      (b) In the care, custody, or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show ore exhibition; or

      (c) That consists of your tools or tools belonging to your employees; or

      (d) That consists of musical instruments (other than those that you manufacture, sell or warehouse); or

      (e) That consists of contractor equipment (other than equipment that you manufacture, sell or warehouse).

2. The $10,000 limit shown in subparagraph (3) is changed to $50,000.

**VI.** The following items are added to the Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Form attached to this policy. Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions unless indicated on the applicable Declarations.

**A.** ACCOUNTS RECEIVABLE

Refer to the Inland Marine Coverage Part for the Accounts Receivable Coverage Form.

**B.** BUSINESS INCOME AND EXTRA EXPENSE

Refer to the Business Income (and Extra Expense) Coverage Form.

**C.** COMPUTER COVERAGE INCLUDING DATA, MEDIA AND EXTRA EXPENSE

Refer to the Inland Marine Coverage Part for the Computer and Telecommunication Equipment Coverage Form.

**D.** EMPLOYEE DISHONESTY

Refer to the Crime Coverage Part for the applicable coverage form.

**E.** FINE ARTS

Refer to the Inland Marine Coverage Part for the Commercial Fine Arts Coverage Form.

**F.** LOSS ADJUSTMENT EXPENSES

You may extend the insurance provided by this Coverage Form to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. The Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** MONEY AND SECURITIES (FORM C - THEFT, DISAPPEARANCE AND DESTRUCTION)

Refer to the Crime Coverage Part for the applicable coverage form.

**H.** ORDINANCE OR LAW COVERAGE

Refer to the Ordinance or Law Coverage endorsement.

**I.** SALES SAMPLES

Refer to the Inland Marine Coverage Part for the Sales Sample Coverage Form.

**J.** TENANTS BUILDING GLASS

You may extend the insurance that applies to **Your Business Personal Property** to apply to direct physical loss of or damage to exterior and interior glass, including lettering and ornamentation thereon, that is:

1. Owned by you; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

2. Owned by others, for which you are legally liable;

which forms an integral part of the building, located at the premises described in the Declarations, occupied by you but that is not owned by you and for which **Building** coverage does not apply under this policy.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises in any one occurrence.

VII. Part C, Limits of Insurance, of the Building and Personal Property Coverage Form is replaced by the following:

LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the sum of:

(1) The applicable coverage limit(s) of insurance shown in this endorsement and;

(2) Any other applicable coverage limit(s) of insurance provided by the policy.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

VIII. The $2,500 cost shown in Paragraph 7.b., Valuation, of Part E. Loss Conditions of the Building and Personal Property Coverage Form is replaced with a $5,000 cost.

IX. The 100 foot limitation in Paragraph a. of item 1. Property In Transit under F. Additional Coverage Extensions in the Causes of Loss - Special Form is changed to 1,000 feet.

X. The following is added to Section F. ADDITIONAL COVERAGE EXTENSIONS in the Causes of Loss - Special Form:

4. BACK UP OF SEWERS OR DRAINS

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water that:

a. Backs up through sewers or drains; or

b. Enters into and overflows from within a:

(1) sump pump;

(2) sump pump well; or

(3) other type system

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $10,000.

5. WATER SEEPAGE

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

The most we will pay for loss or damage under this Extension is $10,000.

6. LOCK REPLACEMENT

You may extend the insurance provided by this Coverage Part to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

The most we will pay under this Extension is $500.

Each of the above Additional Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

XI. The following is added to Part A. COVERAGE in the Business Income (and Extra Expense) Coverage Form:

7. Additional Coverage Extension

a. Utility Services-Time Element (including transmission lines)

Refer to the Utility Services-Time Element endorsement.

XII. The Business Income (and Extra Expense) Coverage Form is changed as follows:

A. Paragraph c. Extended Business Income of the Additional Coverages section of Part A COVERAGE is amended as follows:

1. Subparagraph (ii) of paragraph (1)(b) is changed to read:

(ii) 60 consecutive days after the date determined in (1)(a) above.

2. Subparagraph (ii) of paragraph (2)(b) is changed to read:

(ii) 60 consecutive days after the date determined in (2)(a) above.

B. Paragraph c.(2) of the Newly Acquired Locations Coverage Extension is changed to read as follows:

(2) 90 days expire after you acquire or begin to construct the property; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

c. The first paragraph of Section B. Limits Of Insurance is replaced by the following:

Unless stated otherwise by endorsement, the most we will pay for loss in any one occurrence is the sum of:

(1) The applicable Limit of Insurance shown in this endorsement; and

(2) Any other applicable coverage limits of insurance provided by the policy.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

CP 71 78 06 03

COMMERCIAL PROPERTY
CP 72 79 06 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION - ILLINOIS

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**SCHEDULE \***

**Business Income/Extra Expense - Revised number of days** _____

**Limit Option:**

☐ **Revised Limit $** _____ applies to covered locations not listed under the Separate
Location section.

☐ **Separate Location Limit.** If selected, show the address and applicable Location Limit.

**Described Location**                                    **Location Limit**

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the
Declarations.

**A.** Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss - Special Form is deleted and replaced by the following:

**(2)** Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** Paragraph **B.1.h.** of the Exclusions section is replaced by the following:

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation or spread or any activity of "fungus", wet rot, dry rot or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus", wet rot, dry rot or bacteria. However, if the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria results from a covered fire or lightning loss, we will pay up to the building limit to remove or treat the "fungus", wet rot, dry rot or bacteria. But the most we will pay for the total of all loss

or damage caused by the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria and the fire or lightning loss, is the Limit of Insurance applicable to the covered building.

For any covered cause of loss, other than fire or lightning, that results in the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria, the most we will pay to remove or treat the "fungus", wet rot, dry rot or bacteria is $25,000, or the limit shown in the Limit Option section of the Schedule. Of this amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus", wet rot, dry rot or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within, and not in addition to, the limit provided for the removal and treatment of the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

C. The Additional Coverages section of the applicable Causes of Loss Form is changed as follows:

The Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria is deleted and replaced by the provisions contained within this endorsement.

D. If the Separate Location Limit in the Limit Option section of the Schedule applies, then the location limit shown applies only to the Described Location in the Schedule.

E. The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus", wet rot, dry rot or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus", wet rot, dry rot or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days or the revised number of days shown in the Schedule. If there is (in addition to the "fungus", wet rot, dry rot or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

# EMPLOYEE DISHONESTY COVERAGE FORM

## A. COVERAGE

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss.

1. **Covered Property:** "Money", "securities", and "property other than money and securities".

2. **Covered Cause of Loss:** "Employee dishonesty".

3. **Coverage Extension**

   **Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

## B. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations.

## C. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

2. You must:

   a. Give us notice as soon as possible of any loss of the type insured under this Coverage Form even though it falls entirely within the Deductible Amount.

   b. Upon our request, give us a statement describing the loss.

## D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS: In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

1. **Additional Exclusions:** We will not pay for loss as specified below:

   a. **Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   b. **Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

      (1) An inventory computation; or

      (2) A profit and loss computation.

2. **Additional Condition**

   **Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":

   a. Immediately upon discovery by:

      (1) You; or

      (2) Any of your partners, officers or directors not in collusion with the "employee";

   of any dishonest act committed by that "employee" whether before or after becoming employed by you.

   b. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

   The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

3. **Additional Definitions**

   a. **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

      (1) Cause you to sustain loss; and also

      (2) Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

         (a) The "employee"; or

         (b) Any person or organization intended by the "employee" to receive that benefit.

   b. **"Occurrence"** means all loss caused by, or involving, one or more "employees", whether the result of a single act or series of acts.

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** – We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

**1. Section 1. - Inside The Premises**

  **a. Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

  **b. Covered Causes of Loss**

    **(1)** "Theft"

    **(2)** Disappearance

    **(3)** Destruction

  **c. Coverage Extensions**

    **(1) Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

      **(a)** "Theft" of; or

      **(b)** Unlawful entry into

      those containers.

    **(2) Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

**2. Section 2. - Outside the Premises**

  **a. Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

  **b. Covered Causes of Loss**

    **(1)** "Theft"

    **(2)** Disappearance

    **(3)** Destruction

  **c. Coverage Extension**

    **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

    But, we will pay only for the amount of loss that you cannot recover:

    **(1)** Under your contract with the armored motor vehicle company; and

    **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

**1. Additional Exclusions:** We will not pay for loss as specified below:

  **a. Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

 Copyright, Insurance Services Office, Inc., 1984, 1989

**b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

(1) Acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise.

**c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

**e. Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**f. Transfer or Surrender of Property**

(1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat to do:

i. Bodily harm to any person; or

ii. Damage to any property.

(2) But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**2. Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**3. Additional Definitions**

**a.** "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**b.** "Messenger" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

**c.** "Occurrence" means an:

(1) Act or series of related acts involving one or more persons; or

(2) Act or event, or a series of related acts or events not involving any person.

**d.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**e.** "Theft" means any act of stealing.

   Copyright, Insurance Services Office, Inc., 1984, 1989   CR 00 04 10 90

COMMERCIAL CRIME
CR 02 02 04 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reasons for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal no‐ tices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** When forming a part of this policy, the **Legal Action Against Us** condition in the Crime General Provisions and in the Safe Deposi‐ tory Direct Loss Coverage Form is replaced by the following:

**Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

# CRIME GENERAL PROVISIONS
## (LOSS SUSTAINED FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A. GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses:** Expenses related to any legal action.

5. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. GENERAL CONDITIONS

1. **Concealment, Misrepresentation or Fraud:** This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This insurance;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this insurance.

2. **Consolidation - Merger:** If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises," for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

   You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

   If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

3. **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

**4. Duties In the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

    **a.** Notify us as soon as possible.

    **b.** Submit to examination under oath at our request and give us a signed statement of your answers.

    **c.** Give us a detailed, sworn proof of loss within 120 days.

    **d.** Cooperate with us in the investigation and settlement of any claim.

**5. Extended Period to Discover Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**6. Joint Insured**

    **a.** If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    **b.** If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    **c.** An "employee" of any Insured is considered to be an "employee" of every Insured.

    **d.** If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

    **e.** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**7. Legal Action Against Us:** You may not bring any legal action against us involving loss:

    **a.** Unless you have complied with all the terms of this insurance; and

    **b.** Until 90 days after you have filed proof of loss with us; and

    **c.** Unless brought within 2 years from the date you discover the loss.

**8. Liberalization:** If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

**9. Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

    **a.** The actual amount of loss; or

    **b.** The sum of the limits of insurance applicable to those coverages.

**10. Loss Sustained During Prior Insurance**

    **a.** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

        **(1)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

        **(2)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

    **b.** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

        **(1)** This insurance as of its effective date; or

        **(2)** The prior insurance had it remained in effect.

**11. Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:** If any loss is covered:

    **a.** Partly by this insurance; and

    **b.** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

12. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Declarations.

13. **Ownership of Property; Interests Covered:** The property covered under this insurance is limited to property:

   a. That you own or hold; or

   b. For which you are legally liable.

   However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

14. **Policy Period**

   a. The Policy Period is shown in the Declarations.

   b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

15. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

16. **Recoveries**

   a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

      (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

      (2) Then to us, until we are reimbursed for the settlement made;

      (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

   b. Recoveries do not include any recovery:

      (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

      (2) Of original "securities" after duplicates of them have been issued.

17. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

18. **Transfer of Your Rights of Recovery Against Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

19. **Valuation - Settlement**

   a. Subject to the applicable Limit of Insurance provision we will pay for:

      (1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

         (a) At face value in the "money" issued by that country; or

         (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

      (2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

         (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities;" or

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    **i.** Value of the "securities" at the close of business on the day the loss was discovered; or

    **ii.** Limit of Insurance.

**(3)** Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

    **(a)** Actual cash value of the property on the day the loss was discovered;

    **(b)** Cost of repairing the property or "premises"; or

    **(c)** Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

**b.** We may, at our option, pay for loss of, or loss from damage to, property other than "money":

    **(1)** In the "money" of the country in which the loss occurred; or

    **(2)** In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

**c.** Any property that we pay for or replace becomes our property.

## C. GENERAL DEFINITIONS

**1.** **"Employee"** means:

  **a.** Any natural person:

    **(1)** While in your service (and for 30 days after termination of service); and

    **(2)** Whom you compensate directly by salary, wages or commissions; and

    **(3)** Whom you have the right to direct and control while performing services for you; or

  **b.** Any natural person who is furnished to you to:

    **(1)** substitute for a permanent "employee" on leave; or

    **(2)** meet seasonal or short-term work-load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

**(1)** Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**2.** **"Money"** means:

  **a.** Currency, coins and bank notes in current use and having a face value; and

  **b.** Travelers checks, register checks and money orders held for sale to the public.

**3.** **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

**4.** **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

  **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

IL 00 17 11 98                Copyright, Insurance Services Office, Inc., 1998                Page 1 of 2

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

IL 00 21 07 02                    © ISO Properties, Inc., 2001                    Page 1 of 2

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2001

IL 01 18 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

© ISO Properties, Inc., 2001

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   **a.** The loss arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act committed:

   **a.** By or at the direction of any "insured"; and

   **b.** With the intent to cause a loss ("loss").

2. This exclusion, however, will not apply to deny payment to an innocent co-insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

   **a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

   **b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

© ISO Properties, Inc., 2001
IL 01 18 07 02

E-FILED
Thursday, 20 April, 2006 03:21:48 PM
Clerk, U.S. District Court, ILCD
IL 02 84 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2.** If this policy has been in effect for 60 days or less, except as provided in Paragraphs **9.** and **10.** below, we may cancel this policy by mailing written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this policy has been in effect for more than 60 days, except as provided in Paragraphs **9.** and **10.** below, we may cancel this policy only for one or more of the following reasons:

    **a.** Nonpayment of premium;

    **b.** The policy was obtained through a material misrepresentation;

    **c.** You have violated any of the terms and conditions of the policy;

    **d.** The risk originally accepted has measurably increased;

    **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

    **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**7.** Proof of mailing will be sufficient proof of notice.

**8.** Our notice of cancellation will state the reason for cancellation.

**9.** **Real Property Other Than Residential Properties Occupied By 4 Families Or Less:**

The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

**a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

**10. Residential Properties Occupied By 4 Families Or Less:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

**11.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.** The other; and

**b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

**a.** The broker, if known to us, or the agent of record; and

**b.** The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

**a.** The policy was obtained by misrepresentation or fraud;

**b.** The risk originally accepted has measurably increased; or

**c.** You received 60 days' notice of our intent not to renew as provided in **1.** above.

© ISO Properties, Inc., 2001

IL 09 12 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

**A. COVERAGE**

Section A. is replaced by the following:

**A. MINE SUBSIDENCE COVERAGE**

We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations caused by or resulting from Mine Subsidence.

**1. Covered Property**

Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations:

**Commercial Building** - meaning any building, other than a residence, permanently affixed to realty, including:

**a.** Cost of excavation, grading or fillings;

**b.** The foundation, basements and footings of buildings;

**c.** Septic systems directly servicing the buildings;

**d.** Pilings, piers, pipes, flues and drains, all of which are underground; and

**e.** Pilings which are below the low water mark.

**2. Property Not Covered**

Covered Property does not include:

**a.** Land, trees, plants, crops or agricultural field drainage tile;

**b.** Personal Property; or

**c.** Driveways, parking lots and sidewalks.

**3. Covered Cause of Loss**

**Mine Subsidence** - meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of manmade underground mines, including but not limited to coal, clay, limestone and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

**a.** Earthquake, landslide, volcanic eruption;

**b.** Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

**c.** Collapse of storm or sewer drains or rapid transit tunnels.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

**4. Additional Coverage**

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

© ISO Properties, Inc., 2001

B. **EXCLUSIONS**

1. Paragraph **1.b.(1)** in the Earth Movement Exclusion of the Commercial Property Part and Paragraph **1.a.(1)** in the Earth Movement Exclusion of the Capital Assets Program (Output Policy) Coverage Part are replaced by the following:

   b. **Earth Movement**

   (1) Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   This exclusion does not apply to loss caused by Mine Subsidence.

2. For insurance provided under the Farm Coverage Part paragraph **2.a.** of the Earth Movement Exclusion is replaced by the following:

   2. **Earth Movement**

   a. Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. This exclusion applies whether the earth movement is caused by human or animal forces or any act of nature.

   But:

   (1) If earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

   (2) If loss or damage to:

   (a) Farm machinery, vehicles and equipment covered under the SPECIAL Causes of Loss; or

   (b) "Livestock";

   is caused by earthquake, this Earth Movement exclusion does not apply to such loss or damage.

   This exclusion does not apply to loss caused by Mine Subsidence.

3. The following is added:

   We will not pay for:

   a. Indirect or consequential loss; or

   b. Loss of use;

   caused by or resulting from Mine Subsidence.

C. **LIMITS OF INSURANCE**

1. The LIMITS OF INSURANCE Section is replaced by the following:

   The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to **C.2.** below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

D. **ADDITIONAL CONDITIONS**

The COINSURANCE Additional Condition does not apply to this endorsement.

The following is added:

E. **OTHER INSURANCE - MINE SUBSIDENCE**

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

© ISO Properties, Inc., 2001

IL 09 35 08 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

      **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF ACTS OF BIOLOGICAL OR CHEMICAL TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; COVERAGE FOR CERTAIN FIRE LOSSES

This endorsement modifies insurance provided under the following:

> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** The following definitions are added with respect to the provisions of this endorsement:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in aggregate losses in excess of $5 million; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

**Exclusion Of An "Other Act Of Terrorism"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or both of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**C. Exception Covering Certain Fire Losses**

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Cap On Certified Terrorism Losses**

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

 © ISO Properties, Inc., 2002

E.  **Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Standard Property Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002

INTERLINE
IL 09 96 05 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| Connecticut, Georgia, Idaho, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Pennsylvania, Virginia, Washington, West Virginia, Wisconsin | Commercial Property Coverage Part |
| Georgia, Maine, Missouri, New Jersey, Oregon, Pennsylvania, Wisconsin | Commercial Inland Marine Coverage Part |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Applicability Of The Provisions Of This Endorsement**

1. **The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or**

   b. **A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

      (1) Increase our statutory percent-age deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

      (3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under**

©ISO Properties, Inc., 2004

this policy.

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

    c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

    a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

    EXCLUSION OF TERRORISM

    We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

    1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

    2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

    3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. **Exception Covering Certain Fire Losses**

    The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

    If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

 ©ISO Properties, Inc., 2004

**E.   Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

©ISO Properties, Inc., 2004

LC 87 00 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL AUTO COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
FARM COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury" arising out of or related in any way to asbestos or asbestos – containing materials.

We shall not have the duty to defend any such claim or "suit".

LC 87 01 03 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LIABILITY ARISING OUT OF LEAD

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATION COVERAGE PART**

This insurance does not apply to any:

   **a.** Claim, suit, or "occurrence" alleging or arising out of any "bodily injury" "property damage", "personal and advertising injury" ("personal injury" or "advertising injury") actually or allegedly arising out of or resulting from, or in any way directly or indirectly caused by or related to any actual or alleged:

     **(1)** ingestion, use, inhalation, handling or absorption of lead in any form from any source; or

     **(2)** contact with or exposure to lead in any form and from any source;

   **b.** Damages, loss, cost, expense, liability or other obligation of any nature arising out of, resulting from, or in any way related to, any:

     **(1)** Claim, suit, request, demand, directive or order by or on behalf of any person, entity or governmental authority that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate or in any way respond to, or assess the presence or effects of lead in any form from any source; or

     **(2)** Claim or suit by or on behalf of any person entity or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating or detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

**COVERAGE C - MEDICAL PAYMENTS** Insuring Agreement on the COMMERCIAL GENERAL LIABILITY COV-ERAGE PART and **Coverage 2. Medical Expenses** on the BUSINESSOWNERS LIABILITY COVERAGE FORM are amended by the addition of the following:

If **MEDICAL PAYMENTS** or **Medical Expenses** are not otherwise excluded from the policy, medical expenses will be paid only if an insured has requested that we pay such expenses.

© Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.

NP 72 16 05 02

# IMPORTANT NOTICE
## BUSINESS INCOME WAITING PERIOD

If your Policy provides Business Income Coverage, your Business Income Coverage will begin 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, unless the Policy contains one of the following amendatory endorsements:

1. CP 15 55 Business Income Changes - Time Period which amends the 72 hour waiting period to 24 hours; or

2. CP 15 56 Business Income Changes - Beginning of the Period of Restoration (No Waiting Period) which amends the 72 hour waiting period to no waiting period.

This Notice does not expand or increase coverage in your Policy or any endorsements attached to the Policy. The Policy and accompanying endorsements remain subject to all exclusions, limitations and conditions. If you would like more information about this coverage, please contact your agent.

**OCG** The member companies of **OHIO CASUALTY GROUP**
OHIO CASUALTY GROUP    9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB-LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for this coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage". If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on the reverse side and return this form to:

Ohio Casualty Group
Attn: Commercial Lines Division - Terrorism
9450 Seward Road
Fairfield OH 45014

NP 72 42 01 03

Page 1 of 2

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐   I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

| Policyholder/Applicant's Signature | Print Name | Date Signed |
|---|---|---|
| | | |

| Named Insured | Policy Number | Policy Effective/Expiration Date |
|---|---|---|
| | | |

# DISCLAIMER FOR STANDARD FIRE POLICY STATES

If your policy contains a Property Coverage Part and/or Inland Marine Coverage Part and covers property located in a "Standard Fire Policy State" as designated below, and you elect to exclude Terrorism Coverage, the terrorism exclusion will not exclude fire losses resulting from an act of terrorism.

Standard Fire Policy States:

For Commercial Property:

| California | Connecticut | Georgia | Hawaii |
|---|---|---|---|
| Idaho | Illinois | Iowa | Maine |
| Massachusetts | Missouri | New Jersey | New York |
| North Carolina | Oregon | Pennsylvania | Rhode Island |
| Virginia | Washington | West Virginia | Wisconsin |

For Commercial Inland Marine:

| California | Georgia | Hawaii | Maine |
|---|---|---|---|
| Missouri | New Jersey | Oregon | Pennsylvania |
| Wisconsin | | | |

Commercial Lines Division - Terrorism

 **OCG**
OHIO CASUALTY GROUP

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

## Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage which may have occurred from your prior (or old) policy. Your business may involve factors which require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

## General Liability Master Pak
## 2004 Revision

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these forms and endorsements

PLEASE READ YOUR POLICY, THESE CHANGES ONLY AFFECT YOU IF ANY OF THE FORM(S) OR ENDORSEMENT(S) LISTED BELOW ARE SHOWN IN THE POLICY FORMS AND ENDORSEMENT SECTION OF YOUR POLICY.

CG 83 30 12 03 - General Liability Master Pak
CG 84 07 12 03 - General Liability Master Pak No Medical Payments Extension
CG 84 15 12 03 - General Liability Master Pak For Artisan Contractors
CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)
CG 84 29 12 03 - General Liability Master Pak For Artisan Contractors (Virginia)

### <u>COVERAGE BROADENED:</u>

**Item 1. Blanket Additional Insured** - Sections 3 and 4 of Part D clarifies under what conditions the policy will respond as primary coverage for the additional insured. This section also warrants that we will not ask the additional insureds policy to contribute to a loss we cover

**Item 10. Newly Formed or Acquired Organization** - Coverage is expanded to include other than corporate entities that a named insured forms or acquires. This expansion is due to the growing number of legal entities that have been created by various States in recent years. Also, the 180 day limitation has been discontinued and this now applies during the entire policy term. With this change, the language clarifies that the insured must provide records needed to compute the proper premium for such new entity and that coverage applies for the entire policy term in which the organization was acquired or formed.

NP 73 43 01 04                                                                                              Page 1 of 2

**CLARIFICATION IN COVERAGE:**

**Item 1. Blanket Additional Insured** - Editorial change to clarify that either a contract or agreement must be in writing. Part A. section 2 has been edited to clarify that the additional insured is covered for liability "caused in whole or in part" by the insured. Part D., sections 1 and 2 are added to clarify the additional insureds obligations to cooperate with us in the event of a loss and to clarify that the additional insured has no right of action against us if they did not notify us of a loss. Also, if by virtue of qualifying as an additional insured on other policies the additional insured has other coverage that may respond to a loss or claim, the claim must also be presented to those other carriers.

**Item 2. Fire, Lightening, Explosion And Sprinkler Leakage Damage To Premises You Rent** - clarifies that if this coverage is excluded from the policy, this provision does not apply. Clarifies how the limits of coverage as shown in the declaration apply with this section.

**Item 5. Personal And Advertising Injury- Electronic Publication Extension** - Section h. has been edited to clarify that this coverage does not apply to discrimination or humiliation that resulted from intentional actions or related to the employment, prospective employment, or termination of any person.

**Item 9. Off Premises Care, Custody Or Control Coverage** - Part A., the insuring agreement has been edited to clarify how this coverage applies to personal property and to real property. Exclusion B.3 has been edited to clarify that this coverage does not apply to the cost of repairing work that was incorrectly done by the insured or others working on behalf of the insured.

**EDITORIAL CHANGES:**

**Item 8. Voluntary Property Damage** - Exclusion regarding motor vehicles has been edited to incorporate the defined term "auto".

**EDITORIAL CHANGES:**

CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)

**Item 15. Broad Named Insured** - The provision relating to newly formed entities was moved to Section 10, Newly Formed Or Acquired Organizations.

Certain employed health care professionals are covered as persons insured, but only if the purpose of their employment is to provide such services to your employees.

 **The member companies of OHIO CASUALTY GROUP**
OHIO CASUALTY GROUP   9450 Seward Road, Fairfield, Ohio 45014   www.ocas.com

NP 73 65 09 04

# Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage which may have occurred from your prior (or old) policy. Your business may involve factors which require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

### New and Revised Company Endorsements 2004

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these endorsements.

**Please read your policy, these changes only affect you if any of the endorsement(s) listed below are shown in the policy forms and endorsement section of your policy.**

### Restriction In Coverage

CG 85 19 09 04 - Exclusion - Electronic Distribution Of Unsolicited Material

Policies that contain this endorsement have been revised to exclude excludes coverage for bodily injury, property damage or personal and advertising damages because of the distribution of unsolicited advertising material by, on behalf of or at the direction of any insured that was sent or otherwise distributed by telephone or electronic solicitation equipment.

LC 87 19 09 04 - Exclusion - Silica
LC 87 20 09 04 - New York Changes - Exclusion - Silica
LC 87 21 09 04 - Louisiana Changes - Exclusion - Silica
LC 87 22 09 04 - Texas Changes - Exclusion - Silica

Policies that contain this endorsement have been revised to exclude coverage for bodily injury, property damage or personal and advertising injury arising out of the silica hazard.

NP 73 65 09 04

**Clarification Of Coverage**

CG 85 07 09 04 - Exclusion - Habitational Construction Operation

Amended the section that explains that the exclusion applies to construction operation performs by you, any person or organization qualifying as an insured and/or any subcontractor or others acting on your behalf and to any other additional insured or others acting on the behalf of the insured applies to both Section A. and Section B.

CG 84 88 09 04 - Texas Changes - Exclusion - Fungi or Bacteria
CG 84 87 09 04 - Texas Changes - Limited Fungi Or Bacteria Coverage

The definition of Fungi has been amended and does not include fungi intended by the insured for consumption or contained within any food product sold or distributed by the insured.

**Editorial Changes**

CG 84 34 09 04 - Employers' Stop Gap Liability Coverage Form Wyoming
CG 84 35 09 04 - Employers' Stop Gap Liability Coverage Form West Virginia
CG 84 36 09 04 - Employers' Stop Gap Liability Coverage Form Washington
CG 84 37 09 04 - Employers' Stop Gap Liability Coverage Form North Dakota
CG 84 38 09 04 - Employers' Stop Gap Liability Coverage Form Ohio

Endorsements revised to amend the Employers' Stop Gap Liability Coverage Form to align with the industry's standard wording for this coverage.

**Broadening of Coverage**

CG 85 27 09 04 - Golf Course Environmental Pollution Coverage
CG 85 29 09 04 - South Dakota Golf Course Environmental Pollution Coverage
CG 85 30 09 04 - Pennsylvania Golf Course Environmental Pollution Coverage
CG 85 31 09 04 - Washington Golf Course Environmental Pollution Coverage
CG 85 37 09 04 - Connecticut Golf Course Environmental Pollution Coverage
CG 85 38 09 04 - Oregon Golf Course Environmental Pollution Coverage
CG 85 39 09 04 - West Virginia Golf Course Environmental Pollution Coverage
CG 85 40 09 04 - Virginia Golf Course Environmental Pollution Coverage
CG 85 41 09 04 - Texas Golf Course Environmental Pollution Coverage
CG 85 56 09 04 - Illinois Golf Course Environmental Pollution Coverage
CG 85 73 09 04 - Florida Golf Course Environmental Pollution Coverage
CG 85 74 09 04 - New Hampshire Golf Course Environmental Pollution Coverage

Forms provide environmental pollution coverage for golf courses.

 **The member companies of OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014   www.ocas.com

NP 73 72 12 04

Boiler and Machinery Coverage Part
Commercial Crime Coverage Part
Commercial Property Coverage Part
Commercial Inland Marine Coverage Part

## IMPORTANT NOTICE TO POLICYHOLDERS
### Potential Restrictions of Terrorism Coverage

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage that may have occurred from your prior (or "old") policy. Your business may involve factors that require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on extension of the federal Program. If the federal Program terminates, or is extended with certain changes, during the term of your policy, then the treatment of terrorism under your policy will change.

One of the following endorsements has been attached to your policy and will change the terrorism exclusion only if the Terrorism Risk Insurance Act of 2002 (TRIA) is <u>not</u> renewed:

IL 09 96 05 04    Conditional Exclusion of Terrorism Involving Nuclear, Biological Or
Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk
Insurance Act Of 2002)

IL 00 36 05 04    Alaska - Conditional Exclusion of Terrorism Involving Nuclear,
Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk
Insurance Act of 2002)

IL 00 57 07 05    Idaho - Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical
Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act of 2002);
Coverage For Certain Fire Losses

If TRIA expires, one of the following endorsements, that is attached to your policy, is void and replaced with the provisions of IL 09 96, IL 03 36 or IL 00 57 listed above, whichever is applicable. IL 09 96, IL 03 35 or IL 00 57 excludes terrorism acts involving nuclear, biological or chemical attacks that are either foreign or domestic.

IL 09 55 11 02    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses
From Certified Acts Of Terrorism; Coverage For Certain Fire Losses

IL 09 60 11 02    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses
From Certified Acts Of Terrorism

IL 09 65 11 02    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses
From Certified Acts Of Terrorism

IL 09 70 11 02    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Cer-
tified Acts Of Terrorism; Coverage For Certain Fire Losses

E-FILED
Thursday, 03 August, 2006  03:22:03 PM
Clerk, U.S. District Court, ILCD

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

| POLICY NUMBER |
| --- |
| BXO 50 32 98 73 02 |

THE OHIO CASUALTY INSURANCE COMPANY



**OCG**
OHIO CASUALTY GROUP

9450 Seward Road, Fairfield, Ohio 45014

1-800-843-6446

| COMMERCIAL UMBRELLA |
| --- |
| OCCURRENCE |

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS    ITEM 1. | AGENT'S NAME & ADDRESS    0940 12 04 0280 |
| --- | --- |
| FRED WANLESS TRUST<br>(A PARTNERSHIP)<br>SEE SCHEDULE OF NAMED INSURED(S)<br>250 S DURKIN DR APT 11<br>SPRINGFIELD IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD       IL 62703-2228 |
| | PREVIOUS POLICY NO.   BXO 50 17 66 37 |
| INSURED IS PARTNERSHIP | INSURED'S BUSINESS  PROPERTY OWNER |

POLICY PERIOD: ITEM 2. THIS POLICY IS IN FORCE FROM 08/07/02 TO 05/20/03 AT
              12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE
COMMERCIAL UMBRELLA COVERAGE PART (WHICH CONSISTS OF COVERAGE FORMS AND
OTHER APPLICABLE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART
OF IT) COMPLETE THIS POLICY.


ITEM 3. PREMIUM:

     TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . . . .    $1,595.00


IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY WILL
RECEIVE AND RETAIN NO LESS THAN   $185.00 AS THE MINIMUM PREMIUM

BASIS OF PREMIUM:    NON-AUDITABLE (X)    AUDITABLE ( )

ITEM 4. LIMITS OF INSURANCE:

          $2,000,000 EACH OCCURRENCE
          $2,000,000 GENERAL AGGREGATE (WHERE APPLICABLE)
          $2,000,000 PRODUCTS-COMPLETED OPERATIONS AGGREGATE

ITEM 5. SELF-INSURED RETENTION:    $10,000

CLASS E

OC70030801

| CERTIFIED |
| --- |
| THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL<br>POLICY WITH THE FOLLOWING EXCEPTIONS:_____ |
| SIGNATURE _Amanda Warf_ |
| TITLE _Support Tech_       DATE 3/3/06 |

N05                    CONTINUED ON PAGE 2

RE- Issue Date 07/31/02 At LOMBARD, ILLINOIS                    By _____

LOM TME1      0940 07/31/02 50255        HOME OFFICE COPY    Authorized PAG____



EXHIBIT
E
ALL-STATE LEGAL®

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST                    **POLICY NO.** BXO (03) 52 98 73 82

**INTERNAL USE**

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S
COMMERCIAL UMBRELLA SCHEDULE TOTALS - TERM
COMMERCIAL UMBRELLA PREMIUM               $1,595.00

TOTAL PROVISIONAL PREMIUM                  $1,595.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CU60020697 | CU60060499 | CU60300697 | CU60540697 |
| CU61060697 | CU61140697 | CU61250697 | CU61990697 |
| CU62281101 | CU63330697 | CU64001101 | CU64340999 |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CLASS E

Q47Q0040691

TRANS:0001                    CONTINUED ON PAGE    3

LOM TME1        0940 07/31/02 50255      HOME OFFICE COPY      PAGE:    2

# COMMERCIAL UMBRELLA COVERAGE FORM

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured as defined in **Insuring Agreement, V. DEFINITIONS.** The words "we," "us" and "our" refer to the Company providing this insurance. The word "Insured" means any person or organization qualifying as such in

**Insuring Agreement, V. DEFINITIONS.** Words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITION** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the **Insuring Agreement** Section II. LIMITS OF INSURANCE.

### II. LIMITS OF INSURANCE

A. The Limits of Insurance shown in Item **4.** of the Declarations and the rules below state the most we will pay regardless of the number of:

1. "Insureds";

2. "claims" made or "suits" brought; or

3. persons or organizations making "claims" or bringing "suits."

B. The General Aggregate Limit is the most we will pay for all damages covered under the **Insuring Agreement** in Section I., except:

1. damages included in the "products-completed operations hazard"; and

2. coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury," "property damage," "personal injury," or "advertising injury" subject to an aggregate limit in the "underlying insurance." The General Aggregate Limit applies separately and in the same manner as the aggregate limits in the "underlying insurance."

C. The Products-Completed Operations Aggregate Limit is the most we will pay for all damages included in the "products-completed operations hazard."

D. Subject to **B.** or **C.** in Section II. **LIMITS OF INSURANCE,** whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury," "property damage,"

"personal injury," or "advertising injury" covered under the **Insuring Agreement** in Section I. because of all "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any one "occurrence."

E. If the applicable Limits of Insurance of the policies listed in the Schedule of Underlying Insurance or of other insurance providing coverage to the "Insured" are reduced or exhausted by actual payment of one or more "claims," subject to the terms and conditions of this policy, we will:

1. in the event of reduction, pay in excess of the reduced underlying Limits of Insurance, or;

2. in the event of exhaustion, continue in force as "underlying insurance," but for no broader coverage than is available under this policy.

F. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

G. **Retained Limit**

We will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the "retained limit," which is the greater of:

1. the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period; or

2. the amount stated in the Declarations as Self-Insured Retention as a result of any one "occurrence" not covered by the underlying policies listed in the

Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

and then up to an amount not exceeding the Each Occurrence Limit as stated in the Declarations.

Once the Self-Insured Retention has been exhausted by actual payment of "claims" in full by the "Insured," the Self-Insured Retention will not be reapplied or again payable by the "Insured" for said Policy Period.

### III. DEFENSE

A. We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of this policy when:

1. the applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" to which this policy applies; or

2. damages are sought for any "occurrence" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured."

B. When we assume the defense of any "claim" or "suit":

1. We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

2. All expenses we incur in the investigation of any "claim" or defense of any "suit" are in addition to our Limits of Insurance.

**3.** We will pay the following as expenses, to the extent that they are not included in the coverage in the underlying policies listed in the Schedule of Underlying Insurance or in any other insurance providing coverage to the "Insured":

    **a.** premiums on bonds to release attachments, which bond amounts will not exceed our Limits of Insurance, but we are not obligated to apply for or furnish any such bond;

    **b.** premiums on appeal bonds, which bond amounts will not exceed our policy limits, required by law to appeal any "claim" or "suit" we defend, but we are not obligated to apply for or furnish any such bond;

    **c.** all costs taxed against the "Insured" in any "claim" or "suit" we defend;

    **d.** pre-judgment interest awarded against the "Insured" on that part of the judgment we pay that is within our applicable Limits of Insurance. If we make an offer to pay the applicable Limits of Insurance, we will not pay any pre-judgment interest based on the period of time after the offer;

    **e.** all interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within our applicable Limit of Insurance;

    **f.** the "Insured's" actual and reasonable expenses incurred at our request.

**C.** We will not investigate any "claim" or defend any "suit" after our applicable Limits of Insurance have been exhausted by payment of judgments or settlements.

**D.** In all other instances except Subsection **A.** in Section **III. DEFENSE,** we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

## IV. EXCLUSIONS

This insurance does not apply to:

**A.** "Bodily injury" or "property damage" expected or intended from the standpoint of the "Insured." This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**B.** Any obligation of the "Insured" under a Workers Compensation, Unemployment Compensation or Disability Benefits Law, or under any similar law, regulation or ordinance.

**C.** Any obligation of the "Insured" under the Employee Retirement Income Security Act of 1974 or any amendments to that act, or under any similar law, regulation or ordinance.

**D.** Any obligation of the "Insured" under a No Fault, Uninsured Motorist or Underinsured Motorist law, or under any similar law, regulation or ordinance.

**E.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    **1.** a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    **2.** a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

(Page 3 of 15)

**F.** "Property damage" to "your product" arising out of it or any part of it.

**G.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**H.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1. "your product";

2. "your work"; or

3. "impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**I.** "Property damage" to property owned by the "Insured."

**J.** "Personal injury" or "advertising injury":

1. arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity;

2. arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

3. arising out of the willful violation of a penal statute or ordinance committed by or with consent of the "Insured"; or

4. for which the "Insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for

damages that the "Insured" would have in the absence of the contract or agreement.

**K.** "Advertising injury" arising out of:

1. breach of contract, other than misappropriation of advertising ideas under an implied contract;

2. the failure of goods, products or services to conform with advertised quality or performance;

3. the wrong description of the price of goods, products or services; or

4. an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

**L.** Any liability, including but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants, arising out of or in any way related to:

1. The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release, or escape of "pollutants," however caused.

2. Any request, demand or order that any "Insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants." This includes demands, directives, complaints, "suits," orders or requests brought by any governmental entity or by any person or group of persons.

3. Steps taken or amounts incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or assess the effects of "pollutants."

This exclusion will apply to any liability, costs, charges, or expenses, or any judgments or settlements, arising directly or indirectly out of pollution whether or not the pollution was sudden, accidental, gradual, intended, expected, unexpected, preventable or not preventable.

As used in this exclusion "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including, but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

M. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

N. Any liability, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

1. asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

2. exposure to testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

3. any obligation to investigate, settle or defend, or indemnify any person against any "claim" or "suit" arising out of, or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

O. "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any:

1. refusal to employ or promote;

2. termination of employment;

3. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, molestation, humiliation, discrimination or other employment related practices, policies, acts or omissions; or

4. consequential "bodily injury," "property damage," "personal injury" or "advertising injury" as a result of O.1. through O.3.

This exclusion applies whether the "Insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of "bodily injury," "property damage," "personal injury" or "advertising injury."

P. "Bodily injury," "property damage," "personal injury" or "advertising injury" excluded by the **Nuclear Energy Liability Exclusion** attached to this Policy.

Q. The following Items 1. through 4., except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy:

1. Liability of any employee with respect to "bodily injury," "property damage," "personal injury" or "advertising injury" to you or to another employee of the same employer injured in the course of such employment.

2. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any watercraft, if such watercraft is owned, or chartered without crew, by or on behalf of any "Insured." This exclusion will not apply to watercraft while ashore on any premises owned by, rented to, or controlled by you.

3. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any aircraft, if such aircraft is owned, or hired without pilot or crew, by or on behalf of any "Insured."

**4.** "Bodily injury" to:

**a.** an employee of any "Insured" arising out of and in the course of:

**i.** employment by any "Insured"; or

**ii.** performing duties related to the conduct of any "Insured's" business; or

**b.** the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **4.a.**

This exclusion applies:

**a.** whether any "Insured" may be liable as an employer or in any other capacity; and

**b.** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## V. DEFINITIONS

**A.** "Advertising injury" means injury arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

**1.** oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**2.** oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

**3.** misappropriation of advertising ideas or style of doing business;

**4.** infringement of copyright, title or slogan; or

**5.** mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.**

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment."

**C.** "Bodily injury" means physical injury, sickness, or disease, including death of a person. "Bodily injury" also means mental injury, mental anguish, humiliation, or shock if directly resulting from physical injury, sickness, or disease to that person.

**D.** "Claim" means any demand for monetary damages upon an "Insured" resulting from a covered "occurrence."

**E.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

**1.** it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**2.** you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**1.** the repair, replacement, adjustment or removal of "your product" or "your work"; or

**2.** your fulfilling the terms of the contract or agreement.

**F.** "Insured" means each of the following, to the extent set forth:

**1.** The Named Insured meaning:

**a.** Any person or organization listed in Item **1.** of the Declarations, and any Company of which you own more than 50%, as of the effective date of this policy.

**b.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify to be a Named Insured. However:

(1) coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) coverage does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" that occurred before you acquired or formed the organization; and

(3) coverage applies only if the organization is included under the coverage provided by the policies listed in the Schedule of Underlying Insurance and then for no broader coverage than is provided under such underlying policies.

2. If you are an individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner as of the effective date of this policy.

3. If you are a partnership or joint venture, the partners or members and their spouses but only as respects the conduct of your business.

4. If you are a limited liability company, the members or managers but only as respects the conduct of your business.

5. Any person or organization, other than the Named Insured, included as an additional "Insured" by virtue of an "insured contract," and to which coverage is provided by the "underlying insurance," and for no broader coverage than is provided by the "underlying insurance" to such additional "Insured."

6. Any of your partners, executive officers, directors, or employees but only while acting within the scope of their duties.

However, the coverage granted by this Provision 6. does not apply to the ownership, maintenance, use, "loading" or "unloading" of any "autos," aircraft or watercraft unless such coverage is included under the policies listed in the Schedule of Underlying Insurance and for no broader coverage than is provided under such underlying policies.

Employees include "leased workers" but not "temporary workers." "Leased workers" are leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform related duties to the conduct of your business. "Leased workers" are not "temporary workers." "Temporary workers" are persons furnished to you to substitute for permanent employees on leave or to meet seasonal or short-term workload conditions.

7. Any person, other than one of your employees, or organization while acting as your real estate manager.

8. Any person (other than your partners, executive officers, directors, stockholders or employees) or organizations with respect to any "auto" owned by you, loaned to you or hired by you or on your behalf and used with your permission.

However, the coverage granted by this Provision 8. does not apply to any person using an "auto" while working in a business that sells, services, repairs or parks "autos" unless you are in that business.

9. No person or organization is an "Insured" with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

G. "Insured contract" means any oral or written contract or agreement entered into by you and pertaining to your business under which you assume the "tort liability" of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or

agreement. "Tort liability" means a civil liability that would be imposed by law in the absence of any contract or agreement.

H. "Loading" or "unloading" means the handling of property:

1. after it is removed from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. while it is in or on an aircraft, watercraft or "auto";

3. while it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

However, "loading" or "unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

I. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. vehicles maintained for use solely on or next to premises you own or rent;

3. vehicles that travel on crawler treads;

4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. power cranes, shovels, loaders, diggers or drills; or

   b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. vehicles not described in 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment or

   b. cherry pickers and similar devices used to raise or lower workers;

6. vehicles not described in 1., 2., 3., or 4. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. equipment designed primarily for:

      (1) snow removal;

      (2) road maintenance, but not construction or resurfacing; or

      (3) street cleaning;

   b. cherry pickers and similar devices mounted on auto or truck chassis and used to raise or lower workers; and

   c. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

J. "Occurrence" means:

1. as respects "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

2. as respects "personal injury," an offense arising out of the business of any "Insured" that results in "personal injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the

frequency or repetition thereof, the number and kind of media used and the number of claimants;

3. as respects "advertising injury," an offense committed in the course of advertising your goods, products and services that results in "advertising injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

K. "Personal injury" means injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items K.1. through 5.

L. 1. "Products-completed operations hazard" means all "bodily injury" and "property damage" from an "occurrence" taking place away from premises you own or rent and arising out of "your product" or "your work" except:

a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned.

2. "Your work" will be deemed completed at the earliest of the following times:

a. When all of the work called for in your contract has been completed.

b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This "products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading" or "unloading" of it;

b. the existence of tools, uninstalled equipment or abandoned or unused materials.

M. "Property damage" means:

1. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2. loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

N. "Suit" means a civil proceeding which seeks monetary damages because of "bodily injury," "property damage," "per-

sonal injury," or "advertising injury" to which this insurance applies. "Suit" includes:

1. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

2. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

O. "Underlying insurance" means the insurance coverage provided under policies shown in the Schedule of Underlying Insurance, or any additional policies agreed to by us in writing. It includes any policies issued to replace those policies during the term of this insurance that provide:

1. at least the same policy limits; and

2. insurance for the same hazards, except as to any modifications which are agreed to by us in writing.

P. "Your product" means:

1. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a. you;

   b. others trading under your name; or

   c. a person or organization whose business or assets you have acquired; and

2. Containers (other than vehicles) materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

Q. "Your work" means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2. the providing of or failure to provide warnings or instructions.

## VI. Conditions

### A. Appeals

If the "Insured" or an "Insured's" underlying insurers do not appeal a judgment in excess of the "retained limit," we have the right to make such an appeal. If we elect to appeal, our liability on such an award or judgment will not exceed our Limits of Insurance as stated in Item **4.** of the Declarations plus the cost and expense of such appeal.

### B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the period of this policy and for up to three years after the expiration or termination of this policy.

### C. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any "Insured" or the bankruptcy, insolvency or inability to pay of any of the Underlying Insurers will not relieve us from the payment of any "claim" or "suit" covered by this policy. Under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down and replace the "retained limit" or assume any obligation with the "retained limit."

## D. Cancellation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of nonpayment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item **1.** of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item **1.** of the Declarations will act on behalf of all other "Insured's" with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

## E. Changes

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes a part of this policy and that is signed by one of our authorized representatives.

## F. Duties in The Event of An Occurrence, Claim Or Suit

1. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

    a. how, when and where the "occurrence" took place;

    b. the names and addresses of any injured person and witnesses;

    c. the nature and location of any injury or damage arising out of the "occurrence."

2. If a "claim" or "suit" against any "Insured" is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3. You and any other involved "Insured" must:

    a. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

    b. authorize us to obtain records and other information;

c. cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

d. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "Insured" because of injury or damage to which this insurance may also apply.

4. The "Insured's" will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## G. Inspection

We have the right, but are not obligated, to inspect the premises and operations of any "Insured" at any time. Our inspections are not safety inspections. They relate only to the insurability of the premises and operations of any "Insured" and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person or organization to provide for the health or safety of any employees or the public. We do not warrant that the premises or operations of any "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

## H. Legal Actions Against Us

There will be no right of action against us under this insurance unless:

1. you have complied with all the terms of this policy; and

2. the amount you owe has been determined by settlement with our consent or by actual trial and final judgment;

This insurance does not give anyone the right to add us as a party in an action against you to determine your liability.

## I. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. to keep the policies listed in the Schedule of Underlying Insurance in full force and effect;

2. that any renewals or replacements of the policies listed in the Schedule of Underlying Insurance will not be more restrictive in coverage;

3. that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" covered by "underlying insurance"; and

4. that the terms, conditions and endorsements of the policies listed in the Schedule of Underlying Insurance will not change during the period of this policy such as to increase the coverage afforded under this policy.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

## J. Other Insurance

If other insurance applies to a loss that is also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy.

## K. Premium

The first Named Insured designated in Item 1. of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 3. of the Declarations. At the beginning of the policy period, you must pay us the Advance Premium shown in Item 3. of the Declarations.

When this policy expires or if it is canceled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjust-

ment, the actual exposure basis will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event we will retain the Minimum Premium as shown in Item **3.** of the Declarations for each twelve months of our policy period.

**L. Separation of Insureds**

Except with respect to our Limits of Insurance and any rights or duties specifically assigned to the first Named Insured designated in Item **1.** of the Declarations, this insurance applies:

**1.** as if each Named Insured were the only Named Insured; and

**2.** separately to each "Insured" against whom "claim" is made or "suit" brought.

**M. Transfer of Rights of Recovery Against Others to Us**

If any "Insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "Insured" must do nothing after loss to impair those rights and must help us enforce them.

Any recoveries will be applied as follows:

**1.** any interests, including the "Insured," that have paid an amount in excess of our payment under this policy will be reimbursed first;

**2.** we then will be reimbursed up to the amount we have paid; and

**3.** lastly, any interests, including the "Insured," over which our insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery will be apportioned between the interests, including the "Insured," in the ratio of their respective recoveries as finally settled.

**N. Terms Conformed to Statute**

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes.

If we are prevented by law or statute from paying on behalf of an "Insured," then we will, where permitted by law or statute, indemnify the "Insured" for those sums in excess of the "retained limit."

**O. Transfer of Your Rights And Duties**

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first Named Insured designated in Item **1.** of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

**P. When Loss Is Payable**

Coverage under this policy will not apply unless and until any "Insured" or an "Insured's" underlying insurer is obligated to pay the "retained limit."

When the amount of loss has finally been determined, we will promptly pay on behalf of the "Insured" the amount of loss falling within the terms of this policy.

You will promptly reimburse us for any amount within the Self-Insured Retention advanced by us at our discretion on behalf of any "Insured."

## NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply to:

1. Any liability, injury or damage:

   a. with respect to which any "Insured" under the policy is also an "Insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an "Insured" under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

   b. resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** a person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** any "Insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material," if:

   a. the "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, any "Insured" or **(b)** has been discharged or dispersed therefrom;

   b. the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any "Insured"; or

   c. the injury or "nuclear property damage" arises out of the furnishing by any "Insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or

Canada, this Exclusion **2.c.** applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

3. As used in this exclusion:

   a. "Hazardous properties" includes radioactive, toxic or explosive properties.

   b. "Nuclear facility" means:

      i. any "nuclear reactor";

      ii. any equipment or device designed or used for

         **(1)** separating the isotopes of uranium or plutonium,

         **(2)** processing or utilizing "spent fuel" or

         **(3)** handling, processing or packaging "nuclear waste";

      iii. any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      iv. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste," and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

   c. "Nuclear material" means "source material," "special nuclear material" or by-product material.

   d. "Nuclear property damage" includes all forms of radioactive contamination of property.

CU 60 02 06 97                      (Page 14 of 15)

e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

f. "Nuclear waste" means any nuclear waste material **(a)** containing "by-product material" other than the tailings of nuclear waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph **3.b.i.** or **3.b.ii.**

g. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

h. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

CU 61 06 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO LIABILITY – FOLLOWING FORM

The following exclusion is added to Section **IV – EXCLUSIONS:**

Any liability arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any "auto," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

COMMERCIAL UMBRELLA LIABILITY
CU 62 28 11 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

The following Items **1.** through **5.:**

**1.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**2.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**3.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**4.** "Personal injury," or "advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

**5.** Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

For the purposes of this endorsement, "fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

This endorsement does not change any other provision of the policy.

CU 60 06 04 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT TO ADVERTISING INJURY AND PERSONAL INJURY

I.   Exclusion **J.** is deleted from Section **IV. - EXCLUSIONS** and is replaced by the following:

   **J.**   "Personal injury" or "advertising injury":

      **1.**  arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity:

      **2.**  arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

      **3.**  for which the "Insured" has assumed liability in a contract or agreement. This exclusion **J.3.** does not apply to liability for damages that the "Insured" would have in the absence of the contract or agreement;

      **4.**  caused by or at the direction of the "Insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury"; or

      **5.**  arising out of a criminal act committed by or at the direction of any "Insured".

II.   Exclusion **K.** is deleted from Section **IV. - EXCLUSIONS** and is replaced by the following:

   **K.**   "Advertising injury" arising out of:

      **1.**  any breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

      **2.**  the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

      **3.**  the wrong description of the price of goods, products or services stated in your "advertisement"; or

      **4.**  an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

III.  Section **V. - Definitions**, definition **A.**, "Advertising injury", is deleted and replaced by the following:

   **A.**   "Advertising injury" means injury, including consequential "bodily injury", arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

      **1.**  oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

      **2.**  oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

      **3.**  the use of another's advertising idea in your "advertisement";

      **4.**  infringing upon another's copyright, trade dress or slogan in your "advertisement"; or

      **5.**  mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.** of this definition.

# AMENDMENT TO ADVERTISING INJURY AND PERSONAL INJURY

**IV.** Section **V. – Definitions**, definition **K.**, "Personal injury", is deleted and replaced by the following:

**K.** "Personal injury" means injury, including consequential "bodily injury", that is other than "advertising injury" and arises out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **K.1.** through **K.5.** of this definition.

**V.** The following definition is added to Section **V. – Definitions:**

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

This endorsement does not change any other provision of the policy.

CU 61 14 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS LIABILITY EXCLUSION

Exclusion **Q.4.** is deleted from Section **IV. EX-CLUSIONS** and the following exclusion is added to Section **IV. EXCLUSIONS:**

Bodily Injury to:

1. An employee of an "Insured" arising out of and in the course of:

   a. employment by any "Insured"; or

   b. performing duties related to the conduct of any "Insured" business; or

2. the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **1** above.

This exclusion applies:

1. whether any "Insured" may be liable as an employer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement does not change any other provision of the policy.

CU 61 14 06 97

CU 63 33 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - LIABILITY ARISING OUT OF LEAD

The following exclusion is added to Section **IV - EXCLUSIONS:**

1. any liability arising out of, resulting from, or in any way caused by or related to any actual, alleged or threatened ingestion, inhalation, absorption, or exposure to lead, in any form from any source; or

2. any loss, cost, expense, liability or other type of obligation arising out of or resulting from, or in any way related to, any:

   a. claim, suit, request, demand, directive, or order by or on behalf of any person, entity, or governmental authority that any "Insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form from any source, or to any

   b. claim or suit by or on behalf of any person, entity, or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of lead in any form.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION – REAL OR PERSONAL PROPERTY

The following exclusion is added to Section **IV** – **EXCLUSIONS:**

Any "property damage" to real or personal property in the care, custody or control of any "Insured," or loaned to any "Insured," or used, rented, or occupied by any "Insured," or as to which any "Insured" is for any purpose exercising physical control.

This endorsement does not change any other provision of the policy.

CU 61 25 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability of any "Insured" by reason of:

(1)   causing or contributing to the intoxication of any person; or

(2)   the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)   any, statute, ordinance, or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTERIOR INSULATION AND FINISH SYSTEM - EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "bodily injury" or "property damage" included in the "products-completed operations hazard" or "personal injury" or "advertising injury" arising out of or caused by the actual or alleged:

1. Design, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, renovation, service, correction, or replacement, of an "exterior insulation and finish system" (as defined below), or any part thereof, or

2. Any work or operations with respect to any exterior component of the "exterior insulation and finish system" (as defined below) or any fixture or feature of any structure of an "exterior insulation and finish system" (as defined below) that is used on that particular part of that structure, or

3. Any damage caused by water intrusion penetrating the "exterior insulation finish system."

**DEFINITION OF "EXTERIOR INSULATION FINISH SYSTEM":**

For the purpose of this endorsement, an "exterior insulation and finish system" is defined as:

(a) an exterior cladding or finish system used on any part of any structure, residential or commercial, and is also known as "exterior cladding," EIFS cladding, "synthetic stucco", or by such common names as "Dryvit" or "stucco," but it may also be referred to by a variety of other common manufacturers names, but includes a cladding consisting of some or all of the following component parts:

the component parts can include all or some of the following listed component parts, but it does not necessarily have to include all of the below listed component parts:

(1) a rigid or semi-rigid insulation board made of expanded polystyrene or other materials; sometimes referred to as gypsum wallboard;

(2) adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

(3) a mesh or reinforcing mesh;

(4) a base coat or reinforced base coat; and

(5) a finish coat or synthetic plaster material providing surface texture and color.

(b) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a "water managed exterior insulation and finish system" which means a multi-lamina exterior building siding system composed of all of some or all of the following materials or components:

(1) weather-resistive barrier applied directly over exterior building sheathing; and

(2) insulation board composed of polystyrene or poliscyanurate foam board, with vertical grooves allowing for water drainage, and mechanically attached to the exterior building sheathing; and

(3) base coat of cementous or polymeric enhanced cementous materials;

(4) a reinforcing material embedded in the base coat composed of fiberglass mesh or other material;

(5) a finish coat of cementous or polymeric enhanced cementous material; and

(6) an architectural weep component installed at the bottom of the exterior siding and underneath windows combined with flashing elements designed to channel water intrusion to the outside of the siding system.

(c) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a direct-applied exterior finish system or DEFS, which is commonly known as a stucco finish and base coat applied directly to a structure's sheating or water-durable exterior wall substrate. The DEFS system can also accommodate application of a thin brick finish.

This endorsement does not change any other provision of the policy.

CU 60 54 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

1.

2.

3.

4.

This endorsement does not change any other provision of the policy.

CU 61 99 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

**SECTION VI – CONDITION D. Cancellation** is deleted and the following condition is added to **SECTION VI – CONDITIONS:**

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Coverage Part by mailing to us advance written notice of cancellation.

2. We may cancel this Coverage Part by mailing to you written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason if policy is in force less than 60 days.

3. If this policy has been in effect 60 days or more, we will give 60 days written notice prior to the effective date of cancellation. It may be cancelled by us only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was obtained through a material misrepresentation;

   c. any "Insured" has violated any of the terms and conditions of the policy;

   d. the risk originally accepted has measurably increased;

   e. certification of the Director of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

f. a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

4. We will mail our notice to your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

The following **CONDITION** is added and supersedes any provision to the contrary:

**When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail to you at the last known address written notice of nonrenewal no less than 60 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

1. On the expiration date, if:

   a. you fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**b.** we have indicated our willingness to re-new this Coverage Part to you or your representative; or

**c.** you have notified us or our agent that you do not want to renew this Coverage Part.

**2.** On the effective date of any other insurance policy replacing this Coverage Part.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

Section I - **COVERAGE** is deleted and replaced by the following:

**1.    COVERAGE**

**a.**    We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the Insuring Agreement Section II. **LIMITS OF INSURANCE.**

**b.**    This insurance applies to "bodily injury" and "property damage" only if, prior to the policy period, no "Insured" knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If any "Insured" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.**    "Bodily injury" or "property damage" which occurs during the Policy Period and was not, prior to the Policy Period, known to have occurred by any "Insured," includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.**    "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "Insured":

**(1)**    reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)**    receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)**    becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.**    Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

This endorsement does not change any other provision of the policy.

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| **POLICY NO.** | BXO (03) 52 98 73 82 |

INTERNAL USE

## SCHEDULE OF
## UNDERLYING INSURANCE

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY BKO(03)52987382 08/07/02 TO 05/20/03 | GENERAL LIABILITY (X) OCCURRENCE FORM ( ) CLAIMS MADE FORM | $1,000,000 EACH OCCURRENCE LIMIT $1,000,000 PERSONAL AND ADVERTISING INJURY LIMIT $1,000,000 GENERAL AGGREGATE LIMIT $1,000,000 PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT |
| AMERICAN STATES 02BO2025035 07/20/02 TO 07/20/03 | AUTOMOBILE LIABILITY | (X) COMBINED SINGLE LIMITS $1,000,000 EACH ACCIDENT |

TRANS:0001

END OF DECLARATIONS

CLASS E

OC70048881

NAME OF COMPANY  THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED  FRED WANLESS TRUST

POLICY NO. BXO (03) 52 98 73 82

**INTERNAL USE**

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED

FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

* * * * * * * * * * * * * * * * * * * *

TRANS:0001                          END OF GENERAL ENDORSEMENTS

LOM TME1        0940 07/31/02 50255        HOME OFFICE COPY        PAGE:  1

CU 60 54 06 97

BXO(03)52987382

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section IV - EXCLUSIONS:

Any liability arising out of any operation(s) at the location(s) listed below:

1.    225 SOUTH 4TH STREET, SPRINGFIELD, IL 62707

2.

3.

4.

This endorsement does not change any other provision of the policy.

E-FILED
Thursday, 27 April, 2006 03:22:17 PM
Clerk, U.S. District Court, ILCD

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

| POLICY NUMBER |
| --- |
| BXO 52 98 73 82 |
| COMMERCIAL UMBRELLA |
| OCCURRENCE |

THE OHIO CASUALTY INSURANCE COMPANY



9450 Seward Road, Fairfield, Ohio 45014

1-800-843-6446

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS　　ITEM 1. | AGENT'S NAME & ADDRESS　　0940 12 04 0280 |
| --- | --- |
| FRED WANLESS TRUST<br>(A PARTNERSHIP)<br>SEE SCHEDULE OF NAMED INSURED(S)<br>250 S DURKIN DR APT 11<br>SPRINGFIELD IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD　　　　IL 62703-2228 |
| INSURED IS　PARTNERSHIP | PREVIOUS POLICY NO.　　BXO 52 98 73 82 |
| | INSURED'S BUSINESS　PROPERTY OWNER |

POLICY PERIOD: ITEM 2. THIS POLICY IS IN FORCE FROM 05/20/03 TO 05/20/04 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE COMMERCIAL UMBRELLA COVERAGE PART (WHICH CONSISTS OF COVERAGE FORMS AND OTHER APPLICABLE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART OF IT) COMPLETE THIS POLICY.

ITEM 3. PREMIUM:

    TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . . . $1,869.00
    CERTIFIED ACTS OF TERRORISM COVERAGE: .　$19.00 (INCLUDED)

IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY WILL RECEIVE AND RETAIN NO LESS THAN　$187.00 AS THE MINIMUM PREMIUM

BASIS OF PREMIUM:　　NON-AUDITABLE (X)　　AUDITABLE ( )

ITEM 4. LIMITS OF INSURANCE:

    $2,000,000 EACH OCCURRENCE
    $2,000,000 GENERAL AGGREGATE (WHERE APPLICABLE)
    $2,000,000 PRODUCTS-COMPLETED OPERATIONS AGGREGATE

ITEM 5. SELF-INSURED RETENTION:　$10,000

**CERTIFIED**
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:

SIGNATURE _Amanda Way_
TITLE _Support Tech_　DATE _3/3/06_

N05　　　　　　　　CONTINUED ON PAGE 2

Issue Date _04/08/03_ At _LOMBARD, ILLINOIS_　　　　　By ____

LOM DMC3　　0940 03/25/03 91118　　HOME OFFICE COPY　　Authorized Re___
PAGE:

EXHIBIT
F

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BXO (04) 52 98 73 82 |

**INTERNAL USE**

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S

COMMERCIAL UMBRELLA SCHEDULE TOTALS - ANNUAL
COMMERCIAL UMBRELLA PREMIUM                    $1,869.00

TOTAL PROVISIONAL PREMIUM                        $1,869.00

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CU60020697 | CU60300697 | CU60390103 | CU60400103 |
| CU60470697 | CU60500697 | CU60540697 | CU61060697 |
| CU61140697 | CU61250697 | CU61290697 | CU61990697 |
| CU63330697 | CU63440697 | CU64001101 | CU64340999 |
| CU64370202 | NP72480103 | NP72490103 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANS:0001

CONTINUED ON PAGE    3

LOM DMC3        0940 03/25/03 91118        HOME OFFICE COPY        PAGE:    2

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BXO (04) 52 98 73 82 |

**INTERNAL USE**

SCHEDULE OF
UNDERLYING INSURANCE

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY BKO(04)52987382 05/20/03 TO 05/20/04 | GENERAL LIABILITY (X) OCCURRENCE FORM ( ) CLAIMS MADE FORM | $1,000,000 EACH OCCURRENCE LIMIT $1,000,000 PERSONAL AND ADVERTISING INJURY LIMIT $1,000,000 GENERAL AGGREGATE LIMIT $1,000,000 PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT |
| AMERICAN STATES 02BO2025035 05/20/03 TO 05/20/04 | AUTOMOBILE LIABILITY | (X) COMBINED SINGLE LIMITS $1,000,000 EACH ACCIDENT |

CLASS E

OD720049801

TRANS:0001                    END OF DECLARATIONS

15

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BXO (04) 52 98 73 82

**INTERNAL USE**

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED

FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

* * * * * * * * * * * * * * * * * * * *

TRANS:0001                    END OF GENERAL ENDORSEMENTS

BXO (04) 52987382

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section IV - **EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

1.    225 SOUTH 4TH STREET, SPRINGFIELD, IL 62707

2.

3.

4.

This endorsement does not change any other provision of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**OCG**
OHIO CASUALTY GROUP

9450 Seward Road, Fairfield, Ohio 45014

UMBRELLA POLICY CHANGE ENDORSEMENT

| COMPANY | POLICY NUMBER |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY | BXO (05) 52 98 73 82 |

| NAMED INSURED & MAILING ADDRESS    ITEM 1. | AGENT'S NAME & ADDRESS    0940 12 04 0280 |
|---|---|
| FRED WANLESS TRUST (A PARTNERSHIP) SEE SCHEDULE OF NAMED INSURED(S) 250 S DURKIN DR APT 11 SPRINGFIELD IL 62704 6344 | TELEPHONE: (217) 525-9500 FORSYTH INSURANCE GROUP INC P O BOX 2229 SPRINGFIELD        IL 62705-2229 |

| TRANSACTION 2    (08/02/04) | POLICY TERM    05/20/04  TO  05/20/05 |
|---|---|
| | TRANSACTION EFFECTIVE            06/22/04 |

PURPOSE OF ENDORSEMENT:
    THE LIMITS OF LIABILITY ARE HEREBY INCREASED TO
$5,000,000

POLICY DECLARATIONS SCHEDULES CHANGED BY THIS TRANSACTION

PAGE    TITLE

   2    EXPLANATION OF CHARGES

   3    UMBRELLA DECLARATIONS

P R O V I S I O N A L    P R E M I U M
    REVISED TOTAL:   . . . . . . . . . . . . . . $4,212.00
    PREVIOUS TOTAL:  . . . . . . . . . . . . . . $1,869.00
    ADDITIONAL:      . . . . . . . . . . . . . . . . $2,343.00
    CERTIFIED ACTS OF TERRORISM COVERAGE: . . .(INCLUDED)

CLASS E

OC20050801

   N05                CONTINUED ON PAGE 2

ACCOUNT NAME: FRED WANLESS TRUST

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST           **POLICY NO.** BXO (05) 52 98 73 82

INTERNAL USE

### UPDATED EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S
COMMERCIAL UMBRELLA SCHEDULE TOTALS - ANNUAL
COMMERCIAL UMBRELLA PREMIUM                    $4,444.00

EXPLANATION OF ENDORSEMENT CHARGE DEVELOPMENT

UPDATED POLICY SCHEDULE(S) TOTAL - ANNUAL       $4,444.00
PREVIOUS POLICY SCHEDULE(S) TOTAL - ANNUAL      $1,869.00

DIFFERENCE - ANNUAL                             $2,575.00
ENDORSEMENT TERM FACTOR                              .910

ENDORSEMENT CHARGE                              $2,343.00
PREVIOUS PROVISIONAL PREMIUM                    $1,869.00

REVISED PROVISIONAL PREMIUM                     $4,212.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CLASS E

OC720049801

TRANS:0002                     CONTINUED ON PAGE    3

LOM TME1        0940 03/03/04 92582      HOME OFFICE COPY     PAGE:    2

19

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BXO (05) 52 98 73 82

| INTERNAL USE | |
|---|---|

SCHEDULE OF
UNDERLYING INSURANCE

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE |
|---|---|---|
| | GENERAL LIABILITY | |
| OHIO CASUALTY INSURANCE COMPANY BKO(05)52987382 05/20/04 TO 05/20/05 | (X) OCCURRENCE FORM ( ) CLAIMS MADE FORM | $1,000,000 EACH OCCURRENCE LIMIT |
| | | $1,000,000 PERSONAL AND ADVERTISING INJURY LIMIT |
| | | $1,000,000 GENERAL AGGREGATE LIMIT |
| | | $1,000,000 PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT |
| AMERICAN STATES 02BO2025035 05/20/04 TO 05/20/05 | AUTOMOBILE LIABILITY | (X) COMBINED SINGLE LIMITS $1,000,000 EACH ACCIDENT |

CLASS E

OL700408801

TRANS:0002

END OF DECLARATIONS

LOM TME1      0940 03/03/04 92582      HOME OFFICE COPY      PAGE:   3

# COMMERCIAL UMBRELLA COVERAGE FORM

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured as defined in **Insuring Agreement, V. DEFINITIONS.** The words "we," "us" and "our" refer to the Company providing this insurance. The word "Insured" means any person or organization qualifying as such in **Insuring Agreement, V. DEFINITIONS.** Words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITION** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the **Insuring Agreement** Section II. LIMITS OF INSURANCE.

### II. LIMITS OF INSURANCE

A. The Limits of Insurance shown in Item **4.** of the Declarations and the rules below state the most we will pay regardless of the number of:

1. "Insureds";

2. "claims" made or "suits" brought; or

3. persons or organizations making "claims" or bringing "suits."

B. The General Aggregate Limit is the most we will pay for all damages covered under the **Insuring Agreement** in Section I., except:

1. damages included in the "products-completed operations hazard"; and

2. coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury," "property damage," "personal injury," or "advertising injury" subject to an aggregate limit in the "underlying insurance." The General Aggregate Limit applies separately and in the same manner as the aggregate limits in the "underlying insurance."

C. The Products-Completed Operations Aggregate Limit is the most we will pay for all damages included in the "products-completed operations hazard."

D. Subject to **B.** or **C.** in Section II. LIMITS OF INSURANCE, whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury," "property damage,"

personal injury," or "advertising injury" covered under the **Insuring Agreement** in Section I. because of all "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any one "occurrence."

E. If the applicable Limits of Insurance of the policies listed in the Schedule of Underlying Insurance or of other insurance providing coverage to the "Insured" are reduced or exhausted by actual payment of one or more "claims," subject to the terms and conditions of this policy, we will:

   1. in the event of reduction, pay in excess of the reduced underlying Limits of Insurance, or;

   2. in the event of exhaustion, continue in force as "underlying insurance," but for no broader coverage than is available under this policy.

F. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

G. **Retained Limit**

   We will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the "retained limit," which is the greater of:

   1. the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period; or

   2. the amount stated in the Declarations as Self-Insured Retention as a result of any one "occurrence" not covered by the underlying policies listed in the

Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

and then up to an amount not exceeding the Each Occurrence Limit as stated in the Declarations.

Once the Self-Insured Retention has been exhausted by actual payment of "claims" in full by the "Insured," the Self-Insured Retention will not be reapplied or again payable by the "Insured" for said Policy Period.

III. **DEFENSE**

A. We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of this policy when:

   1. the applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" to which this policy applies; or

   2. damages are sought for any "occurrence" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured."

B. When we assume the defense of any "claim" or "suit":

   1. We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

   2. All expenses we incur in the investigation of any "claim" or defense of any "suit" are in addition to our Limits of Insurance.

CU 60 02 06 97

(Page 2 of 15)

3. We will pay the following as expenses, to the extent that they are not included in the coverage in the underlying policies listed in the Schedule of Underlying Insurance or in any other insurance providing coverage to the "Insured":

   a. premiums on bonds to release attachments, which bond amounts will not exceed our Limits of Insurance, but we are not obligated to apply for or furnish any such bond;

   b. premiums on appeal bonds, which bond amounts will not exceed our policy limits, required by law to appeal any "claim" or "suit" we defend, but we are not obligated to apply for or furnish any such bond;

   c. all costs taxed against the "Insured" in any "claim" or "suit" we defend;

   d. pre-judgment interest awarded against the "Insured" on that part of the judgment we pay that is within our applicable Limits of Insurance. If we make an offer to pay the applicable Limits of Insurance, we will not pay any pre-judgment interest based on the period of time after the offer;

   e. all interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within our applicable Limit of Insurance;

   f. the "Insured's" actual and reasonable expenses incurred at our request.

C. We will not investigate any "claim" or defend any "suit" after our applicable Limits of Insurance have been exhausted by payment of judgments or settlements.

D. In all other instances except Subsection A. in Section III. DEFENSE, we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

## IV. EXCLUSIONS

This insurance does not apply to:

A. "Bodily injury" or "property damage" expected or intended from the standpoint of the "Insured." This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

B. Any obligation of the "Insured" under a Workers Compensation, Unemployment Compensation or Disability Benefits Law, or under any similar law, regulation or ordinance.

C. Any obligation of the "Insured" under the Employee Retirement Income Security Act of 1974 or any amendments to that act, or under any similar law, regulation or ordinance.

D. Any obligation of the "Insured" under a No Fault, Uninsured Motorist or Underinsured Motorist law, or under any similar law, regulation or ordinance.

E. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

   1. a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

   2. a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

F. "Property damage" to "your product" arising out of it or any part of it.

G. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

H. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

   1. "your product";

   2. "your work"; or

   3. "impaired property"

   if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

I. "Property damage" to property owned by the "Insured."

J. "Personal injury" or "advertising injury":

   1. arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity;

   2. arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

   3. arising out of the willful violation of a penal statute or ordinance committed by or with consent of the "Insured"; or

   4. for which the "Insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for

damages that the "Insured" would have in the absence of the contract or agreement.

K. "Advertising injury" arising out of:

   1. breach of contract, other than misappropriation of advertising ideas under an implied contract;

   2. the failure of goods, products or services to conform with advertised quality or performance;

   3. the wrong description of the price of goods, products or services; or

   4. an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

L. Any liability, including but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants, arising out of or in any way related to:

   1. The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release, or escape of "pollutants," however caused.

   2. Any request, demand or order that any "Insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants." This includes demands, directives, complaints, "suits," orders or requests brought by any governmental entity or by any person or group of persons.

   3. Steps taken or amounts incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or assess the effects of "pollutants."

This exclusion will apply to any liability, costs, charges, or expenses, or any judgments or settlements, arising directly or indirectly out of pollution whether or not the pollution was sudden, accidental, gradual, intended, expected, unexpected, preventable or not preventable.

As used in this exclusion "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including, but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

M. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

N. Any liability, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

1. asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

2. exposure to testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

3. any obligation to investigate, settle or defend, or indemnify any person against any "claim" or "suit" arising out of, or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

O. "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any:

1. refusal to employ or promote;

2. termination of employment;

3. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, molestation, humiliation, discrimination or other employment related practices, policies, acts or omissions; or

4. consequential "bodily injury," "property damage," "personal injury" or "advertising injury" as a result of O.1. through O.3.

This exclusion applies whether the "Insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of "bodily injury," "property damage," "personal injury" or "advertising injury."

P. "Bodily injury," "property damage," "personal injury" or "advertising injury" excluded by the **Nuclear Energy Liability Exclusion** attached to this Policy.

Q. The following Items 1. through 4., except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy:

1. Liability of any employee with respect to "bodily injury," "property damage," "personal injury" or "advertising injury" to you or to another employee of the same employer injured in the course of such employment.

2. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any watercraft, if such watercraft is owned, or chartered without crew, by or on behalf of any "Insured." This exclusion will not apply to watercraft while ashore on any premises owned by, rented to, or controlled by you.

3. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any aircraft, if such aircraft is owned, or hired without pilot or crew, by or on behalf of any "Insured."

**4.** "Bodily injury" to:

    **a.** an employee of any "Insured" arising out of and in the course of:

      **i.** employment by any "Insured"; or

      **ii.** performing duties related to the conduct of any "Insured's" business; or

    **b.** the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **4.a.**

This exclusion applies:

    **a.** whether any "Insured" may be liable as an employer or in any other capacity; and

    **b.** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## V. DEFINITIONS

**A.** "Advertising injury" means injury arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

    **1.** oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **2.** oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

    **3.** misappropriation of advertising ideas or style of doing business;

    **4.** infringement of copyright, title or slogan; or

    **5.** mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.**

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment."

**C.** "Bodily injury" means physical injury, sickness, or disease, including death of a person. "Bodily injury" also means mental injury, mental anguish, humiliation, or shock if directly resulting from physical injury, sickness, or disease to that person.

**D.** "Claim" means any demand for monetary damages upon an "Insured" resulting from a covered "occurrence."

**E.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    **1.** it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **2.** you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    **1.** the repair, replacement, adjustment or removal of "your product" or "your work"; or

    **2.** your fulfilling the terms of the contract or agreement.

**F.** "Insured" means each of the following, to the extent set forth:

    **1.** The Named Insured meaning:

      **a.** Any person or organization listed in Item **1.** of the Declarations, and any Company of which you own more than 50%, as of the effective date of this policy.

      **b.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify to be a Named Insured. However:

(1) coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) coverage does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" that occurred before you acquired or formed the organization; and

(3) coverage applies only if the organization is included under the coverage provided by the policies listed in the Schedule of Underlying Insurance and then for no broader coverage than is provided under such underlying policies.

2. If you are an individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner as of the effective date of this policy.

3. If you are a partnership or joint venture, the partners or members and their spouses but only as respects the conduct of your business.

4. If you are a limited liability company, the members or managers but only as respects the conduct of your business.

5. Any person or organization, other than the Named Insured, included as an additional "Insured" by virtue of an "insured contract," and to which coverage is provided by the "underlying insurance," and for no broader coverage than is provided by the "underlying insurance" to such additional "Insured."

6. Any of your partners, executive officers, directors, or employees but only while acting within the scope of their duties.

However, the coverage granted by this Provision 6. does not apply to the ownership, maintenance, use, "loading" or "unloading" of any "autos," aircraft or watercraft unless such coverage is included under the policies listed in the Schedule of Underlying Insurance and for no broader coverage than is provided under such underlying policies.

Employees include "leased workers" but not "temporary workers." "Leased workers" are leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform related duties to the conduct of your business. "Leased workers" are not "temporary workers." "Temporary workers" are persons furnished to you to substitute for permanent employees on leave or to meet seasonal or short-term workload conditions.

7. Any person, other than one of your employees, or organization while acting as your real estate manager.

8. Any person (other than your partners, executive officers, directors, stockholders or employees) or organizations with respect to any "auto" owned by you, loaned to you or hired by you or on your behalf and used with your permission.

However, the coverage granted by this Provision 8. does not apply to any person using an "auto" while working in a business that sells, services, repairs or parks "autos" unless you are in that business.

9. No person or organization is an "Insured" with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

G. "Insured contract" means any oral or written contract or agreement entered into by you and pertaining to your business under which you assume the "tort liability" of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or

agreement. "Tort liability" means a civil liability that would be imposed by law in the absence of any contract or agreement.

H. "Loading" or "unloading" means the handling of property:

1. after it is removed from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. while it is in or on an aircraft, watercraft or "auto";

3. while it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

However, "loading" or "unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

I. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. vehicles maintained for use solely on or next to premises you own or rent;

3. vehicles that travel on crawler treads;

4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. power cranes, shovels, loaders, diggers or drills; or

   b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. vehicles not described in 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment or

b. cherry pickers and similar devices used to raise or lower workers;

6. vehicles not described in 1., 2., 3., or 4. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

a. equipment designed primarily for:

   (1) snow removal;

   (2) road maintenance, but not construction or resurfacing; or

   (3) street cleaning;

b. cherry pickers and similar devices mounted on auto or truck chassis and used to raise or lower workers; and

c. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

J. "Occurrence" means:

1. as respects "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

2. as respects "personal injury," an offense arising out of the business of any "Insured" that results in "personal injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the

frequency or repetition thereof, the number and kind of media used and the number of claimants;

3. as respects "advertising injury," an offense committed in the course of advertising your goods, products and services that results in "advertising injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

K. "Personal injury" means injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items K.1. through 5.

L. 1. "Products-completed operations hazard" means all "bodily injury" and "property damage" from an "occurrence" taking place away from premises you own or rent and arising out of "your product" or "your work" except:

a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned.

2. "Your work" will be deemed completed at the earliest of the following times:

a. When all of the work called for in your contract has been completed.

b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This "products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading" or "unloading" of it;

b. the existence of tools, uninstalled equipment or abandoned or unused materials.

M. "Property damage" means:

1. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2. loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

N. "Suit" means a civil proceeding which seeks monetary damages because of "bodily injury," "property damage," "per-

sonal injury," or "advertising injury" to which this insurance applies. "Suit" includes:

1. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

2. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

O. "Underlying insurance" means the insurance coverage provided under policies shown in the Schedule of Underlying Insurance, or any additional policies agreed to by us in writing. It includes any policies issued to replace those policies during the term of this insurance that provide:

1. at least the same policy limits; and

2. insurance for the same hazards, except as to any modifications which are agreed to by us in writing.

P. "Your product" means:

1. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a. you;

   b. others trading under your name; or

   c. a person or organization whose business or assets you have acquired; and

2. Containers (other than vehicles) materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

Q. "Your work" means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2. the providing of or failure to provide warnings or instructions.

## VI. Conditions

### A. Appeals

If the "Insured" or an "Insured's" underlying insurers do not appeal a judgment in excess of the "retained limit," we have the right to make such an appeal. If we elect to appeal, our liability on such an award or judgment will not exceed our Limits of Insurance as stated in Item 4. of the Declarations plus the cost and expense of such appeal.

### B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the period of this policy and for up to three years after the expiration or termination of this policy.

### C. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any "Insured" or the bankruptcy, insolvency or inability to pay of any of the Underlying Insurers will not relieve us from the payment of any "claim" or "suit" covered by this policy. Under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down and replace the "retained limit" or assume any obligation with the "retained limit."

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of nonpayment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1. of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the Minimum Premium as shown in Item 3. of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the Minimum Premium as shown in Item 3. of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item 1. of the Declarations will act on behalf of all other "Insured's" with respect to the giving and receiving of notice of can-

cellation and the receipt of any refund that may become payable under this policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E. Changes**

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes a part of this policy and that is signed by one of our authorized representatives.

**F. Duties in The Event of An Occurrence, Claim Or Suit**

1. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

   a. how, when and where the "occurrence" took place;

   b. the names and addresses of any injured person and witnesses;

   c. the nature and location of any injury or damage arising out of the "occurrence."

2. If a "claim" or "suit" against any "Insured" is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3. You and any other involved "Insured" must:

   a. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   b. authorize us to obtain records and other information;

c. cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

d. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "Insured" because of injury or damage to which this insurance may also apply.

4. The "Insured's" will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## G. Inspection

We have the right, but are not obligated, to inspect the premises and operations of any "Insured" at any time. Our inspections are not safety inspections. They relate only to the insurability of the premises and operations of any "Insured" and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person or organization to provide for the health or safety of any employees or the public. We do not warrant that the premises or operations of any "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

## H. Legal Actions Against Us

There will be no right of action against us under this insurance unless:

1. you have complied with all the terms of this policy; and

2. the amount you owe has been determined by settlement with our consent or by actual trial and final judgment;

This insurance does not give anyone the right to add us as a party in an action against you to determine your liability.

## I. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. to keep the policies listed in the Schedule of Underlying Insurance in full force and effect;

2. that any renewals or replacements of the policies listed in the Schedule of Underlying Insurance will not be more restrictive in coverage;

3. that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" covered by "underlying insurance"; and

4. that the terms, conditions and endorsements of the policies listed in the Schedule of Underlying Insurance will not change during the period of this policy such as to increase the coverage afforded under this policy.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

## J. Other Insurance

If other insurance applies to a loss that is also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy.

## K. Premium

The first Named Insured designated in Item 1. of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 3. of the Declarations. At the beginning of the policy period, you must pay us the Advance Premium shown in Item 3. of the Declarations.

When this policy expires or if it is canceled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjust-

ment, the actual exposure basis will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event we will retain the Minimum Premium as shown in Item **3.** of the Declarations for each twelve months of our policy period.

**L.  Separation of Insureds**

Except with respect to our Limits of Insurance and any rights or duties specifically assigned to the first Named Insured designated in Item **1.** of the Declarations, this insurance applies:

1.  as if each Named Insured were the only Named Insured; and

2.  separately to each "Insured" against whom "claim" is made or "suit" brought.

**M.  Transfer of Rights of Recovery Against Others to Us**

If any "Insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "Insured" must do nothing after loss to impair those rights and must help us enforce them.

Any recoveries will be applied as follows:

1.  any interests, including the "Insured," that have paid an amount in excess of our payment under this policy will be reimbursed first;

2.  we then will be reimbursed up to the amount we have paid; and

3.  lastly, any interests, including the "Insured," over which our insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery will be apportioned between the interests, including the "Insured," in the ratio of their respective recoveries as finally settled.

**N.  Terms Conformed to Statute**

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes.

If we are prevented by law or statute from paying on behalf of an "Insured," then we will, where permitted by law or statute, indemnify the "Insured" for those sums in excess of the "retained limit."

**O.  Transfer of Your Rights And Duties**

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first Named Insured designated in Item **1.** of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

**P.  When Loss Is Payable**

Coverage under this policy will not apply unless and until any "Insured" or an "Insured's" underlying insurer is obligated to pay the "retained limit."

When the amount of loss has finally been determined, we will promptly pay on behalf of the "Insured" the amount of loss falling within the terms of this policy.

You will promptly reimburse us for any amount within the Self-Insured Retention advanced by us at our discretion on behalf of any "Insured."

## NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply to:

1. Any liability, injury or damage:

    a. with respect to which any "Insured" under the policy is also an "Insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an "Insured" under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

    b. resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) a person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) any "Insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material," if:

    a. the "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, any "Insured" or (b) has been discharged or dispersed therefrom;

    b. the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any "Insured"; or

    c. the injury or "nuclear property damage" arises out of the furnishing by any "Insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion 2.c. applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

3. As used in this exclusion:

    a. "Hazardous properties" includes radioactive, toxic or explosive properties.

    b. "Nuclear facility" means:

        i. any "nuclear reactor";

        ii. any equipment or device designed or used for

            (1) separating the isotopes of uranium or plutonium,

            (2) processing or utilizing "spent fuel" or

            (3) handling, processing or packaging "nuclear waste";

        iii. any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

        iv. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste," and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

    c. "Nuclear material" means "source material," "special nuclear material" or by-product material.

    d. "Nuclear property damage" includes all forms of radioactive contamination of property.

e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

f. "Nuclear waste" means any nuclear waste material **(a)** containing "by-product material" other than the tailings of nuclear waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph **3.b.i.** or **3.b.ii.**

g. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

h. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADVERTISING INJURY - FOLLOWING FORM

The following exclusion is added to Section **IV. EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "advertising injury," except to the extent that such insurance is provided by a policy listed in the Schedule of "Underlying Insurance" and for no broader coverage than is provided by such coverage.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS LIABILITY EXCLUSION

Exclusion **Q.4.** is deleted from Section **IV. EX-CLUSIONS** and the following exclusion is added to Section **IV. EXCLUSIONS:**

Bodily Injury to:

1. An employee of an "Insured" arising out of and in the course of:

   a. employment by any "Insured"; or

   b. performing duties related to the conduct of any "Insured" business; or

2. the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **1** above.

This exclusion applies:

1. whether any "Insured" may be liable as an employer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement does not change any other provision of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LIABILITY ARISING OUT OF LEAD

The following exclusion is added to Section IV - EXCLUSIONS:

1. any liability arising out of, resulting from, or in any way caused by or related to any actual, alleged or threatened ingestion, inhalation, absorption, or exposure to lead, in any form from any source; or

2. any loss, cost, expense, liability or other type of obligation arising out of or resulting from, or in any way related to, any:

   a. claim, suit, request, demand, directive, or order by or on behalf of any person, entity, or governmental authority that any "Insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form from any source, or to any

   b. claim or suit by or on behalf of any person, entity, or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of lead in any form.

This endorsement does not change any other provision of the policy.

CU 64 37 02 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS - FUNGI OR BACTERIA EXCLUSION

The following exclusion is added to Section **VI - EXCLUSIONS:**

The following Items **1.** through **5.:**

1. "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy.

2. "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied.

3. "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured.

4. "Personal injury," or "advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria.

5. Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi," or bacteria by any insured or by any other person or entity.

For the purposes of this endorsement, "fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

This endorsement does not change any other provision of the policy.

CU 60 30 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION - REAL OR PERSONAL PROPERTY

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "property damage" to real or personal property in the care, custody or control of any "Insured," or loaned to any "Insured," or used, rented, or occupied by any "Insured," or as to which any "Insured" is for any purpose exercising physical control.

This endorsement does not change any other provision of the policy.

CU 60 30 06 97

CU 60 50 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INTELLECTUAL PROPERTY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of or directly or indirectly related to the actual or alleged publication or ut-terance or oral or written statements which are claimed as an infringement, violation or defense of any of the following rights or laws:

1. copyright, other than infringement of copy-righted advertising materials;

2. patent;

3. trade secrets;

4. trade dress; or

5. trade mark or service mark or certification mark or collective mark or trade name, other than trademarked or service marked titles or slogans.

This endorsement does not change any other provision of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIQUOR LIABILITY EXCLUSION

The following exclusion is added to Section IV - EXCLUSIONS:

Any liability of any "Insured" by reason of:

(1)  causing or contributing to the intoxication of any person; or

(2)  the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)  any, statute, ordinance, or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This endorsement does not change any other provision of the policy.

CU 61 25 06 97

CU 63 44 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FOREIGN LIABILITY – FOLLOWING FORM

The following exclusion is added to Section **IV – EXCLUSIONS:**

Any "bodily injury," "property damage," "personal injury," or "advertising injury" which occurs outside the United States of America, its territories and possessions, Puerto Rico, or Canada, except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

**OCG**
OHIO CASUALTY GROUP
The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB-LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage." If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on NP 72 49 01 03 and return this form to:

Ohio Casualty Group
Attn: Commercial Umbrella & Excess Liability - Terrorism
9450 Seward Road
Fairfield OH 45014

COMMERCIAL UMBRELLA COVERAGE
CU 60 39 01 03

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

1.

2.

3.

4.

This endorsement does not change any other provision of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PERSONAL INJURY - FOLLOWING FORM

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "personal injury," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTERIOR INSULATION AND FINISH SYSTEM - EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "bodily injury" or "property damage" included in the "products-completed operations hazard" or "personal injury" or "advertising injury" arising out of or caused by the actual or alleged:

1. Design, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, renovation, service, correction, or replacement, of an "exterior insulation and finish system" (as defined below), or any part thereof, or

2. Any work or operations with respect to any exterior component of the "exterior insulation and finish system" (as defined below) or any fixture or feature of any structure of an "exterior insulation and finish system" (as defined below) that is used on that particular part of that structure, or

3. Any damage caused by water intrusion penetrating the "exterior insulation finish system."

**DEFINITION OF "EXTERIOR INSULATION FINISH SYSTEM":**

For the purpose of this endorsement, an "exterior insulation and finish system" is defined as:

(a) an exterior cladding or finish system used on any part of any structure, residential or commercial, and is also known as "exterior cladding," EIFS cladding, "synthetic stucco", or by such common names as "Dryvit" or "stucco," but it may also be referred to by a variety of other common manufacturers names, but includes a cladding consisting of some or all of the following component parts:

the component parts can include all or some of the following listed component parts, but it does not necessarily have to include all of the below listed component parts:

(1) a rigid or semi-rigid insulation board made of expanded polystyrene or other materials; sometimes referred to as gypsum wallboard;

(2) adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

(3) a mesh or reinforcing mesh;

(4) a base coat or reinforced base coat; and

(5) a finish coat or synthetic plaster material providing surface texture and color.

(b) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a "water managed exterior insulation and finish system" which means a multi-lamina exterior building siding system composed of all of some or all of the following materials or components:

(1) weather-resistive barrier applied directly over exterior building sheathing; and

(2) insulation board composed of polystyrene or poliscyanurate foam board, with vertical grooves allowing for water drainage, and mechanically attached to the exterior building sheathing; and

(3) base coat of cementous or polymeric enhanced cementous materials;

(4) a reinforcing material embedded in the base coat composed of fiberglass mesh or other material;

(5) a finish coat of cementous or polymeric enhanced cementous material; and

(6) an architectural weep component installed at the bottom of the exterior siding and underneath windows combined with flashing elements designed to channel water intrusion to the outside of the siding system.

(c) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a direct-applied exterior finish system or DEFS, which is commonly known as a stucco finish and base coat applied directly to a structure's sheating or water-durable exterior wall substrate. The DEFS system can also accommodate application of a thin brick finish.

This endorsement does not change any other provision of the policy.

**OCG** The member companies of **OHIO CASUALTY GROUP**
OHIO CASUALTY GROUP  9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

## POLICYHOLDER DISCLOSURE NOTICE OF
## INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Underlying Coverage Warranty located at the end of this Notice.

☐  I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

Policyholder/Applicant's Signature          Print Name                    Date Signed

_____    _____    _____

Named Insured                                      Policy Number

Policy Effective/Expiration Date

## UNDERLYING COVERAGE WARRANTY

This policy will apply to Terrorism Coverage only in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to you during the Policy Period.

If you fail to comply with this Underlying Coverage Warranty and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this warranty.

Ohio Casualty Group
Attn: Commercial Umbrella & Excess Liability - Terrorism
9450 Seward Road
Fairfield OH 45014

**NP 72 49 01 03**                                                    **Page 1 of 1**

**COMMERCIAL UMBRELLA COVERAGE**
**CU 60 40 01 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNDERLYING COVERAGE WARRANTY FOR CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism," we will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period.

If you fail to comply with this Underlying Coverage Warranty for Certified Acts of Terrorism and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this warranty.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This exclusion does not apply to the extent that insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO LIABILITY – FOLLOWING FORM

The following exclusion is added to Section **IV – EXCLUSIONS:**

Any liability arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any "auto," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

CU 61 99 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

**SECTION VI - CONDITION D. Cancellation** is deleted and the following condition is added to **SECTION VI - CONDITIONS:**

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Coverage Part by mailing to us advance written notice of cancellation.

2. We may cancel this Coverage Part by mailing to you written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason if policy is in force less than 60 days.

3. If this policy has been in effect 60 days or more, we will give 60 days written notice prior to the effective date of cancellation. It may be cancelled by us only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was obtained through a material misrepresentation;

   c. any "Insured" has violated any of the terms and conditions of the policy;

   d. the risk originally accepted has measurably increased;

   e. certification of the Director of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

f. a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

4. We will mail our notice to your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

The following **CONDITION** is added and supersedes any provision to the contrary:

**When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail to you at the last known address written notice of nonrenewal no less than 60 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

1. On the expiration date, if:

   a. you fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**b.** we have indicated our willingness to re-new this Coverage Part to you or your representative; or

**c.** you have notified us or our agent that you do not want to renew this Coverage Part.

**2.** On the effective date of any other insurance policy replacing this Coverage Part.

If notice is mailed, proof of mailing will be suffi-cient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

Section **I - COVERAGE** is deleted and replaced by the following:

1. **COVERAGE**

   a.  We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the Insuring Agreement Section **II. LIMITS OF INSURANCE.**

   b.  This insurance applies to "bodily injury" and "property damage" only if, prior to the policy period, no "Insured" knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If any "Insured" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c.  "Bodily injury" or "property damage" which occurs during the Policy Period and was not, prior to the Policy Period, known to have occurred by any "Insured," includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "Insured":

      (1) reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

This endorsement does not change any other provision of the policy.

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

E-FILED
Transodap5)252c9ff, 2006203:22:39 PM
Clerk, U.S. District Court, ILCD

THE OHIO CASUALTY INSURANCE COMPANY



**OCG**
OHIO CASUALTY GROUP

9450 Seward Road, Fairfield, Ohio 45014

1-800-843-6446

| POLICY NUMBER |
| --- |
| COMMERCIAL UMBRELLA |
| OCCURRENCE |

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS    ITEM 1. | AGENT'S NAME & ADDRESS    0940 12 04 0280 |
| --- | --- |
| FRED WANLESS TRUST<br>(A PARTNERSHIP)<br>SEE SCHEDULE OF NAMED INSURED(S)<br>250 S DURKIN DR APT 11<br>SPRINGFIELD IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD        IL 62703-2228 |
| | PREVIOUS POLICY NO.    BXO 52 98 73 82 |
| INSURED IS PARTNERSHIP | INSURED'S BUSINESS  PROPERTY OWNER |

**POLICY PERIOD:** ITEM 2. THIS POLICY IS IN FORCE FROM 05/20/04 TO 05/20/05 AT
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE
COMMERCIAL UMBRELLA COVERAGE PART (WHICH CONSISTS OF COVERAGE FORMS AND
OTHER APPLICABLE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART
OF IT) COMPLETE THIS POLICY.

ITEM 3. PREMIUM:

TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . .    $1,869.00
CERTIFIED ACTS OF TERRORISM COVERAGE: .    $19.00 (INCLUDED)

IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY WILL
RECEIVE AND RETAIN NO LESS THAN    $187.00 AS THE MINIMUM PREMIUM

BASIS OF PREMIUM:    NON-AUDITABLE (X)    AUDITABLE ( )

ITEM 4. LIMITS OF INSURANCE:

$2,000,000 EACH OCCURRENCE
$2,000,000 GENERAL AGGREGATE (WHERE APPLICABLE)
$2,000,000 PRODUCTS-COMPLETED OPERATIONS AGGREGATE

ITEM 5. SELF-INSURED RETENTION:    $10,000

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____

SIGNATURE _Amanda Way_
TITLE _Support Tec_            DATE 3/3/06

N05                    CONTINUED ON PAGE 2

Issue Date  03/03/04  At  LOMBARD, ILLINOIS                By _____
Authorized Rep.

LOM TME1      0940 03/03/04 92582      HOME OFFICE COPY      PAGE: ___

EXHIBIT
G
ALL-STATE LEGAL

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BXO (05) 52 98 73 82

**INTERNAL USE**

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S
COMMERCIAL UMBRELLA SCHEDULE TOTALS - ANNUAL
COMMERCIAL UMBRELLA PREMIUM          $1,869.00

TOTAL PROVISIONAL PREMIUM                    $1,869.00

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CU60020697 | CU60300697 | CU60390103 | CU60400103 |
| CU60470697 | CU60500697 | CU60540697 | CU61060697 |
| CU61140697 | CU61250697 | CU61290697 | CU61990697 |
| CU63330697 | CU63440697 | CU63800503 | CU64001101 |
| CU64340999 | NP72480103 | NP72490103 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CLASS E

0770040801

TRANS:0001

CONTINUED ON PAGE    3

POLICY DECLARATIONS

NAME OF COMPANY THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED FRED WANLESS TRUST

POLICY NO. BXO (05) 52 98 73 82

INTERNAL USE

### SCHEDULE OF UNDERLYING INSURANCE

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY BKO(05)52987382 05/20/04 TO 05/20/05 | GENERAL LIABILITY (X) OCCURRENCE FORM ( ) CLAIMS MADE FORM | $1,000,000 EACH OCCURRENCE LIMIT $1,000,000 PERSONAL AND ADVERTISING INJURY LIMIT $1,000,000 GENERAL AGGREGATE LIMIT $1,000,000 PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT |
| AMERICAN STATES 02BO2025035 05/20/04 TO 05/20/05 | AUTOMOBILE LIABILITY | (X) COMBINED SINGLE LIMITS $1,000,000 EACH ACCIDENT |

CLASS E

OC70040901

TRANS:0001

END OF DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BXO (05) 52 98 73 82

INTERNAL USE

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED

FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CLASS E

OC70040801

TRANS:0001                    END OF GENERAL ENDORSEMENTS

LOM TME1       0940 03/03/04 92582       HOME OFFICE COPY     PAGE:    1

CU 60 54 06 97

BXO(05)52987382

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section IV - **EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

1.    225 SOUTH 4TH STREET, SPRINGFIELD, IL 62707

2.

3.

4.

This endorsement does not change any other provision of the policy.

# COMMERCIAL LINES UNDERWRITING
## EXPERT SYSTEMS

**EFFECTIVE**    **EXPIRATION**
08/07/2002    05/20/2003

# EXPIRATION    NOTICE-EXPERT

**INSURED**
FRED WANLESS  TRUST
250 S DURKIN  DR APT  11
SPRINGFIELD  IL  627046344

**POLICY NO**
BXO  52987382

**AGENT**  12-0280          0942
FORSYTH INSURANCE  GROUP INC
1201  S 4TH ST
SPRINGFIELD IL  62703-2228

**STATUS:** BRANCH  MUST  INITIATE    RENEWAL

FORM: EXPMAN

REVIEW  REASON(S)

01)  Policy  is  issued  manual  or  nonratable.  Review  of  the  policy  is  needed.

CU 60 02 06 97

# COMMERCIAL UMBRELLA COVERAGE FORM

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured as defined in **Insuring Agreement, V. DEFINITIONS.** The words "we," "us" and "our" refer to the Company providing this insurance. The word "Insured" means any person or organization qualifying as such in **Insuring Agreement, V. DEFINITIONS.** Words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITION** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the **Insuring Agreement** Section II. LIMITS OF INSURANCE.

### II. LIMITS OF INSURANCE

A. The Limits of Insurance shown in Item **4.** of the Declarations and the rules below state the most we will pay regardless of the number of:

1. "Insureds";

2. "claims" made or "suits" brought; or

3. persons or organizations making "claims" or bringing "suits."

B. The General Aggregate Limit is the most we will pay for all damages covered under the **Insuring Agreement** in Section I., except:

1. damages included in the "products-completed operations hazard"; and

2. coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury," "property damage," "personal injury," or "advertising injury" subject to an aggregate limit in the "underlying insurance." The General Aggregate Limit applies separately and in the same manner as the aggregate limits in the "underlying insurance."

C. The Products-Completed Operations Aggregate Limit is the most we will pay for all damages included in the "products-completed operations hazard."

D. Subject to **B.** or **C.** in Section **II. LIMITS OF INSURANCE,** whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury," "property damage,"

"personal injury," or "advertising injury" covered under the **Insuring Agreement** in Section **I.** because of all "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any one "occurrence."

E. If the applicable Limits of Insurance of the policies listed in the Schedule of Underlying Insurance or of other insurance providing coverage to the "Insured" are reduced or exhausted by actual payment of one or more "claims," subject to the terms and conditions of this policy, we will:

1. in the event of reduction, pay in excess of the reduced underlying Limits of Insurance, or;

2. in the event of exhaustion, continue in force as "underlying insurance," but for no broader coverage than is available under this policy.

F. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

G. **Retained Limit**

We will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the "retained limit," which is the greater of:

1. the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period; or

2. the amount stated in the Declarations as Self-Insured Retention as a result of any one "occurrence" not covered by the underlying policies listed in the

Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

and then up to an amount not exceeding the Each Occurrence Limit as stated in the Declarations.

Once the Self-Insured Retention has been exhausted by actual payment of "claims" in full by the "Insured," the Self-Insured Retention will not be reapplied or again payable by the "Insured" for said Policy Period.

## III. DEFENSE

A. We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of this policy when:

1. the applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" to which this policy applies; or

2. damages are sought for any "occurrence" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured."

B. When we assume the defense of any "claim" or "suit":

1. We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

2. All expenses we incur in the investigation of any "claim" or defense of any "suit" are in addition to our Limits of Insurance.

3. We will pay the following as expenses, to the extent that they are not included in the coverage in the underlying policies listed in the Schedule of Underlying Insurance or in any other insurance providing coverage to the "Insured":

   a. premiums on bonds to release attachments, which bond amounts will not exceed our Limits of Insurance, but we are not obligated to apply for or furnish any such bond;

   b. premiums on appeal bonds, which bond amounts will not exceed our policy limits, required by law to appeal any "claim" or "suit" we defend, but we are not obligated to apply for or furnish any such bond;

   c. all costs taxed against the "Insured" in any "claim" or "suit" we defend;

   d. pre-judgment interest awarded against the "Insured" on that part of the judgment we pay that is within our applicable Limits of Insurance. If we make an offer to pay the applicable Limits of Insurance, we will not pay any pre-judgment interest based on the period of time after the offer;

   e. all interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within our applicable Limit of Insurance;

   f. the "Insured's" actual and reasonable expenses incurred at our request.

C. We will not investigate any "claim" or defend any "suit" after our applicable Limits of Insurance have been exhausted by payment of judgments or settlements.

D. In all other instances except Subsection **A.** in Section **III. DEFENSE,** we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

## IV. EXCLUSIONS

This insurance does not apply to:

A. "Bodily injury" or "property damage" expected or intended from the standpoint of the "Insured." This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

B. Any obligation of the "Insured" under a Workers Compensation, Unemployment Compensation or Disability Benefits Law, or under any similar law, regulation or ordinance.

C. Any obligation of the "Insured" under the Employee Retirement Income Security Act of 1974 or any amendments to that act, or under any similar law, regulation or ordinance.

D. Any obligation of the "Insured" under a No Fault, Uninsured Motorist or Underinsured Motorist law, or under any similar law, regulation or ordinance.

E. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

   1. a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

   2. a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

F. "Property damage" to "your product" arising out of it or any part of it.

G. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

H. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1. "your product";

2. "your work"; or

3. "impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

I. "Property damage" to property owned by the "Insured."

J. "Personal injury" or "advertising injury":

1. arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity;

2. arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

3. arising out of the willful violation of a penal statute or ordinance committed by or with consent of the "Insured"; or

4. for which the "Insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for

damages that the "Insured" would have in the absence of the contract or agreement.

K. "Advertising injury" arising out of:

1. breach of contract, other than misappropriation of advertising ideas under an implied contract;

2. the failure of goods, products or services to conform with advertised quality or performance;

3. the wrong description of the price of goods, products or services; or

4. an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

L. Any liability, including but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants, arising out of or in any way related to:

1. The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release, or escape of "pollutants," however caused.

2. Any request, demand or order that any "Insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants." This includes demands, directives, complaints, "suits," orders or requests brought by any governmental entity or by any person or group of persons.

3. Steps taken or amounts incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or assess the effects of "pollutants."

This exclusion will apply to any liability, costs, charges, or expenses, or any judgments or settlements, arising directly or indirectly out of pollution whether or not the pollution was sudden, accidental, gradual, intended, expected, unexpected, preventable or not preventable.

As used in this exclusion "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including, but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

M. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

N. Any liability, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

  1. asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

  2. exposure to testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

  3. any obligation to investigate, settle or defend, or indemnify any person against any "claim" or "suit" arising out of, or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

O. "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any:

  1. refusal to employ or promote;

  2. termination of employment;

  3. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, molestation, humiliation, discrimination or other employment related practices, policies, acts or omissions; or

  4. consequential "bodily injury," "property damage," "personal injury" or "advertising injury" as a result of O.1. through O.3.

  This exclusion applies whether the "Insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of "bodily injury," "property damage," "personal injury" or "advertising injury."

P. "Bodily injury," "property damage," "personal injury" or "advertising injury" excluded by the **Nuclear Energy Liability Exclusion** attached to this Policy.

Q. The following Items 1. through 4., except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy:

  1. Liability of any employee with respect to "bodily injury," "property damage," "personal injury" or "advertising injury" to you or to another employee of the same employer injured in the course of such employment.

  2. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any watercraft, if such watercraft is owned, or chartered without crew, by or on behalf of any "Insured." This exclusion will not apply to watercraft while ashore on any premises owned by, rented to, or controlled by you.

  3. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any aircraft, if such aircraft is owned, or hired without pilot or crew, by or on behalf of any "Insured."

4. "Bodily injury" to:

    a. an employee of any "Insured" arising out of and in the course of:

        i. employment by any "Insured"; or

        ii. performing duties related to the conduct of any "Insured's" business; or

    b. the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **4.a.**

This exclusion applies:

    a. whether any "Insured" may be liable as an employer or in any other capacity; and

    b. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## V. DEFINITIONS

**A.** "Advertising injury" means injury arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

    1. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    2. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

    3. misappropriation of advertising ideas or style of doing business;

    4. infringement of copyright, title or slogan; or

    5. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.**

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment."

**C.** "Bodily injury" means physical injury, sickness, or disease, including death of a person. "Bodily injury" also means mental injury, mental anguish, humiliation, or shock if directly resulting from physical injury, sickness, or disease to that person.

**D.** "Claim" means any demand for monetary damages upon an "Insured" resulting from a covered "occurrence."

**E.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    1. it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    2. you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    1. the repair, replacement, adjustment or removal of "your product" or "your work"; or

    2. your fulfilling the terms of the contract or agreement.

**F.** "Insured" means each of the following, to the extent set forth:

    1. The Named Insured meaning:

        a. Any person or organization listed in Item **1.** of the Declarations, and any Company of which you own more than 50%, as of the effective date of this policy.

        b. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify to be a Named Insured. However:

(1) coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) coverage does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" that occurred before you acquired or formed the organization; and

(3) coverage applies only if the organization is included under the coverage provided by the policies listed in the Schedule of Underlying Insurance and then for no broader coverage than is provided under such underlying policies.

2. If you are an individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner as of the effective date of this policy.

3. If you are a partnership or joint venture, the partners or members and their spouses but only as respects the conduct of your business.

4. If you are a limited liability company, the members or managers but only as respects the conduct of your business.

5. Any person or organization, other than the Named Insured, included as an additional "Insured" by virtue of an "insured contract," and to which coverage is provided by the "underlying insurance," and for no broader coverage than is provided by the "underlying insurance" to such additional "Insured."

6. Any of your partners, executive officers, directors, or employees but only while acting within the scope of their duties.

However, the coverage granted by this Provision 6. does not apply to the ownership, maintenance, use, "loading" or "unloading" of any "autos," aircraft or watercraft unless such coverage is included under the policies listed in the Schedule of Underlying Insurance and for no broader coverage than is provided under such underlying policies.

Employees include "leased workers" but not "temporary workers." "Leased workers" are leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform related duties to the conduct of your business. "Leased workers" are not "temporary workers." "Temporary workers" are persons furnished to you to substitute for permanent employees on leave or to meet seasonal or short-term workload conditions.

7. Any person, other than one of your employees, or organization while acting as your real estate manager.

8. Any person (other than your partners, executive officers, directors, stockholders or employees) or organizations with respect to any "auto" owned by you, loaned to you or hired by you or on your behalf and used with your permission.

However, the coverage granted by this Provision 8. does not apply to any person using an "auto" while working in a business that sells, services, repairs or parks "autos" unless you are in that business.

9. No person or organization is an "Insured" with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

G. "Insured contract" means any oral or written contract or agreement entered into by you and pertaining to your business under which you assume the "tort liability" of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or

agreement. "Tort liability" means a civil liability that would be imposed by law in the absence of any contract or agreement.

H. "Loading" or "unloading" means the handling of property:

1. after it is removed from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. while it is in or on an aircraft, watercraft or "auto";

3. while it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

However, "loading" or "unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

I. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. vehicles maintained for use solely on or next to premises you own or rent;

3. vehicles that travel on crawler treads;

4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. power cranes, shovels, loaders, diggers or drills; or

   b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. vehicles not described in 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment or

b. cherry pickers and similar devices used to raise or lower workers;

6. vehicles not described in 1., 2., 3., or 4. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. equipment designed primarily for:

      (1) snow removal;

      (2) road maintenance, but not construction or resurfacing; or

      (3) street cleaning;

   b. cherry pickers and similar devices mounted on auto or truck chassis and used to raise or lower workers; and

   c. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

J. "Occurrence" means:

1. as respects "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

2. as respects "personal injury," an offense arising out of the business of any "Insured" that results in "personal injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the

frequency or repetition thereof, the number and kind of media used and the number of claimants;

3. as respects "advertising injury," an offense committed in the course of advertising your goods, products and services that results in "advertising injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

K. "Personal injury" means injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items K.1. through 5.

L. 1. "Products-completed operations hazard" means all "bodily injury" and "property damage" from an "occurrence" taking place away from premises you own or rent and arising out of "your product" or "your work" except:

a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned.

2. "Your work" will be deemed completed at the earliest of the following times:

a. When all of the work called for in your contract has been completed.

b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This "products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading" or "unloading" of it;

b. the existence of tools, uninstalled equipment or abandoned or unused materials.

M. "Property damage" means:

1. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2. loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

N. "Suit" means a civil proceeding which seeks monetary damages because of "bodily injury," "property damage," "per-

sonal injury," or "advertising injury" to which this insurance applies. "Suit" includes:

1. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

2. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

O. "Underlying insurance" means the insurance coverage provided under policies shown in the Schedule of Underlying Insurance, or any additional policies agreed to by us in writing. It includes any policies issued to replace those policies during the term of this insurance that provide:

1. at least the same policy limits; and

2. insurance for the same hazards, except as to any modifications which are agreed to by us in writing.

P. "Your product" means:

1. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a. you;

   b. others trading under your name; or

   c. a person or organization whose business or assets you have acquired; and

2. Containers (other than vehicles) materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

Q. "Your work" means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2. the providing of or failure to provide warnings or instructions.

## VI. Conditions

### A. Appeals

If the "Insured" or an "Insured's" underlying insurers do not appeal a judgment in excess of the "retained limit," we have the right to make such an appeal. If we elect to appeal, our liability on such an award or judgment will not exceed our Limits of Insurance as stated in Item **4.** of the Declarations plus the cost and expense of such appeal.

### B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the period of this policy and for up to three years after the expiration or termination of this policy.

### C. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any "Insured" or the bankruptcy, insolvency or inability to pay of any of the Underlying Insurers will not relieve us from the payment of any "claim" or "suit" covered by this policy. Under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down and replace the "retained limit" or assume any obligation with the "retained limit."

## D. Cancellation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of nonpayment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1. of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the Minimum Premium as shown in Item 3. of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the Minimum Premium as shown in Item 3. of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item 1. of the Declarations will act on behalf of all other "Insured's" with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

## E. Changes

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes a part of this policy and that is signed by one of our authorized representatives.

## F. Duties in The Event of An Occurrence, Claim Or Suit

1. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

   a. how, when and where the "occurrence" took place;

   b. the names and addresses of any injured person and witnesses;

   c. the nature and location of any injury or damage arising out of the "occurrence."

2. If a "claim" or "suit" against any "Insured" is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3. You and any other involved "Insured" must:

   a. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   b. authorize us to obtain records and other information;

c. cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

d. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "Insured" because of injury or damage to which this insurance may also apply.

4. The "Insured's" will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## G. Inspection

We have the right, but are not obligated, to inspect the premises and operations of any "Insured" at any time. Our inspections are not safety inspections. They relate only to the insurability of the premises and operations of any "Insured" and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person or organization to provide for the health or safety of any employees or the public. We do not warrant that the premises or operations of any "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

## H. Legal Actions Against Us

There will be no right of action against us under this insurance unless:

1. you have complied with all the terms of this policy; and

2. the amount you owe has been determined by settlement with our consent or by actual trial and final judgment;

This insurance does not give anyone the right to add us as a party in an action against you to determine your liability.

## I. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. to keep the policies listed in the Schedule of Underlying Insurance in full force and effect;

2. that any renewals or replacements of the policies listed in the Schedule of Underlying Insurance will not be more restrictive in coverage;

3. that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" covered by "underlying insurance"; and

4. that the terms, conditions and endorsements of the policies listed in the Schedule of Underlying Insurance will not change during the period of this policy such as to increase the coverage afforded under this policy.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

## J. Other Insurance

If other insurance applies to a loss that is also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy.

## K. Premium

The first Named Insured designated in Item 1. of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 3. of the Declarations. At the beginning of the policy period, you must pay us the Advance Premium shown in Item 3. of the Declarations.

When this policy expires or if it is canceled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjust-

ment, the actual exposure basis will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event we will retain the Minimum Premium as shown in Item **3.** of the Declarations for each twelve months of our policy period.

### L. Separation of Insureds

Except with respect to our Limits of Insurance and any rights or duties specifically assigned to the first Named Insured designated in Item **1.** of the Declarations, this insurance applies:

1. as if each Named Insured were the only Named Insured; and

2. separately to each "Insured" against whom "claim" is made or "suit" brought.

### M. Transfer of Rights of Recovery Against Others to Us

If any "Insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "Insured" must do nothing after loss to impair those rights and must help us enforce them.

Any recoveries will be applied as follows:

1. any interests, including the "Insured," that have paid an amount in excess of our payment under this policy will be reimbursed first;

2. we then will be reimbursed up to the amount we have paid; and

3. lastly, any interests, including the "Insured," over which our insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery will be apportioned between the interests, including the "Insured," in the ratio of their respective recoveries as finally settled.

### N. Terms Conformed to Statute

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes.

If we are prevented by law or statute from paying on behalf of an "Insured," then we will, where permitted by law or statute, indemnify the "Insured" for those sums in excess of the "retained limit."

### O. Transfer of Your Rights And Duties

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first Named Insured designated in Item **1.** of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

### P. When Loss Is Payable

Coverage under this policy will not apply unless and until any "Insured" or an "Insured's" underlying insurer is obligated to pay the "retained limit."

When the amount of loss has finally been determined, we will promptly pay on behalf of the "Insured" the amount of loss falling within the terms of this policy.

You will promptly reimburse us for any amount within the Self-Insured Retention advanced by us at our discretion on behalf of any "Insured."

## NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply to:

1. Any liability, injury or damage:

   a. with respect to which any "Insured" under the policy is also an "Insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an "Insured" under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

   b. resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) a person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) any "Insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material," if:

   a. the "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, any "Insured" or (b) has been discharged or dispersed therefrom;

   b. the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any "Insured"; or

   c. the injury or "nuclear property damage" arises out of the furnishing by any "Insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or

Canada, this Exclusion 2.c. applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

3. As used in this exclusion:

   a. "Hazardous properties" includes radioactive, toxic or explosive properties.

   b. "Nuclear facility" means:

      i. any "nuclear reactor";

      ii. any equipment or device designed or used for

         (1) separating the isotopes of uranium or plutonium,

         (2) processing or utilizing "spent fuel" or

         (3) handling, processing or packaging "nuclear waste";

      iii. any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      iv. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste," and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

   c. "Nuclear material" means "source material," "special nuclear material" or by-product material.

   d. "Nuclear property damage" includes all forms of radioactive contamination of property.

e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

f. "Nuclear waste" means any nuclear waste material **(a)** containing "by-product material" other than the tailings of nuclear waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph **3.b.i.** or **3.b.ii.**

g. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

h. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

CU 60 02 06 97                              (Page 15 of 15)

CU 60 47 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADVERTISING INJURY - FOLLOWING FORM

The following exclusion is added to Section **IV. EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "advertising injury," except to the extent that such insurance is provided by a policy listed in the Schedule of "Underlying Insurance" and for no broader coverage than is provided by such coverage.

This endorsement does not change any other provision of the policy.

CU 60 47 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS LIABILITY EXCLUSION

Exclusion **Q.4.** is deleted from Section **IV. EX-CLUSIONS** and the following exclusion is added to Section **IV. EXCLUSIONS:**

Bodily Injury to:

**1.** An employee of an "Insured" arising out of and in the course of:

    **a.** employment by any "Insured"; or

    **b.** performing duties related to the conduct of any "Insured" business; or

**2.** the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **1** above.

This exclusion applies:

**1.** whether any "Insured" may be liable as an employer or in any other capacity; and

**2.** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LIABILITY ARISING OUT OF LEAD

The following exclusion is added to Section **IV -** **EXCLUSIONS:**

1. any liability arising out of, resulting from, or in any way caused by or related to any actual, alleged or threatened ingestion, inhalation, absorption, or exposure to lead, in any form from any source; or

2. any loss, cost, expense, liability or other type of obligation arising out of or resulting from, or in any way related to, any:

   a. claim, suit, request, demand, directive, or order by or on behalf of any person, entity, or governmental authority that any "Insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form from any source, or to any

   b. claim or suit by or on behalf of any person, entity, or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of lead in any form.

This endorsement does not change any other provision of the policy.

CU 64 34 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

Section **I - COVERAGE** is deleted and replaced by the following:

**1. COVERAGE**

**a.** We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the Insuring Agreement Section **II. LIMITS OF INSURANCE.**

**b.** This insurance applies to "bodily injury" and "property damage" only if, prior to the policy period, no "Insured" knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If any "Insured" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the Policy Period and was not, prior to the Policy Period, known to have occurred by any "Insured," includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "Insured":

**(1)** reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

This endorsement does not change any other provision of the policy.

CU 60 30 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION - REAL OR PERSONAL PROPERTY

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "property damage" to real or personal property in the care, custody or control of any "Insured," or loaned to any "Insured," or used, rented, or occupied by any "Insured," or as to which any "Insured" is for any purpose exercising physical control.

This endorsement does not change any other provision of the policy.

CU 60 30 06 97

CU 60 50 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of or directly or indirectly related to the actual or alleged publication or utterance or oral or written statements which are claimed as an infringement, violation or defense of any of the following rights or laws:

1. copyright, other than infringement of copyrighted advertising materials;

2. patent;

3. trade secrets;

4. trade dress; or

5. trade mark or service mark or certification mark or collective mark or trade name, other than trademarked or service marked titles or slogans.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability of any "Insured" by reason of:

(1)   causing or contributing to the intoxication of any person; or

(2)   the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)   any, statute, ordinance, or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FOREIGN LIABILITY – FOLLOWING FORM

The following exclusion is added to Section **IV – EXCLUSIONS:**

Any "bodily injury," "property damage," "personal injury," or "advertising injury" which occurs outside the United States of America, its territories and possessions, Puerto Rico, or Canada, except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

**OCG**
OHIO CASUALTY GROUP

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

## POLICYHOLDER DISCLOSURE NOTICE OF
## INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB- LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage." If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on NP 72 49 01 03 and return this form to:

  Ohio Casualty Group
  Attn: Commercial Umbrella & Excess Liability - Terrorism
  9450 Seward Road
  Fairfield OH 45014

NP 72 48 01 03

COMMERCIAL UMBRELLA COVERAGE
CU 60 39 01 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

   **1.**

   **2.**

   **3.**

   **4.**

This endorsement does not change any other provision of the policy.

CU 61 29 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL INJURY - FOLLOWING FORM

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "personal injury," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

CU 61 29 06 97

CU 63 80 05 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI, MOLD OR SPORES EXCLUSION

The following is added to **Section IV - EXCLUSIONS:**

Any and all liability of any nature, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, consultants or medical personnel, arising out of, caused by, resulting from, contributed to, aggravated by or related in any way, either directly or indirectly, and either in whole or in part, to:

1. Any actual, alleged or threatened exposure to, existence of, presence of, ingestion of, inhalation of or contact with any "fungi," mold or "spores," whether or not occurring alone, in combination with, before, after or concurrently with any other cause, contributing condition or circumstance, or aggravating factor, whether manmade, natural, or any combination of manmade or natural.

2. Any request, demand, or order that any "Insured" or others test for, monitor, clean up, remove, contain, make repairs, treat, decontaminate, detoxify, neutralize, abate, or in any way respond to or assess any effects of any "fungi," mold or "spores." This includes, but is not limited to, any demand, directive, complaint, suit, order or request by any governmental or non-governmental entity or by any organization, person or group of persons.

3. Steps taken or amounts incurred by any governmental or non- governmental entity or by any organization, person or group of persons to test for, monitor, clean up, remove, contain, repair, treat, decontaminate, detoxify, neutralize, abate, or in any way respond to or assess any effects of any "fungi," mold or "spores."

This exclusion applies regardless of whether or not the "fungi," mold or "spores," or any of their effects, were sudden, accidental, gradual, intended, expected, unexpected, preventable, not preventable, manmade, naturally occurring, or any combination of the foregoing.

As used in this exclusion:

"Fungi" include, but are not limited to, any of a major group of saprophytic and parasitic spore-producing organisms usually classified as plants that lack chlorophyll including, but not limited to, molds, rusts, mildews, smuts, mushrooms, and yeasts, and any toxins, mycotoxins, "spores," scents, waste products or byproducts produced or released by "fungi," mold or "spores," or by the metabolism, death or decay of any "fungi," mold or "spores."

"Spores" include, but are not limited to, any reproductive body produced by or arising out of any "fungi."

This endorsement does not change any other provision of the policy.



The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

## POLICYHOLDER DISCLOSURE NOTICE OF
## INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Underlying Coverage Warranty located at the end of this Notice.

☐   I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

Policyholder/Applicant's Signature          Print Name          Date Signed

_____          _____          _____

Named Insured          Policy Number

Policy Effective/Expiration Date

## UNDERLYING COVERAGE WARRANTY

This policy will apply to Terrorism Coverage only in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to you during the Policy Period.

If you fail to comply with this Underlying Coverage Warranty and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this warranty.

Ohio Casualty Group
Attn: Commercial Umbrella & Excess Liability - Terrorism
9450 Seward Road
Fairfield OH 45014

NP 72 49 01 03          Page 1 of 1

COMMERCIAL UMBRELLA COVERAGE
CU 60 40 01 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNDERLYING COVERAGE WARRANTY FOR CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism," we will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period.

If you fail to comply with this Underlying Coverage Warranty for Certified Acts of Terrorism and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this warranty.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This exclusion does not apply to the extent that insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

CU 61 06 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO LIABILITY - FOLLOWING FORM

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any "auto," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

CU 61 99 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

**SECTION VI - CONDITION D. Cancellation** is deleted and the following condition is added to **SECTION VI - CONDITIONS:**

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Coverage Part by mailing to us advance written notice of cancellation.

2. We may cancel this Coverage Part by mailing to you written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason if policy is in force less than 60 days.

3. If this policy has been in effect 60 days or more, we will give 60 days written notice prior to the effective date of cancellation. It may be cancelled by us only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was obtained through a material misrepresentation;

   c. any "Insured" has violated any of the terms and conditions of the policy;

   d. the risk originally accepted has measurably increased;

   e. certification of the Director of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

4. We will mail our notice to your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

The following **CONDITION** is added and supersedes any provision to the contrary:

**When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail to you at the last known address written notice of nonrenewal no less than 60 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

1. On the expiration date, if:

   a. you fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**b.** we have indicated our willingness to renew this Coverage Part to you or your representative; or

**c.** you have notified us or our agent that you do not want to renew this Coverage Part.

**2.** On the effective date of any other insurance policy replacing this Coverage Part.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTERIOR INSULATION AND FINISH SYSTEM - EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "bodily injury" or "property damage" included in the "products-completed operations hazard" or "personal injury" or "advertising injury" arising out of or caused by the actual or alleged:

1.  Design, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, renovation, service, correction, or replacement, of an "exterior insulation and finish system" (as defined below), or any part thereof, or

2.  Any work or operations with respect to any exterior component of the "exterior insulation and finish system" (as defined below) or any fixture or feature of any structure of an "exterior insulation and finish system" (as defined below) that is used on that particular part of that structure, or

3.  Any damage caused by water intrusion penetrating the "exterior insulation finish system."

**DEFINITION OF "EXTERIOR INSULATION FINISH SYSTEM":**

For the purpose of this endorsement, an "exterior insulation and finish system" is defined as:

(a)  an exterior cladding or finish system used on any part of any structure, residential or commercial, and is also known as "exterior cladding," EIFS cladding, "synthetic stucco", or by such common names as "Dryvit" or "stucco," but it may also be referred to by a variety of other common manufacturers names, but includes a cladding consisting of some or all of the following component parts:

the component parts can include all or some of the following listed component parts, but it does not necessarily have to include all of the below listed component parts:

(1)  a rigid or semi-rigid insulation board made of expanded polystyrene or other materials; sometimes referred to as gypsum wallboard;

(2)  adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

(3)  a mesh or reinforcing mesh;

(4)  a base coat or reinforced base coat; and

(5)  a finish coat or synthetic plaster material providing surface texture and color.

(b)  For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a "water managed exterior insulation and finish system" which means a multi-lamina exterior building siding system composed of all of some or all of the following materials or components:

(1)  weather-resistive barrier applied directly over exterior building sheathing; and

(2)  insulation board composed of polystyrene or poliscyanurate foam board, with vertical grooves allowing for water drainage, and mechanically attached to the exterior building sheathing; and

(3)  base coat of cementous or polymeric enhanced cementous materials;

(4)  a reinforcing material embedded in the base coat composed of fiberglass mesh or other material;

(5)  a finish coat of cementous or polymeric enhanced cementous material; and

(6)  an architectural weep component installed at the bottom of the exterior siding and underneath windows combined with flashing elements designed to channel water intrusion to the outside of the siding system.

(c)  For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a direct-applied exterior finish system or DEFS, which is commonly known as a stucco finish and base coat applied directly to a structure's sheating or water-durable exterior wall substrate. The DEFS system can also accommodate application of a thin brick finish.

This endorsement does not change any other provision of the policy.

E-FILED
Thursday, 13 April, 2006, 03:22:54 PM
Clerk, U.S. District Court, ILCD

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)

**THE OHIO CASUALTY INSURANCE COMPANY**



**9450 Seward Road, Fairfield, Ohio 45014**

1-800-843-6446

POLICY NUMBER
USO (06) 52 98 73 82

COMMERCIAL UMBRELLA

OCCURRENCE

**POLICY DECLARATIONS**

| NAMED INSURED & MAILING ADDRESS    ITEM 1. | AGENT'S NAME & ADDRESS    0940 12 04 0280 |
|---|---|
| FRED WANLESS TRUST<br>(A PARTNERSHIP)<br>SEE SCHEDULE OF NAMED INSURED(S)<br>250 S DURKIN DR APT 11<br>SPRINGFIELD IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>P O BOX 2229<br>SPRINGFIELD        IL 62705-2229 |

| INSURED IS PARTNERSHIP | PREVIOUS POLICY NO.    BXO 52 98 73 82 |
|---|---|
| | INSURED'S BUSINESS  PROPERTY OWNER |

POLICY PERIOD: ITEM 2. THIS POLICY IS IN FORCE FROM 05/20/05 TO 05/20/06 AT 12:01 A.M.  STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, AND THE COMMERCIAL UMBRELLA COVERAGE PART (WHICH CONSISTS OF COVERAGE FORMS AND OTHER APPLICABLE FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART OF IT) COMPLETE THIS POLICY.


ITEM 3. PREMIUM:

    TOTAL PROVISIONAL PREMIUM: . . . . . . . . . . . . . .  $4,444.00
    CERTIFIED ACTS OF TERRORISM COVERAGE: .    $44.00 (INCLUDED)


IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY WILL RECEIVE AND RETAIN NO LESS THAN    $444.00 AS THE MINIMUM PREMIUM

BASIS OF PREMIUM:    NON-AUDITABLE (X)    AUDITABLE ( )

ITEM 4. LIMITS OF INSURANCE:

      $5,000,000 EACH OCCURRENCE
      $5,000,000 GENERAL AGGREGATE (WHERE APPLICABLE)
      $5,000,000 PRODUCTS-COMPLETED OPERATIONS AGGREGATE

ITEM 5. SELF-INSURED RETENTION:    $10,000

CLASS E

C670030801

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY OF THE ORIGINAL
POLICY WITH THE FOLLOWING EXCEPTIONS:_____
_____
_____
SIGNATURE *Amanda Way*
TITLE *Support Tech*    DATE 3/3/06

N19                CONTINUED ON PAGE 2

LOM KAP3      0580 03/25/05 15728      HOME OFFICE COPY      Authorized Rep
                                                            PAGE:

EXHIBIT
H
ALL-STATE LEGAL®

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** USO (06) 52 98 73 82

INTERNAL USE

EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S
COMMERCIAL UMBRELLA SCHEDULE TOTALS - ANNUAL
COMMERCIAL UMBRELLA PREMIUM                $4,444.00

TOTAL PROVISIONAL PREMIUM                    $4,444.00

* * * * * * * * * * * * * * * * * * * *

SCHEDULE OF FORMS AND ENDORSEMENTS

FORMS/ENDORSEMENTS APPLICABLE TO THIS POLICY AT TIME OF ISSUE

| | | | |
|---|---|---|---|
| CU60020697 | CU60300697 | CU60390103 | CU60400103 |
| CU60470697 | CU60500697 | CU60540697 | CU61060697 |
| CU61140697 | CU61250697 | CU61290697 | CU61990697 |
| CU63330697 | CU63440697 | CU63800503 | CU64001101 |
| CU64340999 | NP72480103 | NP72490103 | |

* * * * * * * * * * * * * * * * * * * *

CLASS E

OC7204080.1

TRANS:0001

CONTINUED ON PAGE   3

LOM KAP3      0580 03/25/05 15728      HOME OFFICE COPY      PAGE:    2

22

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST      **POLICY NO.** USO (06) 52 98 73 82

| INTERNAL USE | |
|---|---|

### SCHEDULE OF
### UNDERLYING INSURANCE

| CARRIER, POLICY NUMBER AND PERIOD | : TYPE OF COVERAGE | : LIMITS OF INSURANCE |
|---|---|---|
| | : | : |
| | : GENERAL LIABILITY | : |
| OHIO CASUALTY INSURANCE COMPANY BKO(06)52987382 05/20/05 TO 05/20/06 | : (X) OCCURRENCE FORM : : ( ) CLAIMS MADE FORM | : $1,000,000 : EACH OCCURRENCE : LIMIT : : $1,000,000 : PERSONAL AND : ADVERTISING INJURY : LIMIT : : $1,000,000 : GENERAL AGGREGATE : LIMIT : : $1,000,000 : PRODUCTS/COMPLETED : OPERATIONS : AGGREGATE LIMIT |
| AMERICAN STATES 02BO2025035 05/20/05 TO 05/20/06 | : AUTOMOBILE LIABILITY : : | : (X) COMBINED SINGLE : LIMITS : : $1,000,000 : EACH ACCIDENT |

CLASS E

0570040890I

TRANS:0001      END OF DECLARATIONS

NAME OF COMPANY  THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED  FRED WANLESS TRUST

POLICY NO. USO (06) 52 98 73 82

INTERNAL USE

GENERAL ENDORSEMENT

GENERAL ENDORSEMENT IDENTIFICATION: 1

NAMED INSURED

FRED WANLESS TRUST

TRUST UNDER THE WILL OF VIRGINIA W. BARBER (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

VIRGINIA BARBER CHILDREN'S TRUST (PARTNER)
BONNIE BARBER AND RIGEL BARBER (TRUSTEE)

TRUST UNDER THE WILL OF J. THOR WANLESS (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

WILLA JEAN WANLESS (PARTNER)

THOR WANLESS CHILDREN'S TRUST (PARTNER)
WILLA JEAN WANLESS (TRUSTEE)

ESTATE OF PAUL WANLESS (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

PAUL WANLESS CHILDREN'S TRUST (PARTNER)
CARL O. HOFFEE (EXECUTOR AND TRUSTEE)

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0001

END OF GENERAL ENDORSEMENTS

LOM KAP3      0580 03/25/05 15728      HOME OFFICE COPY      PAGE:   1

CU 60 54 06 97

USO(06)52987382

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section IV - EXCLUSIONS:

Any liability arising out of any operation(s) at the location(s) listed below:

1.  225 SOUTH 4TH STREET, SPRINGFIELD, IL 62707

2.

3.

4.

This endorsement does not change any other provision of the policy.

# COMMERCIAL UMBRELLA COVERAGE FORM

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured as defined in **Insuring Agreement, V. DEFINITIONS.** The words "we," "us" and "our" refer to the Company providing this insurance. The word "Insured" means any person or organization qualifying as such in **Insuring Agreement, V. DEFINITIONS.** Words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITION** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the **Insuring Agreement** Section **II. LIMITS OF INSURANCE.**

### II. LIMITS OF INSURANCE

A. The Limits of Insurance shown in Item **4.** of the Declarations and the rules below state the most we will pay regardless of the number of:

   1. "Insureds";

   2. "claims" made or "suits" brought; or

   3. persons or organizations making "claims" or bringing "suits."

B. The General Aggregate Limit is the most we will pay for all damages covered under the **Insuring Agreement** in Section I., except:

   1. damages included in the "products-completed operations hazard"; and

   2. coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

   The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury," "property damage," "personal injury," or "advertising injury" subject to an aggregate limit in the "underlying insurance." The General Aggregate Limit applies separately and in the same manner as the aggregate limits in the "underlying insurance."

C. The Products-Completed Operations Aggregate Limit is the most we will pay for all damages included in the "products-completed operations hazard."

D. Subject to **B.** or **C.** in Section **II. LIMITS OF INSURANCE,** whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury," "property damage,"

"personal injury," or "advertising injury" covered under the **Insuring Agreement** in Section I. because of all "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any one "occurrence."

E. If the applicable Limits of Insurance of the policies listed in the Schedule of Underlying Insurance or of other insurance providing coverage to the "Insured" are reduced or exhausted by actual payment of one or more "claims," subject to the terms and conditions of this policy, we will:

　1. in the event of reduction, pay in excess of the reduced underlying Limits of Insurance, or;

　2. in the event of exhaustion, continue in force as "underlying insurance," but for no broader coverage than is available under this policy.

F. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

G. Retained Limit

We will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the "retained limit," which is the greater of:

　1. the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period; or

　2. the amount stated in the Declarations as Self-Insured Retention as a result of any one "occurrence" not covered by the underlying policies listed in the

Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

and then up to an amount not exceeding the Each Occurrence Limit as stated in the Declarations.

Once the Self-Insured Retention has been exhausted by actual payment of "claims" in full by the "Insured," the Self-Insured Retention will not be reapplied or again payable by the "Insured" for said Policy Period.

III. DEFENSE

A. We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of this policy when:

　1. the applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" to which this policy applies; or

　2. damages are sought for any "occurrence" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured."

B. When we assume the defense of any "claim" or "suit":

　1. We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

　2. All expenses we incur in the investigation of any "claim" or defense of any "suit" are in addition to our Limits of Insurance.

3. We will pay the following as expenses, to the extent that they are not included in the coverage in the underlying policies listed in the Schedule of Underlying Insurance or in any other insurance providing coverage to the "Insured":

   a. premiums on bonds to release attachments, which bond amounts will not exceed our Limits of Insurance, but we are not obligated to apply for or furnish any such bond;

   b. premiums on appeal bonds, which bond amounts will not exceed our policy limits, required by law to appeal any "claim" or "suit" we defend, but we are not obligated to apply for or furnish any such bond;

   c. all costs taxed against the "Insured" in any "claim" or "suit" we defend;

   d. pre-judgment interest awarded against the "Insured" on that part of the judgment we pay that is within our applicable Limits of Insurance. If we make an offer to pay the applicable Limits of Insurance, we will not pay any pre-judgment interest based on the period of time after the offer;

   e. all interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within our applicable Limit of Insurance;

   f. the "Insured's" actual and reasonable expenses incurred at our request.

C. We will not investigate any "claim" or defend any "suit" after our applicable Limits of Insurance have been exhausted by payment of judgments or settlements.

D. In all other instances except Subsection **A.** in Section **III. DEFENSE**, we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

## IV. EXCLUSIONS

This insurance does not apply to:

A. "Bodily injury" or "property damage" expected or intended from the standpoint of the "Insured." This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

B. Any obligation of the "Insured" under a Workers Compensation, Unemployment Compensation or Disability Benefits Law, or under any similar law, regulation or ordinance.

C. Any obligation of the "Insured" under the Employee Retirement Income Security Act of 1974 or any amendments to that act, or under any similar law, regulation or ordinance.

D. Any obligation of the "Insured" under a No Fault, Uninsured Motorist or Underinsured Motorist law, or under any similar law, regulation or ordinance.

E. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

   1. a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

   2. a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

CU 60 02 06 97                    (Page 3 of 15)

F. "Property damage" to "your product" arising out of it or any part of it.

G. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

H. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1. "your product";

2. "your work"; or

3. "impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

I. "Property damage" to property owned by the "Insured."

J. "Personal injury" or "advertising injury":

1. arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity;

2. arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

3. arising out of the willful violation of a penal statute or ordinance committed by or with consent of the "Insured"; or

4. for which the "Insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for

damages that the "Insured" would have in the absence of the contract or agreement.

K. "Advertising injury" arising out of:

1. breach of contract, other than misappropriation of advertising ideas under an implied contract;

2. the failure of goods, products or services to conform with advertised quality or performance;

3. the wrong description of the price of goods, products or services; or

4. an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

L. Any liability, including but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants, arising out of or in any way related to:

1. The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release, or escape of "pollutants," however caused.

2. Any request, demand or order that any "Insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants." This includes demands, directives, complaints, "suits," orders or requests brought by any governmental entity or by any person or group of persons.

3. Steps taken or amounts incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or assess the effects of "pollutants."

This exclusion will apply to any liability, costs, charges, or expenses, or any judgments or settlements, arising directly or indirectly out of pollution whether or not the pollution was sudden, accidental, gradual, intended, expected, unexpected, preventable or not preventable.

As used in this exclusion "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including, but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

M. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

N. Any liability, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

1. asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

2. exposure to testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

3. any obligation to investigate, settle or defend, or indemnify any person against any "claim" or "suit" arising out of, or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

O. "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any:

1. refusal to employ or promote;

2. termination of employment;

3. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, molestation, humiliation, discrimination or other employment related practices, policies, acts or omissions; or

4. consequential "bodily injury," "property damage," "personal injury" or "advertising injury" as a result of O.1. through O.3.

This exclusion applies whether the "Insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of "bodily injury," "property damage," "personal injury" or "advertising injury."

P. "Bodily injury," "property damage," "personal injury" or "advertising injury" excluded by the **Nuclear Energy Liability Exclusion** attached to this Policy.

Q. The following Items 1. through 4., except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy:

1. Liability of any employee with respect to "bodily injury," "property damage," "personal injury" or "advertising injury" to you or to another employee of the same employer injured in the course of such employment.

2. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any watercraft, if such watercraft is owned, or chartered without crew, by or on behalf of any "Insured." This exclusion will not apply to watercraft while ashore on any premises owned by, rented to, or controlled by you.

3. "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any aircraft, if such aircraft is owned, or hired without pilot or crew, by or on behalf of any "Insured."

**4.** "Bodily injury" to:

    **a.** an employee of any "Insured" arising out of and in the course of:

        **i.** employment by any "Insured"; or

        **ii.** performing duties related to the conduct of any "Insured's" business; or

    **b.** the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **4.a.**

This exclusion applies:

    **a.** whether any "Insured" may be liable as an employer or in any other capacity; and

    **b.** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## V. DEFINITIONS

**A.** "Advertising injury" means injury arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

    **1.** oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **2.** oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

    **3.** misappropriation of advertising ideas or style of doing business;

    **4.** infringement of copyright, title or slogan; or

    **5.** mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.**

**B.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment."

**C.** "Bodily injury" means physical injury, sickness, or disease, including death of a person. "Bodily injury" also means mental injury, mental anguish, humiliation, or shock if directly resulting from physical injury, sickness, or disease to that person.

**D.** "Claim" means any demand for monetary damages upon an "Insured" resulting from a covered "occurrence."

**E.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    **1.** it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **2.** you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    **1.** the repair, replacement, adjustment or removal of "your product" or "your work"; or

    **2.** your fulfilling the terms of the contract or agreement.

**F.** "Insured" means each of the following, to the extent set forth:

    **1.** The Named Insured meaning:

        **a.** Any person or organization listed in Item 1. of the Declarations, and any Company of which you own more than 50%, as of the effective date of this policy.

        **b.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify to be a Named Insured. However:

CU 60 02 06 97

**(1)** coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** coverage does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" that occurred before you acquired or formed the organization; and

**(3)** coverage applies only if the organization is included under the coverage provided by the policies listed in the Schedule of Underlying Insurance and then for no broader coverage than is provided under such underlying policies.

**2.** If you are an individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner as of the effective date of this policy.

**3.** If you are a partnership or joint venture, the partners or members and their spouses but only as respects the conduct of your business.

**4.** If you are a limited liability company, the members or managers but only as respects the conduct of your business.

**5.** Any person or organization, other than the Named Insured, included as an additional "Insured" by virtue of an "insured contract," and to which coverage is provided by the "underlying insurance," and for no broader coverage than is provided by the "underlying insurance" to such additional "Insured."

**6.** Any of your partners, executive officers, directors, or employees but only while acting within the scope of their duties.

However, the coverage granted by this Provision **6.** does not apply to the ownership, maintenance, use, "loading" or

"unloading" of any "autos," aircraft or watercraft unless such coverage is included under the policies listed in the Schedule of Underlying Insurance and for no broader coverage than is provided under such underlying policies.

Employees include "leased workers" but not "temporary workers." "Leased workers" are leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform related duties to the conduct of your business. "Leased workers" are not "temporary workers." "Temporary workers" are persons furnished to you to substitute for permanent employees on leave or to meet seasonal or short-term workload conditions.

**7.** Any person, other than one of your employees, or organization while acting as your real estate manager.

**8.** Any person (other than your partners, executive officers, directors, stockholders or employees) or organizations with respect to any "auto" owned by you, loaned to you or hired by you or on your behalf and used with your permission.

However, the coverage granted by this Provision **8.** does not apply to any person using an "auto" while working in a business that sells, services, repairs or parks "autos" unless you are in that business.

**9.** No person or organization is an "Insured" with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**G.** "Insured contract" means any oral or written contract or agreement entered into by you and pertaining to your business under which you assume the "tort liability" of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or

agreement. "Tort liability" means a civil liability that would be imposed by law in the absence of any contract or agreement.

H. "Loading" or "unloading" means the handling of property:

1. after it is removed from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

2. while it is in or on an aircraft, watercraft or "auto";

3. while it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

However, "loading" or "unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

I. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. vehicles maintained for use solely on or next to premises you own or rent;

3. vehicles that travel on crawler treads;

4. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. power cranes, shovels, loaders, diggers or drills; or

   b. road construction or resurfacing equipment such as graders, scrapers or rollers;

5. vehicles not described in 1., 2., 3., or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment or

   b. cherry pickers and similar devices used to raise or lower workers;

6. vehicles not described in 1., 2., 3., or 4. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. equipment designed primarily for:

      (1) snow removal;

      (2) road maintenance, but not construction or resurfacing; or

      (3) street cleaning;

   b. cherry pickers and similar devices mounted on auto or truck chassis and used to raise or lower workers; and

   c. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

J. "Occurrence" means:

1. as respects "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

2. as respects "personal injury," an offense arising out of the business of any "Insured" that results in "personal injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the

frequency or repetition thereof, the number and kind of media used and the number of claimants;

3. as respects "advertising injury," an offense committed in the course of advertising your goods, products and services that results in "advertising injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

K. "Personal injury" means injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items K.1. through 5.

L. 1. "Products-completed operations hazard" means all "bodily injury" and "property damage" from an "occurrence" taking place away from premises you own or rent and arising out of "your product" or "your work" except:

a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned.

2. "Your work" will be deemed completed at the earliest of the following times:

a. When all of the work called for in your contract has been completed.

b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This "products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading" or "unloading" of it;

b. the existence of tools, uninstalled equipment or abandoned or unused materials.

M. "Property damage" means:

1. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2. loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

N. "Suit" means a civil proceeding which seeks monetary damages because of "bodily injury," "property damage," "per-

sonal injury," or "advertising injury" to which this insurance applies. "Suit" includes:

1. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

2. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

O. "Underlying insurance" means the insurance coverage provided under policies shown in the Schedule of Underlying Insurance, or any additional policies agreed to by us in writing. It includes any policies issued to replace those policies during the term of this insurance that provide:

1. at least the same policy limits; and

2. insurance for the same hazards, except as to any modifications which are agreed to by us in writing.

P. "Your product" means:

1. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a. you;

   b. others trading under your name; or

   c. a person or organization whose business or assets you have acquired; and

2. Containers (other than vehicles) materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

Q. "Your work" means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2. the providing of or failure to provide warnings or instructions.

## VI. Conditions

### A. Appeals

If the "Insured" or an "Insured's" underlying insurers do not appeal a judgment in excess of the "retained limit," we have the right to make such an appeal. If we elect to appeal, our liability on such an award or judgment will not exceed our Limits of Insurance as stated in Item 4. of the Declarations plus the cost and expense of such appeal.

### B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the period of this policy and for up to three years after the expiration or termination of this policy.

### C. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any "Insured" or the bankruptcy, insolvency or inability to pay of any of the Underlying Insurers will not relieve us from the payment of any "claim" or "suit" covered by this policy. Under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down and replace the "retained limit" or assume any obligation with the "retained limit."

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of nonpayment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item **1.** of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item **1.** of the Declarations will act on behalf of all other "Insured's" with respect to the giving and receiving of notice of can-

cellation and the receipt of any refund that may become payable under this policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E. Changes**

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes a part of this policy and that is signed by one of our authorized representatives.

**F. Duties in The Event of An Occurrence, Claim Or Suit**

1. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

   a. how, when and where the "occurrence" took place;

   b. the names and addresses of any injured person and witnesses;

   c. the nature and location of any injury or damage arising out of the "occurrence."

2. If a "claim" or "suit" against any "Insured" is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3. You and any other involved "Insured" must:

   a. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   b. authorize us to obtain records and other information;

c. cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

d. assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "Insured" because of injury or damage to which this insurance may also apply.

4. The "Insured's" will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## G. Inspection

We have the right, but are not obligated, to inspect the premises and operations of any "Insured" at any time. Our inspections are not safety inspections. They relate only to the insurability of the premises and operations of any "Insured" and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person or organization to provide for the health or safety of any employees or the public. We do not warrant that the premises or operations of any "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

## H. Legal Actions Against Us

There will be no right of action against us under this insurance unless:

1. you have complied with all the terms of this policy; and

2. the amount you owe has been determined by settlement with our consent or by actual trial and final judgment;

This insurance does not give anyone the right to add us as a party in an action against you to determine your liability.

## I. Maintenance of Underlying Insurance

During the period of this policy, you agree:

1. to keep the policies listed in the Schedule of Underlying Insurance in full force and effect;

2. that any renewals or replacements of the policies listed in the Schedule of Underlying Insurance will not be more restrictive in coverage;

3. that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" covered by "underlying insurance"; and

4. that the terms, conditions and endorsements of the policies listed in the Schedule of Underlying Insurance will not change during the period of this policy such as to increase the coverage afforded under this policy.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

## J. Other Insurance

If other insurance applies to a loss that is also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy.

## K. Premium

The first Named Insured designated in Item 1. of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item 3. of the Declarations. At the beginning of the policy period, you must pay us the Advance Premium shown in Item 3. of the Declarations.

When this policy expires or if it is canceled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjust-

ment, the actual exposure basis will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event we will retain the Minimum Premium as shown in Item **3.** of the Declarations for each twelve months of our policy period.

## L. Separation of Insureds

Except with respect to our Limits of Insurance and any rights or duties specifically assigned to the first Named Insured designated in Item **1.** of the Declarations, this insurance applies:

1. as if each Named Insured were the only Named Insured; and

2. separately to each "Insured" against whom "claim" is made or "suit" brought.

## M. Transfer of Rights of Recovery Against Others to Us

If any "Insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "Insured" must do nothing after loss to impair those rights and must help us enforce them.

Any recoveries will be applied as follows:

1. any interests, including the "Insured," that have paid an amount in excess of our payment under this policy will be reimbursed first;

2. we then will be reimbursed up to the amount we have paid; and

3. lastly, any interests, including the "Insured," over which our insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery will be apportioned between the interests, including the "Insured," in the ratio of their respective recoveries as finally settled.

## N. Terms Conformed to Statute

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes.

If we are prevented by law or statute from paying on behalf of an "Insured," then we will, where permitted by law or statute, indemnify the "Insured" for those sums in excess of the "retained limit."

## O. Transfer of Your Rights And Duties

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first Named Insured designated in Item **1.** of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

## P. When Loss Is Payable

Coverage under this policy will not apply unless and until any "Insured" or an "Insured's" underlying insurer is obligated to pay the "retained limit."

When the amount of loss has finally been determined, we will promptly pay on behalf of the "Insured" the amount of loss falling within the terms of this policy.

You will promptly reimburse us for any amount within the Self-Insured Retention advanced by us at our discretion on behalf of any "Insured."

## NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply to:

1. Any liability, injury or damage:

   a. with respect to which any "Insured" under the policy is also an "Insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an "Insured" under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

   b. resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** a person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** any "Insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material," if:

   a. the "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, any "Insured" or **(b)** has been discharged or dispersed therefrom;

   b. the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any "Insured"; or

   c. the injury or "nuclear property damage" arises out of the furnishing by any "Insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or

Canada, this Exclusion **2.c.** applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

3. As used in this exclusion:

   a. "Hazardous properties" includes radioactive, toxic or explosive properties.

   b. "Nuclear facility" means:

      i. any "nuclear reactor";

      ii. any equipment or device designed or used for

         **(1)** separating the isotopes of uranium or plutonium,

         **(2)** processing or utilizing "spent fuel" or

         **(3)** handling, processing or packaging "nuclear waste";

      iii. any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      iv. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste," and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

   c. "Nuclear material" means "source material," "special nuclear material" or by-product material.

   d. "Nuclear property damage" includes all forms of radioactive contamination of property.

CU 61 99 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

**SECTION VI - CONDITION D. Cancellation** is deleted and the following condition is added to **SECTION VI - CONDITIONS:**

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Coverage Part by mailing to us advance written notice of cancellation.

2. We may cancel this Coverage Part by mailing to you written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason if policy is in force less than 60 days.

3. If this policy has been in effect 60 days or more, we will give 60 days written notice prior to the effective date of cancellation. It may be cancelled by us only for one of the following reasons:

   a. nonpayment of premium;

   b. the policy was obtained through a material misrepresentation;

   c. any "Insured" has violated any of the terms and conditions of the policy;

   d. the risk originally accepted has measurably increased;

   e. certification of the Director of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

4. We will mail our notice to your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

The following **CONDITION** is added and supersedes any provision to the contrary:

**When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail to you at the last known address written notice of nonrenewal no less than 60 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

1. On the expiration date, if:

   a. you fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

CU 61 99 06 97                                    (Page 1 of 2)

**b.** we have indicated our willingness to re-new this Coverage Part to you or your representative; or

**c.** you have notified us or our agent that you do not want to renew this Coverage Part.

**2.** On the effective date of any other insurance policy replacing this Coverage Part.

If notice is mailed, proof of mailing will be sufficient proof of notice.

CU 64 00 11 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTERIOR INSULATION AND FINISH SYSTEM - EXCLUSION

The following exclusion is added to Section IV - **EXCLUSIONS:**

Any "bodily injury" or "property damage" included in the "products-completed operations hazard" or "personal injury" or "advertising injury" arising out of or caused by the actual or alleged:

1. Design, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, renovation, service, correction, or replacement, of an "exterior insulation and finish system" (as defined below), or any part thereof, or

2. Any work or operations with respect to any exterior component of the "exterior insulation and finish system" (as defined below) or any fixture or feature of any structure of an "exterior insulation and finish system" (as defined below) that is used on that particular part of that structure, or

3. Any damage caused by water intrusion penetrating the "exterior insulation finish system."

**DEFINITION OF "EXTERIOR INSULATION FINISH SYSTEM":**

For the purpose of this endorsement, an "exterior insulation and finish system" is defined as:

(a) an exterior cladding or finish system used on any part of any structure, residential or commercial, and is also known as "exterior cladding," EIFS cladding, "synthetic stucco", or by such common names as "Dryvit" or "stucco," but it may also be referred to by a variety of other common manufacturers names, but includes a cladding consisting of some or all of the following component parts:

the component parts can include all or some of the following listed component parts, but it does not necessarily have to include all of the below listed component parts:

(1) a rigid or semi-rigid insulation board made of expanded polystyrene or other materials; sometimes referred to as gypsum wallboard;

(2) adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

(3) a mesh or reinforcing mesh;

(4) a base coat or reinforced base coat; and

(5) a finish coat or synthetic plaster material providing surface texture and color.

(b) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a "water managed exterior insulation and finish system" which means a multi-lamina exterior building siding system composed of all of some or all of the following materials or components:

(1) weather-resistive barrier applied directly over exterior building sheathing; and

(2) insulation board composed of polystyrene or poliscyanurate foam board, with vertical grooves allowing for water drainage, and mechanically attached to the exterior building sheathing; and

(3) base coat of cementous or polymeric enhanced cementous materials;

(4) a reinforcing material embedded in the base coat composed of fiberglass mesh or other material;

(5) a finish coat of cementous or polymeric enhanced cementous material; and

(6) an architectural weep component installed at the bottom of the exterior siding and underneath windows combined with flashing elements designed to channel water intrusion to the outside of the siding system.

(c) For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a direct-applied exterior finish system or DEFS, which is commonly known as a stucco finish and base coat applied directly to a structure's sheating or water-durable exterior wall substrate. The DEFS system can also accommodate application of a thin brick finish.

This endorsement does not change any other provision of the policy.

e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

f. "Nuclear waste" means any nuclear waste material **(a)** containing "by-product material" other than the tailings of nuclear waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph **3.b.i.** or **3.b.ii.**

g. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

h. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

CU 60 47 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADVERTISING INJURY – FOLLOWING FORM

The following exclusion is added to Section **IV. EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "advertising injury," except to the extent that such insurance is provided by a policy listed in the Schedule of "Underlying Insurance" and for no broader coverage than is provided by such coverage.

This endorsement does not change any other provision of the policy.

CU 60 47 06 97

CU 61 14 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYERS LIABILITY EXCLUSION

Exclusion **Q.4.** is deleted from Section **IV. EX-CLUSIONS** and the following exclusion is added to Section **IV. EXCLUSIONS:**

Bodily Injury to:

1. An employee of an "Insured" arising out of and in the course of:

   **a.** employment by any "Insured"; or

   **b.** performing duties related to the conduct of any "Insured" business; or

2. the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph 1 above.

This exclusion applies:

1. whether any "Insured" may be liable as an em—ployer or in any other capacity; and

2. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement does not change any other provision of the policy.

CU 61 14 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LIABILITY ARISING OUT OF LEAD

The following exclusion is added to Section IV - **EXCLUSIONS:**

1. any liability arising out of, resulting from, or in any way caused by or related to any actual, alleged or threatened ingestion, inhalation, absorption, or exposure to lead, in any form from any source; or

2. any loss, cost, expense, liability or other type of obligation arising out of or resulting from, or in any way related to, any:

   a. claim, suit, request, demand, directive, or order by or on behalf of any person, entity, or governmental authority that any "Insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form from any source, or to any

   b. claim or suit by or on behalf of any person, entity, or governmental authority for damages or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of lead in any form.

This endorsement does not change any other provision of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

Section **I - COVERAGE** is deleted and replaced by the following:

1. **COVERAGE**

   a. We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the Insuring Agreement Section **II. LIMITS OF INSURANCE.**

   b. This insurance applies to "bodily injury" and "property damage" only if, prior to the policy period, no "Insured" knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If any "Insured" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the Policy Period and was not, prior to the Policy Period, known to have occurred by any "Insured," includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "Insured":

      (1) reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

This endorsement does not change any other provision of the policy.

CU 60 30 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CARE, CUSTODY OR CONTROL EXCLUSION - REAL OR PERSONAL PROPERTY

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any "property damage" to real or personal property in the care, custody or control of any "Insured," or loaned to any "Insured," or used, rented, or occupied by any "Insured," or as to which any "Insured" is for any purpose exercising physical control.

This endorsement does not change any other provision of the policy.

---

CU 60 50 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of or directly or indirectly related to the actual or alleged publication or utterance or oral or written statements which are claimed as an infringement, violation or defense of any of the following rights or laws:

1. copyright, other than infringement of copyrighted advertising materials;

2. patent;

3. trade secrets;

4. trade dress; or

5. trade mark or service mark or certification mark or collective mark or trade name, other than trademarked or service marked titles or slogans.

This endorsement does not change any other provision of the policy.

CU 61 25 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIQUOR LIABILITY EXCLUSION

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability of any "Insured" by reason of:

**(1)** causing or contributing to the intoxication of any person; or

**(2)** the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** any, statute, ordinance, or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This endorsement does not change any other provision of the policy.

CU 63 44 06 97

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FOREIGN LIABILITY – FOLLOWING FORM

The following exclusion is added to Section **IV** - EXCLUSIONS:

Any "bodily injury," "property damage," "personal injury," or "advertising injury" which occurs outside the United States of America, its territories and possessions, Puerto Rico, or Canada, except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.



The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB-LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage." If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on NP 72 49 01 03 and return this form to:

     Ohio Casualty Group
     Attn: Commercial Umbrella & Excess Liability - Terrorism
     9450 Seward Road
     Fairfield OH 45014

COMMERCIAL UMBRELLA COVERAGE
CU 60 39 01 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This endorsement does not change any other provision of the policy.

CU 60 39 01 03

CU 60 54 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE FOR SPECIFIED LOCATIONS ENDORSEMENT

The following exclusion is added to Section **IV - EXCLUSIONS:**

Any liability arising out of any operation(s) at the location(s) listed below:

   **1.**

   **2.**

   **3.**

   **4.**

This endorsement does not change any other provision of the policy.

CU 61 29 06 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PERSONAL INJURY - FOLLOWING FORM

The following exclusion is added to Section **IV** - **EXCLUSIONS:**

Any liability imposed by law, or assumed by any "Insured" under an "insured contract," because of "personal injury," except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

CU 63 80 05 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI, MOLD OR SPORES EXCLUSION

The following is added to **Section IV - EXCLUSIONS:**

Any and all liability of any nature, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, consultants or medical personnel, arising out of, caused by, resulting from, contributed to, aggravated by or related in any way, either directly or indirectly, and either in whole or in part, to:

1. Any actual, alleged or threatened exposure to, existence of, presence of, ingestion of, inhalation of or contact with any "fungi," mold or "spores," whether or not occurring alone, in combination with, before, after or concurrently with any other cause, contributing condition or circumstance, or aggravating factor, whether manmade, natural, or any combination of manmade or natural.

2. Any request, demand, or order that any "Insured" or others test for, monitor, clean up, remove, contain, make repairs, treat, decontaminate, detoxify, neutralize, abate, or in any way respond to or assess any effects of any "fungi," mold or "spores." This includes, but is not limited to, any demand, directive, complaint, suit, order or request by any governmental or non-governmental entity or by any organization, person or group of persons.

3. Steps taken or amounts incurred by any governmental or non- governmental entity or by any organization, person or group of persons to test for, monitor, clean up, remove, contain, repair, treat, decontaminate, detoxify, neutralize, abate, or in any way respond to or assess any effects of any "fungi," mold or "spores."

This exclusion applies regardless of whether or not the "fungi," mold or "spores," or any of their effects, were sudden, accidental, gradual, intended, expected, unexpected, preventable, not preventable, manmade, naturally occurring, or any combination of the foregoing.

As used in this exclusion:

"Fungi" include, but are not limited to, any of a major group of saprophytic and parasitic spore-producing organisms usually classified as plants that lack chlorophyll including, but not limited to, molds, rusts, mildews, smuts, mushrooms, and yeasts, and any toxins, mycotoxins, "spores," scents, waste products or byproducts produced or released by "fungi," mold or "spores," or by the metabolism, death or decay of any "fungi," mold or "spores."

"Spores" include, but are not limited to, any reproductive body produced by or arising out of any "fungi."

This endorsement does not change any other provision of the policy.

CU 63 80 05 03

**E-FILED**
Thursday, 20 April, 2006  03:23:13 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT

SANGAMON COUNTY, ILLINOIS

JOE WILLIE EDWARDS and ALGERINE NORRIS, )
Plaintiffs, )
v. )
CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE, )
Defendant. )

NO.

**2005L 0331**

~~2005MR0001~~

**FILED**

NOV 28 2005  CTR. 1

Clerk of the
Circuit Court

C O M P L A I N T

COUNT I

NOW COME the Plaintiffs, JOE WILLIE EDWARDS and ALGERINE NORRIS, through their attorneys, Wolter, Beeman & Lynch, and complaining of Defendant, Carl O. Hoffee, as Trustee Agent of the FRED WANLESS ESTATE, allege as follows:

1. Plaintiffs are residents of the City of Springfield, County of Sangamon and State of Illinois.

2. Defendant is the owner of various real estate properties in Sangamon County, Illinois.

3. At all times hereinafter mentioned, Defendant was, and still is, the owner of and in possession and control of an apartment building located at 2109 Clear Lake Avenue in the City


EXHIBIT
I

of Springfield, County of Sangamon and State of Illinois, which it rents to third parties as a residence.

4. On March 28, 2003 Plaintiff JOE WILLIE EDWARDS rented Apartment 1 of the premises at 2109 Clear Lake Avenue from Defendant. (A copy of the Month-To-Month Rental Agreement is attached hereto as Exhibit A.)

5. On September 15, 2003 Plaintiff ALGERINE NORRIS moved into said premises under the same Rental Agreement provided to Plaintiff JOE WILLIE EDWARDS.

6. Pursuant to the terms of said Month-To-Month Rental Agreement Defendant was obligated to properly maintain the residence, cooperate with Plaintiffs by responding promptly to requests for needed repairs and keep the unit free from air pollution levels that threatened Plaintiffs' health.

7. Beginning in December of 2003 Plaintiffs repeatedly complained to Defendant about the mold on the premises.

8. Defendant failed to fulfill its responsibilities pursuant to the Rental Agreement by:

    (a) Failing to properly maintain the residence;

    (b) Failing to cooperate with Plaintiffs by responding promptly to requests for needed repairs; and

    (c) Failing to keep the unit free from air pollutants that threatened Plaintiffs' health.

9. As a result of Defendant's failure to fulfill its responsibilities pursuant to the Rental Agreement, Plaintiffs have sustained severe and permanent injuries, including the onset of pulmonary diseases and, as a consequence, have suffered and will suffer in the future great physical pain and suffering. Said injuries will permanently disable Plaintiffs and by reason of said injuries Plaintiffs necessarily paid and became liable to pay bills for doctors, medicine, x-rays and physical therapy. Plaintiffs will become liable to pay bills for doctors, medicine, x-rays and physical therapy in the future, all to the damage of Plaintiffs in an amount in excess of Fifty Thousand Dollars ($50,000.00).

10. In addition to the expenses identified in Paragraph 9, Plaintiffs had to destroy personal property having a value of approximately Twelve Thousand Dollars ($12,000.00).

WHEREFORE, Plaintiffs JOE WILLIE EDWARDS and ALGERINE NORRIS demand judgment against Defendant CARL O. HOFFEE as Trustee Agent of the FRED WANLESS ESTATE in an amount in excess of Fifty Thousand Dollars ($50,000.00) together with the costs of this action.

COUNT II

NOW COME the Plaintiffs, JOE WILLIE EDWARDS and ALGERINE NORRIS, through their attorneys, Wolter, Beeman & Lynch, and

3

complaining of Defendant, Carl O. Hoffee, as Trustee Agent of the FRED WANLESS ESTATE, allege as follows:

1.-7.  Plaintiffs repeat and reallege Paragraphs 1 through 7 of Count I of this Complaint as Paragraphs 1 through 7 of Count II of this Complaint.  '

8. As the lease agreement was made for Plaintiffs' use of the premises as a residence, the lease agreement was made with an implied warranty of habitability.

9.  Plaintiffs did not waive the implied warranty of habitability for one or more of the following reasons:

(a)  Plaintiffs did not expressly waive the warranty, including initialing such a waiver, at the time the lease agreement was signed;

(b)  The lease agreement does not contain specific and/or sufficient verbiage to effectuate Plaintiffs' waiver of an implied warranty of habitability; and

(c)  Defendant failed to effectively and/or sufficiently communicate or explain the consequences of waiving the implied warranty of habitability at the time the lease agreement was signed.

10. Defendant breached its duties pursuant to the implied warranty of habitability by and through the creation and/or continued existence of toxic mold spores, which rendered the

4

premises wholly unfit for use as a residence in one or more of the following ways:

    (a)   Plaintiffs were forced to visit physicians multiple times per week as a result of the physical symptoms that developed subsequent to the time Plaintiffs moved into the residence;

    (b)   Plaintiffs were continually forced to inhale the noxious odors associated with toxic mold in the morning, in the afternoon, in the evening, at night, and at any and all times while present in the residence;

    (c)   The presence of toxic mold caused plaintiffs to become physically ill; and

    (d)   The presence of toxic mold spores led to the onset of permanent diseases and conditions.

11.  As a result of Defendant's breach of the implied warranty of habitability, Plaintiffs have sustained severe and permanent injuries, including the onset of pulmonary diseases and, as a consequence, have suffered and will suffer in the future great physical pain and suffering. Said injuries will permanently disable Plaintiffs and by reason of said injuries Plaintiffs necessarily paid and became liable to pay bills for doctors, medicine, x-rays and physical therapy. Plaintiffs will

become liable to pay bills for doctors, medicine, x-rays and physical therapy in the future, all to the damage of Plaintiffs in an amount in excess of Fifty Thousand Dollars ($50,000.00).

12. In addition to the expenses identified in Paragraph 11, Plaintiffs had to destroy personal property having a value of approximately Twelve Thousand Dollars ($12,000.00).

WHEREFORE, Plaintiffs JOE WILLIE EDWARDS and ALGERINE NORRIS demand judgment against Defendant CARL O. HOFFEE as Trustee Agent of the FRED WANLESS ESTATE in an amount in excess of Fifty Thousand Dollars ($50,000.00) together with the costs of this action.

## COUNT III

NOW COME the Plaintiffs, JOE WILLIE EDWARDS and ALGERINE NORRIS, through their attorneys, Wolter, Beeman & Lynch, and complaining of Defendant, Carl O. Hoffee, as Trustee Agent of the FRED WANLESS ESTATE, allege as follows:

1.-7. Plaintiffs repeat and reallege Paragraphs 1 through 7 of Count I of this Complaint as Paragraphs 1 through 7 of Count III of this Complaint.

8. Plaintiffs began to complain about the mold in the rented premises beginning in December of 2003 and in response to said complaints Defendant specifically promised to correct the identified problem.

6

9. By voluntarily undertaking to correct the complained of mold problem, Defendant had a duty to exercise ordinary care in doing so.

10. Defendant, as the owner of various real estate properties, had actual and/or implied knowledge of the conditions, environments, and sources of indoor mold, including the characteristic odor.

11. Notwithstanding its knowledge as identified in Paragraph 10, Defendant breached its duty to exercise ordinary care by failing to locate and failing to correct the source of the mold problem in the rented premises.

12. As a result of Defendant's failure to exercise ordinary care, Plaintiffs have sustained severe and permanent injuries, including the onset of pulmonary diseases and, as a consequence, have suffered and will suffer in the future great physical pain and suffering. Said injuries will permanently disable Plaintiffs and by reason of said injuries Plaintiffs necessarily paid and became liable to pay bills for doctors, medicine, x-rays and physical therapy. Plaintiffs will become liable to pay bills for doctors, medicine, x-rays and physical therapy in the future, all to the damage of Plaintiffs in an amount in excess of Fifty Thousand Dollars ($50,000.00).

13. In addition to the expenses identified in Paragraph 12, Plaintiffs had to destroy personal property having a value of approximately Twelve Thousand Dollars ($12,000.00).

WHEREFORE, Plaintiffs JOE WILLIE EDWARDS and ALGERINE NORRIS demand judgment against Defendant CARL O. HOFFEE as Trustee Agent of the FRED WANLESS ESTATE in an amount in excess of Fifty Thousand Dollars ($50,000.00) together with the costs of this action.

COUNT IV

NOW COME the Plaintiffs, JOE WILLIE EDWARDS and ALGERINE NORRIS, through their attorneys, Wolter, Beeman & Lynch, and complaining of Defendant, Carl O. Hoffee, as Trustee Agent of the FRED WANLESS ESTATE, allege as follows:

1.-7. Plaintiffs repeat and reallege Paragraphs 1 through 7 of Count I of this Complaint as Paragraphs 1 through 7 of Count IV of this Complaint.

8. By specifically promising to take care of the problem, Defendant assumed an enforceable duty.

9. Defendant specifically promised Plaintiffs that they would take care of the problems causing mold in the rented premises.

10. Plaintiffs relied on Defendant's promise to take care the problems causing mold.

11. Plaintiffs, as tenants in a landlord-tenant relationship with Defendant, reasonably relied on Defendant's promise to take care of the problems causing mold.

12. Defendant failed to fulfill its duty by failing to remove the mold and toxic pollutants in the rented premises.

13. As a result of Defendant's failure to fulfill its duty, Plaintiffs have sustained severe and permanent injuries, including the onset of pulmonary diseases and, as a consequence, have suffered and will suffer in the future great physical pain and suffering. Said injuries will permanently disable Plaintiffs and by reason of said injuries Plaintiffs necessarily paid and became liable to pay bills for doctors, medicine, x-rays and physical therapy. Plaintiff will become liable to pay bills for doctors, medicine, x-rays and physical therapy in the future, all to the damage of Plaintiffs in an amount in excess of Fifty Thousand Dollars ($50,000.00).

14. In addition to the expenses identified in Paragraph 13, Plaintiffs had to destroy personal property having a value of approximately Twelve Thousand Dollars ($12,000.00).

WHEREFORE, Plaintiffs JOE WILLIE EDWARDS and ALGERINE NORRIS demand judgment against Defendant CARL O. HOFFEE as Trustee Agent of the FRED WANLESS ESTATE in an amount in excess

of Fifty Thousand Dollars ($50,000.00) together with the costs of this action.

## COUNT V

NOW COME the Plaintiffs, JOE WILLIE EDWARDS and ALGERINE NORRIS, through their attorneys, Wolter, Beeman & Lynch, and complaining of Defendant, Carl O. Hoffee, as Trustee Agent of the FRED WANLESS ESTATE, allege as follows:

1.-7. Plaintiffs repeat and reallege Paragraphs 1 through 7 of Count I of this Complaint as Paragraphs 1 through 7 of Count V of this Complaint.

8. Prior to the time Plaintiffs took possession of the residence, Defendant, through its actions and/or omissions while in ownership and control of the leased premises, created and maintained the premises in such a physical condition that allowed for the creation and continued existence of toxic mold.

9. Defendant, through its actions and/or omissions, allowed the presence of odor and toxic mold pollutants to continue after Plaintiffs took possession of the leased premises.

10. The physical invasion of the mold spores substantially interfered with Plaintiff's right of use and enjoyment of the residence in one or more of the following ways:

(a) Plaintiffs were forced to visit physicians multiple times per week as a result of the physical symptoms

10

that developed subsequent to the time Plaintiffs moved into the residence;

(b)   Plaintiffs were continually forced to inhale the noxious odors associated with toxic mold in the morning, in the afternoon, in the evening, at night, and at any and all times while present in the residence; and

(c)   The presence of toxic mold caused plaintiffs to become physically ill.

11.   As a result of Defendant's failure to remove the nuisance caused by the existence of mold, Plaintiffs have sustained severe and permanent injuries, including the onset of pulmonary diseases and, as a consequence, have suffered and will suffer in the future great physical pain and suffering.  Said injuries will permanently disable Plaintiffs and by reason of said injuries Plaintiffs necessarily paid and became liable to pay bills for doctors, medicine, x-rays and physical therapy. Plaintiffs will become liable to pay bills for doctors, medicine, x-rays and physical therapy in the future, all to the damage of Plaintiffs in an amount in excess of Fifty Thousand Dollars ($50,000.00).

12.    In    addition    to    the    expenses    identified    in Paragraph 11, Plaintiffs had to destroy personal property having a value of approximately Twelve Thousand Dollars ($12,000.00).

WHEREFORE,  Plaintiffs  JOE  WILLIE  EDWARDS  and  ALGERINE NORRIS demand judgment against Defendant CARL O. HOFFEE as Trustee Agent of the FRED WANLESS ESTATE in an amount in excess of Fifty Thousand Dollars ($50,000.00) together with the costs of this action.

                        JOE WILLIE EDWARDS and ALGERINE NORRIS,
                                    Plaintiffs


                        BY_____
                                WOLTER, BEEMAN & LYNCH
                                    Their Attorneys




RANDALL A. WOLTER
BRIAN P. ROGERS
WOLTER, BEEMAN & LYNCH
Attorneys for Plaintiffs
413 South Seventh Street
Springfield, Illinois 62701
Telephone: 217-753-4220
wolter\complaints\edwards-norris.mold


                                    12

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF SANGAMON     )

## A F F I D A V I T

I, BRIAN P. ROGERS, being first duly sworn, do hereby state, pursuant to Illinois Supreme Court Rule 222(b), as follows:

1. I am an adult under no legal disability and I am an attorney licensed to practice law in the State of Illinois.

2. I am Plaintiffs' attorney in an action to be filed in the Seventh Judicial Circuit, Sangamon County, Illinois captioned Joe Willie Edwards and Algerine Norris v. Carol O. Hoffee as Trustee Agent of the Fred Wanless Estate.

3. Such action is based upon bodily injuries sustained by Plaintiffs.

4. The total of money damages sought in this action does exceed $50,000.00.

FURTHER AFFIANT SAITH NOT.

_____
BRIAN P. ROGERS

Subscribed and sworn to before me this _28th_ day of _November_, 2005.

_____
Notary Public

OFFICIAL SEAL
DORIS M. TEYSHAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-12-2008

13

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 04 05 06 95

E-FILED
Friday, 21 April, 2006 08:09:19 AM
Clerk, U.S. District Court, ILCD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Blanket Limit of Insur. |
|---|---|---|---|---|
| | ☐ | | | ** |
| | ☐ | | | ** |
| | ☐ | | | ** |

\*    Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*   Do **not** enter a Blanket Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

**A.**  Each Coverage - Coverage A, Coverage B and Coverage C - applies only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the Building property identified for that Coverage(s) in the Schedule.

**B.**  We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**C.**  **Coverage**

1.  Coverage A - Coverage for Loss to the Undamaged Portion of the Building

    If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

    **a.**  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**b.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**c.** Is in force at the time of loss.

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. Coverage A does not increase the Limit of Insurance.

**2. Coverage B - Demolition Cost Coverage**

If a Covered Cause of Loss occurs to covered Building property, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to Demolition Cost Coverage.

**3. Coverage C - Increased Cost of Construction Coverage**

**a.** If a Covered Cause of Loss occurs to the covered Building property, we will pay for the increased cost to:

**(1)** Repair or reconstruct damaged portions of that Building property; and/or

**(2)** Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When covered Building property is damaged or destroyed by a Covered Cause of Loss and Coverage C applies to that property in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b. (1)** through **b. (4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

**D. Loss Payment**

**1.** When Coverage A applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and the property **is** repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(1)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

 Copyright, ISO Commercial Risk Services, Inc., 1994

(2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**2.** Unless paragraph **D.4.** applies, loss payment under Coverage B - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage B in the Schedule above.

**3.** Unless paragraph **D.4.** applies, loss payment under Coverage C - Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage C:

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

**4.** If a **Blanket** Limit of Insurance is shown for Coverages B and C in the Schedule above, paragraphs **D.2.** and **D.3.** of this endorsement do not apply with respect to the Building property that is subject to the Blanket Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Blanket Limit of Insurance shown for Coverages B and C in the Schedule above. Subject to this Blanket Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

E. The terms of this endorsement apply separately to each building to which this endorsement applies.

F. Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

   Copyright, ISO Commercial Risk Services, Inc., 1994   CP 04 05 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COLLAPSE COVERAGE

This endorsement modifies insurance provided under the following:

> CAUSES OF LOSS - SPECIAL FORM
> CAUSES OF LOSS - BROAD FORM

The Causes of Loss - Special Form, if applicable, is amended as follows:

Section D. Additional Coverage - Collapse is replaced by the following:

**D.   Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

1.   With respect to buildings:

   a.   Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b.   A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c.   A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

   d.   A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2.   We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a.   The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b.   Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c.   Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d.   Weight of people or personal property;

   e.   Weight of rain that collects on a roof;

   f.   Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

3.   With respect to the following property:

   a.   Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b.   Awnings, gutters and downspouts;

   c.   Yard fixtures;

   d.   Outdoor swimming pools;

   e.   Fences;

   f.   Piers, wharves and docks;

   g.   Beach or diving platforms or appurtenances;

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

h.  Retaining walls; and

i.  Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

a.  Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b.  The property is Covered Property under this Coverage Form.

**4.**  If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a.  The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

b.  The personal property which collapses is inside a building; and

c.  The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**5.**  This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

The Causes of Loss - Broad Form, if applicable, is amended as follows:

Paragraph 1. Of Section C. Additional Coverages is replaced by the following:

**1. Collapse**

The term Covered Cause of Loss includes the Collapse Additional Coverage as described and limited in **1.** through **5.** below.

**1.**  With respect to buildings:

a.  Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

b.  A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

c.  A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

d.  A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**2.**  We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

a.  Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge of water or steam as the direct result of the breaking apart or cracking of a system or appliance containing water or steam; all only as insured against in this Coverage Part;

b.  Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

c.  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**

**3.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.** we will pay for loss or damage to that property only if:

**a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

**b.** The property is Covered Property under this Coverage Form.

**4.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**5.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reasons for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

      **(2)** We have indicated our willingness to renew this policy to you or your representative; or

      **(3)** You have notified us or our agent that you do not want to renew this policy.

   **b.** On the effective date of any other insurance replacing this policy.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** When forming a part of this policy, the **Legal Action Against Us** condition in the Crime General Provisions and in the Safe Depository Direct Loss Coverage Form is replaced by the following:

**Legal Action Against Us:** You may not bring any legal action against us involving loss:

**a.** Unless you have complied with all the terms of this insurance; and

**b.** Until 90 days after you have filed proof of loss with us; and

**c.** Unless brought within 2 years from the date you discover the loss. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

    Copyright, Insurance Services Office, Inc., 1997    CR 02 02 04 97

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT
  OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

Copyright, Insurance Services Office, Inc., 1997

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material (a) containing "by product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including microprocessors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

        **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

COVERAGE C – MEDICAL PAYMENTS Insuring Agreement on the COMMERCIAL GENERAL LIABILITY COV-ERAGE PART and Coverage 2. Medical Expense on the BUSINESSOWNERS LIABILITY COVERAGE FORM are amended by the addition of the following:

Medical expenses will be paid only if an insured has requested that we pay such expenses.

POLICY NUMBER: BKO(03)52987382

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 07 98**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Premises:**  219 S. 4TH STREET, SPRINGFIELD, IL  62702

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

CG 21 44 07 98                Copyright, Insurance Services Office, Inc., 1997                **Page 1 of 1**

0001

POLICY NUMBER: BKO(03)52987382

COMMERCIAL PROPERTY
CP 04 05 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Blanket Limit of Insur. ** |
|---|---|---|---|---|
| | ☐ | | | ** |
| | ☐ | | | ** |
| | ☐ | | | ** |

\*   Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*  Do not enter a Blanket Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

**A.** Each Coverage — Coverage A, Coverage B and Coverage C — applies only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the Building property identified for that Coverage(s) in the Schedule.

**B.** We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**C.  Coverage**

1.  Coverage A — Coverage for Loss to the Undamaged Portion of the Building

    If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that

    a.  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

25

POLICY NUMBER:  BKO(03)52987382

COMMERCIAL PROPERTY
CP 15 45 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE*

| Water Supply Property | Communication Supply Property (not including overhead transmission lines) | Communication Supply Property (including over head transmission lines) | Power Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Limit of Insurance |
|---|---|---|---|---|

A. We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph B. if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

B. **Utility Services**

1. **Water Supply Services**, meaning the following types of property supplying water to the described premises:

   a. Pumping stations; and

   b. Water mains.

2. **Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   a. Communication transmission lines, including optic fiber transmission lines;

   b. Coaxial cables; and

   c. Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

CP 15 45 06 95     Copyright, ISO Commercial Risk Services, Inc., 1994     Page 1 of 2

0001

DATE: 05/20/2003

BRANCH OFFICE:     LOMBARD                          AUDITOR:

AGENCY:  12-0280     FORSYTH INSURANCE GROUP INC

1201 S 4TH ST
SPRINGFIELD          IL 62703

POLICY NUMBER:     BKO (03) 52987382

INSURED:           FRED WANLESS TRUST

ADDRESS:           250 S DURKIN DR APT 11  SPRINGFIELD          IL  627046344

POLICY PERIOD:     08/07/2002 TO 05/20/2003

AUDIT PERIOD:      08/07/2002 TO 05/20/2003

--------------------------------------------------------------------------------

THE REPORT OF AUDIT REQUIRES NO ADJUSTMENT IN PREMIUM.

HOME OFFICE COPY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**OCG**
OHIO CASUALTY GROUP

9450 Seward Road, Fairfield, Ohio 45014

COMMERCIAL PACKAGE POLICY CHANGE ENDORSEMENT

| COMPANY | POLICY NUMBER |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY | BKO (03) 52 98 73 82 |

| NAMED INSURED & MAILING ADDRESS | AGENT'S NAME & ADDRESS 0940 12 04 0280 |
|---|---|
| FRED WANLESS TRUST<br>250 S DURKIN DR APT 11<br>SPRINGFIELD, SANGAMON CO.,<br>IL 62704 6344 | TELEPHONE: (217) 525-9500<br>FORSYTH INSURANCE GROUP INC<br>1201 S 4TH ST<br>SPRINGFIELD          IL 62703-2228 |

| SEE SCHEDULE OF NAMED INSURED(S) | POLICY TERM 08/07/02 TO 05/20/03 |
|---|---|
| TRANSACTION 2    (06/09/03) | TRANSACTION EFFECTIVE          04/24/03 |

PURPOSE OF ENDORSEMENT:
   IT IS HEREBY AGREED, THAT PROPERTY COVERAGE,
   MINE SUBSIDENCE AND GL CLASS CODE 61217, ARE
   HEREBY DELETED FOR LOCATION 3100 S. MACARTHUR,
   SPRINGFIELD, IL 62704.

POLICY DECLARATIONS SCHEDULES CHANGED BY THIS TRANSACTION

PAGE     TITLE

   2     EXPLANATION OF CHARGES
   3     COMMERCIAL PROPERTY DECLARATIONS
   8     COMMERCIAL LIABILITY DECLARATIONS


P R O V I S I O N A L    P R E M I U M
   REVISED TOTAL:   . . . . . . . . . . . . $4,329.00
   PREVIOUS TOTAL:  . . . . . . . . . . . . $4,406.00
   RETURN:          . . . . . . . . . . . . . . .    $77.00

CLASS E

OC70060B01

   N05                    CONTINUED ON PAGE 2

ACCOUNT NAME: FRED WANLESS TRUST

LOM KMA1       0940 07/31/02 49877      HOME OFFICE COPY     PAGE: 1

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST          **POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

UPDATED EXPLANATION OF CHARGES

R E C A P   O F   S C H E D U L E   T O T A L S

| | |
|---|---|
| PROPERTY SCHEDULE TOTALS – TERM | $1,601.00 |
| LIABILITY SCHEDULE TOTALS – TERM | $1,954.00 |
| UPDATED POLICY SCHEDULE(S) TOTAL – TERM | $3,555.00 |

EXPLANATION OF ENDORSEMENT CHARGE DEVELOPMENT

| | |
|---|---|
| UPDATED POLICY SCHEDULE(S) TOTAL – TERM | $3,555.00 |
| PREVIOUS POLICY SCHEDULE(S) TOTAL – TERM | $4,406.00 |
| DIFFERENCE – TERM | $851.00- |
| ENDORSEMENT TERM FACTOR | .091 |
| ENDORSEMENT CHARGE | $77.00- |
| PREVIOUS PROVISIONAL PREMIUM | $4,406.00 |
| REVISED PROVISIONAL PREMIUM | $4,329.00 |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

CLASS E

OC70040901

TRANS:0002

CONTINUED ON PAGE    3

LOM KMA1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:    2

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE

UPDATED COVERAGES - EFFECTIVE FROM 04/24/03 TO 05/20/03

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES
AND FOR WHICH A LIMIT OF INSURANCE IS SHOWN. OPTIONAL COVERAGES
APPLY ONLY WHEN ENTRIES ARE MADE IN THIS SCHEDULE.

L:1

PREMISES/LOCATION: NUMBER 1
  2021 CLEARLAKE
  SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:1
CC:2

DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: JOISTED MASONRY
  PROTECTION CLASS: 01
  DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
  NONE

CSP:932
I/C:14530

OCCUPANCY:
GASOLINE STATIONS - FULL AND/OR SELF-SERVICE - MINOR REPAIRS

I:641 1

LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
COVERAGE.............. BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                       INCLUDING THEFT
TERM PREMIUM...........................        $93.00

I:680 1

LIMIT OF INSURANCE..... $29,257
COVERAGE.............. MINE SUBSIDENCE
TERM PREMIUM...........................        $28.00

L:2

PREMISES/LOCATION: NUMBER 2
  REAR 2021 CLEARLAKE
  SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

TRANS:0002

CONTINUED ON PAGE    4

LOM KMA1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:    3

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

BLD:2
CC:2

DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: JOISTED MASONRY
  PROTECTION CLASS: 01
  DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
  NONE

CSP:844
I/C:20966

OCCUPANCY:
MOBILE HOME PARKS OR COURTS - COMMUNITY CENTERS,
RECREATIONAL BUILDINGS, SHELTER HOUSES, LOCKER HOUSES
AND OTHER AUXILIARY OR SUBSIDIARY BUILDINGS

I:641 2

  LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
  COVERAGE.............. BUILDING
  COVERED CAUSES OF LOSS. SPECIAL FORM
                  INCLUDING THEFT
  TERM PREMIUM...........................          $106.00

I:680 2

  LIMIT OF INSURANCE..... $29,257
  COVERAGE.............. MINE SUBSIDENCE
  TERM PREMIUM...........................          $28.00

L:3

PREMISES/LOCATION: NUMBER 3
2105-2109 CLEARLAKE
SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:3
CC:1

DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: FRAME
  PROTECTION CLASS: 01
  DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
  NONE

CSP:745
I/C:16642

OCCUPANCY:
HOTELS OR MOTELS - WITHOUT RESTAURANTS - UP TO 10 UNITS

TRANS:0002

CONTINUED ON PAGE    5

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |
| | **POLICY NO.** BKO (03) 52 98 73 82 |

INTERNAL USE

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

I:641 3

```
LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
COVERAGE.............. BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                            INCLUDING THEFT
TERM PREMIUM...........................      $146.00
```

I:680 3

```
LIMIT OF INSURANCE..... $29,257
COVERAGE.............. MINE SUBSIDENCE
TERM PREMIUM...........................      $22.00
```

L:4

```
PREMISES/LOCATION: NUMBER 4
 2105 CLEARLAKE
 SPRINGFIELD, IL  62702

LIMITS AND COVERAGES PROVIDED THIS PREMISES:
```

BLD:4
CC:1

```
DESCRIPTION:  BUILDING NUMBER 1
  CONSTRUCTION: FRAME
  PROTECTION CLASS: 01
  DEDUCTIBLE: $500

MORTGAGE HOLDER(S):
  NONE
```

CSP:921
I/C:3079

```
OCCUPANCY:
 BEAUTY PARLORS AND HAIR STYLING SALONS
```

I:641 4

```
LIMIT OF INSURANCE..... $29,257 AT 80% COINSURANCE
COVERAGE.............. BUILDING
COVERED CAUSES OF LOSS. SPECIAL FORM
                            INCLUDING THEFT
TERM PREMIUM...........................      $114.00
```

I:680 4

```
LIMIT OF INSURANCE..... $29,257
COVERAGE.............. MINE SUBSIDENCE
TERM PREMIUM...........................      $22.00
```

TRANS:0002

CONTINUED ON PAGE    6

LOM KMA1      0940 07/31/02 49877      HOME OFFICE COPY      PAGE:    5

32

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

L:5        PREMISES/LOCATION: NUMBER 5
            916 WEST LAUREL
            SPRINGFIELD, IL  62702

          LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:5      DESCRIPTION:  BUILDING NUMBER 1
CC:1          CONSTRUCTION: FRAME
              PROTECTION CLASS: 01
              DEDUCTIBLE: $500

          MORTGAGE HOLDER(S):
              NONE

CSP:567        OCCUPANCY:
          HEALTH FOOD STORE
          RATED AS:
I/C:43281      VARIETY STORES - PROFIT

I:641 5        LIMIT OF INSURANCE..... $56,175 AT 80% COINSURANCE
          COVERAGE............... BUILDING
          COVERED CAUSES OF LOSS. SPECIAL FORM
                                    INCLUDING THEFT
          TERM PREMIUM..........................        $246.00

I:680 5        LIMIT OF INSURANCE..... $56,175
          COVERAGE............... MINE SUBSIDENCE
          TERM PREMIUM..........................        $31.00

L:6        PREMISES/LOCATION: NUMBER 6
            1701 SOUTH STATE
            SPRINGFIELD, IL  62702

          LIMITS AND COVERAGES PROVIDED THIS PREMISES:

BLD:6      DESCRIPTION:  BUILDING NUMBER 1
CC:1          CONSTRUCTION: FRAME
              PROTECTION CLASS: 01
              DEDUCTIBLE: $500

CLASS E

OC70040901

TRANS:0002              CONTINUED ON PAGE    7

LOM KMA1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:    6

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

PROPERTY DECLARATIONS SCHEDULE - (CONTINUED)

MORTGAGE HOLDER(S):
  NONE

CSP:532
I/C:5504

OCCUPANCY:
CANDY OR CONFECTIONERY STORES

I:641 6

    LIMIT OF INSURANCE..... $98,014 AT 80% COINSURANCE
    COVERAGE............... BUILDING
    COVERED CAUSES OF LOSS. SPECIAL FORM
                                INCLUDING THEFT
    TERM PREMIUM...........................        $616.00

I:680 6

    LIMIT OF INSURANCE..... $98,014
    COVERAGE.............. MINE SUBSIDENCE
    TERM PREMIUM...........................         $43.00

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

MASTER PAK CHARGE – TERM  ...................... $     106.00   *

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

PROPERTY SCHEDULE TOTALS – TERM

    PREMIUM................................   $  1,601.00

CLASS E

OC70040801

TRANS:0002

CONTINUED ON PAGE    8

34

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST    **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

## COMMERCIAL LIABILITY DECLARATIONS SCHEDULE

### LOCATIONS

COVERED LOCATION(S):

L:1
1. 2021 CLEARLAKE
   SPRINGFIELD, IL  62702

L:2
2. REAR 2021 CLEARLAKE
   SPRINGFIELD, IL  62702

L:3
3. 2105-2109 CLEARLAKE
   SPRINGFIELD, IL  62702

L:4
4. 2105 CLEARLAKE
   SPRINGFIELD, IL  62702

L:5
5. 916 WEST LAUREL
   SPRINGFIELD, IL  62702

L:6
6. 1701 SOUTH STATE
   SPRINGFIELD, IL  62702

L:9
7. 2109 CLEARLAKE
   SPRINGFIELD, IL  62702

L:11
8. R2109 CLEARLAKE
   SPRINGFIELD, IL  62702

L:12
9. SEE GENERAL ENDORSEMENT #2
   SPRINGFIELD, IL  62702

L:13
10. SEE GENERAL ENDORSEMENT #2
    SPRINGFIELD, IL  62702

L:14
11. MORAN FARM (SEE GENERAL ENDT #2)
    SPRINGFIELD, IL  62702

L:15
12. STARNE FARM (SEE GENERAL ENDT #2)
    SPRINGFIELD, IL  62702

L:16
13. LOTS 1-11 OF FRED WANLESS' LYNN M
    SPRINGFIELD, IL  62702

L:17
14. SEE GENERAL ENDORSEMENT #2
    SPRINGFIELD, IL  62702

L:18
15. SEE GENERAL ENDORSEMENT #2
    SPRINGFIELD, IL  62702

CLASS E

OC720040890T

TRANS:0002

CONTINUED ON PAGE    9

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

| **INTERNAL USE** | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|
| | LOCATIONS - (CONTINUED) |
| L:19 | 16. LOTS 22 TO 28,OF WANLESS PLACE3RD<br>SPRINGFIELD, IL 62702 |
| L:20 | 17. LOTS 59 TO 62&63EXCEPT N66'3RD PL<br>SPRINGFIELD, IL 62702 |
| L:21 | 18. 3522 EAST COOK STREET<br>SPRINGFIELD, IL 62702 |
| L:22 | 19. LOT 1&2EXCEPT E118.75OFWANLESS PL<br>SPRINGFIELD, IL 62702 |
| L:23 | 20. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL 62702 |
| L:25 | 21. LOTS 7-10 BLOCK 4 OF LINTON'S SUB<br>SPRINGFIELD, IL 62702 |
| L:26 | 22. SEE GENERAL ENDORSEMENT #2<br>SPRINGFIELD, IL 62702 |
| L:27 | 23. SEE GENERAL ENDORSEMENT #2<br>WOODSHIP TOWNSHIP, IL 62702 |
| L:28 | 24. 2600 E. COOK STREET<br>SPRINGFIELD, IL 62702 |
| L:29 | 25. 2520 E. COOK STREET<br>SPRINGFIELD, IL 62702 |
| L:30 | 26. LOT 90 OF WANLESS N EDN IMP ASSOC<br>SPRINGFIELD, IL 62702 |
| L:31 | 27. LOTS 1&2 OF FRED WANLESS'NORTH WO<br>SPRINGFIELD, IL 62702 |
| L:32 | 28. LOT 48 WANLESS BERGEN PARK ADDN,2<br>SPRINGFIELD, IL 62702 |
| L:33 | 29. PART OF LOTS 181&183 WANLESS N.GR<br>SPRINGFIELD, IL 62702 |
| L:34 | 30. LOTS 24,25,28,29,30,47,N1/2OF48WA<br>SPRINGFIELD, IL 62702 |
| TRANS:0002 | CONTINUED ON PAGE 10 |

POLICY DECLARATIONS

NAME OF COMPANY THE OHIO CASUALTY INSURANCE COMPANY

NAMED INSURED FRED WANLESS TRUST

POLICY NO. BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

LOCATIONS - (CONTINUED)

L:35            31. LOTS 111,112,113,114&115WANLESS H
                    SPRINGFIELD, IL  62702

L:36            32. S880.66'OF N1080.66'LOT214 WANLES
                    SPRINGFIELD, IL  62702

L:37            33. LOT 16&W15'OF LOT17 E.A.WILSON2CA
                    SPRINGFIELD, IL  62702

L:40            34. 3100 MACARTHUR
                    SPRINGFIELD, IL  62704

L:41            35. SEE GENERAL ENDORSEMENT #2
                    SPRINGFIELD, IL  62702

- - - - - - - - - - - - - - - - - - - - - - -

                        HAZARDS                    TERM PREMIUM
ST:12      STATE  : ILLINOIS

NI:1       INSURED: FRED WANLESS TRUST
                    (A PARTNERSHIP)
                    SEE GENERAL ENDORSEMENT

I/C:20909   CLASSIFICATION CODE: 46202
            MOBILE HOME PARKS OR COURTS
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:12       PREMIUM BASIS:
L:12        22,270 DOLLARS OF GROSS SALES
            RATES PER 1,000

               PREMISE/OPERATIONS
                  RATE:                   17.114
                  TERM SURCHARGE:          1.100
                  TERM PREMIUM:          419.00        $419.00

I/C:70946   CLASSIFICATION CODE: 46607
            PARKING - PUBLIC - SHOPPING CENTERS - MAINTAINED
            BY THE INSURED (LESSOR'S RISK ONLY)
            PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
            THE GENERAL AGGREGATE LIMIT

EU:41       PREMIUM BASIS:
L:40        500 SQUARE FEET OF AREA
            RATES PER 1,000

TRANS:0002              CONTINUED ON PAGE  11

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

PREMISE/OPERATIONS
```
    RATE:                      31.251
    TERM SURCHARGE:             1.100
    TERM FACTOR:                 .784
    TERM PREMIUM:              14.00              $14.00
```

I/C: 42515

CLASSIFICATION CODE: 49451
VACANT LAND - FOR PROFIT
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU: 13
L: 13

PREMIUM BASIS:
16 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
```
    RATE:                       .967
    TERM SURCHARGE:            1.100
    TERM FACTOR:               .784
    TERM PREMIUM:             13.00              $13.00
```

EU: 14
L: 14

PREMIUM BASIS:
27 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
```
    RATE:                       .967
    TERM SURCHARGE:            1.100
    TERM FACTOR:               .784
    TERM PREMIUM:             22.00              $22.00
```

EU: 15
L: 15

PREMIUM BASIS:
13 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
```
    RATE:                       .967
    TERM SURCHARGE:            1.100
    TERM FACTOR:               .784
    TERM PREMIUM:             11.00              $11.00
```

EU: 16
L: 16

PREMIUM BASIS:
86 ACRE(S)
RATES PER 1

CLASS E

OC70040801

TRANS: 0002

CONTINUED ON PAGE   12

LOM KMA1       0940 07/31/02 49877       HOME OFFICE COPY       PAGE:   11

POLICY DECLARATIONS

| NAME OF COMPANY | THE OHIO CASUALTY INSURANCE COMPANY |
|---|---|
| NAMED INSURED | FRED WANLESS TRUST |

POLICY NO. BKO (03) 52 98 73 82

INTERNAL USE

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)          TERM PREMIUM

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            72.00          $72.00

EU:17
L:17
PREMIUM BASIS:
20 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            16.00          $16.00

EU:18
L:18
PREMIUM BASIS:
205 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            171.00         $171.00

EU:19
L:19
PREMIUM BASIS:
7 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            6.00           $6.00

EU:20
L:20
PREMIUM BASIS:
52 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            43.00          $43.00

CLASS E
OC70040891

TRANS:0002

CONTINUED ON PAGE   13

LOM KMA1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:   12

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

EU:21
L:21
  PREMIUM BASIS:
  12 ACRE(S)
  RATES PER 1

   PREMISE/OPERATIONS
    RATE:       .967
    TERM SURCHARGE:  1.100
    TERM FACTOR:   .784
    TERM PREMIUM:  10.00   $10.00

EU:22
L:22
  PREMIUM BASIS:
  8 ACRE(S)
  RATES PER 1

   PREMISE/OPERATIONS
    RATE:       .967
    TERM SURCHARGE:  1.100
    TERM FACTOR:   .784
    TERM PREMIUM:  7.00   $7.00

EU:23
L:23
  PREMIUM BASIS:
  83 ACRE(S)
  RATES PER 1

   PREMISE/OPERATIONS
    RATE:       .967
    TERM SURCHARGE:  1.100
    TERM FACTOR:   .784
    TERM PREMIUM:  69.00   $69.00

EU:25
L:25
  PREMIUM BASIS:
  324 ACRE(S)
  RATES PER 1

   PREMISE/OPERATIONS
    RATE:       .967
    TERM SURCHARGE:  1.100
    TERM FACTOR:   .784
    TERM PREMIUM:  270.00   $270.00

EU:26
L:26
  PREMIUM BASIS:
  52 ACRE(S)
  RATES PER 1

CLASS E

OS70040901

TRANS:0002     CONTINUED ON PAGE  14

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST |

**POLICY NO.** BKO (03) 52 98 73 82

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)          TERM PREMIUM

PREMISE/OPERATIONS
   RATE:                              .967
   TERM SURCHARGE:                1.100
   TERM FACTOR:                    .784
   TERM PREMIUM:                  43.00          $43.00

EU:27
L:27          PREMIUM BASIS:
   269 ACRE(S)
   RATES PER 1

PREMISE/OPERATIONS
   RATE:                              .967
   TERM SURCHARGE:                1.100
   TERM FACTOR:                    .784
   TERM PREMIUM:                 224.00          $224.00

EU:28
L:28          PREMIUM BASIS:
   1 ACRE(S)
   RATES PER 1

PREMISE/OPERATIONS
   RATE:                              .967
   TERM SURCHARGE:                1.100
   TERM FACTOR:                    .784
   TERM PREMIUM:                   1.00          $1.00

EU:29
L:29          PREMIUM BASIS:
   1 ACRE(S)
   RATES PER 1

PREMISE/OPERATIONS
   RATE:                              .967
   TERM SURCHARGE:                1.100
   TERM FACTOR:                    .784
   TERM PREMIUM:                   1.00          $1.00

EU:30
L:30          PREMIUM BASIS:
   1 ACRE(S)
   RATES PER 1

PREMISE/OPERATIONS
   RATE:                              .967
   TERM SURCHARGE:                1.100
   TERM FACTOR:                    .784
   TERM PREMIUM:                   1.00          $1.00

CLASS E

CH70040801

TRANS:0002              CONTINUED ON PAGE  15

LOM KMA1        0940 07/31/02 49877      HOME OFFICE COPY        PAGE:  14

POLICY DECLARATIONS

**NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY

**NAMED INSURED** FRED WANLESS TRUST

**POLICY NO.** BKO (03) 52 98 73 82

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) | |
|---|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

EU:31
L:31
```
          PREMIUM BASIS:
          1 ACRE(S)
          RATES PER 1

             PREMISE/OPERATIONS
                RATE:                   .967
                TERM SURCHARGE:        1.100
                TERM FACTOR:            .784
                TERM PREMIUM:          1.00              $1.00
```

EU:32
L:32
```
          PREMIUM BASIS:
          1 ACRE(S)
          RATES PER 1

             PREMISE/OPERATIONS
                RATE:                   .967
                TERM SURCHARGE:        1.100
                TERM FACTOR:            .784
                TERM PREMIUM:          1.00              $1.00
```

EU:33
L:33
```
          PREMIUM BASIS:
          1 ACRE(S)
          RATES PER 1

             PREMISE/OPERATIONS
                RATE:                   .967
                TERM SURCHARGE:        1.100
                TERM FACTOR:            .784
                TERM PREMIUM:          1.00              $1.00
```

EU:34
L:34
```
          PREMIUM BASIS:
          2 ACRE(S)
          RATES PER 1

             PREMISE/OPERATIONS
                RATE:                   .967
                TERM SURCHARGE:        1.100
                TERM FACTOR:            .784
                TERM PREMIUM:          2.00              $2.00
```

EU:35
L:35
```
          PREMIUM BASIS:
          1 ACRE(S)
          RATES PER 1
```

CLASS E

OS2700408901

TRANS:0002                    CONTINUED ON PAGE  16

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST    **POLICY NO.** BKO (03) 52 98 73 82 |

**INTERNAL USE**

COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED)

HAZARDS - (CONTINUED)        TERM PREMIUM

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            1.00          $1.00

EU:36
L:36
PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            1.00          $1.00

EU:37
L:37
PREMIUM BASIS:
1 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            1.00          $1.00

EU:42
L:41
PREMIUM BASIS:
80 ACRE(S)
RATES PER 1

PREMISE/OPERATIONS
RATE:                    .967
TERM SURCHARGE:          1.100
TERM FACTOR:             .784
TERM PREMIUM:            66.00         $66.00

I/C:42598
CLASSIFICATION CODE: 61217
BUILDINGS OR PREMISES - BANK OR OFFICE -
MERCANTILE OR MANUFACTURING - MAINTAINED BY THE
INSURED (LESSOR'S RISK ONLY) - FOR PROFIT
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU:1
L:1
PREMIUM BASIS:
500 SQUARE FEET OF AREA
RATES PER 1,000

TRANS:0002        CONTINUED ON PAGE  17

LOM KMA1        0940 07/31/02 49877        HOME OFFICE COPY        PAGE:  16

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** | THE OHIO CASUALTY INSURANCE COMPANY |
| **NAMED INSURED** | FRED WANLESS TRUST     **POLICY NO.** BKO (03) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)        TERM PREMIUM

PREMISE/OPERATIONS
RATE:                      63.929
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              28.00              $28.00

EU:2
L:2         PREMIUM BASIS:
            400 SQUARE FEET OF AREA
            RATES PER 1,000

PREMISE/OPERATIONS
RATE:                      63.929
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              22.00              $22.00

EU:3
L:3         PREMIUM BASIS:
            1,200 SQUARE FEET OF AREA
            RATES PER 1,000

PREMISE/OPERATIONS
RATE:                      71.032
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              73.00              $73.00

EU:4
L:4         PREMIUM BASIS:
            1,200 SQUARE FEET OF AREA
            RATES PER 1,000

PREMISE/OPERATIONS
RATE:                      63.929
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              66.00              $66.00

EU:5
L:5         PREMIUM BASIS:
            600 SQUARE FEET OF AREA
            RATES PER 1,000

PREMISE/OPERATIONS
RATE:                      63.929
TERM SURCHARGE:             1.100
TERM FACTOR:                 .784
TERM PREMIUM:              33.00              $33.00

TRANS:0002              CONTINUED ON PAGE  18

POLICY DECLARATIONS

| | |
|---|---|
| **NAME OF COMPANY** THE OHIO CASUALTY INSURANCE COMPANY | |
| **NAMED INSURED** FRED WANLESS TRUST | **POLICY NO.** BKO (03) 52 98 73 82 |

| INTERNAL USE | COMMERCIAL LIABILITY DECLARATIONS SCHEDULE - (CONTINUED) |
|---|---|

HAZARDS - (CONTINUED)    TERM PREMIUM

EU:6
L:6

PREMIUM BASIS:
600 SQUARE FEET OF AREA
RATES PER 1,000

PREMISE/OPERATIONS
  RATE:                     63.929
  TERM SURCHARGE:            1.100
  TERM FACTOR:                .784
  TERM PREMIUM:             33.00            $33.00

I/C:10330

CLASSIFICATION CODE: 63010
DWELLINGS - ONE-FAMILY - (LESSOR'S RISK ONLY)
PRODUCTS - COMPLETED OPERATIONS ARE SUBJECT TO
THE GENERAL AGGREGATE LIMIT

EU:9
L:9

PREMIUM BASIS:
1 DWELLING(S)
RATES PER 1

PREMISE/OPERATIONS
  RATE:                    123.482
  TERM SURCHARGE:            1.100
  TERM FACTOR:                .784
  TERM PREMIUM:            106.00           $106.00

EU:11
L:11

PREMIUM BASIS:
1 DWELLING(S)
RATES PER 1

PREMISE/OPERATIONS
  RATE:                    123.482
  TERM SURCHARGE:            1.100
  TERM FACTOR:                .784
  TERM PREMIUM:            106.00           $106.00

- - - - - - - - - - - - - - - - - - -
LIABILITY SCHEDULE TOTALS - TERM               ===========
  TOTAL PROVISIONAL PREMIUM:. . . . . . . . . .   $1,954.00

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

TRANS:0002                END OF DECLARATIONS

E-FILED
Friday, 21 April, 2006  08:11:57 AM
Clerk, U.S. District Court, ILCD

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least

10 days before the effective date of cancellation.

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   **b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

      **(1)** Seasonal unoccupancy; or

      **(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   **c.** The building has:

      **(1)** An outstanding order to vacate;

      **(2)** An outstanding demolition order; or

      **(3)** Been declared unsafe in accordance with the law.

   **d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

**10. RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained by misrepresentation or fraud; or

   **c.** Any act that measurably increases the risk originally accepted.

The provisions of paragraphs 9. and 10. above do not apply to coverage under the Glass Coverage Form.

**11.** For insurance provided under the COMMERCIAL PROPERTY COVERAGE PART, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

   **a.** The other; and

   **b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

   **a.** The broker, if known to us, or the agent of record; and

   **b.** The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

   **a.** The policy was obtained by misrepresentation or fraud;

   **b.** The risk originally accepted has measurably increased; or

   **c.** You received 60 days' notice of our intent not to renew as provided in 1. above.

The provisions of paragraph B.2. above do not apply to coverage under the Glass Coverage Form.

Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

IL 02 84 05 90

IL 70 04 04 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMIUM AUDIT CONDITION

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK
    EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

The following is added to the premium audit condition of the policy:

    The due date for audit and retrospective premiums is the date of the billing.

Includes Copyrighted Material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 2000

 The member companies of **OHIO CASUALTY GROUP**

OHIO CASUALTY GROUP   9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTAB-LISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% IN 2006, 85% IN 2007 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for this coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage". If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on NP 72 47 01 06 and return this form to:

      Ohio Casualty Group
      Attn: Commercial Lines Division - Terrorism
      9450 Seward Road
      Fairfield OH 45014

**NP 72 46 01 03**

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

    **(1)** Whether the insured may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 07 98          Copyright, Insurance Services Office, Inc., 1997          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 84 82 11 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusions are added to Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**c.** "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**d.** Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following exclusions are added to Paragraph **2.**, **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following is added to the **Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL INLAND MARINE
CM 01 28 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

A. We will not pay for loss or damage arising out of any act committed:

1. By or at the direction of any insured; and

2. With the intent to cause a loss.

B. However, this exclusion will not apply to deny payment to an innocent co–insured who did not cooperate in or contribute to the creation of the loss if:

1. The loss arose out of a pattern of criminal domestic violence; and

2. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

C. If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1998

**This Inland Marine coverage is subject to the terms shown below.**
**The Commercial Inland Marine Conditions also apply.**

# SALES SAMPLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G – DEFINITIONS.

### A. COVERAGE

**1. COVERED PROPERTY**

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss. Covered Property as used in this Coverage Form, means:

Samples of merchandise as scheduled in the Declarations while in the possession of your sales people or principals acting as sales people.

**2. PROPERTY NOT COVERED**

**a.** Contraband, or property in the course of illegal transportation or trade.

**b.** Jewelry, furs or articles consisting principally of fur.

**c.** Property located at your place of business, or located at the premises of your sales people or representatives.

**d.** Property intended for sale, which may be sold and shipped by you to others.

**e.** Property you've purchased from others.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### B. EXCLUSIONS

**1.** We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. NUCLEAR HAZARD**

**(1)** Any weapon employing atomic fission or fusion, whether in time of peace or war; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We won't pay for a "loss" caused by or resulting from any of the following:

**a.** Delay or loss of market.

**b.** Unexplained disappearance.

**c.** Shortage found upon taking inventory.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984

d. Dishonest acts by:

    (1) You;

    (2) Anyone else with an interest in the property;

    (3) Your or their employees or authorized representatives; or

    (4) Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.

This exclusion doesn't apply to a carrier for hire.

e. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

f. Unauthorized instructions to transfer property to any person or to any place.

g. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

h. Theft from any unattended vehicle.

i. Marring, scratching or breakage.

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under this Coverage Form.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E. COINSURANCE**

All covered property, must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limits of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss."

**F. COVERAGE TERRITORY**

We cover property wherever located within:

1. The continental United States of America; and

2. Canada.

**G. DEFINITIONS**

"Loss" means accidental loss or damage.

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 04 05 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Blanket Limit of Insur. |
|---|---|---|---|---|
| | ☐ | | | ** |
| | ☐ | | | ** |
| | ☐ | | | ** |

\*    Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*   Do **not** enter a Blanket Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

**A.**   Each Coverage - Coverage A, Coverage B and Coverage C - applies only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the Building property identified for that Coverage(s) in the Schedule.

**B.**   We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**C.**   Coverage

1.   Coverage A - Coverage for Loss to the Undamaged Portion of the Building

If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

**a.**   Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

Copyright, ISO Commercial Risk Services, Inc., 1994

b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

c. Is in force at the time of loss.

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. Coverage A does not increase the Limit of Insurance.

2. **Coverage B - Demolition Cost Coverage**

If a Covered Cause of Loss occurs to covered Building property, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C - Increased Cost of Construction Coverage**

a. If a Covered Cause of Loss occurs to the covered Building property, we will pay for the increased cost to:

(1) Repair or reconstruct damaged portions of that Building property; and/or

(2) Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

(1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to Increased Cost of Construction Coverage.

b. When covered Building property is damaged or destroyed by a Covered Cause of Loss and Coverage C applies to that property in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

(1) The cost of excavations, grading, backfilling and filling;

(2) Foundation of the building;

(3) Pilings; and

(4) Underground pipes, flues and drains.

The items listed in **b. (1)** through **b. (4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

D. **Loss Payment**

1. When Coverage A applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

a. If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**b.** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**2.** Unless paragraph **D.4.** applies, loss payment under Coverage B - Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit of Insurance shown for Coverage B in the Schedule above.

**3.** Unless paragraph **D.4.** applies, loss payment under Coverage C - Increased Cost of Construction Coverage will be determined as follows:

**a.** We will not pay under Coverage C:

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

**4.** If a **Blanket** Limit of Insurance is shown for Coverages B and C in the Schedule above, paragraphs **D.2.** and **D.3.** of this endorsement do not apply with respect to the Building property that is subject to the Blanket Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Blanket Limit of Insurance shown for Coverages B and C in the Schedule above. Subject to this Blanket Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**E.**   The terms of this endorsement apply separately to each building to which this endorsement applies.

**F.**   Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.**   You were required to comply with before the loss, even if the building was undamaged; and

**2.**   You failed to comply with.

          Copyright, ISO Commercial Risk Services, Inc., 1994          CP 04 05 06 95

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COLLAPSE COVERAGE

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS - SPECIAL FORM
    CAUSES OF LOSS - BROAD FORM

The Causes of Loss - Special Form, if applicable, is amended as follows:

Section D. Additional Coverage - Collapse is replaced by the following:

**D.** **Additional Coverage - Collapse**

    The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

  **1.** With respect to buildings:

    **a.** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

    **b.** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

    **c.** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

    **d.** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

  **2.** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

    **a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

    **b.** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    **c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    **d.** Weight of people or personal property;

    **e.** Weight of rain that collects on a roof;

    **f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

    The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a., 2.d.** and **2.e.**

  **3.** With respect to the following property:

    **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

    **b.** Awnings, gutters and downspouts;

    **c.** Yard fixtures;

    **d.** Outdoor swimming pools;

    **e.** Fences;

    **f.** Piers, wharves and docks;

    **g.** Beach or diving platforms or appurtenances;

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

**a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

**b.** The property is Covered Property under this Coverage Form.

**4.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**5.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

The Causes of Loss - Broad Form, if applicable, is amended as follows:

Paragraph 1. Of Section C. Additional Coverages is replaced by the following:

**1. Collapse**

The term Covered Cause of Loss includes the Collapse Additional Coverage as described and limited in **1.** through **5.** below.

**1.** With respect to buildings:

**a.** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**b.** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**c.** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**d.** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

**a.** Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge of water or steam as the direct result of the breaking apart or cracking of a system or appliance containing water or steam; all only as insured against in this Coverage Part;

**b.** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.,** we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**

3. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.** we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995, 1999

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** – We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

1. **Section 1. - Inside The Premises**

   a. **Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

   b. **Covered Causes of Loss**

      (1) "Theft"

      (2) Disappearance

      (3) Destruction

   c. **Coverage Extensions**

      (1) **Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

         (a) "Theft" of; or

         (b) Unlawful entry into

         those containers.

      (2) **Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

2. **Section 2. - Outside the Premises**

   a. **Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

   b. **Covered Causes of Loss**

      (1) "Theft"

      (2) Disappearance

      (3) Destruction

   c. **Coverage Extension**

      **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

      But, we will pay only for the amount of loss that you cannot recover:

      (1) Under your contract with the armored motor vehicle company; and

      (2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

1. **Additional Exclusions:** We will not pay for loss as specified below:

   a. **Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

**b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

(1) Acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise.

**c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

**e. Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**f. Transfer or Surrender of Property**

(1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat to do:

i. Bodily harm to any person; or

ii. Damage to any property.

(2) But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**2. Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

**3. Additional Definitions**

**a.** "**Banking Premises**" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**b.** "**Messenger**" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

**c.** "**Occurrence**" means an:

(1) Act or series of related acts involving one or more persons; or

(2) Act or event, or a series of related acts or events not involving any person.

**d.** "**Premises**" means the interior of that portion of any building you occupy in conducting your business.

**e.** "**Theft**" means any act of stealing.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

INTERLINE
IL 09 12 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

**A. COVERAGE**

Section **A.** is replaced by the following:

**A. MINE SUBSIDENCE COVERAGE**

We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations caused by or resulting from Mine Subsidence.

**1. Covered Property**

Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations:

**Commercial Building -** meaning any building, other than a residence, permanently affixed to realty, including:

**a.** Cost of excavation, grading or fillings;

**b.** The foundation, basements and footings of buildings;

**c.** Septic systems directly servicing the buildings;

**d.** Pilings, piers, pipes, flues and drains, all of which are underground; and

**e.** Pilings which are below the low water mark.

**2. Property Not Covered**

Covered Property does not include:

**a.** Land, trees, plants, crops or agricultural field drainage tile;

**b.** Personal Property; or

**c.** Driveways, parking lots and sidewalks.

**3. Covered Cause of Loss**

**Mine Subsidence -** meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of man-made underground mines, including but not limited to coal, clay, limestone and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

**a.** Earthquake, landslide, volcanic eruption;

**b.** Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

**c.** Collapse of storm or sewer drains or rapid transit tunnels.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

**4. Additional Coverage**

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

    Copyright, Insurance Services Office, Inc., 1997

B. **EXCLUSIONS**

1. For insurance provided under the Commercial Property Coverage Part, paragraph **1.b.(1)** of the Earth Movement Exclusion is replaced by the following:

    b. **Earth Movement**

    (1) Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    This exclusion does not apply to loss caused by Mine Subsidence.

2. For insurance provided under the Farm Coverage Part paragraph **2.a.** of the Earth Movement Exclusion is replaced by the following:

    2. **Earth Movement**

    a. Any earth movement such as an earthquake, landslide, or earth sinking, rising or shifting. This exclusion applies whether the earth movement is caused by human or animal forces or any act of nature.

    But:

    (1) If earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

    (2) If loss or damage to:

    (a) Farm machinery, vehicles and equipment covered under the SPECIAL Causes of Loss; or

    (b) "Livestock";

    is caused by earthquake, this Earth Movement exclusion does not apply to such loss or damage.

    This exclusion does not apply to loss caused by Mine Subsidence.

3. The following is added:

    We will not pay for:

    a. Indirect or consequential loss; or

    b. Loss of use;

    caused by or resulting from Mine Subsidence.

C. **LIMITS OF INSURANCE**

1. The LIMITS OF INSURANCE Section is replaced by the following:

    The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to **C.2.** below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

D. **ADDITIONAL CONDITIONS**

The COINSURANCE Additional Condition does not apply to this endorsement.

The following is added:

E. **OTHER INSURANCE - MINE SUBSIDENCE**

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

Copyright, Insurance Services Office, Inc., 1997    IL 09 12 04 98

LC 87 00 02 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    BUSINESSOWNERS LIABILITY COVERAGE FORM
    COMMERCIAL AUTO COVERAGE PART
    GARAGE COVERAGE PART
    TRUCKERS COVERAGE PART
    FARM COVERAGE PART
    PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART

This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury" arising out of or related in any way to asbestos or asbestos containing materials.

We shall not have the duty to defend any such claim or "suit".

 **OHIO CASUALTY GROUP**

OHIO CASUALTY GROUP

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# POLICYHOLDER DISCLOSURE NOTICE OF
# INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐ I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

Policyholder/Applicant's Signature                Print Name                        Date Signed

_____          _____          _____

Named Insured                                           Policy Number


Policy Effective/Expiration Date


## DISCLAIMER FOR STANDARD FIRE POLICY STATES

If your policy contains a Property Coverage Part and/or Inland Marine Coverage Part and covers property located in a "Standard Fire Policy State" as designated below, and you elect to exclude Terrorism Coverage, the terrorism exclusion will not exclude fire losses resulting from an act of terrorism.

Standard Fire Policy States:

For Commercial Property:

| | | | |
|---|---|---|---|
| California | Connecticut | Georgia | Hawaii |
| Idaho | Illinois | Iowa | Maine |
| Massachusetts | Missouri | New Jersey | New York |
| North Carolina | Oregon | Pennsylvania | Rhode Island |
| Virginia | Washington | West Virginia | Wisconsin |

For Commercial Inland Marine:

| | | | |
|---|---|---|---|
| California | Georgia | Hawaii | Maine |
| Missouri | New Jersey | Oregon | Pennsylvania |
| Wisconsin | | | |


Commercial Lines Division - Terrorism
9450 Seward Road
Fairfield OH 45014

**NP 72 47 01 03**                                                                 **Page 1 of 1**

POLICY NUMBER: BKO(04)52987382

COMMERCIAL PROPERTY
CP 04 05 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit of Insur. | Cov. C Limit of Insur. | Cov. B and C Blanket Limit of Insur. | |
|---|---|---|---|---|---|
| | ☐ | | | | ** |
| | ☐ | | | | ** |
| | ☐ | | | | ** |

\*    Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

\*\*   Do not enter a Blanket Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

---

A.  Each Coverage – Coverage A, Coverage B and Coverage C – applies only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the Building property identified for that Coverage(s) in the Schedule.

B.  We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

C.  **Coverage**

1.  Coverage A – Coverage for Loss to the Undamaged Portion of the Building

    If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that

    a.  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

CP 04 05 06 95        Copyright, ISO Commercial Risk Services, Inc., 1994        Page 1 of 4
0001

POLICY NUMBER: BKO(04)52987382

COMMERCIAL PROPERTY
CP 15 45 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE\***

| Water Supply Property ☐ | Communication Supply Property (not including overhead transmission lines) ☐ | Communication Supply Property (including over head transmission lines) ☐ | Power Supply Property (not including overhead transmission lines) ☐ | Power Supply Property (including overhead transmission lines) ☐ |
|---|---|---|---|---|
| Prem. No. | Bldg. No. | | Causes of Loss Form Applicable | Limit of Insurance |

**A.** We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph B. if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B. Utility Services**

    **1.** **Water Supply Services,** meaning the following types of property supplying water to the described premises:

        **a.** Pumping stations; and

        **b.** Water mains.

    **2.** **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

        **a.** Communication transmission lines, including optic fiber transmission lines;

        **b.** Coaxial cables; and

        **c.** Microwave radio relays except satellites.

    It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**\*** Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

*Renewal*
*Drop*

**POLICY NUMBER:** BKO0452987382                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Description and Location of Operation(s):**

**Specified Location (If Applicable):**

225 S 4TH STREET
SPRINGFIELD, IL 62702

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

# COMMERCIAL LINES UNDERWRITING
## EXPERT SYSTEMS

EFFECTIVE    EXPIRATION
05/20/2003    05/20/2004

# EXPIRATION  NOTICE-EXPERT

**INSURED**
FRED WANLESS  TRUST
250 S DURKIN  DR APT  11
SPRINGFIELD  IL  627046344

**POLICY NO**
BKO 52987382

**AGENT**  12-0280          0942
FORSYTH  INSURANCE   GROUP INC
1201  S 4TH ST
SPRINGFIELD  IL  62703-2228

**STATUS:** REVIEW  PARIS  RENEWAL  ELIGIBILITY                    FORM: CREN

RATING  SYSTEM  MESSAGE:

   POLICY  MEETS  PARIS  CONVERSION  DATE  REQUIREMENTS.

REVIEW  REASON(S)

   01)  Rate class 49451    VACANT  LAND  -  FOR PROFIT is entered  by the CLASS  E oper-
   ator. The A rate  for  PREMISES OPERATIONS  is 0.928  and the final  is 1.438.  Determine
   if rate  is within  allowable  ELP rate  ranges.

   02)  An error  occured  during  the rating  process.  A correction   is required   to release
   the  renewal.

DATE: 05/20/2004

BRANCH OFFICE:       CINCINNATI-LOMBARD MKTG TEAM              AUDITOR:

AGENCY:  12-0280     FORSYTH INSURANCE GROUP INC

                     P O BOX 2229
                     SPRINGFIELD        IL 62705

POLICY NUMBER:       BKO (04) 52987382

INSURED:             FRED WANLESS TRUST

ADDRESS:             250 S DURKIN DR APT 11  SPRINGFIELD          IL  627046344

POLICY PERIOD:       05/20/2003 TO 05/20/2004

AUDIT PERIOD:        05/20/2003 TO 05/20/2004

--------------------------------------------------------------------------------

THE REPORT OF AUDIT REQUIRES NO ADJUSTMENT IN PREMIUM.

HOME OFFICE COPY

E-FILED
Friday, 21 April, 2006  08:13:20 AM
Clerk, U.S. District Court, ILCD

IL 09 75 11 02     Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses
                   From Certified Acts Of Terrorism
IL 09 80 12 02     Alaska - Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On
                   Losses From Certified Acts Of Terrorism

The terrorism exclusion does not restrict fire coverage under the Commercial Property Coverage Part and/or
Inland Marine Coverage Part due to a statutory requirement in the states listed below. Therefore, losses
attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance:

**For Commercial Property:**

| | | | | |
|---|---|---|---|---|
| California | Connecticut | Georgia | Hawaii | Idaho |
| Illinois | Iowa | Maine | Massachusetts | Missouri |
| New Jersey | New York | North Carolina | Oregon | Pennsylvania |
| Rhode Island | Virginia | Washington | West Virginia | Wisconsin |

**For Commercial Inland Marine:**

| | | | | |
|---|---|---|---|---|
| California | Georgia | Hawaii | Maine | Missouri |
| New Jersey | Oregon | Pennsylvania | Wisconsin | |

NP 73 72 12 04

3:06 CV 73074 RM — December 2011 80

**OCG** The member companies of **OHIO CASUALTY GROUP**®
OHIO CASUALTY GROUP  9450 Seward Road, Fairfield, Ohio 45014  www.ocas.com

NP 73 80 07 04

# Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage which may have occurred from your prior (or old) policy. Your business may involve factors which require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

## ISO Additional Insured Endorsement
## Revision 7-2004

**REVISIONS TO ADDITIONAL INSURED ENDORSEMENTS**

**This notice contains a brief synopsis of the revisions to the following endorsements:**

CG 20 07 07 04 - Additional Insured - Engineers, Architects, Or Surveyors
CG 20 10 07 04 - Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization
CG 20 15 07 04 - Additional Insured - Vendors
CG 20 26 07 04 - Additional Insured - Designated Person Or Organization
CG 20 28 07 04 - Additional Insured - Lessor Of Leased Equipment
CG 20 31 07 04 - Additional Insured - Engineers, Architects Or Surveyors
CG 20 32 07 04 - Additional Insured - Engineers, Architects Or Surveyors Not Engaged By The Named Insured
CG 20 33 07 04 - Additional Insured - Owners, Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You
CG 20 34 07 04 - Additional Insured - Lessor Of Leased Equipment - Automatic Status When Required In Lease Agreement With You
CG 20 37 07 04 - Additional Insured - Owner, Lessees Or Contractors - Completed Operations
CG 32 04 12 04 - New Mexico Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization
CG 32 05 12 04 - New Mexico Additional Insured - Owners, Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You
CG 32 12 12 04 - New Mexico Additional Insured - Owner, Lessees Or Contractors - Completed Operations
CG 85 32 12 04 - General Liability Master Pak (New Mexico)
CG 85 33 12 04 - General Liability Master Pak No Medical Payment Extension (New Mexico)
CG 85 34 12 04 - General Liability Master Pak For Artisan Contractors (New Mexico)
CG 85 35 12 04 - General Liability Master Pak Plus For Construction (New Mexico)
CG 85 36 12 04 - General Liability Master Pak Plus For Manufacturers (New Mexico)
CG 32 61 10 05 - Oregon Additional Insured - Owners, Lessees or Contractors - Scheduled Person Or Organization
CG 32 62 10 05 - Oregon Additional Insured - Owners, Lessees or Contractors - Automatic Status When Required In Construction Agreement With You.
CG 32 63 10 05- Oregon Additional Insured - Owners, Lessees Or Contractors - Completed Operations
CG 85 76 05 05 - General Liability Master Pak (Oregon)

CG 85 77 05 05 - General Liability Master Pak No Medical Payments Extension (Oregon)
CG 85 78 05 05 - General Liability Master Pak For Artisan Contractors (Oregon)
CG 85 79 05 05 - General Liability Master Pak Plus For Construction (Oregon)
CG 85 80 05 05 - General Liability Master Pak Plus For Manufacturers (Oregon)

When any of the above references endorsements are attached to your policy, there is coverage for a person or organization that you asked be named as an additional insured on your policy **only** if the bodily injury, property damage or personal and advertising injury is caused in whole or in part by your acts or omissions or the acts or omissions of those working on your behalf.

There is **no** coverage for the additional insured for bodily injury, property damage or personal and advertising injury caused entirely by any negligence that is not attributable to you or those acting on your behalf.

(Note- Several forms are unique to New Mexico because New Mexico law(s) do not permit additional insured provisions to extend coverage for additional insureds own negligent acts.)

This may be a reduction in coverage in states where you are contractually permitted to hold harmless an additional insured for that additional insured's sole negligence or in states where courts have enabled coverage for the sole negligence of the additional insured.

CG 85 20 07 04 - Blanket Additional Insured - Contractors - Limited Products - Completed Operations
CG 85 22 07 04 - Additional Insured - Contractors - Limited Products - Completed Operations
These endorsements provide a broadening of coverage by providing limited completed operations coverage for an additional insured.

## REVISIONS TO ADDITIONAL INSURED - VENDORS

CG 20 15 07 04 - Additional Insured - Vendors

When this endorsement is attached to your policy, there is NO coverage for an additional insured vendor for bodily injury or property damage arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf, unless the bodily injury or property damage is caused by:

1.  Repackaging solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from you, and then repackaged in the original container; or

2.  Inspections, adjustments, tests or servicing that the vendor has agreed to make or normally undertake to make in the usual course of business, in connection with the distribution or sale of the products.

This may be a reduction in coverage in states where you are contractually permitted to hold harmless an additional insured for that additional insured's sole negligence or in states where courts have enabled coverage for the sole negligence of the additional insured.

## AMENDMENT OF INSURED CONTRACT DEFINITION

CG 24 26 07 04 - Amendment Of Insured Contract Definition
CG 32 60 10 05 - Oregon Changes - Amendment Of Insured Contract Definition

When this endorsement is attached to your policy, you will no longer be provided coverage for tort liability that you assume under an insured contract unless you or someone acting on your behalf contributed in whole or in part to the bodily injury or property damage.

This may be a reduction in coverage in states where you are permitted to hold harmless a party for that party's sole negligence.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1992

OC 70 35 06 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES

Policy Change
Number 01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| BKO (05) 52 98 73 82 | 05-20-04 | The Ohio Casualty Insurance Company |
| NAMED INSURED FRED WANLESS TRUST | | AUTHORIZED REPRESENTATIVE FORSYTH INSURANCE GROUP INC  12 0280 |

| COVERAGE PARTS AFFECTED | |
|---|---|
| COMMERCIAL PACKAGE | PAGE 01 |

### CHANGES

DELETING ALL REFERENCE TO THE FOLLOWING LOCATIONS FROM THIS POLICY -
1) LOT 22 TO 28 OF WANLESS PLACE, SPRINGFIELD, IL 62702
2) SE 1/2 OF SEC 36 T16N R5W OF 3RD, SPRINGFIELD, IL 62702
3) LOTS 59 TO 62 & 63 ESCEPT N66', SPRINGFIELD, IL 62702
4) PT OF SE 1/4 OF SEC 14 T16N, SPRINGFIELD, IL 62702

CORRECTING EXPOSURE AT SE 1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702 TO READ 15.5 ACRES
CORRECTING EXPOSURE AT 3522 E COOK ST., SPRINGFIELD, IL 62702 TO READ 1 ACRE
CORRECTING EXPOSURE AT LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702 TO READ 1 ACRE
CORRECTING EXPOSURE AT W 1/2 OF SW 1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702 TO READ 52 ACRES
CORRECTING EXPOSURE AT 2600 E COOK ST., SPRINGFIELD, IL 62702 TO READ 2 ACRES
CORRECTING EXPOSURE AT PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702 TO READ 324 ACRES
CORRECTING LOCATION TO READ SE1/4 SEC 15 E1/2 OF SE1/4 SEC 15, SPRINGFIELD, IL 62702 IN LEIU OF SE1/4 SEC 15 E1/2 SE1/4 SEC 153, SPRINGFIELD, IL 62702
CORRECTING LOCATION TO READ LOTS 54 & 55, LOTS 111, 112, 114 & 115 WANLESS, SPRINGFIELD, IL 62702 IN LEIU OF LOTS 111, 112, 113, 114 & 115 WANLES, SPRINGFIELD, IL 62702
CORRECTING LOCATION TO READ LOTS 128 & 129, S880.66' OF N1080.66' LOT 214, SPRINGFIELD, IL 62702, EXPOSURE 4 ACRES IN LEIU OF S880.66' OF N1080.66' LOT 214, SPRINGFIELD, IL 62702, EXPOSURE 1 ACRE
CORRECTING LOCATION TO READ SE1/4 OF SW1/4 OF SEC 25 T16N R5W, SPRINGFIELD, IL 62702, EXPOSURE 3 ACRES IN LEIU OF E1/2 OF SE1/4 OF SEC 24 T16N R5W3, SPRINGFIELD, IL 62702, EXPOSURE 16 ACRES

Authorized Representative Signature

DLS4          09-08-04          BKO(05)52987382          12 0280
IL 12 01 11 85          Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES

Policy Change
Number 01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| BKO (05) 52 98 73 82 | 05-20-04 | The Ohio Casualty Insurance Company |
| NAMED INSURED | | AUTHORIZED REPRESENTATIVE |
| FRED WANLESS TRUST | | FORSYTH INSURANCE GROUP INC |
| | | 12 0280 |

| COVERAGE PARTS AFFECTED | |
|---|---|
| COMMERCIAL PACKAGE | PAGE 02 |

### CHANGES

ADDING THE FOLLOWING LOCATIONS TO THE COMMERCIAL GENERAL LIABILITY SUMMARY OF
LOCATIONS SCHEDULE:
LOC #35) SEC 26 T16N R5W, 3RD PM, MORAN FARM, SPRINGFIELD, IL 62702
LOC #36) SEC 24 SW1/4 OF SEC 1/4, T16N R6W, FARR, RIDGEWOOD, SPRINGFIELD, IL 62702
LOC #37) LOTS 161 AND 162 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702
LOC #38) LOTS 166 & 165 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702
LOC #39) NORTH GRAND PLACE, 32 LOTS, SPRINGFIELD, IL 62702
LOC #40) LOTS 16, 17, 18, 59 TO 63 INCLUSIVE, WALESS PLACE 3RD PLAT, SPRINGFIELD, IL 62702
LOC #41) S1/2 OF NE1/4 AND S1/2 ALL IN SEC 15 OF WOODSIDE TOWNHSIP, SPRINGFIELD, IL 62702
LOC #42) S GRAND POINTE (SEC 39, SPRINGFIELD TOWNSHIP & SEC 1 OF WOODSIDE TOWNSHIP),
SPRINGFIELD, IL 62702
LOC #43) W1/2 OF SEC 30, T16N, R4W, SPRINGFIELD, IL 62702
LOC #44) 219 N 4TH STREET, SPRINGFIELD, IL 62702
CODES AND EXPOSURES FOR THE ABOVE LOCATIONS ARE AS PER FORMS CG80010901 &
CG80020186 ATTACHED


ADDITIONAL PREMIUM: WAIVED

Authorized Representative Signature

DLS4          09-08-04          BKO(05)52987382          12 0280
IL 12 01 11 85          Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983



The Ohio Casualty Insurance Company

Stock Insurance Company, Herein Called The Company
9450 Seward Road, Fairfield, Ohio 45014
www.ecas.com

**POLICY NUMBER**
BKO (05) 52 98 73 82
Policy Period:
05-20-04 TO 05-20-05
*12:01 a.m. Standard Time
at Insured Mailing Location*

## Declarations Schedule

| Named Insured | Agent |
|---|---|
| FRED WANLESS TRUST | FORSYTH INSURANCE GROUP INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**SEE POLICY CHANGE ENDORSEMENT (PAGE 02)

**Insured:** FRED WANLESS TRUST

**CLASSIFICATION -** **PER FORM CG80020186 ATTACHED

| COVERAGE DESCRIPTION | PREMIUM BASED ON- | PREMIUM |
|---|---|---|
| **PER FORM | CG80020186 | ATTACHED |

| | | | Total: | |
|---|---|---|---|---|
| DLS4 | 09-08-04 | BKO(05)52987382 | | 12 0280 |

*To report a claim, call your Agent or 1-800-FOR-OHIO (1-800-366-6446)*
*For General Information call, 1-800-THE-OHIO (1-800-843-6446)*

CG 80 01 09 01


**OHIO CASUALTY GROUP**

The Ohio Casualty Insurance Company
Stock Insurance Company, Herein Called The Company
9450 Seward Road, Fairfield, Ohio 45014
www.ocas.com

**POLICY NUMBER**
BKO (05) 52 98 73 82
Policy Period:
05-20-04 TO 05-20-05
*12:01 a.m. Standard Time
at Insured Mailing Location*

## Declarations Schedule

| Named Insured | Agent |
|---|---|
| FRED WANLESS TRUST | FORSYTH INSURANCE GROUP INC |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | PREMIUM |
|---|---|

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements that make up the coverage part of your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|

*To report a claim, call your Agent or 1-800-FON-OHIO (1-800-366-6446)*
*For General Information call, 1-800-THE-OHIO (1-800-843-6446)*

CG 80 01 09 01

 **OCG**

OHIO CASUALTY GROUP

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

---

NAME OF COMPANY **Ohio Casualty Insurance Company**          POLICY NO. BKO(05)52987382

NAMED INSURED **FRED WANLESS TRUST**

| COMMERCIAL LIABILITY DECLARATIONS SCHEDULE (Continuation) | Page 02 |
|---|---|

**HAZARDS**

| Classification | Loc. I.D. | Code | Premium Basis | Rate | Premium |
|---|---|---|---|---|---|
| INSURED: FRED WANLESS TRUST RISK STATE: ILLINOIS | | | (a.) Area (c.) Cost (e.) Each (p.) Payroll (s.) Sales | (a.) Per 1,000 sq. ft. (c.) Per $1,000 (e.) Per Each (p.) Per $1,000 (s.) Per $1,000 | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 35 | 49451 | E) 20 | E) 1.438 | 30.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 36 | 49451 | E) 24 | E) 1.438 | 36.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 37 | 49451 | E) 13 | E) 1.438 | 20.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 38 | 49451 | E) 12.5 | E) 1.438 | 19.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 39 | 49451 | E) 19.66 | E) 1.438 | 29.00 |
| PREMISES OPERATIONS | | | | | |

| CG 80 02 01 86 | DLS4 | 09-08-04 | BKO(05)52987382 | 12 0280 |
|---|---|---|---|---|



The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

---

NAME OF COMPANY Ohio Casualty Insurance Company          POLICY NO. BKO(05)52987382

NAMED INSURED  FRED WANLESS TRUST

| | Page |
|---|---|
| **COMMERCIAL LIABILITY DECLARATIONS SCHEDULE** (Continuation) | 03 |

| HAZARDS |
|---|

| Classification | Loc. I.D. | Code | Premium Basis | Rate | Premium |
|---|---|---|---|---|---|
| INSURED: FRED WANLESS TRUST RISK STATE: ILLINOIS | | | (a.) Area (c.) Cost (e.) Each (p.) Payroll (s.) Sales | (a.) Per 1,000 sq. ft. (c.) Per $1,000 (e.) Per Each (p.) Per $1,000 (s.) Per $1,000 | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 40 | 49451 | E) 52 | E) 1.438 | 76.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 41 | 49451 | E) 270 | E) 1.438 | 391.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 42 | 49451 | E) 50 | E) 1.438 | 73.00 |
| PREMISES OPERATIONS | | | | | |
| VACANT LAND - FOR PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 43 | 49451 | E) 85 | E) 1.438 | 122.00 |
| PREMISES OPERATIONS | | | | | |

| CG 80 02 01 86 | DLS4 | 09-08-04 | BKO(05)52987382 | 12 0280 |
|---|---|---|---|---|



**The member companies of OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014        www.ocas.com

| NAME OF COMPANY Ohio Casualty Insurance Company | POLICY NO. BKO(05)52987382 |
|---|---|

NAMED INSURED  FRED WANLESS TRUST

| COMMERCIAL LIABILITY DECLARATIONS SCHEDULE (Continuation) | Page 04 |
|---|---|

**HAZARDS**

| Classification | Loc. I.D. | Code | Premium Basis | Rate | Premium |
|---|---|---|---|---|---|
| **INSURED: FRED WANLESS TRUST**<br>**RISK STATE: ILLINOIS** | | | (a.) Area<br>(c.) Cost<br>(e.) Each<br>(p.) Payroll<br>(s.) Sales | (a.) Per 1,000 sq. ft.<br>(c.) Per $1,000<br>(e.) Per Each<br>(p.) Per $1,000<br>(s.) Per $1,000 | |
| BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING - MAINTAINED BY THE INSURED (LESSORS RISK ONLY) - FOR PROFIT - PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 44 | 61217 | A) 2000 | A) 68.786 | 139.00 |
| PREMISES OPERATIONS | | | | | |
| CERTIFIED ACTS OF TERRORISM | | | | | INCL. |

| CG 80 02 01 86 | DLS4 | 09-08-04 | BKO(05)52987382 | 12 0280 |
|---|---|---|---|---|

PREMIUM ADJUSTMENT                                    ROUTE

DATE: 05/20/2005

BRANCH OFFICE:    CINCINNATI-LOMBARD MKTG TEAM          AUDITOR:

AGENCY:  12-0280   FORSYTH INSURANCE GROUP INC

                   P O BOX 2229
                   SPRINGFIELD            IL 62705


POLICY NUMBER:     BKO (05) 52987382

INSURED:           FRED WANLESS TRUST

ADDRESS:           250 S DURKIN DR APT 11  SPRINGFIELD       IL  627046344

POLICY PERIOD:     05/20/2004 TO 05/20/2005

AUDIT PERIOD:      05/20/2004 TO 05/20/2005

-------------------------------------------------------------------------------

              THE REPORT OF AUDIT REQUIRES NO ADJUSTMENT IN PREMIUM.

                                           HOME OFFICE COPY

# COMMERCIAL LINES UNDERWRITING
## EXPERT SYSTEMS

**EFFECTIVE** 05/20/2005    **EXPIRATION** 05/20/2006

# EXPIRATION  NOTICE-EXPERT

**INSURED**
FRED WANLESS  TRUST
250 S DURKIN DR APT 11
SPRINGFIELD  IL  627046344

**POLICY NO**
BKO 52987382

**AGENT** 12-0280      0942
FORSYTH INSURANCE  GROUP INC
PO BOX 2229
SPRINGFIELD IL  62705-2229

**STATUS:** BRANCH  MUST  INITIATE  THE  RENEWAL  FROM  PARIS      FORM: CREN

RATING SYSTEM  MESSAGE:

> EXPERT  IS  UNABLE  TO  ANALYZE,  UPDATE  AND  AUTOMATICALLY  RENEW THIS
> POLICY. THE  POLICY  SHOULD  BE  UNDERWRITTEN  AND  UPDATED  PRIOR  TO  ISSU-
> ANCE.  RENEW USING  THE  COPY  FUNCTION.

REVIEW  REASON(S)

> 01) THE  EXPIRING  POLICY  MAY  BE  SUBJECT  TO  THE  TERRORISM  RISK  INSURANCE
> ACT  OF  2002.  THE  POLICY  MAY  BE  SUBJECT  TO  A  PREMIUM  CHARGE  FOR  CERTIFIED
> ACTS  OF  TERRORISM.  REVIEW  THE  POLICY  TO  DETERMINE  THE  APPLICABLE  TIER  AND
> PERCENTAGE.

> 02) PRIOR  TO  RELEASE  OF  THE  RENEWAL  POLICY  CHECK  COMMERCIAL  LINES
> UNDERWRITING  -  MESSAGE  PAD  FOR  DO  NOT  RENEW  OR  REFERRAL  MESSAGES.

Transaction  Type:  CANCELLATION                Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                          BKO (06) 52987382
Commercial Package                                           From 05/20/2005 to 05/20/2006

## NAMED  INSURED                                ## AGENT

FRED WANLESS TRUST                               (217) 525-9500
250 S DURKIN DR APT 11                           FORSYTH INSURANCE GROUP INC
SPRINGFIELD, IL 62704-6344                       P O BOX 2229
                                                 SPRINGFIELD, IL 62705-2229

                                                 IL    0280         TLB3

## RESULT OF CANCELLATION

**A cancellation effective 05/20/2005 has been processed on this policy.
This Cancellation results in a change in the charges as follows:**

**Return Premium**                                  $5,113.00        *

                      Total  Return  Charges       $5,113.00         *

**     * The Return premium and Total  Return  Charges Are Subject To Audit.**

Transaction Type: RENEWAL-REISSUE       Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

### NAMED INSURED

FRED WANLESS TRUST
250 S DURKIN DR APT 11
SPRINGFIELD, IL 62704-6344

### AGENT

(217) 525-9500
FORSYTH INSURANCE GROUP INC
P O BOX 2229
SPRINGFIELD, IL 62705-2229

IL    0280        TLB3

Named Insured Is:  PARTNERSHIP

Named Insured Business Is:   PROPERTY OWNER

## SUMMARY OF COVERAGE PARTS AND CHARGES

| Description | Premium |
|---|---|
| Commercial Property | $2,494.00 |
| General Liability | $2,619.00 |

| | | |
|---|---|---|
| Total charges for all coverage parts: | | $5,113.00 |
| Certified Acts of Terrorism Coverage: | $15.00 | (Included) |

## COMMERCIAL PROPERTY SUMMARY OF CHARGES

| Explanation of Charges | Premium |
|---|---|
| Property Schedule Totals | $2,323.00 |
| Property Master Pak Plus | $166.00 |
| Certified Acts of Terrorism Coverage | $5.00 |
| **Property Total Charges** | $2,494.00 |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made to the schedule. For coverages, limits and deductibles not shown below refer to the Commercial Property Coverage Part and PROPERTY MASTER PAK PLUS

Location:  1701 S STATE ST, SPRINGFIELD, IL 62704-4011
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Candy Or Confectionery Stores

| Description: | |
|---|---|
| Limit of Insurance | $113,464 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| **Premium** | $820.00 |

3:06-cv-03074-RM-BGC    # 1-30    Page 16 of 37
Transaction  Type:  RENEWAL-REISSUE      Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

138

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

Continuation of: 1701 S STATE ST, SPRINGFIELD, IL 62704-4011

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $108,061 |
| Deductible | $500 |
| *Premium* | $59.00 |

**Location:**   2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105
Description:
Construction:    Joisted Masonry

BUILDING COVERAGE
Occupancy:   Gasoline Stations - Full And/Or Self-Service - Minor
                     Repair

**Description:**

| | |
|---|---|
| Limit of Insurance | $33,869 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| *Premium* | $163.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

**Location:**   R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105
Description:
Construction:    Joisted Masonry

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY   OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

**Continuation of: R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105**

BUILDING COVERAGE
Occupancy:  Mobile Home Parks Or Courts - Community Centers,
            Recreational Buildings, Shelter Houses, Locker Houses
            And Other Auxiliary Or Subsidiary Buildings

**Description:**
Limit of Insurance                                     $33,869
Coinsurance                                               80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                               $500

*Premium*                                             $167.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                     $32,256
Deductible                                               $500

*Premium*                                              $36.00

**Location:    916 WEST LAUREL, SPRINGIELD, IL 62702-0000**
Description:
Construction:    Frame

BUILDING COVERAGE
Occupancy:  Variety Stores - Profit

**Description:**
Limit of Insurance                                     $65,030
Coinsurance                                               80%
**Covered Causes of Loss**
Special Form - Including Theft
Deductible                                               $500

*Premium*                                             $354.00

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**
Limit of Insurance                                     $61,933
Deductible                                               $500

*Premium*                                              $46.00

3:06-cv-03074-RM-BGC    # 1-30    Page 18 of 37
Transaction  Type:  RENEWAL-REISSUE    Transaction  Eff Date: 05/20/2005   Transaction  Entered  Date: 03/28/2005

140

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION  - CONTINUED

**Location:**   2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Hotels Or Motels - Without Restaurants - Up To 10 Units

| | |
|---|---|
| **Description:** | |
| Limit of Insurance | $33,869 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| *Premium* | $390.00 |

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

| | |
|---|---|
| **Description:** | |
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

**Location:**   2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176
Description:
Construction:   Frame

BUILDING COVERAGE
Occupancy:  Beauty Parlors And Hair Styling Salons

| | |
|---|---|
| **Description:** | |
| Limit of Insurance | $33,869 |
| Coinsurance | 80% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible | $500 |
| *Premium* | $180.00 |

3:06-cv-03074-RM-BGC    # 1-30    Page 19 of 37
Transaction  Type:  RENEWAL-REISSUE        Transaction  Eff Date:  05/20/2005   Transaction  Entered Date:  03/28/2005

141

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF PROPERTY COVERAGES - BY LOCATION - CONTINUED

Continuation of: 2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176

ILLINOIS CHANGES MINE SUBSIDENCE NON-RESIDENTIAL BUILDING

**Description:**

| | |
|---|---|
| Limit of Insurance | $32,256 |
| Deductible | $500 |
| *Premium* | $36.00 |

## COMMERCIAL  GENERAL LIABILITY LIMITS  OF INSURANCE

**Basis:**   Occurrence

| | |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 100,000 |
| Medical Expense Limit (Any One Person) | 10,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 1,000,000 |
| Products - Completed Operations Aggregate Limit | 1,000,000 |

## COMMERCIAL  GENERAL LIABILITY SUMMARY  OF CHARGES

| Description | Premium |
|---|---|
| General Liability Schedule Totals | $2,609.00 |
| Certified Acts of Terrorism  Coverage | $10.00 |
| General Liability Provisional Charges: | $2,619.00 |

## SUMMARY  OF LOCATIONS  YOU OWN,  RENT, OR OCCUPY

SEC 24 SW1/4 OF SEC 1/4, T16N R6W
FARR RIDGEWOOD
SPRINGFIELD, IL 62702-0000

SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000

W1/2 OF SEC 30, T16N, R4W, SPRINGFIELD, IL 62702-0000

W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000

SE1/4 SEC 15 E1/2 SE1/4 SEC 15
OF SE1/4 SEC 15
SPRINGFIELD, IL 62702-0000

SE1/4 OF SW1/4 SEC 25 T16N R5W, SPRINGFIELD, IL 62702-0000

Transaction  Type:  RENEWAL-REISSUE

Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF LOCATIONS  YOU OWN, RENT, OR OCCUPY

SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000

SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000

S1/2 OF NE1/4 & S1/2 ALL IN SEC 1
OF WOODSIDE TOWNSHIP
SPRINGFIELD, IL 62702-0000

S GRAND POINTE (SEC 39, SPRINGFIE
SEC 1 OF WOODSDALE TOWNSHIP)
SPRINGFIELD, IL 62702-0000

R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105

PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000

PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000

NORTH GRAND PLACE, 32 LOTS, SPRINGFIELD, IL 62702-0000

LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000

LOTS 54 & 55, LOTS 111,112,
114 & 115 WANLESS
SPRINGFIELD, IL 62702-0000

LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000

LOTS 166 & 165 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000

LOTS 161 & 162 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000

LOTS 16, 17, 18, 59 TO 63 INCLUSI
WALESS PALCE 3RD PLAT
SPRINGFIELD, IL 62702-0000

LOTS 128 & 129, S880.66' OF
N1080.66' LOT 214
SPRINGFIELD, IL 62702-0000

LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000

LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000

LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000

LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000

Transaction Type: RENEWAL-REISSUE    Transaction Eff Date: 05/20/2005  Transaction Entered Date: 03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000

LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000

916 WEST LAUREL, SPRINGIELD, IL 62702-0000

3522 E COOK ST, SPRINGFIELD, IL 62703-2173

3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043

2600 E COOK ST, SPRINGFIELD, IL 62703-1902

2520 E COOK ST, SPRINGFIELD, IL 62703-1951

219 N 4TH ST, SPRINGFIELD, IL 62702-0000

2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135

2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000

2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176

2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105

1701 S STATE ST, SPRINGFIELD, IL 62704-4011

## SUMMARY OF ACTIVITY BY LOCATION

SEC 24 SW1/4 OF SEC 1/4, T16N R6W
FARR RIDGEWOOD
SPRINGFIELD, IL 62702-0000

Insured:    FRED WANLESS TRUST

**Classification - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 24 Acre(s) | 1.323 | $32.00 |

SEC 26 T16N R5W 3RD PM, SPRINGFIELD, IL 62702-0000

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL-REISSUE    Transaction Eff Date: 05/20/2005    Transaction Entered Date: 03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 86 Acre(s) | 1.323 | $114.00 |

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 20 Acre(s) | 1.323 | $26.00 |

**W1/2 OF SEC 30, T16N, R4W, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 85 Acre(s) | 1.323 | $112.00 |

**W1/2 OF SW1/4 OF SEC 15 T15NRW, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 52 Acre(s) | 1.323 | $69.00 |

Transaction  Type:  RENEWAL-REISSUE          Transaction   Eff Date:  05/20/2005   Transaction   Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**SE1/4 SEC 15 E1/2 SE1/4 SEC 15**
**OF SE1/4 SEC 15**
**SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per EACH        | Rate  | Premium |
|----------------------|-----------------------|-------|---------|
| Premise/Operations   | 20 Acre(s)            | 1.323 | $26.00  |

**SE1/4 OF SW1/4 SEC 25 T16N R5W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**
   Vacant Land - For Profit
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per EACH        | Rate  | Premium |
|----------------------|-----------------------|-------|---------|
| Premise/Operations   | 3 Acre(s)             | 1.323 | $4.00   |

**Classification  - 46202**
   Mobile Home Parks Or Courts
   Products-Completed Operations Are Subject To The General
   Aggregate Limit.

|                      | Rated/Per   1,000            | Rate   | Premium |
|----------------------|------------------------------|--------|---------|
| Premise/Operations   | 22,270 Dollars Of Gross Sales | 12.686 | $283.00 |

**SE1/4 OF SEC 14 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE     Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY  BY LOCATION

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 80 Acre(s) | 1.323 | $106.00 |

**SE1/4 OF SE1/4 OF S24 T16N R5W3, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 27 Acre(s) | 1.323 | $36.00 |

**S1/2 OF NE1/4 & S1/2 ALL IN SEC 1
OF WOODSIDE TOWNSHIP
SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 270 Acre(s) | 1.323 | $357.00 |

**S GRAND POINTE (SEC 39, SPRINGFIE
SEC 1 OF WOODSDALE TOWNSHIP)
SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification  - 49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 50 Acre(s) | 1.323 | $66.00 |

**R2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 63010**
  Dwellings - One-Family - (Lessor's Risk Only)
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Dwelling(s) | 122.202 | $122.00 |

**R2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-1105**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**
  Buildings Or Premises - Bank Or Office - Mercantile Or
  Manufacturing - Maintained By The Insured (Lessor's Risk
  Only) - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 400 Square Feet Of Area | 63.266 | $25.00 |

**PT SEC 9 & 16 T15N R5W, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE        Transaction  Eff Date:  05/20/2005   Transaction  Entered Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company            BKO (06) 52987382
Commercial Package                             From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 324 Acre(s) | 1.323 | $429.00 |

**PART OF LOTS 181 & 183 WANLESS N, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**NORTH GRAND PLACE, 32 LOTS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | **Rate** | **Premium** |
|---|---|---|---|
| Premise/Operations | 20 Acre(s) | 1.323 | $26.00 |

**LOTS 7-10 BLOCK 4 LINTON SUBD, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE          Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                     From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOTS 54 & 55, LOTS 111,112,
114 & 115 WANLESS
SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 2 Acre(s) | 1.323 | $3.00 |

**LOTS 24,25,28,29,30,47 N1/2 OF, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOTS 166 & 165 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000**

Insured:   FRED WANLESS TRUST

Transaction   Type:   RENEWAL-REISSUE        Transaction   Eff Date:   05/20/2005   Transaction   Entered   Date:   03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                           From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  - 49451**
    Vacant Land - For Profit
    Products-Completed Operations Are Subject To The General
    Aggregate Limit.

                    Rated/Per EACH

| | | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 13 Acre(s) | | 1.323 | $17.00 |

**LOTS 161 & 162 RIDGEWOOD ADDITION, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
    Vacant Land - For Profit
    Products-Completed Operations Are Subject To The General
    Aggregate Limit.

                    Rated/Per EACH

| | | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 13 Acre(s) | | 1.323 | $17.00 |

**LOTS 16, 17, 18, 59 TO 63 INCLUSI**
**WALESS PALCE 3RD PLAT**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
    Vacant Land - For Profit
    Products-Completed Operations Are Subject To The General
    Aggregate Limit.

                    Rated/Per EACH

| | | | Rate | Premium |
|---|---|---|---|---|
| Premise/Operations | 52 Acre(s) | | 1.323 | $69.00 |

**LOTS 128 & 129, S880.66' OF**
**N1080.66' LOT 214**
**SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE         Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company          BKO (06) 52987382
Commercial Package                            From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 4 Acre(s) | 1.323 | $5.00 |

**LOTS 1-11 OF FRED WANLESS'LYNN, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 13 Acre(s) | 1.323 | $17.00 |

**LOTS 1&2 OF FRED WANLESS N WO, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOT 90 OF WANLESS N EDN ASS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE     Transaction  Eff Date: 05/20/2005  Transaction  Entered  Date: 03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY  BY LOCATION

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOT 48 WANLESS BERGEN PARK, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOT 16 & W15' OF LOT 17 E AWILSON, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**LOT 1&2 EXCEPT E118.75 WANLESS, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE     Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

### POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY BY LOCATION

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| | Rated/Per EACH | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 12 Acre(s) | 1.323 | $16.00 |

**916 WEST LAUREL, SPRINGIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| | Rated/Per    1,000 | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 600 Square Feet Of Area | 63.266 | $38.00 |

**3522 E COOK ST, SPRINGFIELD, IL 62703-2173**

Insured:    FRED WANLESS TRUST

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| | Rated/Per EACH | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**3100 S MACARTHUR BLVD, SPRINGFIELD, IL 62704-5043**

Insured:    FRED WANLESS TRUST

Transaction  Type:  RENEWAL-REISSUE     Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  -  46607**
  Parking - Public - Shopping Centers - Maintained By The
  Insured (Lessor's Risk Only)
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                            Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 31.326 | $16.00 |

**Classification  -  61217**
  Buildings Or Premises - Bank Or Office - Mercantile Or
  Manufacturing - Maintained By The Insured (Lessor's Risk
  Only) - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                            Rated/Per    1,000

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,500 Square Feet Of Area | 63.266 | $95.00 |

**2600 E COOK ST, SPRINGFIELD, IL 62703-1902**

Insured:    FRED WANLESS TRUST

**Classification  -  49451**
  Vacant Land - For Profit
  Products-Completed Operations Are Subject To The General
  Aggregate Limit.

                            Rated/Per EACH

|  |  | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 2 Acre(s) | 1.323 | $3.00 |

**2520 E COOK ST, SPRINGFIELD, IL 62703-1951**

Insured:    FRED WANLESS TRUST

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  - 49451**

Vacant Land - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Acre(s) | 1.323 | $1.00 |

**219 N 4TH ST, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 2,000 Square Feet Of Area | 63.266 | $127.00 |

**2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1135**

Insured:    FRED WANLESS TRUST

**Classification  - 63010**

Dwellings - One-Family - (Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per EACH

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1 Dwelling(s) | 122.202 | $122.00 |

**2105-2109 E CLEAR LAKE AVE, SPRINGFIELD, IL 62702-0000**

Insured:    FRED WANLESS TRUST

Transaction Type: RENEWAL-REISSUE      Transaction Eff Date: 05/20/2005   Transaction Entered Date: 03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company                    BKO (06) 52987382
Commercial Package                                      From 05/20/2005 to 05/20/2006

## SUMMARY   OF ACTIVITY  BY LOCATION

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,200 Square Feet Of Area | 63.266 | $76.00 |

**2105 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1176**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 1,200 Square Feet Of Area | 63.266 | $76.00 |

**2021 E CLEAR LAKE AVE, SPRINGFIELD, IL 62703-1105**

Insured:   FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 500 Square Feet Of Area | 63.266 | $32.00 |

**1701 S STATE ST, SPRINGFIELD, IL 62704-4011**

Transaction  Type:  RENEWAL-REISSUE        Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## SUMMARY  OF ACTIVITY BY LOCATION

Insured:    FRED WANLESS TRUST

**Classification  - 61217**

Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

Rated/Per    1,000

| | | Rate | Premium |
|---|---|---|---|
| Premise/Operations | 600 Square Feet Of Area | 63.266 | $38.00 |

## SUMMARY  OF OTHER COVERAGE

Master  Pak                    See Policy  Forms  and Endorsements   List.                    Included

## ENDORSEMENT  FORMS AND NOTICES

| | |
|---|---|
| CG  00  01  10  01 | Commercial General Liability Coverage Form - Occurrence |
| CG  00  62  12  02 | War Liability Exclusion |
| CG  02  00  04  87 | Illinois Changes - Cancellation and Nonrenewal |
| CG  21  47  07  98 | Employment-Related Practices Exclusion |
| CG  21  70  11  02 | Cap On Losses From Certified Acts Of Terrorism |
| CG  24  26  07  04 | Amendment of Insured Contract Definition |
| CG  83  30  12  03 | General Liability Master Pak |
| CG  84  82  11  02 | Exclusion - Fungi or Bacteria |
| CG  84  99  03  03 | Non-Cumulation of Liability Limits Same Occurrence |
| CG  85  19  09  04 | Exclusion - Electronic Distribution of Unsolicited Material |
| CM  00  01  09  04 | Commercial Inland Marine Conditions |
| CM  00  66  09  04 | Accounts Receivable Coverage Form |
| CM  01  28  03  99 | Illinois Changes - Intentional Acts |
| CM  02  04  09  00 | Illinois Changes |
| CM  75  30  01  86 | Commercial Fine Arts Coverage Form |
| CM  75  40  10  00 | Computer and Telecommunications Equipment Coverage Form |
| CM  76  40  01  86 | Sales Sample Coverage Form |
| CP  00  10  04  02 | Building and Personal Property Coverage Form |
| CP  00  30  04  02 | Business Income (and Extra Expense) Coverage Form |
| CP  00  90  07  88 | Commercial Property Conditions |
| CP  04  05  04  02 | Ordinance or Law Coverage |
| CP  10  30  04  02 | Causes of Loss - Special Form |
| CP  15  45  04  02 | Utility Services - Time Element |
| CP  71  78  06  03 | Property Master Pak Plus |
| CP  72  79  06  03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion - Illinois |

Transaction  Type:  RENEWAL-REISSUE    Transaction  Eff Date:  05/20/2005    Transaction  Entered  Date:  03/28/2005

# POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## ENDORSEMENT FORMS AND NOTICES - CONTINUED

| | |
|---|---|
| CR 00 01 10 90 | Employees Dishonesty Coverage Form (Coverage Form A - Blanket) |
| CR 00 04 10 90 | Theft, Disappearance and Destruction Coverage Form (Coverage Form C) |
| CR 02 02 04 97 | Illinois Changes |
| CR 10 00 04 97 | Crime General Provisions (Loss Sustained Form) |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 07 02 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 01 18 07 02 | Illinois Changes |
| IL 02 84 07 02 | Illinois Changes - Cancellation and Nonrenewal |
| IL 09 12 07 02 | Illinois Changes Mine Subsidence Non-Residential Building |
| IL 09 35 08 98 | Exclusion of Certain Computer-Related Losses |
| IL 09 70 11 02 | Exclusion of Acts of Biological or Chemical Terrorism; |
| | Cap on Losses From Certified Acts of Terrorism |
| IL 09 96 05 04 | Conditional Exclusion of Terrorism Involving Nuclear Biological or Chemical |
| | Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance |
| | Act of 2002) |
| LC 87 00 03 99 | Exclusion - Asbestos |
| LC 87 01 03 99 | Exclusion - Liability Arising Out of Lead |
| LC 87 08 10 02 | Medical Expense at Your Request Endorsement |
| NP 72 16 05 02 | Business Income Waiting Period |
| NP 72 42 01 03 | Certified Acts of Terrorism Notice |
| NP 73 43 01 04 | General Liability Master Pak 2004 Revision |
| NP 73 65 09 04 | New and Revised Company Endorsements 2004 |
| NP 73 72 12 04 | Potential Restrictions of Terrorism Coverage |
| NP 73 80 07 04 | ISO Additional Insured Endorsement Revision 7-2004 |
| OC 70 35 06 93 | Removal Permit |

## IMPORTANT  MESSAGES

. **This policy is auditable. Please refer to the  conditions  of the policy for details or contact  your agent.**

## YOU NEED TO KNOW

. CONTINUED  ON NEXT PAGE

Transaction  Type:  RENEWAL-REISSUE    Transaction  Eff Date:  05/20/2005   Transaction  Entered  Date:  03/28/2005

## POLICY INFORMATION

The Ohio Casualty Insurance Company
Commercial Package

BKO (06) 52987382
From 05/20/2005 to 05/20/2006

## YOU NEED TO KNOW  - CONTINUED

▪ NOTICE(S) TO POLICYHOLDER(S)
The Important  Notice(s)  to Policyholder(s)  provide  a general  explanation  of changes  in coverage  to your
policy. The Important  Notice(s) to Policyholder(s)  is not a part of your insurance  policy and it does not alter
policy provisions  or conditions.  Only the provisions  of your policy determine  the scope of your insurance
protection.  It is important  that you read your policy carefully to determine  your rights, duties and what is
and is not covered.

These forms were included  in your original  policy. An asterisk (*) indicates  that a new or updated  version is included  in this package.

| FORM NUMBER | TITLE |
| --- | --- |
| * NP 72 16 05 02 | Business Income Waiting Period |
| * NP 72 42 01 03 | Certified Acts of Terrorism Notice |
| * NP 73 43 01 04 | General Liability Master Pak 2004 Revision |
| * NP 73 65 09 04 | New and Revised Company Endorsements 2004 |
| * NP 73 72 12 04 | Potential Restrictions of Terrorism Coverage |
| * NP 73 80 07 04 | ISO Additional Insured Endorsement Revision 7-2004 |

▪ Visit our Website  at www.ocas.com.  When you visit  our Website,  you'll find an easy-to-read  copy of our
Extra Newsletter,  which  is jam-packed  with valuable  business  information  you can really  use.