## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

OHIO CASUALTY INSURANCE COMPANY,

           Plaintiff,

v.

CARL O. HOFFEE, as Trustee Agent of the
FRED WANLESS ESTATE, JOE WILLIE
EDWARDS, and ALGERINE NORRIS,

           Defendants.

Case No.: 06-3074

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendant, CARL O. HOFFEE, as Trustee Agent of

the FRED WANLESS ESTATE, furnishes the following in compliance with Rule 11.3 of this Court.

1.     The undersigned represents Carl O. Hoffee, as Trustee Agent of the FRED

WANLESS ESTATE.

2.     Carl O. Hoffee is an individual residing at Springfield, Illinois.

3.     Barber, Segatto, Hoffee & Hines, 831 East Monroe, P.O. Box 79, Springfield, Illinois

62705.

           CARL O. HOFFEE, as Trustee Agent of the
           FRED WANLESS ESTATE, Defendant

           By    /s/ R. Kurt Wilke
                R. Kurt Wilke - 06190769
                Matthew J. Cate - 06272040
                Attorneys for Defendants
                Barber, Segatto, Hoffee & Hines
                P. O. Box 79
                Springfield, IL 62705-0079
                Telephone:   2l7/544-4868
                Fax: 217/544-5225
                E-mail: matthewcate@barberlaw.com

134911

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

> Gary D. Nelson
> Heyl, Royster, Voelker & Allen
> Suite 600
> 124 S.W. Adams Street
> Peoria, IL 61602-1352
>
> Randall A. Wolter
> Wolter, Beeman & Lynch
> 413 South Seventh Street
> Springfield, IL 62701

on the 12th day of September, 2006.

/s/ Matthew J. Cate

134911