## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE, JOE WILLIE EDWARDS, and ALGERINE NORRIS, <br><br> Defendants. | Case No.: 06-3074 |

### ENTRY OF APPEARANCE

R. Kurt Wilke and Matthew J. Cate of Barber, Segatto, Hoffee & Hines hereby enter their appearance as lead counsel for Defendant, CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE.

                                              CARL O. HOFFEE, as Trustee Agent of the
                                              FRED WANLESS ESTATE, Defendant

By   /s/ R. Kurt Wilke
       R. Kurt Wilke - 06190769
       Matthew J. Cate - 06272040
       Attorneys for Defendants
       Barber, Segatto, Hoffee & Hines
       P. O. Box 79
       Springfield, IL 62705-0079
       Telephone:  2l7/544-4868
       Fax: 217/544-5225
       E-mail: matthewcate@barberlaw.com

134912

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

>Gary D. Nelson
>Heyl, Royster, Voelker & Allen
>Suite 600
>124 S.W. Adams Street
>Peoria, IL 61602-1352
>
>Randall A. Wolter
>Wolter, Beeman & Lynch
>413 South Seventh Street
>Springfield, IL 62701

on the 12th day of September, 2006.

                                                    /s/ Matthew J. Cate

134912