# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Case No.: 06-3074 |
| CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE, JOE WILLIE EDWARDS, and ALGERINE NORRIS, | |
| Defendants. | |

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

NOW COMES Defendant, CARL O. HOFFEE, as Trustee Agent of the FRED WANLESS ESTATE, by his attorneys, Barber, Segatto, Hoffee & Hines, and respectfully request the Court, pursuant to Federal Rule of Civil Procedure 12(b) and District Rule 7.1, to dismiss the cause of action for lack of subject matter jurisdiction due to lack of sufficient amount in controversy. A memorandum of law is submitted in support of this Motion.

Respectfully submitted,

CARL O. HOFFEE, as Trustee Agent of the
FRED WANLESS ESTATE, Defendant

By   /s/ R. Kurt Wilke
    R. Kurt Wilke - 06190769
    Matthew J. Cate - 06272040
    Attorneys for Defendants
    Barber, Segatto, Hoffee & Hines
    P. O. Box 79
    Springfield, IL 62705-0079
    Telephone:  2l7/544-4868
    Fax: 217/544-5225
    E-mail: matthewcate@barberlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

> Gary D. Nelson
> Heyl, Royster, Voelker & Allen
> Suite 600
> 124 S.W. Adams Street
> Peoria, IL 61602-1352
>
> Randall A. Wolter
> Wolter, Beeman & Lynch
> 413 South Seventh Street
> Springfield, IL 62701

on the 12th day of September, 2006.

                                                    /s/ Matthew J. Cate

134914