E-FILED
Friday, 22 September, 2006 12:02:48 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

OHIO CASUALTY INSURANCE COMPANY, )
    Plaintiff, )
    )
  v. )
CARL O. HOFFEE, as Trustee Agent of the )
FRED WANLESS ESTATE, JOE WILLIE )
EDWARDS and ALGERNINE NORRIS, )
    )
    Defendants. )

**APPEARANCE**

Case Number: 06-3074

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for
  JOE WILLIE EDWARDS and ALGERINE NORRIS

  I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9-22-06 | /s/ Randall A. Wolter |
| Date | Signature |
| | Randall A. Wolter    3065375 |
| | Print Name    Bar Number |
| | 413 South Seventh Street |
| | Address |
| | Springfield   IL   62701 |
| | City   State   Zip Code |
| | (217) 753-4220   (217) 753-4456 |
| | Phone Number   Fax Number |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

>Gary D. Nelson
>Heyl, Royster, Voelker & Allen
>Suite 600
>124 S.W. Adams Street
>Peoria, IL 61602-1352

>R. Kurt Wilke
>Matthew J. Cate
>Barber, Segatto, Hoffee & Hines
>P. O. Box 79
>Springfield, IL 62705-0079

on the 22nd day of September, 2006.

/s/ Randall A. Wolter