E-FILED
Friday, 22 September, 2006  12:07:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OHIO CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 06-3074 |
| | ) | |
| CARL O. HOFFEE, as Trustee Agent | ) | |
| of the FRED WANLESS ESTATE, | ) | |
| JOE WILLIE EDWARDS and | ) | |
| ALGERINE NORRIS, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants JOE WILLIE EDWARDS and ALGERINE NORRIS, furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full names of the parties represented by the undersigned are JOE WILLIE EDWARDS and ALGERINE NORRIS.

(2) Defendants JOE WILLIE EDWARDS and ALGERINE NORRIS are individuals residing in Sangamon County, Illinois.

(3) RANDALL A. WOLTER and BRIAN P. ROGERS of the law firm of Wolter, Beeman & Lynch are the attorneys who are expected to appear for Defendants JOE WILLIE EDWARDS and ALGERINE NORRIS in this Court.

                                    JOE WILLIE EDWARDS and ALGERINE NORRIS,
                                    Defendants

                                BY       /s/ Randall A. Wolter

RANDALL A. WOLTER
BRIAN P. ROGERS
WOLTER, BEEMAN & LYNCH
Attorneys for Plaintiff
413 South Seventh Street
Springfield, Illinois 62701
Telephone: 217/753-4220

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

>Gary D. Nelson
>Heyl, Royster, Voelker & Allen
>Suite 600
>124 S.W. Adams Street
>Peoria, IL 61602-1352
>
>R. Kurt Wilke
>Matthew J. Cate
>Barber, Segatto, Hoffee & Hines
>P. O. Box 79
>Springfield, IL 62705-0079

on the 22nd day of September, 2006.

                                      /s/ Randall A. Wolter