E-FILED
Wednesday, 18 October, 2006 02:40:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO. 3:06-cv-3074 |
| ) | |
| CARL O. HOFFEE, as Trustee Agent of the ) | |
| FRED WANLESS ESTATE, JOE WILLIE ) | |
| EDWARDS, and ALGERINE NORRIS, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on November 6, 2006 with attorneys Gary D. Nelson for Plaintiff Ohio Casualty, Matthew Cate for Defendant Carl O. Hoffee, and Randall Wolter for Defendant Joe Willie Edwards and Algeine Norris.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. Initial disclosures under Rule 26 to be made by November 15, 2006.

2. No motions to join other parties or to amend the pleadings to be filed after January 1, 2007.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by March 1, 2007. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by May 1, 2007.

4. The parties have until June 1, 2007, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until July 1, 2007 to complete expert discovery.

5. Motions to compel and other motions relating to discovery after the date of this order shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court. If a motion to compel discovery is found by the Court to be time-barred, the moving party is prohibited from making a subsequent discovery request for the discovery which the Court has found to be time-barred. All motions to compel must contain the certification required by Rule 37 that the parties met and conferred and attempted to resolve the discovery dispute. If the certification is not included, the motion to compel will be denied.

6. The parties have until August 1, 2007 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final pre-trial conference is scheduled for _____ at ___.m. before U.S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

8. Trial is scheduled for _____ at _____ a.m. on the trial calendar of U.S. District Judge _____.

9. If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

10. A settlement conference will be hosted by U.S. Magistrate Judge Cudmore in

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

Springfield by joint request of the parties.

      11.    Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

      ENTERED: _____

                                              BYRON G. CUDMORE
                                              UNITED STATES MAGISTRATE JUDGE

APPROVED:

  s/ Gary D. Nelson
GARY D. NELSON
Counsel for OHIC Insurance Company

  s/ Matthew Cate
MATTHEW CATE
Counsel for Carl O. Hoffee

  s/ Randall Wolter
RANDALL WOLTER
Counsel for Joe Willie Edwards and Algerine Norris

GDN/dmm
G:\95\P7795\P7795ORD 001 Rule 16 Scheduling Order.wpd

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400