E-FILED
Friday, 30 March, 2007  01:51:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO. 3:06-cv-3074 |
| ) | |
| CARL O. HOFFEE, as Trustee Agent of the ) | |
| FRED WANLESS ESTATE, JOE WILLIE ) | |
| EDWARDS, and ALGERINE NORRIS, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiff, OHIO CASUALTY INSURANCE COMPANY, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

The parties, by their respective counsel, further stipulate and agree to the dismissal with prejudice of any and all counterclaims, third party claims or cross-claims of whatsoever nature which any of the parties now has or may have against the other, whether or not now pending, arising out of or in consequence of the subject matter of the above-captioned lawsuit, costs paid, causes of action satisfied.

OHIO CASUALTY INSURANCE COMPANY

By: _____s/Gary D. Nelson_____
HEYL, ROYSTER, VOELKER & ALLEN
Gary D. Nelson
#2030446

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

                        CARL O. HOFFEE, as Trustee Agent
                           of the Fred Wanless Estate


BY:      s/Matthew J. Cate
BARBER, SEGATTO, HOFFEE & HINES
Matthew J. Cate

JOE WILLIE EDWARDS and
ALGERINE NORRIS


BY:      s/Randall A. Wolter
WOLTER, BEEMAN & LYNCH
Randall A. Wolter

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400